**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **CFRA Holdings, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **FKA  CFRA Restaurant Holdings, Inc.** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-0273305** |

4. **Debtor's address**

**Principal place of business**

**1340 Hamlet Avenue**
**Clearwater, FL 33756**
Number, Street, City, State & ZIP Code

**Pinellas**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)    _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | CFRA Holdings, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
5511

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | See Attachment | | Relationship | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

| Debtor | **CFRA Holdings, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

---

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **CFRA Holdings, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  6, 2020**
MM / DD / YYYY

**X /s/ J. Tim Pruban**                                    **J. Tim Pruban**
Signature of authorized representative of debtor          Printed name

Title    **Chief Restructuring Officer**

---

**18. Signature of attorney**

**X /s/ Carmen Contreras-Martinez**                      Date    **May  6, 2020**
Signature of attorney for debtor                         MM / DD / YYYY

**Carmen Contreras-Martinez**
Printed name

**Saul Ewing Arnstein & Lehr LLP**
Firm name

**701 Brickell Avenue**
**17th Floor**
**Miami, FL 33131**
Number, Street, City, State & ZIP Code

Contact phone    **(305) 428-4528**        Email address    **carmen.contreras-martinez@saul.com**

**093475 FL**
Bar number and State

---

Debtor   **CFRA Holdings, LLC**                                              Case number (*if known*) _____
Name

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number (*if known*) _____   Chapter   **11**

☐ Check if this an
  amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

Debtor   **CFRA Tri-Cities, LLC**                                Relationship to you                **Affiliate**
District  **Middle District of Florida**          When _____  Case number, if known           _____
Debtor   **CFRA, LLC**                                          Relationship to you                **Affiliate**
District  **Middle District of Florida**          When _____  Case number, if known           _____

## CFRA HOLDINGS, LLC

## WRITTEN CONSENT OF MANAGING MEMBER

·    The undersigned, being the managing member (the "**Managing Member**") of CFRA Holdings, LLC, a Delaware limited liability company (the "**Company**"), in accordance with and pursuant to the Delaware Limited Liability Company Act and the Limited Liability Company Agreement of the Company, and without formality of convening a meeting, consents to the adoption of the following resolutions:

**WHEREAS**, the Managing Member of the Company has reviewed the financial records of the Company, has considered the business and financial condition of the Company, and is aware of the assets, liabilities, potential liabilities and liquidity of the Company; and has had the opportunity to consult with the management and advisors of the Company and fully considered all of the strategic alternatives available to the Company; and

**WHEREAS**, the Company, with due authority of the Managing Member, previously executed an Assignment for the Benefit of Creditors on April 22, 2020 between the Company and J. Tim Pruban (the "**Assignee**"); and

**WHEREAS**, based on developments after the Assignment for the Benefit of Creditors, it appears that it may be desirable for the Assignee to file for reorganization of the Company under chapter 11 (the "**Bankruptcy**") of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Middle District of Florida (the "**Bankruptcy Court**").

## AUTHORIZATION TO FILE VOLUNTARY PETITION UNDER CHAPTER 11

**IT IS THEREFORE, RESOLVED**, that the Managing Member has determined in its judgment that it may be desirable and in the best interests of the Company, its creditors and other interested parties to commence the Bankruptcy; and

**FURTHER RESOLVED**, that the Assignee and Chief Restructuring Officer of the Company, together with any other person or persons hereafter designated in writing by the Assignee (each individually an "**Authorized Officer**" and collectively the "**Authorized Officers**"), alone or with one or more other Authorized Officers be, and hereby are, authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists, motions, applications, pleadings and other papers or documents as necessary to commence the Bankruptcy, and to take any and all further acts and deeds that they deem necessary, proper and desirable in connection with the Bankruptcy, with a view to the successful prosecution of such case; and

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized and empowered to, in the name and on behalf of the Company, to negotiate, make, execute and deliver, either jointly or severally, any and all debtor-in-

possession loan documents, and any and all amendments, supplements, modifications, extensions, renewals, replacements, agreements, documents and instruments relating to the foregoing, subject to any requisite Bankruptcy Court approval; and

**FURTHER RESOLVED**, that the law firm of Saul Ewing Arnstein & Lehr LLP, and such other law firms as may be employed by an Authorized Officer, are hereby engaged as general bankruptcy counsel for the Company under general retainer in the Bankruptcy, subject to any requisite Bankruptcy Court approval; and

**FURTHER RESOLVED**, that, pursuant to the terms of various agreements with Focus Management Group USA Inc., the Assignee, J. Tim Pruban shall hereinafter be regarded and treated in all respects as Chief Restructuring Officer of the Company, subject to any requisite Bankruptcy Court approval; and

**FURTHER RESOLVED**, that the firm of Trinity Capital, a division of Citizens Capital Markets, Inc., is hereby engaged as investment banker for the Company in the Bankruptcy, subject to any requisite Bankruptcy Court approval; and

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized and empowered, in the name and on behalf of the Company, to retain or continue to employ such other professionals as they deem necessary, proper or desirable during the course of the Bankruptcy, subject to any requisite Bankruptcy Court approval.

## RATIFICATION OF ALL PRIOR AND FUTURE ACTIONS

**IT IS THEREFORE, RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the Authorized Officers or their designees shall be, and each of them, acting alone, hereby is, authorized and empowered, in the name of, and on behalf of, the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including filing fees, in each case as in such officer or officers' judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the foregoing resolutions; and

**FURTHER RESOLVED**, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects ratified and approved; and

**FURTHER RESOLVED**, that these resolutions shall be filed with the records of the Company.

**IN WITNESS WHEREOF,** the undersigned Managing Member of the Company hereby evidences its written consent to the foregoing resolutions effective as of this ___ day of May, 2020.

**PROMETHEUS FRANCHISE RESTAURANT HOLDINGS, LLC,**
Managing Member of CFRA Holdings, LLC

By: _____
    Name:  Nicholas Peters
    As its:  Chief Executive Officer

**CFRA HOLDINGS, LLC**

**WRITTEN CONSENT OF ASSIGNEE**

The undersigned, being the duly appointed assignee (the "**Assignee**") of CFRA Holdings, LLC, a Delaware limited liability company (the "**Company**"), in accordance with and pursuant to the Delaware Limited Liability Company Act and the Limited Liability Company Agreement of the Company, and without formality of convening a meeting, consents to the adoption of the following resolutions:

**WHEREAS**, the Company previously executed an Assignment for the Benefit of Creditors between the Company and the Assignee on April 22, 2020; and

**WHEREAS**, the Assignee of the Company has reviewed the financial records of the Company, has considered the business and financial condition of the Company, and is aware of the assets, liabilities, potential liabilities and liquidity of the Company; and has had the opportunity to consult with the management and advisors of the Company and fully considered all of the strategic alternatives available to the Company; and

**WHEREAS**, as a result of the Company's current financial situation, it appears that it may be necessary for the Assignee to file for reorganization of the Company under chapter 11 (the "**Bankruptcy**") of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Middle District of Florida (the "**Bankruptcy Court**").

**AUTHORIZATION TO FILE VOLUNTARY PETITION UNDER CHAPTER 11**

**IT IS THEREFORE, RESOLVED**, that the Assignee has determined in its judgment that it may be desirable and in the best interests of the Company, its creditors and other interested parties to commence the Bankruptcy; and

**FURTHER RESOLVED**, that the Assignee and Chief Restructuring Officer of the Company, together with any other person or persons hereafter designated in writing by the Assignee (each individually an "**Authorized Officer**" and collectively the "**Authorized Officers**"), alone or with one or more other Authorized Officers be, and hereby are, authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists, motions, applications, pleadings and other papers or documents as necessary to commence the Bankruptcy, and to take any and all further acts and deeds that they deem necessary, proper and desirable in connection with the Bankruptcy, with a view to the successful prosecution of such case; and

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized and empowered to, in the name and on behalf of the Company, to negotiate, make, execute and deliver, either jointly or severally, any and all debtor-in-possession loan documents, and any and all amendments, supplements, modifications,

extensions, renewals, replacements, agreements, documents and instruments relating to the foregoing, subject to any requisite Bankruptcy Court approval; and

**FURTHER RESOLVED**, that the law firm of Saul Ewing Arnstein & Lehr LLP, and such other law firms as may be employed by an Authorized Officer, are hereby engaged as general bankruptcy counsel for the Company under general retainer in the Bankruptcy, subject to any requisite Bankruptcy Court approval; and

**FURTHER RESOLVED**, that, pursuant to the terms of various agreements with Focus Management Group USA Inc., the Assignee, J. Tim Pruban shall hereinafter be regarded and treated in all respects as Chief Restructuring Officer of the Company, subject to any requisite Bankruptcy Court approval; and

**FURTHER RESOLVED**, that the firm of Trinity Capital, a division of Citizens Capital Markets, Inc., is hereby engaged as investment banker for the Company in the Bankruptcy, subject to any requisite Bankruptcy Court approval; and

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized and empowered, in the name and on behalf of the Company, to retain or continue to employ such other professionals as they deem necessary, proper or desirable during the course of the Bankruptcy, subject to any requisite Bankruptcy Court approval.

## RATIFICATION OF ALL PRIOR AND FUTURE ACTIONS

**IT IS THEREFORE, RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the Authorized Officers or their designees shall be, and each of them, acting alone, hereby is, authorized and empowered, in the name of, and on behalf of, the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including filing fees, in each case as in such officer or officers' judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the foregoing resolutions; and

**FURTHER RESOLVED**, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects ratified and approved; and

**FURTHER RESOLVED**, that these resolutions shall be filed with the records of the Company.

**IN WITNESS WHEREOF,** the undersigned Assignee of the Company hereby evidences its written consent to the foregoing resolutions effective as of this 6th day of May, 2020.

**ASSIGNEE:**

J. Tim Pruban
Assignee of CFRA Holdings, LLC

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **CFRA Holdings, LLC et al.** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **6851 Lennox, LLC / Moss Grou 6345 Balboa Blvd Suite 310 Attn: Richard Moss Encino, CA 91316** | | **Trade** | | | | **$20,120.63** |
| **Beltram Edge Tool Supply Inc 6800 North Florida Avenue Tampa, FL 33604** | | **Trade** | | | | **$33,234.62** |
| **Broadway Lights LLC 1085 Thousand Oaks Blvd. Greenville, SC 29607** | | **Trade** | | | | **$37,207.59** |
| **Casual Dining Smyrna, LLC c/o Richard Nasano 26 Knights Court Saddle River, NJ 07458** | | **Trade** | | | | **$24,075.52** |
| **Cigar City Marketing, LLC 1228 E. 7th Avenue Suite 200 Tampa, FL 33605** | | **Trade** | | | | **$73,750.60** |
| **David Nakahara 415 Oneida Ct. Danville, CA 94526** | | **Trade** | | | | **$19,400.16** |
| **DDR Cotswold LP 160 Mine Lake Ct. Suite 200 Raleigh, NC 27615** | | **Trade** | | | | **$21,134.15** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | CFRA Holdings, LLC et al. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Etheridge Roofing, Inc. 1211 Tarboro Street SW Wilson, NC 27893 | | Trade | | | | $79,966.30 |
| HPI Direct, Inc. 785 Goodard Court Alpharetta, GA 30005 | | Trade | | | | $27,159.03 |
| IHOP Franchise Company, LLC 450 North Brand Boulevard 7th Floor Glendale, CA 91203 | | Trade | | | | undetermined |
| Interface Security Sys. LLC 8339 Solutions Center Chicago, IL 60677 | | Trade | | | | $41,537.51 |
| MSPark 5901 HWY 52E Helena, AL 35080 | | Trade | | | | $18,457.98 |
| Performance Food Group 7420 Ranco Rd. Henrico, VA 23228 | | Trade | | | | $27,477.61 |
| Performance Food Group 7420 Ranco Rd. Henrico, VA 23228 | | Trade | | | | $35,762.22 |
| Performance Foodservice 12500 West Creek Parkway Henrico, VA 23238 | | Trade | | | | $628,229.65 |
| Putnam Mechanical 131 Crosslake Park Dr. #202 Mooresville, NC 28117 | | Trade | | | | $90,250.00 |
| Rosnet Technology 8500 NW River Park Dr. Kansas City, MO 64152 | | Trade | | | | $22,200.00 |
| Smartvision Construction, LL 1155 East Isle of Palms Ave. Myrtle Beach, SC 29579 | | Trade | | | | $147,575.00 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 2

Debtor   **CFRA Holdings, LLC et al.**                                    Case number *(if known)*  _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Trane Technologies 800-E Beaty Street Davidson, NC 28036** | | **Trade** | | | | **$24,732.69** |
| **Valassis Direct Mail, Inc. 90469 Collection Center Driv Chicago, IL 60693** | | **Trade** | | | | **$48,701.25** |

# United States Bankruptcy Court
## Middle District of Florida

In re    **CFRA Holdings, LLC** _____    Case No. _____

                         Debtor(s)      Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **CFRA Holdings, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Prometheus Franchise Restaur**

_____

☐ None [*Check if applicable*]

| | |
|---|---|
| **May  6, 2020** | **/s/ Carmen Contreras-Martinez** |
| Date | **Carmen Contreras-Martinez** |
| | Signature of Attorney or Litigant |
| | Counsel for   **CFRA Holdings, LLC** |
| | **Saul Ewing Arnstein & Lehr LLP** |
| | **701 Brickell Avenue** |
| | **17th Floor** |
| | **Miami, FL 33131** |
| | **(305) 428-4528 Fax:(305) 374-4744** |
| | **carmen.contreras-martinez@saul.com** |

**Fill in this information to identify the case:**

Debtor name    **CFRA Holdings, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

<u>Official Form 202</u>
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■   Other document that requires a declaration   **Corporate Ownership Statement (Rule 7007.1)**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 6, 2020**     X **/s/ J. Tim Pruban**
                                       Signature of individual signing on behalf of debtor

                                       **J. Tim Pruban**
                                       Printed name

                                       **Chief Restructuring Officer**
                                       Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy