# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION
www.flmb.uscourts.gov

In re:

| | |
|---|---|
| CFRA HOLDINGS, LLC, CFRA, LLC and CFRA TRI-CITIES, LLC | Case No. 8:20-bk-03608 (____) |
| | Case No. 8:20-bk-03609 (____) and Case No. 8:20-bk-03610 (____) |
| Debtors.[1] | Chapter 11 Cases |
| _____ / | (Joint Administration Pending) |

## DISCLOSURE OF COMPENSATION OF ATTORNEYS FOR THE DEBTORS

Pursuant to 11 U.S.C. § 329(a), Fed. R. Bankr. P. 2016(b) and Local Rule 2016-1, I certify that Saul Ewing Arnstein & Lehr LLP ("**Saul Ewing**") are attorneys for the Debtors, CFRA Holdings, LLC ("**Holdings**"), CFRA, LLC ("**CFRA**") and CFRA Tri-Cities, LLC ("**Tri-Cities**", and, collectively with Holdings and CFRA, the "**Debtors**"), and that compensation paid to Saul Ewing within one year before the filing of the petition in bankruptcy, or agreed to be paid to Saul Ewing, for services rendered on behalf of the Debtors in contemplation of or in connection with the bankruptcy is as follows:

1. The Debtors retained Saul Ewing pursuant to act as its counsel with respect to business-related issues and potential restructuring matters including in connection with its pending assignment for the benefit of creditors proceeding and in contemplation of this bankruptcy filing.

2. Saul Ewing received a pre-petition retainer in the amount of $47,000 (the "**Retainer**") in connection with the preparation of these chapter 11 cases.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: CFRA Holdings, LLC (3305), CFRA, LLC (3478) and CFRA Tri-Cities, LLC (2377). The location of the Debtors' corporate office is: 1340 Hamlet Avenue, Clearwater, Florida 33756.

3. Saul Ewing drew down on the Retainer in the amount of $26,370.50 on account of pre-petition services rendered to the Debtors. The balance of the Retainer, in the amount of $20,629.50, will constitute an advance security retainer to be applied against Saul Ewing's allowed fees and expenses, as permitted by the Court.

4. Saul Ewing has not agreed to share the above-disclosed compensation with any other person unless they are partners, counsel and associates of Saul Ewing.

5. Saul Ewing will file periodic applications for allowance and payment of compensation and reimbursement of expense as required by 11 U.S.C. §§ 330 and 331.

Dated: May 6, 2020

**SAUL EWING ARNSTEIN & LEHR LLP**
*Proposed Counsel for Debtors and Debtors-in-Possession*
701 Brickell Avenue, 17th Floor
Miami, FL 33131
Telephone: (305) 428-4500
Facsimile: (305) 374-4744

By: */s/ Carmen Contreras-Martinez*_____
Carmen Contreras-Martinez
Florida Bar No. 093475
Carmen.Contreras-Martinez@saul.com

-and-

Stephen B. Ravin (*pro hac vice* pending)
Florida Bar No. 293768 (*inactive status*)
Aaron S. Applebaum (*pro hac vice* pending)
1037 Raymond Boulevard
Suite 1520
Newark, NJ 07102
Telephone: (973) 286-6700
Facsimile: (973) 286-6800
Stephen.Ravin@saul.com
Aaron.Applebaum@saul.com