# United States Bankruptcy Court
## Middle District of Florida

In re  **CFRA Holdings, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **CFRA Holdings, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Prometheus Franchise Restaur**

☐ None [*Check if applicable*]

| | |
|---|---|
| **May 6, 2020** | **/s/ Carmen Contreras-Martinez** |
| Date | **Carmen Contreras-Martinez** |
| | Signature of Attorney or Litigant |
| | Counsel for  **CFRA Holdings, LLC** |
| | **Saul Ewing Arnstein & Lehr LLP** |
| | **701 Brickell Avenue** |
| | **17th Floor** |
| | **Miami, FL 33131** |
| | **(305) 428-4528 Fax:(305) 374-4744** |
| | **carmen.contreras-martinez@saul.com** |