ORDERED.

Dated: May 11, 2020

*Catherine M. Ewen*
Catherine Peek McEwen
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION
www.flmb.uscourts.gov

IN RE:  CASE NO.: 8:20-bk-03608-CPM

CFRA HOLDINGS, LLC

    Debtor.
_____/

## ORDER GRANTING DEBTORS' MOTIONS FOR
## JOINT ADMINISTRATION OF CHAPTER 11 CASES
(Doc. No. 2)

THIS CASE came before the Court without a hearing for consideration of the *Debtor's Motion for Order Directing Joint Administration of Chapter 11 Cases* (the "**Motion**") [Doc. No. 2] filed by CFRA Holdings, LLC ("**Debtor**") in connection with the affiliated debtors, *CFRA, LLC*, 8:20-bk-03609-CPM and *CFRA Tri-Cities, LLC*, 8:20-bk-03610-CPM (collectively, the "**Bankruptcy Cases**"). The Court having considered the Motion, finds that it is well taken and should be granted. Accordingly, it is

**ORDERED**:

1.    The Motion is **GRANTED**.

CASE NO.: 8:20-bk-03608-CPM

2. The Bankruptcy Cases shall be jointly administered and *In re CFRA Holdings LLC*, Case No. 8:20-bk-03608-CPM is designated as the "**Lead Case**."

3. The Clerk of Court shall maintain a single case docket using the Lead Case number.

4. The Clerk of Court shall maintain separate claims registers and ballot files (if separate plans are filed) for each of the Bankruptcy Cases.

5. Except as otherwise set forth below, all papers, including, without limitation, motions, applications, notices, monthly operating reports, and orders shall be filed in the Lead Case and shall bear the following joint administration caption:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| CFRA HOLDINGS, LLC | Case No. 8:20-bk-03608-CPM |
| | *Jointly Administered with:* |
| CFRA, LLC | Case No. 8:20-bk-03609-CPM |
| CFRA TRI-CITIES, LLC | Case No. 8:20-bk-03610-CPM |
| Debtors. | |
| _____ / | |

6. The following papers shall be filed in the separate Bankruptcy Cases: list of creditors pursuant to rule 1007(d) of the Federal Rule of Bankruptcy Procedure, schedules, and statements of financial affairs (and any amendments thereto), claims (and any objections thereto), and ballots, if separate plans are filed. Claims filed shall indicate only the case name and number of the case in which the claim is asserted.

7. A docket entry shall be made in each of the above-referenced cases substantially as follows:

"An Order has been entered in this case under Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of the chapter 11 cases of CFRA Holdings, LLC; CFRA, LLC; and CFRA Tri-Cities, LLC. The docket of CFRA Holdings, LLC, Case No. 8:20-bk-03608-CPM should be consulted for all matters affecting this chapter 11 case."

8. Even though these cases are consolidated for purposes of procedural administration, the cases shall remain separate and distinct for all substantive purposes. However, this Order is without prejudice to one or more of the Affiliated Debtors later requesting substantive consolidation.

9. The administration of all other matters shall be handled jointly with notices served accordingly.

10. In instances where the relief requested in a filing pertaining to a specific Debtor or Debtors, the jointly administered caption shall be modified to indicate the specific Debtor or Debtors to which the filing or order applies. The title, as well as the first paragraph, of the paper or order shall indicate the specific Debtor or Debtors to which it applies. This caption shall bear the following form:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| CFRA HOLDINGS, LLC | Case No. 8:20-bk-03608-CPM |
| | *Jointly Administered with:* |
| CFRA, LLC | Case No. 8:20-bk-03609-CPM |
| CFRA TRI-CITIES, LLC | Case No. 8:20-bk-03610-CPM |

CASE NO.: 8:20-bk-03608-CPM

Debtors.
_____ /

[Name of Specific Debtor],          CASE NO. 8:20-bk-

    Applicable Debtor.
_____/

    11.    Debtors in possession, or if applicable, trustees, shall not commingle assets or liabilities unless and until the Court determines, after notice and a hearing, that grounds exist to order substantive consolidation of the Bankruptcy Cases.

    12.    If creditors are added to the matrices of the administratively consolidated Debtors, counsel for the Debtors shall serve this Order on all added creditors and file proof of such service in the Lead Case.

    13.    The Affiliated Debtors may present a combined cash collateral budget.

    14.    Each of the Affiliated Debtors is not a small business debtor pursuant to 101(51D)(B)(i) of the Bankruptcy Code.

# # #

(*Carmen Contreras-Martinez, Esq. is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and to file a proof of service within three days of entry of this Order.*)