**[Dntcsc]** [Notice Scheduling Status Conference (BK)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:20−bk−03608−CPM
Chapter 11

CFRA Holdings, LLC
fka CFRA Restaurant Holdings, Inc.

_____ Debtor* _____/

NOTICE SCHEDULING INITIAL STATUS CONFERENCE

NOTICE IS GIVEN THAT:

1. A Status Conference will be conducted pursuant to 11 U.S.C. § 105(d) on June 25, 2020 , at 02:00 PM in Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602 before the Honorable Catherine Peek McEwen.

2. <u>Avoid delays.</u> You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or *pro hac vice* order. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

3. <u>Telephonic Appearance Requirement</u>. Effective March 16, 2020, and continuing until further notice, Judges in all Divisions will conduct all hearings by telephone. Parties should arrange a telephonic appearance through Court Call (866−582−6878).

Dated: May 12, 2020

FOR THE COURT
Sheryl L. Loesch , Clerk of Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.