# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re:<br>CFRA HOLDINGS, LLC | Chapter 11<br>Case No. 8:20-bk-03608-CPM<br><br>*Jointly Administered with*:<br> |
| CFRA, LLC<br>CFRA TRI-CITIES, LLC | Case No. 8:20-bk-03609-CPM<br>Case No. 8:20-bk-03610-CPM |
|     Debtors.<br>_____/ | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Dine Brands Global Inc. ("DBGI"), through its undersigned counsel, hereby enters a notice of appearance pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code").

**PLEASE TAKE FURTHER NOTICE** that DBGI hereby requests, pursuant to Bankruptcy Rule 2002(g) and Bankruptcy Code section 1109(b), that copies of all notices and pleadings given or required to be given, and all papers served or required to be served, be given and served upon the following persons at the addresses, telephone numbers, facsimile numbers and email addresses indicated:

| | |
|---|---|
| Laura Davis Jones, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street<br>17th Floor<br>Wilmington, DE 19801<br>Telephone:  (302) 778-6401<br>Facsimile:   (302) 652-4400<br>Email:  ljones@pszjlaw.com | David M. Bertenthal, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>150 California Street<br>15th Floor<br>San Francisco, CA 94111-4500<br>Telephone:  (415) 263-7000<br>Facsimile:   (415) 263-7010<br>Email:  dbertenthal@pszjlaw.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Code section 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any applications, petitions, motions, complaints, requests or demands, hearings, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document filed with, or otherwise brought before, this Court with respect to the above-referenced bankruptcy proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by U.S. mail, electronic mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that DBGI intends that neither this Notice of Appearance and Request for Service of Papers nor any later appearance, pleading, claim or suit shall waive: (i) DBGI's right to have final orders in non-core matters entered only after de novo review by a District Court Judge; (ii) DBGI's right to trial by jury in any proceeding so triable in any case, controversy, or proceeding related to this bankruptcy proceeding; (iii) DBGI's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which DBGI is or may be entitled under agreements, in law or in equity, including the right to contest the jurisdiction of the United States Bankruptcy Court for the Middle District of Florida over DBGI, all of which rights, claims, actions, defenses, setoffs, and recoupments DBGI expressly reserves.

- 3 -

Dated:  May 15, 2020 **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones
919 North Market Street
17th Floor
Wilmington, DE 19801
Telephone:  (302) 778-6401
Facsimile:   (302) 652-4400
Email:  ljones@pszjlaw.com

*Attorneys for Dine Brands Global Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 15, 2020, I electronically filed the foregoing *Notice of Appearance and Request for Service of Papers* with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

 */s/ Craig V. Rasile*
Craig V. Rasile