# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### (TAMPA DIVISION)

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **CASE NO. 20-03608** |
| **CFRA HOLDINGS, LLC,** | ) | |
| | ) | **CHAPTER 11** |
| DEBTOR. | ) | |

### NOTICE OF COMPLIANCE

Daniel M. Eliades, of K&L Gates LLP ("Movant"), pursuant to Local Rule 2090-1, hereby notifies the Court that on May 14, 2020, the Movant paid the Attorney Special Admission Fee in the amount of $150.00 to the United States District Court for the Middle District of Florida pursuant to the Order granting Movant's motion to appear pro hac vice on behalf of Raymond James Bank, N.A. and Valley National Bank in the above-entitled matter.

Dated this 19th day of May, 2020.

*/s/ Daniel M. Eliades*
Daniel M. Eliades, Esq.
(N.J.D.C. NO. DME-6203)
K&L Gates LLP
One Newark Center, 10th Floor
Newark, NJ 07102
Telephone: (973) 848-4018
Facsimile: (973) 848-4001
Daniel.Eliades@klgates.com

*Counsel for Raymond James Bank, N.A. and Valley National Bank*

### <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on May 19, 2020, a true and correct copy of the foregoing **NOTICE OF COMPLIANCE** was served through the CM/ECF system to all registered **CM/ECF recipients.**

*/s/ Daniel M. Eliades*

Daniel M. Eliades, Esq.
(N.J.D.C. NO. DME-6203)
K&L Gates LLP
One Newark Center, 10th Floor
Newark, NJ 07102
Telephone: (973) 848-4018
Facsimile: (973) 848-4001
Daniel.Eliades@klgates.com

*Counsel for Raymond James Bank, N.A. and Valley National Bank*