ORDERED.

Dated: May 19, 2020

*Catherine McEwen*
Catherine Peek McEwen
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re:<br>CFRA HOLDINGS, LLC | Case No. 8:20-bk-03608-CPM<br>Chapter 11 |
| | *Jointly Administered with:* |
| CFRA, LLC<br>CFRA TRI-CITIES, LLC | Case No. 8:20-bk-03609-CPM<br>Case No. 8:20-bk-03610-CPM |
| Debtors._____ / | |

**CONDITIONAL ORDER: (A) PROHIBITING
UTILITIES FROM ALTERING, REFUSING OR
DISCONTINUING SERVICE ON ACCOUNT OF
PRE-PETITION INVOICES; AND (B) ESTABLISHING
<u>PROCEDURES FOR ADDITIONAL ADEQUATE ASSURANCES</u>**

**Any interested party who fails to file and serve a written objection to the Motion (as conditionally approved by this Order) within 30 days after entry of the Order, shall be deemed to have consented to the provisions of this Order.**

THIS PROCEEDING is before the Court upon the Motion ("**Motion**")[1] [Docket No. 48] filed by the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") for

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

entry of an Order pursuant to sections 105(a) and 366 of the Bankruptcy Code and Local Rule 2081-1(g)(7): (a) prohibiting the Utility Companies set forth on Schedule 1 hereto from altering, refusing, or discontinuing service on account of pre-petition invoices; (b) determining that the Debtors have provided adequate assurance of future performance for the Utility Companies; (c) setting a 30-day objection period for Utility Companies to object to the relief requested herein; and it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties-in-interest; and due and adequate notice of the relief requested herein having been given under the circumstances; and after due deliberation and cause appearing therefore,

Accordingly, it is **ORDERED**:

    1.    The Motion is CONDITIONALLY GRANTED as set forth herein.

    2.    The Debtors' provision of adequate assurance of payment to the Utility Companies, as stated in the Motion, satisfies 11 U.S.C. § 366 and is hereby approved.

    3.    Absent any further order of the Court, the Utility Companies shall not: (a) alter, refuse, or discontinue service to, or discriminate against, Debtors, solely on the basis of the commencement of these cases or on account of any unpaid invoice for service provided prior to the commencement of this case; or (b) require the payment of a deposit or other security in connection with the Utility Companies' continued provision of Utility Services furnished to the Debtors.

    4.    The Debtors' records of payment of pre-petition utility bills, demonstrated ability to pay future utility bills and limited expected post-petition services necessary constitute adequate assurance of future payment for Utility Services, pursuant to 11 U.S.C. § 366(b).

5. The Debtors shall serve by first class mail or email a copy of this Order on all Utility Companies listed on Schedule 1 hereto within three (3) business days after entry of this Order.

6. Each Utility Company listed on Schedule 1 hereto shall be afforded thirty (30) days from the date of service of this Order with an amended Schedule 1 to file an objection to the relief granted herein with respect to such Utility Company.

7. The Debtors are authorized to informally resolve any objection to the relief granted herein raised by a Utility Company without further order of this Court, as the Debtors, in consultation with their prepetition secured lenders, the United States Trustee and any official committee of unsecured creditors appointed in these cases, determine is reasonable.

8. Any timely objection filed and not informally resolved shall be scheduled for a hearing. If no timely objection is filed, this Order shall be deemed final, and no further notice, hearing, or order shall be required.

9. Any Utility Company not listed on Schedule 1 hereto but subsequently identified shall be served with a copy of this Order with an amended Schedule 1 reflecting the Additional Utility Company and any proposed adequate assurance related thereto. Substantially contemporaneously with the service on such Additional Utility Company(s), the Debtors shall file with the Court the amended Schedule 1 and a certificate of service.

10. Any Additional Utility Company served as set forth above shall be afforded thirty (30) days from the date of service of this Order with an amended Schedule 1 to object to the relief granted herein with respect to such Utility Company. If no timely objection is filed, this Order, as modified by any such amended Schedule 1 hereto, shall be deemed final with respect to such Additional Utility Company, and no further notice, hearing, or order shall be required.

11. The Debtors shall serve a copy of this Order on the Utility Companies and any other interested parties who do not receive service by CM/ECF and file a proof of service within three (3) days of entry of this Order.

# # #

(*Carmen Contreras-Martinez, Esq. is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and to file a proof of service within three days of entry of this Order.*)

## **SCHEDULE 1**

## CFRA, LLC UTILITY VENDORS

| STORE | TYPE | VENDOR | VENDOR ADDRESS | ACCOUNT # |
|---|---|---|---|---|
| 419 | Water | City of Columbia | 1136 Washington St., Columbia, SC 29202 | 01-31300775-1002608-6 |
| 419 | Telephone | AT&T | PO Box 105262, Atlanta, GA 30348-5262 | |
| 470 | Water | Metro Water Services | 1700 3rd Ave N, Nashville, TN 37208 | 0191086300 |
| 470 | Storm Water | Metro Water Services | 1700 3rd Ave N, Nashville, TN 37208 | 0211345800 |
| 470 | Electric | Nashville Electric Service | 1214 Church Street, Nashville, TN 37246 | 0791056-0362659 |
| 476 | Water | Metro Water Services | 1700 3rd Ave N, Nashville, TN 37208 | 253329300 |
| 476 | Storm Water | Metro Water Services | 1700 3rd Ave N, Nashville, TN 37208 | 0235770800 |
| 476 | Electric | Nashville Electric Service | 1214 Church Street, Nashville, TN 37246 | 0791056-0364750 |
| 476 | Water | Madison Suburban Utility District | 108 W. Webster St, Madison, TN 37115 | 004.3040.0 |
| 476 | Irrigation | Madison Suburban Utility District | 108 W. Webster St, Madison, TN 37115 | 004.3020.0 |
| 477 | Water | City of Charlotte | 600 E. 4th St, Charlote, NC 28202 | 20887-173174 & 20888-173174 |
| 477 | Electric | Pineville Telephone & Electric | 118 College St, Pineville, NC 28134 | 00044296-8 |
| 491 | Electric | Duke Energy | 526 S. Church St, Charlotte, NC 28202 | 1485614545 |
| 491 | Water | City of Greensboro | 300 W. Washington St, Greensboro, NC 27401 | 410-0264.301 |
| 492 | Electric | Union Power Cooperative | 1525 N. Rocky River Rd, Monroe, NC 28110 | 5323190001 |
| 492 | Water | City of Charlotte | 600 E. 4th St, Charlotte, NC 28202 | 98234-158463 & 98235-158463 |
| 494 | Electric/Water | City of Satesville | 301 S. Center St, Statesville, NC 28677 | 37309-11286 |
| 498 | Electric | Duke Energy | 526 S. Church St, Charlotte, NC 28202 | 1822832898 |
| 498 | Water | City of Burlington | 425 S. Lexington Ave, Burlington, NC 27215 | 22-143561-011 |
| 498 | Irrigation | City of Burlington | 425 S. Lexington Ave, Burlington, NC 27215 | 22-143563-011 |
| 530 | Electric | Dominion Energy | 120 Tredegar St, Richmond, VA 23219 | 5716013221 |
| 530 | Water | City of Williamsburg | 4001 Lafayette St, Williamsburg, VA 23185-3617 | 3867-116691 |
| 530 | WasteWater | HRSD | 1434 Air Rail Ave, Virginia Beach, VA 23455 | 7430420002 |
| 530 | Telephone | Verizon | PO Box 4830, Trenton, NJ 08650-4830 | |
| 574 | Electric | Appalachian Power | 1 AEP Way, Hurrican, WV 25526 | 02227713910 |
| 574 | Water | Town of Christiansburg | 100 E. Main St, Christiansburg, VA 24073 | 507776 & 507777 |
| 585 | Electric | Dominion Energy | 120 Tredegar St, Richmond, VA 23219 | 7219829756 |
| 585 | Water | City of Virginia Beach | 2401 Courthouse Drive, Bldg 1, Virginia Beach, VA 23456 | 000-579750-0148910 |
| 585 | WasteWater | HRSD | 1434 Air Rail Ave, Virginia Beach, VA 23455 | 7233950003 |
| 587 | Water | City of Harrisonburg Public Utilities | 2155 Beery Rd, Harrisonburg, VA 22801-9655 | 5521341920-1 |
| 587 | Irrigation | City of Harrisonburg Public Utilities | 2155 Beery Rd, Harrisonburg, VA 22801-9655 | 5521342010-1 |
| 587 | Electric | Harrisonburg Electric | 89 W. Bruce St, Harrisonburg, VA 22801 | 113041-001 |
| 595 | Electric | Dominion Energy | 120 Tredegar St, Richmond, VA 23219 | 1483581003 |
| 595 | Water | Albemarle County Service Authority | 168 Spotnap Rd, Charlottesville, VA 22911 | 06207544-02 |
| 597 | Water/Sewer | Winchester Public Utilities | 15 N. Cameron Street, Winchester, VA 22601 | 014262 |
| 597 | Electric | Rappahannock Electric | 13252 Cedar Run Curch Rd, Culpeper, VA 22701 | 153877001 |
| 2027 | Electric | Dominion Energy | 120 Tredegar St, Richmond, VA 23219 | 1347883322 |
| 2027 | WasteWater | HRSD | 1434 Air Rail Ave, Virginia Beach, VA 23455 | 8768150005 |
| 2027 | Sewer maint | York County | 6 S. Congress St, York, SC 29745 | 47958 |
| 2027 | Water | Newport News Waterworks | 700 Town Center Dr, Newport News, VA 23606 | 200000164998 |
| 3105 | ALL | City of Shelby | 300 S. Washington St, Shelby, NC 28150 | 179890-01 |
| 3139 | Electric | Energy United | 567 Mocksville Hwy, Statesville, NC 28687 | 2345500 |
| 3139 | Water | City of Charlotte | 600 E. 4th St, Charlotte, NC 28202 | 20887-151809 |
| 3218 | Electric | Middle Tennessee Electric | 555 New Salem Rd, Murfreesboro, TN 37129 | 2042001674 |
| 3218 | Water | Smyrna Utilities | 315 S. Lowry St, Smyrna, TN 37167 | 2020778602 |
| 3326 | Electric | Nashville Electric Service | 1214 Church Street, Nashville, TN 37246 | 0791056-0483033 |
| 3327 | Electric | Duke Energy | 526 S. Church St, Charlotte, NC 28202 | 1547639439 |
| 3327 | Water | DDR Cotswold | 3300 Enterprise Pkwy, Beachwood, OH 44122-7200<br>PO Box 29622, Raleigh, NC 27626 | TENANT ID # 328818-21089-41909 |
| 3367 | Electric | Duke Energy | 526 S. Church St, Charlotte, NC 28202 | 1493802426 |
| 3367 | Water | Town of Mooresville | 413 N. Main St, Mooresville, NC 28115 | 105194 |
| 3383 | Electric | Middle Tennessee Electric | 555 New Salem Rd, Murfreesboro, TN 37129 | 2054534781 |
| 3383 | Water | City of Franklin | 109 3rd Ave S #141, Franklin, TN 37064 | 355102003 |
| 3423 | Electric | Duke Energy | 526 S. Church St, Charlotte, NC 28202 | 2110279701 |
| 3427 | Electric | Nashville Electric Service | 1214 Church Street, Nashville, TN 37246 | 0791056-0439228 |
| 3450 | Electric | Gallatin Department of Electricity | 135 Jones St, Gallatin, TN 37066 | 208315-001 |
| 3453 | Electric | Duke Energy | 526 S. Church St, Charlotte, NC 28202 | 1684288603 |
| 3472 | Electric | New River Light & Power (NRLP) | 220 Winklers Creek Rd, Boone, BC 28607 | 16690 |
| 3472 | Water | Town of Boone | Water & Sewer Dept, 567 W. King St, Boone, NC 28607 | 000026875-0 |
| 3487 | Electric | Duke Energy Progress | 526 S. Church St, Charlotte, NC 28202 | 8341908732 |
| 3488 | Electric | Duke Energy | 526 S. Church St, Charlotte, NC 28202 | 1286294541 |
| 3502 | Water/Gas | Clarksville Gas & Water | 2215 Madison St, Clarksville, TN 37043 | 82126301 |
| 3502 | Electric | Clarksville Department of Electricity | 228 Excell Rd, Clarksville, TN 37043 | 299518 |
| 3502 | Telephone | AT&T | PO Box 105262, Atlanta, GA 30348-5262 | |
| 4403 | Electric | Duke Energy | 526 S. Church St, Charlotte, NC 28202 | 2060419496 |
| 4403 | Water | City of Winston Salem | PO Box 2511, Winston-Salem, NC 27102 | 2113946 |
| 4405 | Water | City of Gastonia | 150 S. York St, Gastonia, NC 28052 | 20174180 |
| 4405 | Water-storm | City of Gastonia | 150 S. York St, Gastonia, NC 28052 | 20448750 |
| 4407 | Electric/Water | City of High Point | 211 S. Hamilton St, High Point, NC 27260 | 89374 |
| 4408 | Electric | Duke Energy Progress | 526 S. Church St, Charlotte, NC 28202 | 3754788440 |
| 4408 | Water | City of Raleigh | 222 W. Hargett St, 2nd Floor, Raleigh, NC 27601 | 6836600000 |
| 4414 | Electric | Duke Energy | 526 S. Church St, Charlotte, NC 28202 | 2047979898 |
| 4414 | Water/Trash | City of Hickory | 76 N. Center St, Hickory, NC 28601 | 131742-60707 |
| 4416 | Electric | Duke Energy | 526 S. Church St, Charlotte, NC 28202 | 1283889453 |
| 4416 | Water | Anderson Electric City Utilities | 601 S. Main St, Anderson, SC 29624 | 500002003 |
| 4417 | Electric | Duke Energy | 526 S. Church St, Charlotte, NC 28202 | 1881032932 |

| **CFRA, LLC UTILITY VENDORS** | | | | |
|---|---|---|---|---|
| **STORE** | **TYPE** | **VENDOR** | **VENDOR ADDRESS** | **ACCOUNT #** |
| 4417 | Water | City of Kannapolis | 401 Laureate Way, Kannapolis, NC 28081 | 00106132-01 |
| 4423 | Electric | Duke Energy | 526 S. Church St, Charlotte, NC 28202 | 1527866029 |
| 4423 | Water | City of Salisbury | 125 N. Division St, Salisbury, MD 21801 | 0804932-1017487 |
| 4424 | Electric | Dominion Energy | 120 Tredegar St, Richmond, VA 23219 | 0334525276 |
| 4424 | Water | City of Virginia Beach | 2401 Courthouse Drive, Bldg 1, Virginia Beach, VA 23456 | 000-579750-0106786 |
| 4424 | WasteWater | HRSD | 1434 Air Rail Ave, Virginia Beach, VA 23455 | 7376560008 |
| 4431 | Electric | Duke Energy | 526 S. Church St, Charlotte, NC 28202 | 1947911124 |
| 4431 | Water | City of Charlotte | 600 E. 4th St, Charlote, NC 28202 | 719443-86357 & 987319-390585 |
| 4442 | Water | Metro Water Services | 1700 3rd Ave N, Nashville, TN 37208 | 158107302 |
| 4442 | Electric | Nashville Electric Service | 1214 Church Street, Nashville, TN 37246 | 0791056-0393132 |
| 4448 | Electric | Duke Energy | 526 S. Church St, Charlotte, NC 28202 | 1259481680 |
| 4448 | Water | Spartanburg Water System | 200 Commerce St, Spartanburg, SC 29306 | 250705 |
| 4448 | Irrigation | Spartanburg Water System | 200 Commerce St, Spartanburg, SC 29306 | 250708 |
| 4451 | Water | Metro Water Services | 1700 3rd Ave N, Nashville, TN 37208 | 159723301 |
| 4451 | Electric | Nashville Electric Service | 1214 Church Street, Nashville, TN 37246 | 0791056-0397003 |
| 4458 | Electric | Randolph Electric | 879 McDowell Rd, Asheboro, NC 27205 | 24881001 |
| 4458 | Water | City of Asheboro | 146 N. Church St, PO Box 1106, Asheboro, NC 27204-1106 | 39231 |
| 4505 | Electric | Duke Energy | 526 S. Church St, Charlotte, NC 28202 | 2093936554 |
| 4505 | Water | City of Durham | 101 City Hall Plaza, Durham, NC 27701 | 191777635410 |
| 4505 | Irrigation | City of Durham | 101 City Hall Plaza, Durham, NC 27701 | 191779635412 |
| 4506 | Electric | Duke Energy | 526 S. Church St, Charlotte, NC 28202 | 2138030502 |
| 4506 | Water | City of Charlotte | 600 E. 4th St, Charlotte, NC 28202 | 679472-337464 |

| \ | \ | **CFRA TRI-CITIES, LLC UTILITY VENDORS** | | |
|---|---|---|---|---|
| **STORE** | **TYPE** | **VENDOR** | **VENDOR ADDRESS** | **ACCOUNT #** |
| 589 | Gas | Atmos Energy | PO Box 650205, Dallas, TX 75265-0205 | 3016480335 |
| 589 | Electric | BVU | 15022 Lee Hwy, Bristol, VA 24202 | 200351-006859 |
| 589 | Irrigation | BVU | 15022 Lee Hwy, Bristol, VA 24202 | 200352-006859 |
| 589 | Water | BVU | 15022 Lee Hwy, Bristol, VA 24202 | 200352-006859 |
| 4435 | Water | City of Kingsport | 225 W. Center St, Kingsport, TN 37660 | 154356-54522 |
| 4435 | Electric | Appalachian Power | 1 AEP Way, Hurrican, WV 25526 | 01872697550 |
| 4440 | Electric | BrightRidge | 2600 Boones Creek Rd, Johnson City, TN 37615 | 190349001 |
| 4440 | Water | Johnson City Utility System | 601 E. Main St, Johnson City, TN 37601-4880 | 493-19250-02 |