Exhibit 1—49 Franchise Locations

|  | Rest. # | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| 1 | 470 | 4098 Nolensville Pike, Harding Mall | Nashville | TN | 37211 |
| 2 | 476 | 2219 Gallatin Pike N | Madison | TN | 37115 |
| 3 | 477 | 9940 Pineville-Matthews Rd | Pineville | NC | 28134 |
| 4 | 491 | 1101 Lanada Rd | Greensboro | NC | 27407 |
| 5 | 492 | 9253 East Independence Blvd | Matthews | NC | 28105 |
| 6 | 498 | 900 Longpine Rd | Burlington | NC | 27215 |
| 7 | 574 | 65 Peppers Ferry Rd NW | Christiansburg | VA | 24073 |
| 8 | 585 | 1540 General Booth Blvd | Virginia Beach | VA | 23454 |
| 9 | 587 | 109 University Blvd | Harrisonburg | VA | 22801 |
| 10 | 589 | 3179 Linden Dr | Bristol | VA | 24202 |
| 11 | 595 | 1740 Rio Hill Center Rd | Charlottesville | VA | 22901 |
| 12 | 4403 | 1295 Silas Creek Parkway | Winston-Salem | NC | 27127 |
| 13 | 4405 | 504 Cox Rd | Gastonia | NC | 28054 |
| 14 | 4407 | 110 E Parris Ave | High Point | NC | 27262 |
| 15 | 4408 | 3009 Capital Blvd | Raleigh | NC | 27604 |
| 16 | 4414 | 2415 US HWY 70 SE | Hickory | NC | 28602 |
| 17 | 4416 | 3191 N. Main St | Anderson | SC | 29621 |
| 18 | 4417 | 800 Cloverleaf Plaza | Kannapolis | NC | 28083 |
| 19 | 4423 | 105 Faith Rd | Salisbury | NC | 28146 |
| 20 | 4424 | 817 First Colonial Rd | Virginia Beach | VA | 23451 |
| 21 | 4431 | 134 W Woodlawn Rd | Charlotte | NC | 28217 |
| 22 | 4435 | 1201 East Stone Dr | Kingsport | TN | 37660 |
| 23 | 4440 | 3214 Peoples St | Johnson City | TN | 37604 |
| 24 | 4442 | 5016 Old Hickory Blvd | Hermitage | TN | 37076 |
| 25 | 4448 | 8135 Warren H. Abernathy Hwy | Spartanburg | SC | 29301 |
| 26 | 4451 | 5420 Target Dr | Antioch | TN | 37013 |
| 27 | 4458 | 1106 East Dixie Dr | Asheboro | NC | 27203 |
| 28 | 4505 | 1821 North Pointe Dr | Durham | NC | 27705 |
| 29 | 4506 | 8146 South Tryon St | Charlotte | NC | 28273 |
| 30 | 419 | 1031 Assembly St | Columbia | SC | 29201 |
| 31 | 494 | 1661 E Broad St | Statesville | NC | 28625 |
| 32 | 530 | 1412 Richmond Rd | Williamsburg | VA | 23185 |
| 33 | 597 | 170 Front Royal Pike | Winchester | VA | 22602 |

|    | Rest. # | Address | City | State | Zip Code |
|----|------|----------------------------------------|--------------|-------|-------|
| 34 | 2027 | 747 E Rochambeau Dr | Williamsburg | VA | 23188 |
| 35 | 3105 | 700 E Dixon Blvd. | Shelby | NC | 28152 |
| 36 | 3139 | 16815 Caldwell Creek Drive | Huntersville | NC | 28078 |
| 37 | 3218 | 779 Team Blvd. | Smyrna | TN | 37167 |
| 38 | 3326 | 6800 Charlotte Pike, Ste 117 | Nashville | TN | 37209 |
| 39 | 3327 | 336 South Sharon Amity Road | Charlotte | NC | 28211 |
| 40 | 3367 | 478 River Highway | Mooresville | NC | 28117 |
| 41 | 3383 | 1203 Murfreesboro Road, Ste 190 | Franklin | TN | 37064 |
| 42 | 3423 | 16015-A Lancaster Highway | Charlotte | NC | 28277 |
| 43 | 3427 | 2214 Elliston Place, Suite 102 | Nashville | TN | 37203 |
| 44 | 3450 | 825 Nashville Pike, Suite D | Gallatin | TN | 37066 |
| 45 | 3453 | 5335 Ballantyne Commons Parkway, Suite 200 | Charlotte | NC | 28277 |
| 46 | 3472 | 702 Blowing Rock Road | Boone | NC | 28607 |
| 47 | 3487 | 3001 Hillsborough St. Ste. 116 | Raleigh | NC | 27607 |
| 48 | 3488 | 5815 Highland Shoppes Drive, Suite 100 | Charlotte | NC | 28269 |
| 49 | 3502 | 1602 Haynes Street | Clarksville | TN | 37043 |