Exhibit 2—29 Franchise Locations with Real Property & Equipment Leases

|   | Rest. # | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| 1 | 470 | 4098 Nolensville Rd | Nashville | TN | 37211 |
| 2 | 476 | 2219 Gallatin Pike N | Madison | TN | 37115 |
| 3 | 477 | 9940 Pineville Matthews Rd | Pineville | NC | 28134 |
| 4 | 491 | 1101 Lanada Rd | Greensboro | NC | 27407 |
| 5 | 492 | 9253 East Independence Rd | Matthews | NC | 28105 |
| 6 | 498 | 900 Long Pine Rd | Burlington | NC | 27215 |
| 7 | 574 | 65 Peppers Ferry Rd NW | Christiansburg | VA | 24073 |
| 8 | 585 | 1540 General Booth Blvd | Virginia Beach | VA | 23454 |
| 9 | 587 | 109 University Blvd | Harrisonburg | VA | 22801 |
| 10 | 589 | 3179 Linden Dr | Bristol | VA | 24202 |
| 11 | 595 | 1740 Rio Hill Center Rd | Charlottesville | VA | 22901 |
| 12 | 4403 | 1295 Silas Creek Parkway | Winston-Salem | NC | 27127 |
| 13 | 4405 | 504 Cox Rd | Gastonia | NC | 28054 |
| 14 | 4407 | 110 E Parris Ave | High Point | NC | 27262 |
| 15 | 4408 | 3009 Capital Blvd | Raleigh | NC | 27604 |
| 16 | 4414 | 2415 US HWY 70 SE | Hickory | NC | 28602 |

| | | | | | |
|---|---|---|---|---|---|
| 17 | 4416 | 3191 N. Main St | Anderson | SC | 29621 |
| 18 | 4417 | 800 Cloverleaf Plaza | Kannapolis | NC | 28083 |
| 19 | 4423 | 105 Faith Rd | Salisbury | NC | 28146 |
| 20 | 4424 | 817 First Colonial Rd | Virginia Beach | VA | 23451 |
| 21 | 4431 | 134 W Woodlawn Rd | Charlotte | NC | 28217 |
| 22 | 4435 | 1201 East Stone Dr | Kingsport | TN | 37660 |
| 23 | 4440 | 3214 Peoples St | Johnson City | TN | 37604 |
| 24 | 4442 | 5016 Old Hickory Blvd | Hermitage | TN | 37076 |
| 25 | 4448 | 8135 Warren H. Abernathy Hwy | Spartanburg | SC | 29301 |
| 26 | 4451 | 5420 Target Dr | Antioch | TN | 37013 |
| 27 | 4458 | 1106 East Dixie Dr | Ashboro | NC | 27203 |
| 28 | 4505 | 1821 North Pointe Dr | Durham | NC | 27705 |
| 29 | 4506 | 8146 South Tryon St | Charlotte | NC | 28273 |

DOCS_DE:228658.7 18037/004