Exhibit 8—March 24, 2020, Letter



## CFRA, LLC & CFRA Tri-Cities, LLC
### IHOP franchisees

March 24, 2020

Jay Johns, President
IHOP Restaurants, LLC
450 North Brand Boulevard
Glendale, California 91203

    Re: CFRA, LLC & CFRA Tri-Cities, LLC Update

Dear Jay:

I hope that this note finds you well.

Obviously, we are in uncharted territory with required governmental closures due to the COVID-19 pandemic. As you are aware, the destruction caused is swift and immediate action is necessary to preserve any remaining enterprise value for our locations. Indeed, while your deferral on obligations under our leases and franchise agreements is helpful, more relief is, unfortunately, necessary.

Accordingly, attached is a list of the store hours & locations of the 21 IHOP restaurants that remain open with limited hours, and the 28 stores that were forced to close due to the pandemic and related governmental closures.

Under the circumstances, the owners of CFRA can no longer invest additional funds into the business, given that they recognize that the business has little to no equity value. Rather than simply walk away from the business, however, we intend to invest considerable efforts and non-cash resources to create the best present outcome for IHOP Corp., our lender, and the remaining employees of the 21 remaining restaurants. We also expect our current lender to provide additional working capital for this purpose.

We would like to get on a call (since it is difficult at this time to meet in person) to discuss what IHOP would like to do with the 28 restaurants that were forced to close and that we have no current intention of re-opening. We believe that we can work with the lender to ensure that the 21 remaining restaurants fully reopen when this crisis passes.

We look forward to working with IHOP and CFRA's lenders to create the strongest possible 21-unit operation for when this pandemic and related closures pass, as a restructuring is required.

            CFRA, LLC and CFRA Tri-Cities, LLC

            Nicholas Peters
            President

cc: Sandra Mendoza, *sandra.mendoza@ihop.com*

---

**CFRA, LLC & CFRA Tri-Cities, LLC**
1340 HAMLET AVENUE • CLEARWATER, FLORIDA 33756
(727) 443-5656 • (727) 443-4888 Fax



## CFRA, LLC & CFRA Tri-Cities, LLC
IHOP franchisees

**21 CFRA IHOP restaurants that remain open with limited operating hours (7 AM to 3 PM):**

| Store # | Address | City | State |
|---|---|---|---|
| 419 | 1031 Assembly St | Columbia | SC |
| 491 | 1101 Lanada Dr | Greensboro | NC |
| 492 | 9253 E Independence Blvd | Matthews | NC |
| 494 | 1661 E Broad St | Statesville | NC |
| 498 | 900 Long Pine Rd | Burlington | NC |
| 574 | 65 Peppers Ferry Road NW | Christiansburg | VA |
| 587 | 109 University Blvd | Harrisonburg | VA |
| 597 | 170 Front Royal Pike | Winchester | VA |
| 2027 | 747 E Rochambeau Drive | Williamsburg | VA |
| 3218 | 779 Team Blvd. | Smyrna | TN |
| 4403 | 1295 Silas Creek Parkway | Winston-Salem | NC |
| 4405 | 504 Cox Rd | Gastonia | NC |
| 4408 | 3009 Capital Blvd | Raleigh | NC |
| 4414 | 2415 US Hwy 70 SE | Hickory | NC |
| 4417 | 800 Cloverleaf Parkway | Kannapolis | NC |
| 4423 | 275 Bendix Dr. | Salisbury | NC |
| 4435 | 1201 E Stone Dr | Kingsport | TN |
| 4440 | 3214 Peoples St | Johnson City | TN |
| 4448 | 8135 Warren H Abernathy Hwy | Spartanburg | SC |
| 4458 | 1106 E Dixie St | Asheboro | NC |
| 4505 | 1821 N Pointe Dr | Durham | NC |



## CFRA, LLC & CFRA Tri-Cities, LLC
### IHOP franchisees

**28 CFRA IHOP restaurants that have been closed:**

| Store # | Address | City | State |
|---|---|---|---|
| 470 | 4098 Nolensville Rd. | Nashville | TN |
| 476 | 2219 Gallatin Pike N | Madison | TN |
| 477 | 9940 Pineville Matthews Rd | Pineville | NC |
| 530 | 1412 Richmond Rd | Williamsburg | VA |
| 585 | 1540 General Booth Blvd | Virginia Beach | VA |
| 589 | 3179 Linden Dr | Bristol | VA |
| 595 | 1740 Rio Hill Center | Charlottesville | VA |
| 3105 | 700 E Dixon Rd | Shelby | NC |
| 3139 | 16815 Caldwell Creek Drive | Huntersville | NC |
| 3326 | 6800 Charlotte Pike | Nashville | TN |
| 3327 | 336 S. Sharon Amity Rd. | Charlotte | NC |
| 3367 | 476 River Highway | Mooresville | NC |
| 3383 | 1203 Murfreesboro Rd #190 | Franklin | TN |
| 3423 | 16015-A Lancaster Hwy | Charlotte | NC |
| 3427 | 2214 Elliston Place | Nashville | TN |
| 3450 | 825 Nashville Pike Suite D | Gallatin | TN |
| 3453 | 5335 Ballantyne Commons Pkwy Ste 200 | Charlotte | NC |
| 3472 | 702 Blowing Rock Road | Boone | NC |
| 3487 | 3001 Hillsborough St. Suite 116 | Raleigh | NC |
| 3488 | 5815 Highland Shoppes Dr Suite 100 | Charlotte | NC |
| 3502 | 1602 Haynes Street | Clarksville | TN |
| 4407 | 110 E Parris Ave | High Point | NC |
| 4416 | 3191 N Main St | Anderson | SC |
| 4424 | 817 First Colonial Rd | Virginia Beach | VA |
| 4431 | 134 W. Woodlawn Rd | Charlotte | NC |
| 4442 | 5016 Old Hickory Blvd | Hermitage | TN |
| 4451 | 5420 Target Dr | Antioch | TN |
| 4506 | 8146 S Tryon St | Charlotte | NC |