Exhibit 9—March 25, 2020, Letter

DOCS_DE:228658.7 18037/004



**From the desk of
Jay Johns, President**

**Sent via email:** nick_peters@earthlink.net

Nicholas Peters
Nicholas Peters Group

**Re: Temporary Restaurant Closure**

We are in receipt of your letter dated March 24, 2020, informing us that you have closed the restaurants on the attached Exhibit A ("Restaurants"). We are not authorizing any permanent closures at this time.

However, subject to reevaluation based on changing conditions within the market due to COVID-19 (a.k.a. "Coronavirus"), Franchisor[1] agrees to temporary closure starting on March 24, 2020 for up to 30 days. We reserve the right to make determinations on temporary closure on a case by case basis, taking specific facts and circumstances into account. We also reserve the right to revisit the issue at any time based on changing conditions.

Nothing in this letter shall be construed to modify or limit any rights or remedies of IHOP. IHOP expressly reserves all of its rights with respect to any and all remedies at law or in equity, under the Franchise Agreements, and any other contract, or any other source of right or remedy. Neither this letter nor any action taken or not taken by IHOP, including, but not limited to, continuing to do business, accepting records, accepting money, or any other action or inaction, shall be deemed to be a waiver of IHOP's right to any remedies or a waiver of any other rights or actions IHOP may have against you. Similarly, IHOP does not waive any other default or breach of the Franchise Agreements, Guarantees, or any other contracts that are not addressed in this letter.

Sincerely,

Jay Johns
President

---

[1] Please note that capitalized terms used in this letter, unless otherwise defined, shall have the meanings ascribed to them in the applicable Franchise Agreement for each Restaurants.

**INTERNATIONAL HOUSE OF PANCAKES**   450 N BRAND BLVD  •  GLENDALE CA 91203  •  +1.818.637.3108  •  ihop.com



**From the desk of
Jay Johns, President**

Cc:    Jim Darby
        Charles Scaccia
        Christine Son
        Devon Tucker

Exhibit A

Nicholas Peters Group

| Rest No. | Address | City | State | Zip |
|---|---|---|---|---|
| 470 | 4098 Nolensville Pike (Harding Mall) | Nashville | TN | 37211-4516 |
| 476 | 2219 Gallatin Pike N | Madison | TN | 37115-2005 |
| 477 | 9940 Pineville-Matthews Rd | Pineville | NC | 28134-7551 |
| 530 | 1412 Richmond Rd | Williamsburg | VA | 23185-2803 |
| 585 | 1540 General Booth Blvd | Virginia Beach | VA | 23454-5103 |
| 589 | 3179 Linden Dr | Bristol | VA | 24202-5809 |
| 595 | 1740 Rio Hill Center | Charlottesville | VA | 22901-1140 |
| 3105 | 700 E Dixon Blvd. | Shelby | NC | 28152-6832 |
| 3139 | 16815 Caldwell Creek Drive | Huntersville | NC | 28078-8072 |
| 3326 | 6800 Charlotte Pike, Ste 117 | Nashville | TN | 37209 |
| 3327 | 336 South Sharon Amity Road | Charlotte | NC | 28211-2806 |
| 3367 | 478 River Highway | Mooresville | NC | 28117-6828 |
| 3383 | 1203 Murfreesboro Road, Ste 190 | Franklin | TN | 37064-3028 |
| 3423 | 16015-A Lancaster Highway | Charlotte | NC | 28277 |
| 3427 | 2214 Elliston Place, Suite 102 | Nashville | TN | 37203-5285 |
| 3450 | 825 Nashville Pike, Suite D | Gallatin | TN | 37066 |
| 3453 | 5335 Ballantyne Commons Parkway, Suite 200 | Charlotte | NC | 28277-0699 |
| 3472 | 702 Blowing Rock Road | Boone | NC | 28607-4835 |
| 3487 | 3001 Hillsborough St. Ste. 116 | Raleigh | NC | 27607 |
| 3488 | 5815 Highland Shoppes Drive, Suite 100 | Charlotte | NC | 28269 |
| 3502 | 1602 Haynes Street | Clarksville | TN | 37043-4544 |
| 4407 | 110 E Parris Avenue | High Point | NC | 27262-7709 |
| 4416 | 3191 N. Main Street | Anderson | SC | 29621-2764 |

Case 8:20-bk-03608-CPM    Doc 65-11    Filed 05/26/20    Page 4 of 4



**From the desk of
Jay Johns, President**

| 4424 | 817 First Colonial Road | Virginia Beach | VA | 23451-6125 |
|---|---|---|---|---|
| 4431 | 134 W Woodlawn Road | Charlotte | NC | 28217-2110 |
| 4442 | 5016 Old Hickory Blvd | Hermitage | TN | 37076-2566 |
| 4451 | 5420 Target Drive | Antioch | TN | 37013-3870 |
| 4506 | 8146 S Tryon Street | Charlotte | NC | 28273-3325 |