Exhibit 10—April 10, 2020, Letter



April 10, 2020                                                              Daniel M. Eliades

D  973.848.4018
daniel.eliades@klgates.com

**Via E-Mail and Federal Express**

Jay D. Johns, President
IHOP Restaurants, LLC
450 North Brand Boulevard
Glendale, California 91203

Re:   **CFRA, LLC and CFRA Tri-Cities, LLC**

Dear Mr. Johns:

This firm represents Valley National Bank ("VNB"), successor in interest to USAmeriBank, and Raymond James Bank, NA ("RJB") in their capacities as "Lenders" under a loan to CFRA, LLC ("CFRA") and CFRA Tri-Cities, LLC ("CFRA Tri-Cities" and, together with CFRA, the "Borrowers") in the principal amount of $26,000,000 (the "Loan").  The Loan is evidenced by various agreements and related documents that are collectively referred to as the "Bank Credit Agreements".  The Bank Credit Agreements include a Security Agreement conveying Lenders' security interests in property used by the Borrowers in connection with forty-nine (49) restaurants operated under franchise agreements with IHOP Restaurants, LLC and/or its subsidiaries and affiliates (collectively, "IHOP").

By letter of March 24, 2020, Borrowers advised IHOP that: (i) Borrowers had closed twenty-eight (28) of the restaurants owned and previously operated by Borrowers, and that Borrowers have no intention of re-opening these restaurants; and (ii) Borrowers' remaining twenty-one (21) restaurants would remain open and operate on a reduced schedule for an undetermined period of time.  By letter of March 24, 2020, Borrowers similarly advised Lenders that Borrowers: (i) had lost 85% to 90% of their revenue; (ii) had closed twenty-eight (28) restaurants and that twenty-one (21) restaurants would operate on reduced schedules; and (iii) requested a $2,500,000 "additional credit line" from Lenders.

Lenders understand that Borrowers now intend to cease operations at the twenty-one (21) restaurants they had been operating on reduced schedules.

K&L GATES LLP
ONE NEWARK CENTER   TENTH FLOOR   NEWARK   NJ 07102
T +1 973 848 4000  F +1 973 848 4001  klgates.com

Anthony P. La Rocco, Managing Partner, New Jersey
304680475 v1

Jay D. Johns, President
April 10, 2020
Page 2

Attached is a copy of a default notice and notice of material adverse change that was issued by Lenders to Borrowers and CFRA Holdings, LLC ("CFRA Holdings") on April 9, 2020.

Lenders request a call with the IHOP business and legal team at its earliest convenience to discuss this matter. Please let me know when your team may be available for a call. My e-mail address is daniel.eliades@klgates.com and my cell phone number is 201 741-7409. Thank you.

Very Truly Yours,

*/s/ Daniel M. Eliades*

Daniel M. Eliades

cc: Bryan R. Adel
      Senior Vice President, Legal, General Counsel and Secretary
      Dine Brands Global
      450 N. Brand Blvd., 7th Floor
      Glendale, CA 91203