<u>Exhibit 11—April 16, 2020, Termination Notice as to 28 Locations</u>

 



April 16, 2020

**Via Email and FedEx (email: nick_peters@earthlink.net)**

CFRA, LLC
CFRA Tri-Cities, LLC
288 Spottis Woode Court
Clearwater, FL 33756A
Attn: Mr. Nicholas Peters

**Re: <u>NOTICE OF DEFAULT AND TERMINATION</u>**

Dear Mr. Peters:

This letter shall serve as written notice of your default of the Franchise Agreements entered into between CFRA, LLC and CFRA Tri-Cities, LLC on the one hand (collectively, "CFRA"); and IHOP Restaurants LLC and IHOP Franchisor LLC on the other, relating to the 28 IHOP restaurants at the following locations (the "Restaurants"):

| | | | |
|---|---|---|---|
| 1. | 4098 Nolensville Rd. | Nashville | TN |
| 2. | 2219 Gallatin Pike | Madison | TN |
| 3. | 9940 Pineville Matthews Rd | Pineville | NC |
| 4. | 1412 Richmond Rd | Williamsburg | VA |
| 5. | 1540 General Booth Blvd 589 | Virginia Beach | VA |
| 6. | 3179 Linden Dr | Bristol | VA |
| 7. | 1740 Rio Hill Center | Charlottesville | VA |
| 8. | 700 E Dixon Rd | Shelby | NC |
| 9. | 16815 Caldwell Creek Drive | Huntersville | NC |
| 10. | 6800 Charlotte Pike | Nashville | TN |
| 11. | 336 S. Sharon Amity Rd. | Charlotte | NC |
| 12. | 476 River Highway | Mooresville | NC |
| 13. | 1203 Murfreesboro Rd IH90 | Franklin | TN |
| 14. | 16015-A Lancaster Hwy | Charlotte | NC |
| 15. | 2214 Elliston Place | Nashville | TN |
| 16. | 825 Nashville Pike Suite D | Gallatin | TN |
| 17. | 5335 Ballantyne Commons Pkwy Ste 200 | Charlotte | NC |
| 18. | 702 Blowing Rock Road | Boone | NC |

April 16, 2020
Page 2

| 19. | 3001 Hillsborough St. Suite 116 | Raleigh | NC |
| 20. | 5815 Highland Shoppes Dr Suite 100 | Charlotte | NC |
| 21. | 1602 Haynes Street | Clarksville | TN |
| 22. | 110 E Parris Ave | High Point | NC |
| 23. | 3191 N Main St | Anderson | SC |
| 24. | 817 First Colonial Rd | Virginia Beach | VA |
| 25. | 134 W. Woodlawn Rd | Charlotte | NC |
| 26. | 5016 Old Hickory Blvd | Hermitage | TN |
| 27. | 5420 Target Dr. | Antioch | TN |
| 28. | 8146 S. Tryon St. | Charlotte | NC |

On March 24, 2020, CFRA first notified IHOP of CFRA's intentions to permanently close the Restaurants.  In response, that same day, IHOP attempted to work with CFRA and provided CFRA with approval to close on a *temporary* basis.  However, since that time, CFRA has reiterated multiples times and unequivocally its intention not to reopen the Restaurants and to permanently close and abandon them.

In addition, as reflected in the attached Exhibit A, CFRA has past due financial obligations totaling $534.287.00, which includes, but is not limited to, past due royalty payments, advertising expenditures, rent, and equipment lease payments owed under the respective Franchise Agreements, Lease Agreements, and Equipment Leases for the Restaurants. IHOP previously provided CFRA with the opportunity to defer certain of these payments and enter into a Deferral Agreement, which CFRA never executed. However, based on CFRA's unauthorized permanent closure of the Restaurants, CFRA is no longer in good standing and the Deferral Agreement is now void.

Pursuant to the respective Franchise Agreements for the Restaurants (the "Agreements"), CFRA is hereby put on notice of its default of the Agreements, and of IHOP's termination of the Agreements based on CFRA's unauthorized closure and abandonment of the Restaurants. Under the relevant provisions of the Agreements, such closures constitute an incurable material breach and subjects these Agreements to immediate termination.  Accordingly, the Agreements are terminated effective as of the date of this notice.

Nothing in this letter shall be construed to modify or limit any rights or remedies of IHOP. IHOP expressly reserves all of its rights with respect to any and all remedies at law or in equity, under

April 16, 2020
Page 3

the Franchise Agreements, and any other contract, or any other source of right or remedy. Neither this letter nor any action taken or not taken by IHOP, including, but not limited to, continuing to do business, accepting records, accepting money, or any other action or inaction, shall be deemed to be a waiver of IHOP's right to any remedies or a waiver of any other rights or actions IHOP may have against you. Similarly, IHOP does not waive any other default or breach of the Franchise Agreements, Guarantees, or any other contracts that are not addressed in this letter. Nothing in this letter shall be construed to modify, extend, or limit the effect of any other notice of default you may have received.

Sincerely,

Charles Scaccia
SVP, Operations

# Exhibit A

CFRA Closed Locations - Total Due Data as of 4/15/20

| # | Address | City | State | Royalty | Advertising | Rent | Percent Rent | Equipment | CAM | Other | Total |
|---|---------|------|-------|---------|-------------|------|--------------|-----------|-----|-------|-------|
| 0470-20 | 4098 Nolensville Rd | Nashville | TN | $5,965 | $3,977 | $20,280 | $0 | $0 | $0 | $0 | $30,222 |
| 0476-20 | 2219 Gallatin Pike N | Madison | TN | $4,109 | $2,740 | $20,550 | $0 | $0 | $0 | $0 | $27,399 |
| 0477-10 | 9940 Pineville Matthews Rd | Pineville | NC | $3,845 | $2,564 | $18,750 | $0 | $0 | $0 | $0 | $25,159 |
| 0530-10 | 1412 Richmond Rd | Wiliamsburg | VA | $2,351 | $1,567 | $0 | $0 | $0 | $0 | $122 | $4,040 |
| 0585-10 | 1540 General Booth Blvd | Virginia Beach | NC | $3,294 | $2,196 | $29,700 | $0 | $0 | $0 | $125 | $35,315 |
| 0589-30 | 3179 Linden Dr | Bristol | VA | $6,051 | $2,854 | $27,930 | $0 | $3,540 | $0 | $0 | $40,376 |
| 0595-10 | 1740 Rio Hill Center Rd | Charlottesville | VA | $4,836 | $3,224 | $29,400 | $0 | $0 | $0 | $0 | $37,460 |
| 3105-00 | 700 E Dixon Rd | Shelby | NC | $3,396 | $2,264 | $0 | $0 | $0 | $0 | $248 | $5,907 |
| 3139-00 | 16815 Caldwell Creek Dr | Huntersville | NC | $4,371 | $2,914 | $0 | $0 | $0 | $0 | $0 | $7,286 |
| 3326-00 | 6800 Charoltte Pike | Nashville | TN | $4,122 | $2,748 | $0 | $0 | $0 | $0 | $122 | $6,992 |
| 3327-00 | 336 S. Sharon Amity Rd | Charottle | NC | $4,755 | $3,170 | $0 | $0 | $0 | $0 | $0 | $7,924 |
| 3367-00 | 476 River highway | Mooreseville | NC | $3,163 | $2,109 | $0 | $0 | $0 | $0 | $0 | $5,272 |
| 3383-00 | 1203 Mufreesboro Rd | Franklin | TN | $3,431 | $2,287 | $0 | $0 | $0 | $0 | $0 | $5,718 |
| 3423-00 | 16015-A Lancaster Hwy | Charottle | NC | $4,697 | $3,131 | $0 | $0 | $0 | $0 | $0 | $7,828 |
| 3427-00 | Elliston Pl | Nashville | TN | $3,093 | $2,062 | $0 | $0 | $0 | $0 | $122 | $5,278 |
| 3450-00 | 825 Nashville Pike | Gallatin | TN | $2,992 | $1,995 | $0 | $0 | $0 | $0 | $0 | $4,987 |
| 3453-00 | 5335 Ballantyne Rd Commons Pkwy | Charottle | NC | $3,019 | $2,012 | $0 | $0 | $0 | $0 | $0 | $5,031 |
| 3472-00 | 702  Blowing Rock RD | Boone | NC | $2,596 | $1,731 | $0 | $0 | $0 | $0 | $0 | $4,326 |
| 3487-00 | 3001 Hillsborgh St | Raleigh | NC | $2,745 | $1,830 | $0 | $0 | $0 | $0 | $122 | $4,697 |
| 3488-00 | 5815 Highland Shoppes | Charottle | NC | $3,428 | $2,286 | $0 | $0 | $0 | $0 | $0 | $5,714 |
| 3502-00 | 1602 Haynes St | Clarksville | TN | $3,720 | $2,480 | $0 | $0 | $0 | $0 | $0 | $6,200 |
| 4407-10 | 110 E Parris Ave | High Point | NC | $6,505 | $3,410 | $19,320 | $0 | $2,780 | $0 | $0 | $32,016 |
| 4416-30 | 3191 N. Main St | Andrson | SC | $4,492 | $3,494 | $21,537 | $0 | $0 | $262 | $122 | $29,907 |
| 4424-10 | 817 Frist Colonial Rd | Virginia Beach | VA | $6,329 | $3,180 | $30,510 | $0 | $3,120 | $0 | $0 | $43,139 |
| 4431-20 | 134 W Woodlawn Rd | Charottle | NC | $6,892 | $3,428 | $23,100 | $0 | $3,500 | $0 | $0 | $36,921 |
| 4442-20 | 5016 Old Hickory Bvld | Hermitage | TN | $4,947 | $2,345 | $21,150 | $0 | $2,860 | $0 | $0 | $31,302 |
| 4451-20 | 5420 Target Dr | Antioch | TN | $7,052 | $3,788 | $21,450 | $0 | $2,740 | $0 | $122 | $35,152 |
| 4506-10 | 8146 S. Tryon St | Charottle | NC | $2,985 | $3,650 | $32,515 | $0 | $3,360 | $210 | $0 | $42,720 |
| | | TOTAL | | $119,182 | $75,434 | $316,192 | $0 | $21,900 | $473 | $1,107 | $534,287 |