Exhibit 12—April 16, 2020, Default Notice as to 21 Locations

DOCS_DE:228658.7 18037/004





April 16, 2020

**Via Email and FedEx (email: nick_peters@earthlink.net)**

CFRA, LLC
CFRA Tri-Cities, LLC
288 Spottis Woode Court
Clearwater, FL 33756A
Attn: Mr. Nicholas Peters

**Re: NOTICE OF DEFAULT**

Dear Mr. Peters:

This letter shall serve as written notice of your default of the Franchise Agreements entered into between CFRA, LLC and CFRA Tri-Cities, LLC on the one hand (collectively, "CFRA"); and IHOP Restaurants LLC and IHOP Franchisor LLC on the other, relating to the 21 IHOP restaurants at the following locations (the "Restaurants"):

| | | | |
|---|---|---|---|
| 1. | 1031 Assembly St | Columbia | SC |
| 2. | 1101 Lanada Dr | Greensboro | NC |
| 3. | 9253 E Independence Blvd | Matthews | NC |
| 4. | 1661 E Broad St | Statesville | NC |
| 5. | 900 Long Pine Rd | Burlington | NC |
| 6. | 65 Peppers Ferry Road NW | Christiansburg | VA |
| 7. | 109 University Blvd | Harrisonburg | VA |
| 8. | 170 Front Royal Pike | Winchester | VA |
| 9. | 747 E Rochambeau Drive | Williamsburg | VA |
| 10. | 779 Team Blvd. | Smyrna | TN |
| 11. | 1295 Silas Creek Parkway | Winston-Salem | NC |
| 12. | 504 Cox Rd | Gastonia | NC |
| 13. | 3009 Capital Blvd | Raleigh | NC |
| 14. | 2415 US Hwy 70 SE | Hickory | NC |
| 15. | 800 Cloverleaf Parkway | Kannapolis | NC |
| 16. | 105 Faith Rd | Salisbury | NC |
| 17. | 1201 E Stone Dr | Kingsport | TN |
| 18. | 3214 Peoples St | Johnson City | TN |

DINEBRANDS.COM

450 N. BRAND BLVD GLENDALE CA 91203

April 16, 2020
Page 2

| | | | |
|---|---|---|---|
| 19. | 8135 Warren H Abernathy Hwy | Spartanburg | SC |
| 20. | 1106 E Dixie St | Asheboro | NC |
| 21. | 1821 N Pointe Dr | Durham | NC |

As reflected in the attached <u>Exhibit A</u>, CFRA has past due financial obligations totaling $370,410.00, which includes, but is not limited to, past due royalty payments, advertising expenditures, rent, and equipment lease payments owed under the respective Franchise Agreements, Leases/Subleases, and Equipment Leases for the Restaurants. IHOP previously provided CFRA with the opportunity to defer certain of these payments and enter into a Deferral Agreement, which CFRA never executed. However, based on CFRA's unauthorized permanent closure of 28 IHOP locations as referenced in the second Notice of Default dated today, CFRA is no longer in good standing and the Deferral Agreement is now void.

Pursuant to the respective Franchise Agreements for the Restaurants, CFRA is hereby put on notice of its default of the Franchise Agreements. CFRA's Franchise Agreements for the Restaurants will automatically terminate without any further notice if CFRA fails to fully cure by **April 24, 2020**. IHOP hereby demands that CFRA fully comply with all terms and conditions of the Franchise Agreements and pay IHOP all amounts owed by **April 24, 2020**.

Nothing in this letter shall be construed to modify or limit any rights or remedies of IHOP. IHOP expressly reserves all of its rights with respect to any and all remedies at law or in equity, under the Franchise Agreements, and any other contract, or any other source of right or remedy. Neither this letter nor any action taken or not taken by IHOP, including, but not limited to, continuing to do business, accepting records, accepting money, or any other action or inaction, shall be deemed to be a waiver of IHOP's right to any remedies or a waiver of any other rights or actions IHOP may have against you. Similarly, IHOP does not waive any other default or breach of the Franchise Agreements, Guarantees, or any other contracts that are not addressed in this letter. Nothing in this letter shall be construed to modify, extend, or limit the effect of any other notice of default you may have received.

Sincerely,

*Charles Scaccia* (signature)

Charles Scaccia
SVP, Operations

# Exhibit A

**CFRA Open Locations - Past Due Data as of 4/15/20**

| # | Address | City | State | Royalty | Advertising | Rent | Percent Rent | Equipment | CAM | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0419-30 | 1031 Assembly St | Columbia | SC | $1,442 | $3,859 | $0 | $0 | $0 | $0 | $0 | $5,302 |
| 0491-10 | 1101 Lanada Rd. | Greenboro | NC | $979 | $761 | $12,528 | $0 | $0 | $0 | $0 | $14,268 |
| 0492-10 | 9253 E Independence Rd | Matthews | NC | $7,401 | $4,561 | $8,526 | $0 | $0 | $0 | $0 | $20,488 |
| 0494-20 | 1661 E Broad St | Statesville | NC | $703 | $1,793 | $0 | $0 | $0 | $0 | $0 | $2,496 |
| 0498-10 | 900 Long Pine RD | Burlington | NC | $1,777 | $979 | $12,406 | $130 | $0 | $0 | $0 | $15,293 |
| 0574-10 | 65 Peppers Ferry Rd NW | Christiansburg | VA | $2,571 | $2,856 | $17,660 | $0 | $1,560 | $0 | $0 | $24,647 |
| 0587-10 | 109 University Bvld | Harrisonburg | VA | $1,686 | $4,363 | $18,400 | $0 | $0 | $0 | $0 | $24,449 |
| 0597-10 | 107 Front Royal Pike | Winchester | VA | $1,162 | $2,865 | $0 | $0 | $0 | $0 | $0 | $4,026 |
| 2027-10 | 747 E Rochambau Dr | Willamsburg | VA | $681 | $1,891 | $0 | $0 | $0 | $0 | $0 | $2,571 |
| 3218-00 | 779 Team BVLD | Smyrna | TN | $1,512 | $3,617 | $0 | $0 | $0 | $0 | $0 | $5,128 |
| 4403-10 | 1295 Silas Creek Parkway | Winston- Salem | NC | $2,461 | $3,686 | $16,100 | $0 | $1,130 | $0 | $0 | $23,377 |
| 4405-10 | 504 Cox Rd | Gastonia | NC | $2,936 | $3,433 | $14,340 | $0 | $1,520 | $0 | $0 | $22,228 |
| 4408-10 | 3009 Captial Bvld | Raleigh | NC | $2,990 | $3,658 | $14,740 | $0 | $1,460 | $0 | $0 | $22,848 |
| 4414-10 | 2415 US HWY 70 SE | Hickory | NC | $3,535 | $4,344 | $16,560 | $0 | $1,590 | $0 | $0 | $26,029 |
| 4417-10 | 800 Cloverleaf Plaza | Kannapolis | NC | $3,943 | $4,175 | $15,120 | $202 | $1,580 | $0 | $0 | $25,019 |
| 4423-10 | 105 Fath Rd | Salisbury | NC | $2,998 | $3,234 | $13,940 | $0 | $1,690 | $0 | $0 | $21,862 |
| 4435-10 | 1201 East Stone Dr | Kingsport | TN | $2,006 | $2,983 | $13,900 | $0 | $876 | $0 | $0 | $19,765 |
| 4440-20 | 3214 Peoples St | Johnson City | TN | $2,851 | $3,410 | $16,020 | $0 | $1,650 | $0 | $0 | $23,931 |
| 4448-20 | 8135 Warren H. Abernathy Hwy | Spartanburg | SC | $2,858 | $3,200 | $15,800 | $0 | $1,480 | $0 | $0 | $23,338 |
| 4458-10 | 1106 East Dixie Dr | Ashboro | NC | $2,365 | $2,580 | $12,800 | $0 | $1,260 | $0 | $0 | $19,005 |
| 4505-10 | 1821 North Pointe DR | Durham | NC | $2,683 | $2,906 | $17,140 | $0 | $1,612 | $0 | $0 | $24,340 |
| | | | **TOTAL** | **$51,538** | **$65,153** | **$235,979** | **$332** | **$17,408** | **$0** | **$0** | **$370,410** |