Exhibit 13—April 17, 2020, Termination Notice as to 21 Locations

April 17, 2020

**Via Email and FedEx (email: nick_peters@earthlink.net)**

CFRA, LLC
CFRA Tri-Cities, LLC
288 Spottis Woode Court
Clearwater, FL 33756A
Attn: Mr. Nicholas Peters

Re: **NOTICE OF DEFAULT AND TERMINATION**

Dear Mr. Peters:

This letter shall serve as written notice of your default and the termination of the Franchise Agreements entered into between CFRA, LLC and CFRA Tri-Cities, LLC on the one hand (collectively, "CFRA"); and IHOP Restaurants LLC and IHOP Franchisor LLC on the other, relating to the 21 IHOP restaurants at the following locations (the "Restaurants"):

| # | Address | City | State |
|---|---|---|---|
| 1. | 1031 Assembly St | Columbia | SC |
| 2. | 1101 Lanada Dr | Greensboro | NC |
| 3. | 9253 E Independence Blvd | Matthews | NC |
| 4. | 1661 E Broad St | Statesville | NC |
| 5. | 900 Long Pine Rd | Burlington | NC |
| 6. | 65 Peppers Ferry Road NW | Christiansburg | VA |
| 7. | 109 University Blvd | Harrisonburg | VA |
| 8. | 170 Front Royal Pike | Winchester | VA |
| 9. | 747 E Rochambeau Drive | Williamsburg | VA |
| 10. | 779 Team Blvd. | Smyrna | TN |
| 11. | 1295 Silas Creek Parkway | Winston-Salem | NC |
| 12. | 504 Cox Rd | Gastonia | NC |
| 13. | 3009 Capital Blvd | Raleigh | NC |
| 14. | 2415 US Hwy 70 SE | Hickory | NC |
| 15. | 800 Cloverleaf Parkway | Kannapolis | NC |
| 16. | 275 Bendix Dr. | Salisbury | NC |
| 17. | 1201 E Stone Dr | Kingsport | TN |
| 18. | 3214 Peoples St | Johnson City | TN |
| 19. | 8135 Warren H Abernathy Hwy | Spartanburg | SC |
| 20. | 1106 E Dixie St | Asheboro | NC |
| 21. | 1821 N Pointe Dr | Durham | NC |

DINEBRANDS.COM

450 N. BRAND BLVD GLENDALE CA 91203

April 17, 2020
Page 2

As CFRA knows, on April 16, 2020, IHOP provided CFRA with a notice of a default concerning its past-due financial obligations under the Franchise Agreements totaling $370,410.00. Today, IHOP learned CFRA has closed and ceased operating the Restaurants. CFRA's closure comes after various communications from CFRA threatening to close the Restaurants and making clear that such a closure would be on a permanent basis. With CFRA's closure of the Restaurants, it apparently has followed through on its threats, demonstrated its intention not to reopen the Restaurants, and abandoned them.

Pursuant to the respective Franchise Agreements for the Restaurants (the "Agreements"), CFRA is hereby put on notice of its default of the Agreements, and of IHOP's termination of the Agreements based on CFRA's unauthorized closure and abandonment of the Restaurants. Under the relevant provisions of the Agreements, such closures constitute an incurable material breach and subjects these Agreements to immediate termination. Accordingly, the Agreements are terminated effective as of the date of this notice.

Nothing in this letter shall be construed to modify or limit any rights or remedies of IHOP. IHOP expressly reserves all of its rights with respect to any and all remedies at law or in equity, under the Franchise Agreements, and any other contract, or any other source of right or remedy. Neither this letter nor any action taken or not taken by IHOP, including, but not limited to, continuing to do business, accepting records, accepting money, or any other action or inaction, shall be deemed to be a waiver of IHOP's right to any remedies or a waiver of any other rights or actions IHOP may have against you. Similarly, IHOP does not waive any other default or breach of the Franchise Agreements, Guarantees, or any other contracts that are not addressed in this letter. Nothing in this letter shall be construed to modify, extend, or limit the effect of any other notice of default you may have received.

Sincerely,

*[signature: Charles Scaccia]*

Charles Scaccia
SVP, Operations