Exhibit 14—April 25, 2020, Letter

Termination Notice as to All 49 Locations and Lease Terminations

 



April 25, 2020

**Via Email and FedEx (email: nick_peters@earthlink.net)**

CFRA, LLC
CFRA Tri-Cities, LLC
288 Spottis Woode Court
Clearwater, FL 33756A
Attn: Mr. Nicholas Peters

Re: **AMENDED NOTICE OF DEFAULT AND TERMINATION REGARDING FRANCHISE AGREEMENTS, SUBLEASES, AND EQUIPMENT LEASES**

Dear Mr. Peters:

On April 16, 2019, the undersigned, on behalf of Dine Brands, provided you with written notice of the termination of the Franchise Agreements entered into between CFRA, LLC and CFRA Tri-Cities, LLC (collectively, "CFRA") on one hand, and IHOP Restaurants LLC and IHOP Franchisor LLC (collectively "IHOP") on the other, relating to the 28 IHOP restaurants at the locations in the table immediately below (the "April 16 Terminated Restaurants"). The termination was due to CFRA's unauthorized closure and abandonment of the April 16 Terminated Restaurants in direct breach of the aforementioned Franchise Agreements.

| | | | |
|---|---|---|---|
| 1. | 4098 Nolensville Rd. | Nashville | TN |
| 2. | 2219 Gallatin Pike | Madison | TN |
| 3. | 9940 Pineville Matthews Rd | Pineville | NC |
| 4. | 1412 Richmond Rd | Williamsburg | VA |
| 5. | 1540 General Booth Blvd 589 | Virginia Beach | VA |
| 6. | 3179 Linden Dr | Bristol | VA |
| 7. | 1740 Rio Hill Center | Charlottesville | VA |
| 8. | 700 E Dixon Rd | Shelby | NC |
| 9. | 16815 Caldwell Creek Drive | Huntersville | NC |
| 10. | 6800 Charlotte Pike | Nashville | TN |
| 11. | 336 S. Sharon Amity Rd. | Charlotte | NC |
| 12. | 476 River Highway | Mooresville | NC |
| 13. | 1203 Murfreesboro Rd IH90 | Franklin | TN |
| 14. | 16015-A Lancaster Hwy | Charlotte | NC |

DINEBRANDS.COM

450 N. BRAND BLVD GLENDALE CA 91203

April 25, 2020
Page 2

| 15. | 2214 Elliston Place | Nashville | TN |
|---|---|---|---|
| 16. | 825 Nashville Pike Suite D | Gallatin | TN |
| 17. | 5335 Ballantyne Commons Pkwy Ste 200 | Charlotte | NC |
| 18. | 702 Blowing Rock Road | Boone | NC |
| 19. | 3001 Hillsborough St. Suite 116 | Raleigh | NC |
| 20. | 5815 Highland Shoppes Dr Suite 100 | Charlotte | NC |
| 21. | 1602 Haynes Street | Clarksville | TN |
| 22. | 110 E Parris Ave | High Point | NC |
| 23. | 3191 N Main St | Anderson | SC |
| 24. | 817 First Colonial Rd | Virginia Beach | VA |
| 25. | 134 W. Woodlawn Rd | Charlotte | NC |
| 26. | 5016 Old Hickory Blvd | Hermitage | TN |
| 27. | 5420 Target Dr. | Antioch | TN |
| 28. | 8146 S. Tryon St. | Charlotte | NC |

On April 17, 2020, the undersigned, on behalf of Dine Brands, similarly provided you with written notice of the termination of the Franchise Agreements entered into between CFRA, on one hand, and IHOP, on the other, relating to the 21 IHOP restaurants at the locations in the table immediately below (the "April 17 Terminated Restaurants") (the April 16 Terminated Restaurants and April 17 Terminated Restaurants, hereinafter collectively referred to as the "Terminated Restaurants").  The termination was due to CFRA's unauthorized closure and abandonment of the April 17 Terminated Restaurants in direct breach of the aforementioned Franchise Agreements.

| 1. | 1031 Assembly St | Columbia | SC |
|---|---|---|---|
| 2. | 1101 Lanada Dr | Greensboro | NC |
| 3. | 9253 E Independence Blvd | Matthews | NC |
| 4. | 1661 E Broad St | Statesville | NC |
| 5. | 900 Long Pine Rd | Burlington | NC |
| 6. | 65 Peppers Ferry Road NW | Christiansburg | VA |
| 7. | 109 University Blvd | Harrisonburg | VA |
| 8. | 170 Front Royal Pike | Winchester | VA |
| 9. | 747 E Rochambeau Drive | Williamsburg | VA |
| 10. | 779 Team Blvd. | Smyrna | TN |
| 11. | 1295 Silas Creek Parkway | Winston-Salem | NC |

April 25, 2020
Page 3

| | | | |
|---|---|---|---|
| 12. | 504 Cox Rd | Gastonia | NC |
| 13. | 3009 Capital Blvd | Raleigh | NC |
| 14. | 2415 US Hwy 70 SE | Hickory | NC |
| 15. | 800 Cloverleaf Parkway | Kannapolis | NC |
| 16. | 275 Bendix Dr. | Salisbury | NC |
| 17. | 1201 E Stone Dr | Kingsport | TN |
| 18. | 3214 Peoples St | Johnson City | TN |
| 19. | 8135 Warren H Abernathy Hwy | Spartanburg | SC |
| 20. | 1106 E Dixie St | Asheboro | NC |
| 21. | 1821 N Pointe Dr | Durham | NC |

With respect to the Franchise Agreements and related agreements for the Terminated Restaurants (the "Agreements"), IHOP has learned that CFRA initiated state court actions in Pinellas County, Florida on April 22, 2020 and April 24, 2020 pursuant to which it effectuated an assignment of all its corporate assets for the benefit of creditors. Under the Agreements, the commencement of a voluntary insolvency proceeding, such as an assignment for the benefit of creditors is itself a breach of the Agreements. Moreover, pursuant to the Agreements, CFRA's assignment of the Agreements to the Assignee for the benefit of CFRA's creditors constitutes yet another incurable, material breach of those Agreements. While IHOP properly terminated the Agreements through the above-referenced April 16 and 17 notices given CFRA's assignment of the Agreements for the benefit of its creditors, CFRA is hereby put on notice of this new default of the Agreements thereby further justifying IHOP's decision to terminate same.

Furthermore, for the 29 Terminated Restaurants where CFRA and IHOP (or its affiliate) are parties to a Sublease, the applicable Sublease provides that, in the event of any breach by CFRA of the associated Franchise Agreement for the Terminated Restaurant, IHOP (or its affiliate) may provide written notice to CFRA of IHOP's (or its affiliate's) election to, among other things, terminate the Sublease. Therefore, based upon the aforementioned breaches of the Agreements by CFRA, CFRA is hereby put on notice of IHOP's termination, effective as of the date of this notice, of any and all Subleases for the Terminated Restaurants.

Finally, for the 29 Terminated Restaurants where CFRA and IHOP (or its affiliate) are parties to an Equipment Lease, each applicable Equipment Lease provides that IHOP (or its affiliate) shall have the right to, among other things, terminate the Equipment Lease, without notice, if during the term of the Equipment Lease, insolvency proceedings are commenced by or against CFRA or

April 25, 2020
Page 4

if CFRA discontinues business at the address for the associated Terminated Restaurant. CFRA's unauthorized closure and subsequent transfer of possession of the leased equipment subject to the Equipment Leases to the Assignee of the Terminated Restaurants constitute a discontinuation of business at the address for the Terminated Restaurants. Consequently, CFRA is hereby put on notice of IHOP's termination, effective as of the date of this notice, of any and all Equipment Leases for the Terminated Restaurants.

Nothing in this letter shall be construed to modify or limit any rights or remedies of IHOP under the Agreements, Subleases and Equipment Leases. IHOP expressly reserves all of its rights with respect to any and all remedies at law or in equity, under the Franchise Agreements, and any other contract, or lease, or any other source of right or remedy. Neither this letter nor any action taken or not taken by IHOP, including, but not limited to, continuing to do business, accepting records, accepting money, or any other action or inaction, shall be deemed to be a waiver of IHOP's right to any remedies or a waiver by IHOP of any other rights or actions it may have against you. Similarly, IHOP does not waive any other default or breach of the Franchise Agreements, Guarantees, Subleases, Equipment Leases, or any other contracts that are not addressed in this letter. Nothing in this letter shall be construed to modify, extend, supercede, or limit the effect of any other notice of default you may have received in connection with the Agreements, Subleases and Equipment Leases.

Please govern yourselves accordingly.

Sincerely,

*[signature: Charles Scaccia]*

Charles Scaccia
SVP, Operations