

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

05/21/2020 04:00 PM

COURTROOM   8B

HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:20-bk-03608-CPM | 11 | 05/06/2020 |

Chapter 11

**DEBTOR:**   CFRA Holdings, LLC

**DEBTOR ATTY:**   Stephen Ravin

**TRUSTEE:**   NA

**HEARING:**

1-Application to Retain J. Tim Pruban as Chief Restructuring Officer Nunc Pro Tunc to Petition Date Filed by Carmen D Contreras-Martinez on behalf of Debtor CFRA Holdings, LLC (Doc #20)
2-Expedited Motion to Extend Deadline to File Schedules and Statements Filed by Carmen D Contreras-Martinez on behalf of Debtor CFRA Holdings, LLC (Doc #36)
3-Emergency Motion for Approval of Post-Petition Financing and Authorizing Debtors to Use Cash Collateral Filed by Aaron S Applebaum on behalf of Debtor CFRA Holdings, LLC (Doc #47)
.

**APPEARANCES:**:

Aaron Applebaum; Carmen Contreras-Martinez; Nathan Wheatley; David Bertenthal; David Catuogno; Daniel Eliades; Kevin King; Laura Jones; Jeffrey Kucera; Dennis Lewandowski (Listen only); Azid Mazhir (Listen only); Tim Pruban; Craig Rasile; Stephen Ravin; Michael Reining; Robert Schechter (Listen only); Christine Son (Listen only); Alan Weiner

**RULING:**

1-Application to Retain J. Tim Pruban as Chief Restructuring Officer Nunc Pro Tunc to Petition Date Filed by Carmen D Contreras-Martinez on behalf of Debtor CFRA Holdings, LLC  (Doc #20):   Approved.   Order by Applebaum

2-Expedited Motion to Extend Deadline to File Schedules and Statements Filed by Carmen D Contreras-Martinez on behalf of Debtor CFRA Holdings, LLC   (Doc #36):   Granted through June 4, 2020 at noon if absolutely necessary.   Bench Order

3-Emergency Motion for Approval of Post-Petition Financing and

Authorizing Debtors to Use Cash Collateral Filed by Aaron S Applebaum on behalf of Debtor CFRA Holdings, LLC   (Doc #47):   Granted on an interim basis.    Hearing to consider continued use of cash collateral May 29, 2020 at 2:30 p.m. to continue over to June 1, 2020 at 3:45 p.m.   if needed.   Order by Applebaum

 4-Debtor's Application to Employ DJM Realty Services as Real Esate Consultant   (Doc #52):   Approved.   Order by Applebaum

5-Debtor's Motion to Sell Property   (Doc #53) set for May 29, 2020 at 2:30 p.m. to continue over to June 1, 2020 at 3:45 p.m. if needed.

.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.