[Dntcosth] [NOTICE AND ORDER SCHEDULING PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY]

ORDERED.

**Dated: May 26, 2020**

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

CFRA Holdings, LLC
fka CFRA Restaurant Holdings, Inc.

_____Debtor*_____/

Case No.
8:20−bk−03608−CPM
Chapter 11

NOTICE AND ORDER SCHEDULING PRELIMINARY HEARING ON
MOTION FOR RELIEF FROM THE STAY

NOTICE IS GIVEN that a motion pursuant to Fed R. Bank. P. 4001 and 9014 seeking relief from the automatic stay imposed by 11 U.S.C. § 362(e) has been filed by Elliston Place Limited Partnership (Document No. 61). Pursuant to Fed. R. Bank. P. 4001, you are receiving this notice of preliminary hearing, which will take place before the Court on June 1, 2020 , at 03:45 PM in Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602. Accordingly, it is

**ORDERED**:

1. The Automatic Stay imposed by 11 U.S.C. § 362(e) will remain in effect until further order of the Court.

2. The Bankruptcy Judge may continue the hearing upon announcement made in open court without further notice.

3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

Telephonic Appearance Requirement. Effective March 16, 2020, and continuing until further notice, Judges in all Divisions will conduct all hearings by telephone. Parties should arrange a telephonic appearance through Court Call (866−582−6878).

Avoid delays. You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or *pro hac vice* order. Please take notice that as an

additional security measure a photo ID is required for entry into the Courthouse.

Alberto Gomez is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a Proof of Service within 3 days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.