# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | |
| CFRA HOLDINGS, LLC | Chapter 11 |
| | Case No. 8:20-bk-03608-CPM |
| | *Jointly Administered with*: |
| CFRA, LLC | Case No. 8:20-bk-03609-CPM |
| CFRA TRI-CITIES, LLC | Case No. 8:20-bk-03610-CPM |
| Debtors.[1] | |

_____/

## MOTION FOR ADMISSION OF JOHN A. MORRIS TO PRACTICE
## *PRO HAC VICE*, DESIGNATION OF LOCAL COUNSEL, AND CONSENT TO ACT

John A. Morris (the "**Movant**"), of the law firm Pachulski Stang Ziehl & Jones LLP, pursuant to Local Rule 2090-1(c)(1) of the Local Rules of the United States Bankruptcy Court for the Middle District of Florida, moves this Court for admission *pro hac vice*, to appear in the bankruptcy proceedings of the above-captioned debtors and debtors-in-possession (the "**Debtors**"), and any related adversary proceedings, as counsel for IHOP Restaurants LLC, IHOP Franchisor LLC and IHOP Leasing LLC (collectively, "IHOP"), and states as follows:

1. Movant is an attorney licensed to practice law and is a member of good standing of the bar of the State of New York.

2. Movant is also admitted to practice before and is in good standing with the United States District Courts for the Eastern District of New York and the Southern District of New York.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: CFRA Holdings, LLC (3305), CFRA, LLC (3478) and CFRA Tri-Cities, LLC (2377). The location of the Debtors' corporate office is: 1340 Hamlet Avenue, Clearwater, Florida 33756.

3. Movant designates Craig V. Rasile, a resident Florida attorney, of the law firm McDermott Will & Emery LLP, who is qualified to practice in this Court and who consents to designation as local counsel.

4. Movant certifies that he has never been disbarred and is not currently suspended from the practice of law in the State of California, or any other state, nor from any United States Bankruptcy Court, District Court, or Court of Appeals.

5. Movant certifies that he has not previously moved for admission *pro hac vice* to appear in a proceeding in the United States Bankruptcy Court for the Middle District of Florida except as follows: none.

6. Movant certifies further that he will make himself familiar with and shall be governed by the local rules of this Court, the rules of professional conduct, and all other requirements governing the Middle District of Florida District Court and the Tampa Division of the United States District Court.

7. Within fourteen (14) days from the date of an order granting this Motion, Movant shall pay to the Clerk of the United States District Court for the Middle District of Florida an Attorney Special Admission Fee in the amount of $150.00 accompanied by a copy of the Court's order. Upon payment of the fee, Movant shall file a Notice of Compliance with the Clerk of the United States Bankruptcy Court.

WHEREFORE, Movant respectfully requests entry of an order authorizing his admission to practice and represent IHOP in this case and any related proceedings.

Dated: May 26, 2020
New York, New York

/s/ *John A. Morris*
John A. Morris
**PACHULSKI STANG ZIEHL & JONES LLP**
780 Third Avenue, 34th Floor
New York, New York 10017-2024

2

        Telephone:    (212) 561-7700
        Facsimile:    (212) 561-7777
        Email:    jmorris@pszjlaw.com

*Co-Counsel to IHOP Restaurants LLC, IHOP Franchisor LLC, and IHOP Leasing LLC*

## CONSENT TO ACT AS LOCAL COUNSEL

I, Craig V. Rasile, an attorney qualified to practice in this Court, consent to designation as the local attorney for John A. Morris, of the law firm of Pachulski Stang Ziehl & Jones LLP, and agree to serve as designee with whom the Court and opposing counsel may readily communicate regarding the conduct of these cases and any related proceedings, and upon whom papers shall be served.

Dated: May 26, 2020     **MCDERMOTT WILL & EMERY LLP**
       Miami, Florida

*/s/ Craig V. Rasile*
Craig V. Rasile (FBN 613691)
333 SE 2nd Avenue
Suite 4500
Miami, FL 33131-4336
Telephone:    (305) 358-3500
Facsimile:    (305) 347-6500
Email:    crasile@mwe.com

*Co-Counsel to IHOP Restaurants LLC, IHOP Franchisor LLC, and IHOP Leasing LLC*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 26, 2020, I electronically filed the *Motion for Admission of John A. Morris to Practice Pro Hac Vice, Designation of Local Counsel, and Consent to Act* with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

                                            */s/ Craig V. Rasile*
                                                 Craig V. Rasile