UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                          Chapter 11

CFRA HOLDINGS, LLC                          Case No. 8:20-bk-03608-CPM

                                                        Jointly Administered with

CFRA, LLC                                            Case No. 8:20-bk-03609-CPM
CFRA TRI-CITIES, LLC                        Case No. 8:20-bk-03610-CPM

                    Debtors.
_____/

**NOTICE OF APPOINTMENT OF JOINT
COMMITTEE OF UNSECURED CREDITORS BY UNITED STATES TRUSTEE**

        The United States Trustee, by and through his undersigned counsel, hereby states that the following creditors of the Debtors who hold unsecured claims are hereby APPOINTED to the Joint Committee of the Unsecured Creditors for CFRA HOLDINGS, LLC, CFRA, LLC AND CFRA TRI-CITIES, LLC:

Interface Security Systems, LLC.
c/o Kevin Murphy, Manager of Credit and Collections
3773 Corporate Center Drive
Earth City, MO 63045
CREDIT.DEPT@INTERFACESYSTEMS.COM
314-595-0100

Putnam Mechanical
c/o Michael Pires, Chief Financial Officer
131 Crosslake Park Drive, Suite 202
Mooresville, NC 28117
mpires@putnammechanical.com
704-799-3665/980-226-2816 (cell)

Performance Food Group, Inc.
c/o Brad Boe, Director of Credit
188 Innverness Dr. W., 7th Floor
Englewood, CO 80112
brad.boe@pfgc.com
303-898-8137

Each member of the Committee separately indicated willingness to serve on the committee and accepted appointment.

May 27, 2020                                Respectfully submitted,

                                            NANCY G. GARGULA
                                            UNITED STATES TRUSTEE-REGION 21

                         By:    /s/ Nathan A. Wheatley (OH Bar # 0072192)
                                Trial Attorney
                                U.S. Department of Justice
                                Office of the U.S. Trustee, Region 21
                                501 East Polk Street, Suite 1200
                                Tampa, Florida 33602
                                (813) 228-2000 / fax (813) 228-2303
                                nathan.a.wheatley@usdoj.gov


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 27, 2020, I have caused a true and correct copy of the foregoing to be served through CM/ECF on parties having appeared electronically in the instant matter.

                                            /s/ Nathan A. Wheatley
                                            Trial Attorney
                                            U.S. Department of Justice