IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:
CFRA HOLDINGS, LLC

CFRA, LLC
CFRA TRI-CITIES, LLC

      Debtors.
_____/

Case No. 8:20-bk-03608-CPM
Chapter 11

*Jointly Administered with:*
Case No. 8:20-bk-03609-CPM
Case No. 8:20-bk-03610-CPM

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN THAT:

A hearing will be held, on **May 29, 2020 at 2:30 p.m.** at the Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Courtroom 8B, Tampa, Florida, before the Honorable Catherine Peek McEwen, United States Bankruptcy Judge, to consider and act upon the following matter:

**MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS. PROPERTY DESCRIPTION: SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS. DEBTORS' MOTION FOR ENTRY OF (I) AN ORDER APPROVING BIDDING PROCEDURES, ASSUMPTION AND ASSIGNMENT PROCEDURES, AND THE FORM AND MANNER OF NOTICE THEREOF; AND (II) ORDER(S) (A) APPROVING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS, (B) AUTHORIZING THE SALES FREE AND CLEAR OF ALL ENCUMBRANCES, AND (C) AUTHORIZING ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES [DOC 53].**

The hearing may be continued upon announcement made in open Court without further notice.

<u>Telephonic Appearance Requirement</u>: Effective March 16, 2020, and continuing until further notice, Judges in all Divisions will conduct all preliminary and non-evidentiary hearings

37013612.1

by telephone. For Judge McEwen, parties should arrange a telephonic appearance through Court Call (866-582-6878).

## CERTIFICATE OF MAILING

WE HEREBY CERTIFY that a true and correct copy of the foregoing along with the Emergency Motion was served on all counsel of record and all interested parties identified on the attached Service List on May 27, 2020 via transmission of Notices of Electronic Filing generated by CM/ECF.

Dated: May 27, 2020

        **SAUL EWING ARNSTEIN & LEHR LLP**
        *Proposed Counsel for Debtors and Debtors-in-Possession*
        701 Brickell Avenue, 17th Floor
        Miami, FL 33131
        Telephone: (305) 428-4500
        Facsimile: (305) 374-4744
        Email: Carmen.Contreras-Martinez@saul.com

        By:    /s/ Carmen Contreras-Martinez
                  Carmen Contreras-Martinez
                  Florida Bar No. 093475

                -and-

                Stephen B. Ravin (*admitted pro hac vice*)
                Florida Bar No. 293768 (*inactive status*)
                Aaron S. Applebaum (*admitted pro hac vice*)
                1037 Raymond Boulevard
                Suite 1520
                Newark, NJ 07102
                Telephone: (973) 286-6700
                Facsimile: (973) 286-6800
                Stephen.Ravin@saul.com
                Aaron.Applebaum@saul.com

**8:20-bk-03608-CPM Notice will be electronically mailed via transmission of Notices of Electronic Filing generated by CM/ECF:**

David S Catuogno on behalf of Creditor Raymond James Bank, N.A. and Creditor Valley National Bank
david.catuogno@klgates.com

Herbert R Donica on behalf of Interested Party CFRA Holdings, LLC
ecf-hrd@donicalaw.com, ecf-cd@donicalaw.com;hrdecf@gmail.com;r63937@notify.bestcase.com

Daniel Eliades on behalf of Creditor Raymond James Bank, N.A. and Creditor Valley National Bank
daniel.eliades@klgates.com

Alberto F Gomez, Jr. on behalf of Creditor Elliston Place Limited Partnership
al@jpfirm.com, al@jpfirm.com;andrenaw@jpfirm.com;katherineb@jpfirm.com

Camille J Iurillo on behalf of Creditor SmartVision Construction, LLC
ciurillo@iurillolaw.com, nhawk@iurillolaw.com;khing@iurillolaw.com

Jeffrey T Kucera on behalf of Creditor Raymond James Bank, N.A. and Creditor Valley National Bank
jeffrey.kucera@klgates.com, etna.medina@klgates.com;docketing.east@klgates.com

David S Kupetz on behalf of Interested Party 6851 Lennox, LLC
dkupetz@sulmeyerlaw.com

Robert L LeHane on behalf of Creditor SITE Centers Corp.
KDWBankruptcyDepartment@KelleyDrye.com, MVicinanza@ecf.inforuptcy.com

Craig V Rasile on behalf of Creditor Dine Brands Global Inc., IHOP Franchisor LLC , Creditor IHOP Leasing LLC and IHOP Restaurants LLC
crasile@mwe.com, sbugliaro@mwe.com;dnorthrop@mwe.com

Dana L Robbins on behalf of Creditor Ballantyne Property Group, LLC
drobbins@burr.com, jmorgan@burr.com

J Ellsworth Summers, Jr. on behalf of Creditor Ballantyne Property Group, LLC
esummers@burr.com, sguest@burr.com

United States Trustee - TPA
USTPRegion21.TP.ECF@USDOJ.GOV

Nathan A Wheatley on behalf of U.S. Trustee United States Trustee - TPA
nathan.a.wheatley@usdoj.gov