## <u>EXHIBIT A</u>



## CFRA, LLC & CFRA Tri-Cities, LLC
### IHOP franchisees

March 24, 2020

Jay Johns, President
IHOP Restaurants, LLC
450 North Brand Boulevard
Glendale, California 91203

    Re:  CFRA, LLC & CFRA Tri-Cities, LLC Update

Dear Jay:

I hope that this note finds you well.

Obviously, we are in uncharted territory with required governmental closures due to the COVID-19 pandemic.  As you are aware, the destruction caused is swift and immediate action is necessary to preserve any remaining enterprise value for our locations.  Indeed, while your deferral on obligations under our leases and franchise agreements is helpful, more relief is, unfortunately, necessary.

Accordingly, attached is a list of the store hours & locations of the 21 IHOP restaurants that remain open with limited hours, and the 28 stores that were forced to close due to the pandemic and related governmental closures.

Under the circumstances, the owners of CFRA can no longer invest additional funds into the business, given that they recognize that the business has little to no equity value.  Rather than simply walk away from the business, however, we intend to invest considerable efforts and non-cash resources to create the best present outcome for IHOP Corp., our lender, and the remaining employees of the 21 remaining restaurants.  We also expect our current lender to provide additional working capital for this purpose.

We would like to get on a call (since it is difficult at this time to meet in person) to discuss what IHOP would like to do with the 28 restaurants that were forced to close and that we have no current intention of re-opening.  We believe that we can work with the lender to ensure that the 21 remaining restaurants fully reopen when this crisis passes.

We look forward to working with IHOP and CFRA's lenders to create the strongest possible 21-unit operation for when this pandemic and related closures pass, as a restructuring is required.

        CFRA, LLC and CFRA Tri-Cities, LLC

        Nicholas Peters
        President

cc:  *Sandra Mendoza, sandra.mendoza@ihop.com*

---

**CFRA, LLC & CFRA Tri-Cities, LLC**
**1340 HAMLET AVENUE  ●  CLEARWATER, FLORIDA 33756**
**(727) 443-5656  ●  (727) 443-4888 Fax**

CFRA_00056



## CFRA, LLC & CFRA Tri-Cities, LLC
### IHOP franchisees

**21 CFRA IHOP restaurants that remain open with limited operating hours (7 AM to 3 PM):**

| Store # | Address | City | State |
|---|---|---|---|
| 419 | 1031 Assembly St | Columbia | SC |
| 491 | 1101 Lanada Dr | Greensboro | NC |
| 492 | 9253 E Independence Blvd | Matthews | NC |
| 494 | 1661 E Broad St | Statesville | NC |
| 498 | 900 Long Pine Rd | Burlington | NC |
| 574 | 65 Peppers Ferry Road NW | Christiansburg | VA |
| 587 | 109 University Blvd | Harrisonburg | VA |
| 597 | 170 Front Royal Pike | Winchester | VA |
| 2027 | 747 E Rochambeau Drive | Williamsburg | VA |
| 3218 | 779 Team Blvd. | Smyrna | TN |
| 4403 | 1295 Silas Creek Parkway | Winston-Salem | NC |
| 4405 | 504 Cox Rd | Gastonia | NC |
| 4408 | 3009 Capital Blvd | Raleigh | NC |
| 4414 | 2415 US Hwy 70 SE | Hickory | NC |
| 4417 | 800 Cloverleaf Parkway | Kannapolis | NC |
| 4423 | 275 Bendix Dr. | Salisbury | NC |
| 4435 | 1201 E Stone Dr | Kingsport | TN |
| 4440 | 3214 Peoples St | Johnson City | TN |
| 4448 | 8135 Warren H Abernathy Hwy | Spartanburg | SC |
| 4458 | 1106 E Dixie St | Asheboro | NC |
| 4505 | 1821 N Pointe Dr | Durham | NC |

**CFRA, LLC & CFRA Tri-Cities, LLC**
**1340 HAMLET AVENUE ● CLEARWATER, FLORIDA 33756**
**(727) 443-5656 ● (727) 443-4888 Fax**

CFRA_00057



## CFRA, LLC & CFRA Tri-Cities, LLC
### IHOP franchisees

**28 CFRA IHOP restaurants that have been closed:**

| Store # | Address | City | State |
|---|---|---|---|
| 470 | 4098 Nolensville Rd. | Nashville | TN |
| 476 | 2219 Gallatin Pike N | Madison | TN |
| 477 | 9940 Pineville Matthews Rd | Pineville | NC |
| 530 | 1412 Richmond Rd | Williamsburg | VA |
| 585 | 1540 General Booth Blvd | Virginia Beach | VA |
| 589 | 3179 Linden Dr | Bristol | VA |
| 595 | 1740 Rio Hill Center | Charlottesville | VA |
| 3105 | 700 E Dixon Rd | Shelby | NC |
| 3139 | 16815 Caldwell Creek Drive | Huntersville | NC |
| 3326 | 6800 Charlotte Pike | Nashville | TN |
| 3327 | 336 S. Sharon Amity Rd. | Charlotte | NC |
| 3367 | 476 River Highway | Mooresville | NC |
| 3383 | 1203 Murfreesboro Rd #190 | Franklin | TN |
| 3423 | 16015-A Lancaster Hwy | Charlotte | NC |
| 3427 | 2214 Elliston Place | Nashville | TN |
| 3450 | 825 Nashville Pike Suite D | Gallatin | TN |
| 3453 | 5335 Ballantyne Commons Pkwy Ste 200 | Charlotte | NC |
| 3472 | 702 Blowing Rock Road | Boone | NC |
| 3487 | 3001 Hillsborough St. Suite 116 | Raleigh | NC |
| 3488 | 5815 Highland Shoppes Dr Suite 100 | Charlotte | NC |
| 3502 | 1602 Haynes Street | Clarksville | TN |
| 4407 | 110 E Parris Ave | High Point | NC |
| 4416 | 3191 N Main St | Anderson | SC |
| 4424 | 817 First Colonial Rd | Virginia Beach | VA |
| 4431 | 134 W. Woodlawn Rd | Charlotte | NC |
| 4442 | 5016 Old Hickory Blvd | Hermitage | TN |
| 4451 | 5420 Target Dr | Antioch | TN |
| 4506 | 8146 S Tryon St | Charlotte | NC |

CFRA_00058



## CFRA, LLC & CFRA Tri-Cities, LLC
### IHOP franchisees

March 24, 2020

Jay Johns, President
IHOP Restaurants, LLC
450 North Brand Boulevard
Glendale, California 91203

      Re:    Restaurant Closure Notice for CFRA, LLC & CFRA Tri-Cities, LLC

Dear Jay:

    We hope that this note finds you well.

    Following up on our previous correspondence, please accept this Restaurant Closure Notice for the enclosed list of 28 CFRA, LLC and CFRA Tri-Cities, LLC IHOP restaurants.   As you are aware, there is an epidemic in the United States related to the COVID-19 coronavirus; this epidemic has resulted in actions taken by the state and local governments and the Center for Disease Control which have basically eliminated dine-in services at our restaurants, thus taking away 85-90% of our revenue and all hope of making any profit or return on investment.  Our review of the current and projected impact of this "force majeure" event establishes that, both now and in the future, it will be commercially impracticable to operate these IHOP restaurants due to the negative sales impact resulting from the COVID-19 coronavirus health emergency. As a result, we are closing them permanently.

    Once again, thank you for your understanding regarding this difficult decision in this current environment.

        CFRA, LLC and CFRA Tri-Cities, LLC

        Nicholas Peters
        President

cc:   Sandra Mendoza, *sandra.mendoza@ihop.com*

**CFRA, LLC & CFRA Tri-Cities, LLC**
1340 HAMLET AVENUE ● CLEARWATER, FLORIDA 33756
(727) 443-5656 ● (727) 443-4888 Fax



## CFRA, LLC & CFRA Tri-Cities, LLC
### IHOP franchisees

**CFRA IHOP restaurants to be closed:**

| Store # | Address | City | State |
|---|---|---|---|
| 470 | 4098 Nolensville Rd. | Nashville | TN |
| 476 | 2219 Gallatin Pike N | Madison | TN |
| 477 | 9940 Pineville Matthews Rd | Pineville | NC |
| 530 | 1412 Richmond Rd | Williamsburg | VA |
| 585 | 1540 General Booth Blvd | Virginia Beach | VA |
| 589 | 3179 Linden Dr | Bristol | VA |
| 595 | 1740 Rio Hill Center | Charlottesville | VA |
| 3105 | 700 E Dixon Rd | Shelby | NC |
| 3139 | 16815 Caldwell Creek Drive | Huntersville | NC |
| 3326 | 6800 Charlotte Pike | Nashville | TN |
| 3327 | 336 S. Sharon Amity Rd. | Charlotte | NC |
| 3367 | 476 River Highway | Mooresville | NC |
| 3383 | 1203 Murfreesboro Rd #190 | Franklin | TN |
| 3423 | 16015-A Lancaster Hwy | Charlotte | NC |
| 3427 | 2214 Elliston Place | Nashville | TN |
| 3450 | 825 Nashville Pike Suite D | Gallatin | TN |
| 3453 | 5335 Ballantyne Commons Pkwy Ste 200 | Charlotte | NC |
| 3472 | 702 Blowing Rock Road | Boone | NC |
| 3487 | 3001 Hillsborough St. Suite 116 | Raleigh | NC |
| 3488 | 5815 Highland Shoppes Dr Suite 100 | Charlotte | NC |
| 3502 | 1602 Haynes Street | Clarksville | TN |
| 4407 | 110 E Parris Ave | High Point | NC |
| 4416 | 3191 N Main St | Anderson | SC |
| 4424 | 817 First Colonial Rd | Virginia Beach | VA |
| 4431 | 134 W. Woodlawn Rd | Charlotte | NC |
| 4442 | 5016 Old Hickory Blvd | Hermitage | TN |
| 4451 | 5420 Target Dr | Antioch | TN |
| 4506 | 8146 S Tryon St | Charlotte | NC |

CFRA_00795



## CFRA, LLC & CFRA Tri-Cities, LLC
### IHOP franchisees

March 24, 2020

Ronald L. Ciganek, Senior Vice President, Commercial & Industrial Division Head
Valley National Bank
107 S. Franklin Street, Suite 300
Tampa, Florida 33602
P: 813-347-4706 | C: 813-505-9924 | E: rciganek@valley.com

Garrett McKinnon, Senior Vice President
Raymond James Bank
710 Carillon Parkway
St. Petersburg, FL 33716

>         Re:    CFRA, LLC & CFRA Tri-Cities, LLC Update

Dear Ron:

We hope that this note finds you well.

As you are aware, there is an epidemic in the United States related to the COVID-19 coronavirus, and this epidemic has resulted in actions taken by state and local governments and the Center for Disease Control which have basically eliminated dine-in services at our restaurants, thus taking away 85% to 90% of our revenue.  In order to continue limited operations of certain of our IHOP restaurants through April 30, 2020, CFRA will require an additional credit line of $2.5 million to fund essential working capital needs, as identified below.

Our plan is to keep 21 IHOP restaurants open and close the remaining 28 IHOP stores under some form of reorganization plan (see attached lists).  The requested $2.5 million working capital line would help to fund payroll, payroll taxes, sales taxes, and IHOP royalty & national advertising fund payments, which would permit those 21 IHOP restaurants to maintain limited operating hours (7AM to 3PM) through the end of April.  We believe that this plan is the only way to have the company prosper and preserve 80% of its profitability, and would allow us to have the capital to fully reopen those 21 remaining restaurants when this crisis passes.

We will be approaching IHOP Corp. regarding their cooperation in a reorganization plan for CFRA as well.

We would like to coordinate a call with you and your attorneys (since it is difficult at this time to meet in person) at your earliest convenience to discuss this plan.  Please let us know when you would be available.

We look forward to working with you and IHOP Corp. to create the best possible outcome for the lenders, IHOP Corp., and the remaining employees of the 21 remaining IHOP restaurants.

>         CFRA, LLC and CFRA Tri-Cities, LLC


>         Nicholas Peters
>         President

---

**CFRA, LLC & CFRA Tri-Cities, LLC**
1340 HAMLET AVENUE  •  CLEARWATER, FLORIDA 33756
(727) 443-5656  •  (727) 443-4888 Fax

CFRA_01880



## CFRA, LLC & CFRA Tri-Cities, LLC
### IHOP franchisees

**21 CFRA IHOP restaurants that remain open:**

| Store # | Address | City | State |
|---|---|---|---|
| 419 | 1031 Assembly St | Columbia | SC |
| 491 | 1101 Lanada Dr | Greensboro | NC |
| 492 | 9253 E Independence Blvd | Matthews | NC |
| 494 | 1661 E Broad St | Statesville | NC |
| 498 | 900 Long Pine Rd | Burlington | NC |
| 574 | 65 Peppers Ferry Road NW | Christiansburg | VA |
| 587 | 109 University Blvd | Harrisonburg | VA |
| 597 | 170 Front Royal Pike | Winchester | VA |
| 2027 | 747 E Rochambeau Drive | Williamsburg | VA |
| 3218 | 779 Team Blvd. | Smyrna | TN |
| 4403 | 1295 Silas Creek Parkway | Winston-Salem | NC |
| 4405 | 504 Cox Rd | Gastonia | NC |
| 4408 | 3009 Capital Blvd | Raleigh | NC |
| 4414 | 2415 US Hwy 70 SE | Hickory | NC |
| 4417 | 800 Cloverleaf Parkway | Kannapolis | NC |
| 4423 | 275 Bendix Dr. | Salisbury | NC |
| 4435 | 1201 E Stone Dr | Kingsport | TN |
| 4440 | 3214 Peoples St | Johnson City | TN |
| 4448 | 8135 Warren H Abernathy Hwy | Spartanburg | SC |
| 4458 | 1106 E Dixie St | Asheboro | NC |
| 4505 | 1821 N Pointe Dr | Durham | NC |

**CFRA, LLC & CFRA Tri-Cities, LLC**
1340 HAMLET AVENUE  •  CLEARWATER, FLORIDA 33756
(727) 443-5656  •  (727) 443-4888 Fax

CFRA_01881



## CFRA, LLC & CFRA Tri-Cities, LLC
### IHOP franchisees

**CFRA IHOP restaurants to be closed:**

| Store # | Address | City | State |
|---|---|---|---|
| 470 | 4098 Nolensville Rd. | Nashville | TN |
| 476 | 2219 Gallatin Pike N | Madison | TN |
| 477 | 9940 Pineville Matthews Rd | Pineville | NC |
| 530 | 1412 Richmond Rd | Williamsburg | VA |
| 585 | 1540 General Booth Blvd | Virginia Beach | VA |
| 589 | 3179 Linden Dr | Bristol | VA |
| 595 | 1740 Rio Hill Center | Charlottesville | VA |
| 3105 | 700 E Dixon Rd | Shelby | NC |
| 3139 | 16815 Caldwell Creek Drive | Huntersville | NC |
| 3326 | 6800 Charlotte Pike | Nashville | TN |
| 3327 | 336 S. Sharon Amity Rd. | Charlotte | NC |
| 3367 | 476 River Highway | Mooresville | NC |
| 3383 | 1203 Murfreesboro Rd #190 | Franklin | TN |
| 3423 | 16015-A Lancaster Hwy | Charlotte | NC |
| 3427 | 2214 Elliston Place | Nashville | TN |
| 3450 | 825 Nashville Pike Suite D | Gallatin | TN |
| 3453 | 5335 Ballantyne Commons Pkwy Ste 200 | Charlotte | NC |
| 3472 | 702 Blowing Rock Road | Boone | NC |
| 3487 | 3001 Hillsborough St. Suite 116 | Raleigh | NC |
| 3488 | 5815 Highland Shoppes Dr Suite 100 | Charlotte | NC |
| 3502 | 1602 Haynes Street | Clarksville | TN |
| 4407 | 110 E Parris Ave | High Point | NC |
| 4416 | 3191 N Main St | Anderson | SC |
| 4424 | 817 First Colonial Rd | Virginia Beach | VA |
| 4431 | 134 W. Woodlawn Rd | Charlotte | NC |
| 4442 | 5016 Old Hickory Blvd | Hermitage | TN |
| 4451 | 5420 Target Dr | Antioch | TN |
| 4506 | 8146 S Tryon St | Charlotte | NC |



**From the desk of**
**Jay Johns, President**

**Sent via email:** nick_peters@earthlink.net

Nicholas Peters
Nicholas Peters Group

**<u>Re: Temporary Restaurant Closure</u>**

We are in receipt of your letter dated March 24, 2020, informing us that you have closed the restaurants on the attached Exhibit A ("Restaurants"). We are not authorizing any permanent closures at this time.

However, subject to reevaluation based on changing conditions within the market due to COVID-19 (a.k.a. "Coronavirus"), Franchisor[1] agrees to temporary closure starting on March 24, 2020 for up to 30 days.  We reserve the right to make determinations on temporary closure on a case by case basis, taking specific facts and circumstances into account.  We also reserve the right to revisit the issue at any time based on changing conditions.

Nothing in this letter shall be construed to modify or limit any rights or remedies of IHOP. IHOP expressly reserves all of its rights with respect to any and all remedies at law or in equity, under the Franchise Agreements, and any other contract, or any other source of right or remedy. Neither this letter nor any action taken or not taken by IHOP, including, but not limited to, continuing to do business, accepting records, accepting money, or any other action or inaction, shall be deemed to be a waiver of IHOP's right to any remedies or a waiver of any other rights or actions IHOP may have against you. Similarly, IHOP does not waive any other default or breach of the Franchise Agreements, Guarantees, or any other contracts that are not addressed in this letter.

Sincerely,

Jay Johns
President

---

[1] Please note that capitalized terms used in this letter, unless otherwise defined, shall have the meanings ascribed to them in the applicable Franchise Agreement for each Restaurants.



**From the desk of**
**Jay Johns, President**

Cc:    Jim Darby
       Charles Scaccia
       Christine Son
       Devon Tucker

Exhibit A

Nicholas Peters Group

| Rest No. | Address | City | State | Zip |
|---|---|---|---|---|
| 470 | 4098 Nolensville Pike (Harding Mall) | Nashville | TN | 37211-4516 |
| 476 | 2219 Gallatin Pike N | Madison | TN | 37115-2005 |
| 477 | 9940 Pineville-Matthews Rd | Pineville | NC | 28134-7551 |
| 530 | 1412 Richmond Rd | Williamsburg | VA | 23185-2803 |
| 585 | 1540 General Booth Blvd | Virginia Beach | VA | 23454-5103 |
| 589 | 3179 Linden Dr | Bristol | VA | 24202-5809 |
| 595 | 1740 Rio Hill Center | Charlottesville | VA | 22901-1140 |
| 3105 | 700 E Dixon Blvd. | Shelby | NC | 28152-6832 |
| 3139 | 16815 Caldwell Creek Drive | Huntersville | NC | 28078-8072 |
| 3326 | 6800 Charlotte Pike, Ste 117 | Nashville | TN | 37209 |
| 3327 | 336 South Sharon Amity Road | Charlotte | NC | 28211-2806 |
| 3367 | 478 River Highway | Mooresville | NC | 28117-6828 |
| 3383 | 1203 Murfreesboro Road, Ste 190 | Franklin | TN | 37064-3028 |
| 3423 | 16015-A Lancaster Highway | Charlotte | NC | 28277 |
| 3427 | 2214 Elliston Place, Suite 102 | Nashville | TN | 37203-5285 |
| 3450 | 825 Nashville Pike, Suite D | Gallatin | TN | 37066 |
| 3453 | 5335 Ballantyne Commons Parkway, Suite 200 | Charlotte | NC | 28277-0699 |
| 3472 | 702 Blowing Rock Road | Boone | NC | 28607-4835 |
| 3487 | 3001 Hillsborough St. Ste. 116 | Raleigh | NC | 27607 |
| 3488 | 5815 Highland Shoppes Drive, Suite 100 | Charlotte | NC | 28269 |
| 3502 | 1602 Haynes Street | Clarksville | TN | 37043-4544 |
| 4407 | 110 E Parris Avenue | High Point | NC | 27262-7709 |
| 4416 | 3191 N. Main Street | Anderson | SC | 29621-2764 |



**From the desk of**
**Jay Johns, President**

| 4424 | 817 First Colonial Road | Virginia Beach | VA | 23451-6125 |
|------|-------------------------|----------------|-----|------------|
| 4431 | 134 W Woodlawn Road | Charlotte | NC | 28217-2110 |
| 4442 | 5016 Old Hickory Blvd | Hermitage | TN | 37076-2566 |
| 4451 | 5420 Target Drive | Antioch | TN | 37013-3870 |
| 4506 | 8146 S Tryon Street | Charlotte | NC | 28273-3325 |

CFRA_00012



**K&L GATES**

April 10, 2020

Daniel M. Eliades

D 973.848.4018
daniel.eliades@klgates.com

**Via E-Mail and Federal Express**

Jay D. Johns, President
IHOP Restaurants, LLC
450 North Brand Boulevard
Glendale, California 91203

Re:    **CFRA, LLC and CFRA Tri-Cities, LLC**

Dear Mr. Johns:

This firm represents Valley National Bank ("VNB"), successor in interest to USAmeriBank, and Raymond James Bank, NA ("RJB") in their capacities as "Lenders" under a loan to CFRA, LLC ("CFRA") and CFRA Tri-Cities, LLC ("CFRA Tri-Cities" and, together with CFRA, the "Borrowers") in the principal amount of $26,000,000 (the "Loan"). The Loan is evidenced by various agreements and related documents that are collectively referred to as the "Bank Credit Agreements". The Bank Credit Agreements include a Security Agreement conveying Lenders' security interests in property used by the Borrowers in connection with forty-nine (49) restaurants operated under franchise agreements with IHOP Restaurants, LLC and/or its subsidiaries and affiliates (collectively, "IHOP").

By letter of March 24, 2020, Borrowers advised IHOP that: (i) Borrowers had closed twenty-eight (28) of the restaurants owned and previously operated by Borrowers, and that Borrowers have no intention of re-opening these restaurants; and (ii) Borrowers' remaining twenty-one (21) restaurants would remain open and operate on a reduced schedule for an undetermined period of time. By letter of March 24, 2020, Borrowers similarly advised Lenders that Borrowers: (i) had lost 85% to 90% of their revenue; (ii) had closed twenty-eight (28) restaurants and that twenty-one (21) restaurants would operate on reduced schedules; and (iii) requested a $2,500,000 "additional credit line" from Lenders.

Lenders understand that Borrowers now intend to cease operations at the twenty-one (21) restaurants they had been operating on reduced schedules.

K&L GATES LLP
ONE NEWARK CENTER   TENTH FLOOR   NEWARK   NJ 07102
T +1 973 848 4000  F +1 973 848 4001  klgates.com

Anthony P. La Rocco, Managing Partner, New Jersey
304680475 v1

IHOP10034

Jay D. Johns, President
April 10, 2020
Page 2

Attached is a copy of a default notice and notice of material adverse change that was issued by Lenders to Borrowers and CFRA Holdings, LLC ("CFRA Holdings") on April 9, 2020.

Lenders request a call with the IHOP business and legal team at its earliest convenience to discuss this matter. Please let me know when your team may be available for a call. My e-mail address is daniel.eliades@klgates.com and my cell phone number is 201 741-7409. Thank you.

Very Truly Yours,

*/s/ Daniel M. Eliades*

Daniel M. Eliades

cc:    Bryan R. Adel
       Senior Vice President, Legal, General Counsel and Secretary
       Dine Brands Global
       450 N. Brand Blvd., 7th Floor
       Glendale, CA 91203

304680475 v1

April 8, 2020

IHOP10035



April 9, 2020.

Daniel M. Eliades

D 973.848.4018
daniel.eliades@klgates.com

**<u>Via Federal Express Overnight Delivery</u>**

CFRA, LLC
CFRA Tri-Cities, LLC
CFRA Holdings, LLC
520 D Street, Suite C
Clearwater, Florida 33756
Attention: Nicholas Peters

**Re:   NOTICE OF DEFAULT AND NOTICE OF MATERIAL ADVERSE CHANGE**

Dear Mr. Peters:

This firm represents Valley National Bank ("VNB"), successor in interest to USAmeriBank under those loan documents identified herein, and Raymond James Bank, NA ("RJB"), in their capacities as "Lenders" under a loan to CFRA, LLC ("CFRA") and CFRA Tri-Cities, LLC ("CFRA Tri-Cities" and, together with CFRA, the "Borrowers") in the principal amount of $26,000,000 (the "Loan"). The Loan is evidenced by various agreements and related documents that are collectively referred to as the "Bank Credit Agreements", including, but not limited to, those Bank Credit Agreements identified on the enclosed Schedule of Bank Credit Agreements.

By letter of March 24, 2020, Borrowers advised IHOP Restaurants, LLC ("IHOP") that: (i) Borrowers had closed twenty-eight (28) of the restaurants owned and previously operated by Borrowers, and that Borrowers have no intention of re-opening these restaurants; and (ii) Borrowers' remaining twenty-one (21) restaurants would remain open and operate on a reduced schedule for an undetermined period of time.

By letter of March 24, 2020, Borrowers similarly advised Lenders that Borrowers: (i) had lost 85% to 90% of their revenue; (ii) had closed twenty-eight (28) restaurants and that twenty-one (21) restaurants would operate on reduced schedules; and (iii) requested a $2,500,000 "additional credit line" from Lenders.

K&L GATES LLP
ONE NEWARK CENTER   TENTH FLOOR   NEWARK   NJ 07102
T +1 973 848 4000   F +1 973 848 4001   klgates.com

Anthony P. La Rocco, Managing Partner, New Jersey
304667128 v3

CFRA, LLC
CFRA Tri-Cities, LLC
CFRA Holdings, LLC
April 9, 2020
Page 2

CFRA Holdings, LLC ("CFRA Holdings") is a party to the Loan Agreement dated September 8, 2016 (the "Loan Agreement"), that is identified on the enclosed Schedule of Bank Credit Agreements. (CFRA Holdings is also guarantor of Loan and the Borrowers obligations under the Bank Credit Agreements.) Borrowers and CFRA Holdings are, collectively, the "Loan Parties" as defined in the Loan Agreement.

Borrowers closing of twenty-eight (28) restaurants with no intent to re-open, and operation of twenty-one (21) restaurants on reduced schedules, are breaches of the affirmative covenants of each Loan Party to Lenders set forth in Section 6(a) of the Loan Agreement.  These covenant breaches constitute "Events of Default" under Section 11(e) of the Loan Agreement.

In addition, Borrowers (i) closing of twenty-eight (28) restaurants with no intent to re-open, and operation of twenty-one (21) restaurants on reduced schedules, and/or (ii) loss of 85% to 90% of their revenue, are each a Material Adverse Change of the Loan Parties as defined in Section 10(c) of the Loan Agreement.  Because of the Material Adverse Changes of the Loan Parties and/or their "Defaults" under the Loan Agreement, Borrowers are not entitled to a further "Advance" under the Loan. Among other things, see Sections 2(e) and 10 of the Loan Agreement.

Because of the Borrowers' Events of Default under the Loan Agreement noticed herein, Lenders hereby accelerate all amounts due and owing under the Bank Credit Agreements and demand payment of all amounts due within five (5) days of the date of this notice. As of April 8, 2020 the outstanding amount due to VNB under the Revolving Line of Credit Promissory Note dated September 8, 2016 made by the Borrowers and held by VNB in the principal amount of $11,000,000 was $7,790,572.34.   As of April 8, 2020 the outstanding amount due to RJB under the Revolving Line of Credit Promissory Note dated September 8, 2016 made by the Borrowers and held by RJB in the principal amount of $15,000,000 was $10,623,507.53. Interest, penalties, late fees, costs, and counsel fees, as may be set forth in the Bank Credit Agreements have and will accrue upon foregoing amounts.  To arrange for payoff of the total amount due on the aforementioned Revolving Line of Credit Promissory Notes, please contact me with a payoff date, and I will provide the outstanding amounts due as of the payoff date.

The foregoing grounds constituting Events of Default are intended neither to be exclusive, nor preclude the Lenders from asserting any other ground that constitutes an Event of Default under the Bank Credit Agreements.  Nothing in this letter, or in previous or subsequent discussion, shall be construed as a waiver, modification, relinquishment or forbearance by the Lenders with regard to any of the rights or remedies of the Lenders under the Bank Credit Agreements or at law or in equity. The Lenders' non-waiver and reservations include, without limitation, any and all rights

CFRA, LLC
CFRA Tri-Cities, LLC
CFRA Holdings, LLC
April 9, 2020
Page 3

and remedies in connection with any defaults or Events of Defaults that may now or may hereafter exist under the Bank Credit Agreements.  The Lenders hereby expressly reserve all rights and remedies.

Very Truly Yours,

*/s/ Daniel M. Eliades*

Daniel M. Eliades

cc:     Larkin Hoffman (Via Overnight Mail w/enc.)
        8300 Norman Center Drive, Suite 1000
        Minneapolis, MN 55437
        Attention: Daniel T. Kadlec, Esq.

        Keith Sambur, Esq. (Via E-Mail w/enc.)
        Jeffery Haff, Esq. (Via E-Mail w/enc.)
        Chuck Modell, Esq. (Via E-Mail w/enc.)

**IHOP10038**

### Schedule of Bank Credit Agreements

1) Loan Agreement dated September 8, 2016 between USAmeriBank, a Florida banking corporation in its capacity as agent (in such capacity, "Agent"), and USAmeriBank, a Florida banking corporation, and Raymond James Bank, NA,, a national bank, in their capacities as "Lenders" and CFRA Holdings, LLC, a Delaware limited liability company ("CFRA Holdings"), CFRA Tri-Cities, LLC, a Delaware limited liability company ("CFRA Tri-Cities" and, together with CFRA, the "Borrowers");

2) Revolving Line of Credit Promissory Note dated September 8, 2016 made by the Borrowers in favor of USAmeriBank in the principal amount of $11,000,000;

3) Revolving Line of Credit Promissory Note dated September 8, 2016 made by the Borrowers in favor of Raymond James Bank, NA.in the principal amount of $15,000,000;

4) Security Agreement dated September 8, 2016 by and between Agent and the Borrowers, (the "Security Agreement");

5) UCC-1 Financing Statements with the Department of State of the State of Delaware under filing number 20165894551 (the "UCC-1");

6) Letter agreement from Prometheus Management IV, LLC to Agent dated September 9, 2016, and acknowledged and agreed to by CFRA, regarding the subordination of management fees;

7) Guaranty of Payment and Performance dated September 8, 2016 by CFRA Holdings, LLC as guarantor for the benefit of Agent;

8) Further Assurances Agreement dated September 8, 2016 between Lender and Borrowers;

9) Agreement to Provide Insurance dated September 8, 2016 between Lender and Borrowers and Anti-Coercion Statement;

10) Borrower Certificate Affidavit and Indemnity Agreement dated September 8, 2016; and

11) Truth in Lending Affidavit dated September 7, 2016 given by Borrowers.

April 9, 2020

**IHOP10039**

 



April 16, 2020

**Via Email and FedEx (email: nick_peters@earthlink.net)**

CFRA, LLC
CFRA Tri-Cities, LLC
288 Spottis Woode Court
Clearwater, FL 33756A
Attn: Mr. Nicholas Peters

**Re: NOTICE OF DEFAULT AND TERMINATION**

Dear Mr. Peters:

This letter shall serve as written notice of your default of the Franchise Agreements entered into between CFRA, LLC and CFRA Tri-Cities, LLC on the one hand (collectively, "CFRA"); and IHOP Restaurants LLC and IHOP Franchisor LLC on the other, relating to the 28 IHOP restaurants at the following locations (the "Restaurants"):

| | | | |
|---|---|---|---|
| 1. | 4098 Nolensville Rd. | Nashville | TN |
| 2. | 2219 Gallatin Pike | Madison | TN |
| 3. | 9940 Pineville Matthews Rd | Pineville | NC |
| 4. | 1412 Richmond Rd | Williamsburg | VA |
| 5. | 1540 General Booth Blvd 589 | Virginia Beach | VA |
| 6. | 3179 Linden Dr | Bristol | VA |
| 7. | 1740 Rio Hill Center | Charlottesville | VA |
| 8. | 700 E Dixon Rd | Shelby | NC |
| 9. | 16815 Caldwell Creek Drive | Huntersville | NC |
| 10. | 6800 Charlotte Pike | Nashville | TN |
| 11. | 336 S. Sharon Amity Rd. | Charlotte | NC |
| 12. | 476 River Highway | Mooresville | NC |
| 13. | 1203 Murfreesboro Rd IH90 | Franklin | TN |
| 14. | 16015-A Lancaster Hwy | Charlotte | NC |
| 15. | 2214 Elliston Place | Nashville | TN |
| 16. | 825 Nashville Pike Suite D | Gallatin | TN |
| 17. | 5335 Ballantyne Commons Pkwy Ste 200 | Charlotte | NC |
| 18. | 702 Blowing Rock Road | Boone | NC |

DINEBRANDS.COM

450 N. BRAND BLVD GLENDALE CA 91203

**IHOP10043**

April 16, 2020
Page 2

| 19. | 3001 Hillsborough St. Suite 116 | Raleigh | NC |
| 20. | 5815 Highland Shoppes Dr Suite 100 | Charlotte | NC |
| 21. | 1602 Haynes Street | Clarksville | TN |
| 22. | 110 E Parris Ave | High Point | NC |
| 23. | 3191 N Main St | Anderson | SC |
| 24. | 817 First Colonial Rd | Virginia Beach | VA |
| 25. | 134 W. Woodlawn Rd | Charlotte | NC |
| 26. | 5016 Old Hickory Blvd | Hermitage | TN |
| 27. | 5420 Target Dr. | Antioch | TN |
| 28. | 8146 S. Tryon St. | Charlotte | NC |

On March 24, 2020, CFRA first notified IHOP of CFRA's intentions to permanently close the Restaurants.  In response, that same day, IHOP attempted to work with CFRA and provided CFRA with approval to close on a *temporary* basis.  However, since that time, CFRA has reiterated multiples times and unequivocally its intention not to reopen the Restaurants and to permanently close and abandon them.

In addition, as reflected in the attached Exhibit A, CFRA has past due financial obligations totaling $534.287.00, which includes, but is not limited to, past due royalty payments, advertising expenditures, rent, and equipment lease payments owed under the respective Franchise Agreements, Lease Agreements, and Equipment Leases for the Restaurants. IHOP previously provided CFRA with the opportunity to defer certain of these payments and enter into a Deferral Agreement, which CFRA never executed. However, based on CFRA's unauthorized permanent closure of the Restaurants, CFRA is no longer in good standing and the Deferral Agreement is now void.

Pursuant to the respective Franchise Agreements for the Restaurants (the "Agreements"), CFRA is hereby put on notice of its default of the Agreements, and of IHOP's termination of the Agreements based on CFRA's unauthorized closure and abandonment of the Restaurants. Under the relevant provisions of the Agreements, such closures constitute an incurable material breach and subjects these Agreements to immediate termination.  Accordingly, the Agreements are terminated effective as of the date of this notice.

Nothing in this letter shall be construed to modify or limit any rights or remedies of IHOP. IHOP expressly reserves all of its rights with respect to any and all remedies at law or in equity, under

IHOP10044

April 16, 2020
Page 3

the Franchise Agreements, and any other contract, or any other source of right or remedy. Neither this letter nor any action taken or not taken by IHOP, including, but not limited to, continuing to do business, accepting records, accepting money, or any other action or inaction, shall be deemed to be a waiver of IHOP's right to any remedies or a waiver of any other rights or actions IHOP may have against you. Similarly, IHOP does not waive any other default or breach of the Franchise Agreements, Guarantees, or any other contracts that are not addressed in this letter. Nothing in this letter shall be construed to modify, extend, or limit the effect of any other notice of default you may have received.

Sincerely,

Charles Scaccia
SVP, Operations

# Exhibit A

**CFRA Closed Locations - Total Due Data as of 4/15/20**

| # | Address | City | State | Royalty | Advertising | Rent | Percent Rent | Equipment | CAM | Other | Total |
|---|---------|------|-------|---------|-------------|------|--------------|-----------|-----|-------|-------|
| 0470-20 | 4098 Nolensville Rd | Nashville | TN | $5,965 | $3,977 | $20,280 | $0 | $0 | $0 | $0 | $30,222 |
| 0476-20 | 2219 Gallatin Pike N | Madison | TN | $4,109 | $2,740 | $20,550 | $0 | $0 | $0 | $0 | $27,399 |
| 0477-10 | 9940 Pineville Matthews Rd | Pineville | NC | $3,845 | $2,564 | $18,750 | $0 | $0 | $0 | $0 | $25,159 |
| 0530-10 | 1412 Richmond Rd | Wiliamsburg | VA | $2,351 | $1,567 | $0 | $0 | $0 | $0 | $122 | $4,040 |
| 0585-10 | 1540 General Booth Bvld | Virginia Beach | NC | $3,294 | $2,196 | $29,700 | $0 | $0 | $0 | $125 | $35,315 |
| 0589-30 | 3179 Linden Dr | Bristol | VA | $6,051 | $2,854 | $27,930 | $0 | $3,540 | $0 | $0 | $40,376 |
| 0595-10 | 1740 Rio Hill Center Rd | Charlottesville | VA | $4,836 | $3,224 | $29,400 | $0 | $0 | $0 | $0 | $37,460 |
| 3105-00 | 700 E Dixon Rd | Shelby | NC | $3,396 | $2,264 | $0 | $0 | $0 | $0 | $248 | $5,907 |
| 3139-00 | 16815 Caldwell Creek Dr | Huntersville | NC | $4,371 | $2,914 | $0 | $0 | $0 | $0 | $0 | $7,286 |
| 3326-00 | 6800 Charoltte Pike | Nashville | TN | $4,122 | $2,748 | $0 | $0 | $0 | $0 | $122 | $6,992 |
| 3327-00 | 336 S. Sharon Amity Rd | Charotte | NC | $4,755 | $3,170 | $0 | $0 | $0 | $0 | $0 | $7,924 |
| 3367-00 | 476 River highway | Moorseville | NC | $3,163 | $2,109 | $0 | $0 | $0 | $0 | $0 | $5,272 |
| 3383-00 | 1203 Mufreesboro Rd | Franklin | TN | $3,431 | $2,287 | $0 | $0 | $0 | $0 | $0 | $5,718 |
| 3423-00 | 16015-A Lancaster Hwy | Charotte | NC | $4,697 | $3,131 | $0 | $0 | $0 | $0 | $0 | $7,828 |
| 3427-00 | Elliston Pl | Nashville | TN | $3,093 | $2,062 | $0 | $0 | $0 | $0 | $122 | $5,278 |
| 3450-00 | 825 Nashville Pike | Gallatin | TN | $2,992 | $1,995 | $0 | $0 | $0 | $0 | $0 | $4,987 |
| 3453-00 | 5335 Ballantyne Rd Commons Pkwy | Charotte | NC | $3,019 | $2,012 | $0 | $0 | $0 | $0 | $0 | $5,031 |
| 3472-00 | 702  Blowing Rock Rd | Boone | NC | $2,596 | $1,731 | $0 | $0 | $0 | $0 | $0 | $4,326 |
| 3487-00 | 3001 Hillsborgh St | Raleigh | NC | $2,745 | $1,830 | $0 | $0 | $0 | $0 | $122 | $4,697 |
| 3488-00 | 5815 Highland Shoppes | Charotte | NC | $3,428 | $2,286 | $0 | $0 | $0 | $0 | $0 | $5,714 |
| 3502-00 | 1602 Haynes St | Clarksville | TN | $3,720 | $2,480 | $0 | $0 | $0 | $0 | $0 | $6,200 |
| 4407-10 | 110 E Parris Ave | High Point | NC | $6,505 | $3,410 | $19,320 | $0 | $2,780 | $0 | $0 | $32,016 |
| 4416-30 | 3191 N. Main St | Andrson | SC | $4,492 | $3,494 | $21,537 | $0 | $0 | $262 | $122 | $29,907 |
| 4424-10 | 817 Frist Colonial Rd | Virginia Beach | VA | $6,329 | $3,180 | $30,510 | $0 | $3,120 | $0 | $0 | $43,139 |
| 4431-20 | 134 W Woodlawn Rd | Charotte | NC | $6,892 | $3,428 | $23,100 | $0 | $3,500 | $0 | $0 | $36,921 |
| 4442-20 | 5016 Old Hickory Bvld | Hermitage | TN | $4,947 | $2,345 | $21,150 | $0 | $2,860 | $0 | $0 | $31,302 |
| 4451-20 | 5420 Target Dr | Antioch | TN | $7,052 | $3,788 | $21,450 | $0 | $2,740 | $0 | $122 | $35,152 |
| 4506-10 | 8146 S. Tryon St | Charotte | NC | $2,985 | $3,650 | $32,515 | $0 | $3,360 | $210 | $0 | $42,720 |
| | **TOTAL** | | | **$119,182** | **$75,434** | **$316,192** | **$0** | **$21,900** | **$473** | **$1,107** | **$534,287** |

IHOP10046

 



April 16, 2020

**Via Email and FedEx (email: nick_peters@earthlink.net)**

CFRA, LLC
CFRA Tri-Cities, LLC
288 Spottis Woode Court
Clearwater, FL 33756A
Attn: Mr. Nicholas Peters

**Re: <u>NOTICE OF DEFAULT</u>**

Dear Mr. Peters:

This letter shall serve as written notice of your default of the Franchise Agreements entered into between CFRA, LLC and CFRA Tri-Cities, LLC on the one hand (collectively, "CFRA"); and IHOP Restaurants LLC and IHOP Franchisor LLC on the other, relating to the 21 IHOP restaurants at the following locations (the "Restaurants"):

| | | | |
|---|---|---|---|
| 1. | 1031 Assembly St | Columbia | SC |
| 2. | 1101 Lanada Dr | Greensboro | NC |
| 3. | 9253 E Independence Blvd | Matthews | NC |
| 4. | 1661 E Broad St | Statesville | NC |
| 5. | 900 Long Pine Rd | Burlington | NC |
| 6. | 65 Peppers Ferry Road NW | Christiansburg | VA |
| 7. | 109 University Blvd | Harrisonburg | VA |
| 8. | 170 Front Royal Pike | Winchester | VA |
| 9. | 747 E Rochambeau Drive | Williamsburg | VA |
| 10. | 779 Team Blvd. | Smyrna | TN |
| 11. | 1295 Silas Creek Parkway | Winston-Salem | NC |
| 12. | 504 Cox Rd | Gastonia | NC |
| 13. | 3009 Capital Blvd | Raleigh | NC |
| 14. | 2415 US Hwy 70 SE | Hickory | NC |
| 15. | 800 Cloverleaf Parkway | Kannapolis | NC |
| 16. | 105 Faith Rd | Salisbury | NC |
| 17. | 1201 E Stone Dr | Kingsport | TN |
| 18. | 3214 Peoples St | Johnson City | TN |

DINEBRANDS.COM

450 N. BRAND BLVD GLENDALE CA 91203

CFRA_00013

April 16, 2020
Page 2

| 19. | 8135 Warren H Abernathy Hwy | Spartanburg | SC |
|-----|------------------------------|-------------|-----|
| 20. | 1106 E Dixie St | Asheboro | NC |
| 21. | 1821 N Pointe Dr | Durham | NC |

As reflected in the attached <u>Exhibit A</u>, CFRA has past due financial obligations totaling $370,410.00, which includes, but is not limited to, past due royalty payments, advertising expenditures, rent, and equipment lease payments owed under the respective Franchise Agreements, Leases/Subleases, and Equipment Leases for the Restaurants.  IHOP previously provided CFRA with the opportunity to defer certain of these payments and enter into a Deferral Agreement, which CFRA never executed. However, based on CFRA's unauthorized permanent closure of 28 IHOP locations as referenced in the second Notice of Default dated today, CFRA is no longer in good standing and the Deferral Agreement is now void.

Pursuant to the respective Franchise Agreements for the Restaurants, CFRA is hereby put on notice of its default of the Franchise Agreements.  CFRA's Franchise Agreements for the Restaurants will automatically terminate without any further notice if CFRA fails to fully cure by **April 24, 2020**.  IHOP hereby demands that CFRA fully comply with all terms and conditions of the Franchise Agreements and pay IHOP all amounts owed by **April 24, 2020**.

Nothing in this letter shall be construed to modify or limit any rights or remedies of IHOP. IHOP expressly reserves all of its rights with respect to any and all remedies at law or in equity, under the Franchise Agreements, and any other contract, or any other source of right or remedy. Neither this letter nor any action taken or not taken by IHOP, including, but not limited to, continuing to do business, accepting records, accepting money, or any other action or inaction, shall be deemed to be a waiver of IHOP's right to any remedies or a waiver of any other rights or actions IHOP may have against you. Similarly, IHOP does not waive any other default or breach of the Franchise Agreements, Guarantees, or any other contracts that are not addressed in this letter. Nothing in this letter shall be construed to modify, extend, or limit the effect of any other notice of default you may have received.

Sincerely,

Charles Scaccia
SVP, Operations

# Exhibit A

CFRA Open Locations - Past Due Data as of 4/15/20

| # | Address | City | State | Royalty | Advertising | Rent | Percent Rent | Equipment | CAM | Other | Total |
|---|---------|------|-------|---------|-------------|------|--------------|-----------|-----|-------|-------|
| 0419-30 | 1031 Assembly St | Columbia | SC | $1,442 | $3,859 | $0 | $0 | $0 | $0 | $0 | $5,302 |
| 0491-10 | 1101 Lanada Rd. | Greenboro | NC | $979 | $761 | $12,528 | $0 | $0 | $0 | $0 | $14,268 |
| 0492-10 | 9253 E Independence Rd | Matthews | NC | $7,401 | $4,561 | $8,526 | $0 | $0 | $0 | $0 | $20,488 |
| 0494-20 | 1661 E Broad St | Statesville | NC | $703 | $1,793 | $0 | $0 | $0 | $0 | $0 | $2,496 |
| 0498-10 | 900 Long Pine RD | Burlington | NC | $1,777 | $979 | $12,406 | $130 | $0 | $0 | $0 | $15,293 |
| 0574-10 | 65 Peppers Ferry Rd NW | Christiansburg | VA | $2,571 | $2,856 | $17,660 | $0 | $1,560 | $0 | $0 | $24,647 |
| 0587-10 | 109 University Bvld | Harrisonburg | VA | $1,686 | $4,363 | $18,400 | $0 | $0 | $0 | $0 | $24,449 |
| 0597-10 | 107 Front Royal  Pike | Winchester | VA | $1,162 | $2,865 | $0 | $0 | $0 | $0 | $0 | $4,026 |
| 2027-10 | 747 E Rochambau Dr | Willamsburg | VA | $681 | $1,891 | $0 | $0 | $0 | $0 | $0 | $2,571 |
| 3218-00 | 779 Team BVLD | Smyrna | TN | $1,512 | $3,617 | $0 | $0 | $0 | $0 | $0 | $5,128 |
| 4403-10 | 1295 Silas Creek Parkway | Winston- Salem | NC | $2,461 | $3,686 | $16,100 | $0 | $1,130 | $0 | $0 | $23,377 |
| 4405-10 | 504 Cox Rd | Gastonia | NC | $2,936 | $3,433 | $14,340 | $0 | $1,520 | $0 | $0 | $22,228 |
| 4408-10 | 3009 Captial Bvld | Raleigh | NC | $2,990 | $3,658 | $14,740 | $0 | $1,460 | $0 | $0 | $22,848 |
| 4414-10 | 2415 US HWY 70 SE | Hickory | NC | $3,535 | $4,344 | $16,560 | $0 | $1,590 | $0 | $0 | $26,029 |
| 4417-10 | 800 Cloverleaf Plaza | Kannapolis | NC | $3,943 | $4,175 | $15,120 | $202 | $1,580 | $0 | $0 | $25,019 |
| 4423-10 | 105 Fath Rd | Salisbury | NC | $2,998 | $3,234 | $13,940 | $0 | $1,690 | $0 | $0 | $21,862 |
| 4435-20 | 1201 East Stone Dr | Kingsport | TN | $2,006 | $2,983 | $13,900 | $0 | $876 | $0 | $0 | $19,765 |
| 4440-20 | 3214 Peoples St | Johnson City | TN | $2,851 | $3,410 | $16,020 | $0 | $1,650 | $0 | $0 | $23,931 |
| 4448-20 | 8135 Warren H. Abernathy Hwy | Spartanburg | SC | $2,858 | $3,200 | $15,800 | $0 | $1,480 | $0 | $0 | $23,338 |
| 4458-10 | 1106 East Dixie Dr | Ashboro | NC | $2,365 | $2,580 | $12,800 | $0 | $1,260 | $0 | $0 | $19,005 |
| 4505-10 | 1821 North Pointe DR | Durham | NC | $2,683 | $2,906 | $17,140 | $0 | $1,612 | $0 | $0 | $24,340 |
|  | **TOTAL** |  |  | **$51,538** | **$65,153** | **$235,979** | **$332** | **$17,408** | **$0** | **$0** | **$370,410** |

 



April 17, 2020

**Via Email and FedEx (email: nick_peters@earthlink.net)**

CFRA, LLC
CFRA Tri-Cities, LLC
288 Spottis Woode Court
Clearwater, FL 33756A
Attn: Mr. Nicholas Peters

**Re: NOTICE OF DEFAULT AND TERMINATION**

Dear Mr. Peters:

This letter shall serve as written notice of your default and the termination of the Franchise Agreements entered into between CFRA, LLC and CFRA Tri-Cities, LLC on the one hand (collectively, "CFRA"); and IHOP Restaurants LLC and IHOP Franchisor LLC on the other, relating to the 21 IHOP restaurants at the following locations (the "Restaurants"):

| 1. | 1031 Assembly St | Columbia | SC |
|---|---|---|---|
| 2. | 1101 Lanada Dr | Greensboro | NC |
| 3. | 9253 E Independence Blvd | Matthews | NC |
| 4. | 1661 E Broad St | Statesville | NC |
| 5. | 900 Long Pine Rd | Burlington | NC |
| 6. | 65 Peppers Ferry Road NW | Christiansburg | VA |
| 7. | 109 University Blvd | Harrisonburg | VA |
| 8. | 170 Front Royal Pike | Winchester | VA |
| 9. | 747 E Rochambeau Drive | Williamsburg | VA |
| 10. | 779 Team Blvd. | Smyrna | TN |
| 11. | 1295 Silas Creek Parkway | Winston-Salem | NC |
| 12. | 504 Cox Rd | Gastonia | NC |
| 13. | 3009 Capital Blvd | Raleigh | NC |
| 14. | 2415 US Hwy 70 SE | Hickory | NC |
| 15. | 800 Cloverleaf Parkway | Kannapolis | NC |
| 16. | 275 Bendix Dr. | Salisbury | NC |
| 17. | 1201 E Stone Dr | Kingsport | TN |
| 18. | 3214 Peoples St | Johnson City | TN |
| 19. | 8135 Warren H Abernathy Hwy | Spartanburg | SC |
| 20. | 1106 E Dixie St | Asheboro | NC |
| 21. | 1821 N Pointe Dr | Durham | NC |

April 17, 2020
Page 2


As CFRA knows, on April 16, 2020, IHOP provided CFRA with a notice of a default concerning its past-due financial obligations under the Franchise Agreements totaling $370,410.00.  Today, IHOP learned CFRA has closed and ceased operating the Restaurants.  CFRA's closure comes after various communications from CFRA threatening to close the Restaurants and making clear that such a closure would be on a permanent basis.  With CFRA's closure of the Restaurants, it apparently has followed through on its threats, demonstrated its intention not to reopen the Restaurants, and abandoned them.

Pursuant to the respective Franchise Agreements for the Restaurants (the "Agreements"), CFRA is hereby put on notice of its default of the Agreements, and of IHOP's termination of the Agreements based on CFRA's unauthorized closure and abandonment of the Restaurants. Under the relevant provisions of the Agreements, such closures constitute an incurable material breach and subjects these Agreements to immediate termination.  Accordingly, the Agreements are terminated effective as of the date of this notice.

Nothing in this letter shall be construed to modify or limit any rights or remedies of IHOP. IHOP expressly reserves all of its rights with respect to any and all remedies at law or in equity, under the Franchise Agreements, and any other contract, or any other source of right or remedy. Neither this letter nor any action taken or not taken by IHOP, including, but not limited to, continuing to do business, accepting records, accepting money, or any other action or inaction, shall be deemed to be a waiver of IHOP's right to any remedies or a waiver of any other rights or actions IHOP may have against you. Similarly, IHOP does not waive any other default or breach of the Franchise Agreements, Guarantees, or any other contracts that are not addressed in this letter. Nothing in this letter shall be construed to modify, extend, or limit the effect of any other notice of default you may have received.

Sincerely,

Charles Scaccia
SVP, Operations

CFRA_00017

| | |
|---|---|
| **From:** | Jon Shepherd <jon.shepherd@theborder.com> |
| **Sent:** | Tuesday, April 28, 2020 5:35 PM |
| **To:** | a.weiner@focusmg.com |
| **Subject:** | FW: Correspondence re: Restaurant Closures |
| **Attachments:** | Nicholas Peters Group - Temporary Restaurant Closure Notice - March 25.pdf |

Begin forwarded message:

> **From:** Alexander Wong <Alexander.Wong@dinebrands.com>
> **Date:** April 17, 2020 at 4:56:39 PM MDT
> **To:** "nick_peters@earthlink.net" <nick_peters@earthlink.net>
> **Cc:** Devon Tucker <Devon.Tucker@dinebrands.com>
> **Subject: Re: Correspondence re: Restaurant Closures**
>
> Franchisee:
>
> You previously received approval for temporary closure of the restaurants listed in Exhibit A of the attached letter.
>
> Pursuant to such letter, temporary closure of such restaurants was approved for a period of 30 days. Accordingly, such approvals are due to expire on April 23.
>
> If you would like to request an extension of the temporary closures, please indicate the restaurant locations in a reply to this email by April 21 at 12:00PM Pacific Time.
>
> As previously noted, we reserve the right to make determinations on temporary closures on a case by case basis, taking specific facts and circumstances into account. We also reserve the right to revisit the issue at any time based on changing conditions.
>
> **Alex Wong**
> COUNSEL | DINE BRANDS GLOBAL
>
> ---
>
> **From:** Alexander Wong
> **Sent:** Wednesday, March 25, 2020 7:45 PM
> **To:** nick_peters@earthlink.net <nick_peters@earthlink.net>
> **Cc:** Charles Scaccia <charles.scaccia@ihop.com>; Christine Son <Christine.Son@dinebrands.com>; Jim Darby <Jim.Darby@dinebrands.com>; Devon Tucker <Devon.Tucker@dinebrands.com>; Caitlyn Cox <Caitlyn.Cox@dinebrands.com>; Patricia McEachern <Patricia.McEachern@dinebrands.com>; Cassandra Payton <Cassandra.Payton@dinebrands.com>
> **Subject:** Correspondence re: Restaurant Closures
>
> On behalf of Jay Johns, attached is correspondence relating to the closures addressed in your March 24, 2020 correspondence.

CFRA_00006

**Alex Wong**
COUNSEL | DINE BRANDS GLOBAL

The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.

CFRA_00007