# EXHIBIT A
# (continued)

 



**SIGHT DRAFT**

April 18, 2020

**<u>Via Hand Delivery</u>**

Valley National Bank (successor in interest to USAmeriBank)
4790 140th Avenue North
Clearwater, FL 33762
Attention: David T. Manno and Standby Letters of Credit Department

**<u>DRAWN UNDER IRREVOCABLE STANDBY LETTER OF CREDIT NO. 402012800 OF VALLEY NATIONAL BANK (SUCCESSOR IN INTEREST TO USAMERIBANK)</u>**

      This drawing of the above-referenced irrevocable standby letter of credit (the "**Letter of Credit**") represents funds due to the beneficiary, IHOP Restaurants LLC ("**IHOP**") or its affiliates, by the applicant, CFRA Holdings, LLC ("**CFRA**").

      IHOP, as beneficiary of the Letter of Credit, hereby draws upon the full amount of the Letter of Credit in the amount of $1,078,000.00.

      In support of the drawing, IHOP attaches the following exhibits:

1.  <u>Exhibit A</u>: The original Letter of Credit No. 402012800 (please note there have been no amendments).

2.  <u>Exhibit B</u>: A dated statement issued on the letterhead of IHOP and signed by an authorized representative stating the following: "We hereby certify that CFRA Holdings, LLC (The "Franchisee") is delinquent in the payment of those certain obligations owing to International House of Pancakes (The "Franchisor") or its affiliates and did not cure such breach within the time periods provided for under the certain Franchise Agreement or any other agreement between The Franchisee and The Franchisor or its affiliates. We therefore demand payment in the amount of $1,078,000.00 as same is due and owing."

3.  <u>Exhibit C</u>: Records of IHOP Restaurants LLC and its affiliates showing the payments unpaid by CFRA Holdings, LLC and its affiliates as of April 17, 2020.

CFRA Holdings, LLC – Sight Draft for Letter of Credit No. 402012800

DINEBRANDS.COM

450 N. BRAND BLVD GLENDALE CA 91203

CFRA_00018

Valley National Bank
Page 2


The funds should be wired in accordance with the following:

### WIRING INSTRUCTIONS

Credit Bank:   Wells Fargo Bank, NA
        333 South Grand Avenue
        Los Angeles, CA
ABA Routing #:  121000248
Credit Account #:  4271566937
Benefit of:    IHOP Funding LLC
Reference:    CFRA LOC


If you have any questions, feel free to contact me at: (626) 821-9725 or Allison.Hall@dinebrands.com.


Very truly yours,

IHOP RESTAURANTS LLC


By: _____
Name:  Allison Hall
Title:   Vice President

CFRA_00019

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**　　　　**GOVERNMENT CODE § 8202**

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1. _____

2. _____

3. 　　　　　S E E   A T T A C H E D

4. _____

5. _____

6. *Allison Hall* _____　　　_____

　　Signature of Document Signer No. 1　　　　Signature of Document Signer No. 2 (if any)

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of California

County of  Los Angeles

KAREN DORVILUS
Notary Public – California
Los Angeles County
Commission # 2186373
My Comm. Expires Mar 12, 2021

Subscribed and sworn to (or affirmed) before me

on this __18__ day of __April__ , 20__20__ ,
　　　　　　Date　　　　　Month　　　　　Year

by

(1)  *Allison Hall* _____

(and (2)  N/A _____ ),
　　　　　　　　*Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____*KAO*_____

　　　　　　*Signature of Notary Public*

*Seal*
*Place Notary Seal Above*

──────────── **OPTIONAL** ────────────

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____　Document Date: _____

Number of Pages: _____ Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)　Item #5910

## EXHIBIT A

See attached.

CFRA Holdings, LLC – Sight Draft for Letter of Credit No. 402012800

CFRA_00021



4790 140th Avenue North
Clearwater, FL 33762
Ph: 727-260-6421

## IRREVOCABLE STANDBY LETTER OF CREDIT

**Beneficiary:**
IHOP Restaurants, LLC
450 North Brand Boulevard
Seventh Floor
Glendale, CA 91203-2306
Attention: General Counsel

**Applicant:**
CFRA Holdings, LLC
520 D Street, Suite C
Clearwater, FL 33756
Attention: Nicholas Peters, President

**Issue Date:** September 9, 2016
**Letter of Credit No.:** 402012800
**Initial Expiry Date:** September 9, 2017
**Amount:** $1,078,000.00

We hereby open our Irrevocable Standby Letter of Credit ("Letter of Credit") in your favor for the account of the above referenced Applicant in the aggregate amount of One Million Seventy-Eight Thousand and 00/100 United States Dollars (USD $1,078,000.00) which is available by payment to the beneficiary upon presentation of the following documents:

1.  A draft at sight drawn on USAmeriBank, duly endorsed on its reverse side thereof by the beneficiary, specifically referencing this letter of credit number.

2.  The original Letter of Credit and any amendments attached thereto.

3.  A dated statement issued on the letterhead of the beneficiary and purportedly signed by an authorized representative stating:

    a.  We hereby certify that CFRA Holdings, LLC (The "Franchise") is delinquent in the payment of those certain obligations owing to International House of Pancakes, LLC (The "Franchisor") or its affiliates and did not cure such breach within the time periods provided for under that certain Franchise Agreement or any other agreement between The Franchisee and The Franchisor or its affiliates. We therefore demand payment in the amount of $1,078,000.00 as same is due and owing; or,

CFRA_00022

b.    We hereby certify that we have not received written confirmation from the issuer of the Letter of Credit at least fifteen (15) days prior to the expiry date that the Letter of Credit will be extended for a period of at least twelve (12) months on the same terms, without otherwise modifying the Letter of Credit. We therefore have the right to draw upon the Letter of Credit and retain such funds as security for the payment of fees owing to IHOP Restaurants, LLC (The "Franchisor") until the discharge of all obligations of CFRA Holdings, LLC (The "Franchisee") under those certain franchise agreements. We therefore demand payment in the amount of $1,078,000.00 as same is due and owing.

It is a condition of this Letter of Credit that it shall be deemed automatically extended without written amendment for one year periods from the present or any further expiry date unless at least fifteen (15) days prior to such expiration date, we send the beneficiary notice at the above stated address by overnight courier that we elect not to extend this Letter of Credit beyond the initial or any extended expiry date thereof. However, in no event shall this Letter of Credit renew more than 4 times.

However, this Letter of Credit shall not be extended beyond September 8, 2021 which will be considered the final expiration date. Any reference to a final expiration date does not imply that USAmeriBank is obligated to extend this credit beyond the initial expiry date of any extended date thereof.

We hereby authorize you to draw on us in one or more draws up to the total amount of $1,078,000.00 available by your draft(s) as provided in this Letter of Credit. To the extent that any draw is for less than the remaining undrawn amount of this Letter of Credit, the amount which may be drawn for any subsequent draw shall be reduced by the aggregate amount of all prior draws on this Letter of Credit.

This Letter of Credit sets forth in full the terms of our undertaking. This undertaking is independent of and shall not in any way be modified, amended, amplified, or incorporated by reference to any document, contract, or agreement referenced herein.

This Letter of Credit is subject to the International Standby Practices 1998, and to the extent not inconsistent therewith, the laws of the State of Florida, unless otherwise provided.

USAMERIBANK

By: _____
    David T. Manno, Vice President


Attest:

By: _____

## EXHIBIT B

See attached.

 



April 18, 2020

**Via Hand Delivery**

Valley National Bank (successor in interest to USAmeriBank)
4790 140th Avenue North
Clearwater, FL 33762
Attention: David T. Manno and Standby Letters of Credit Department

Re:   Letter of Credit No. 402012800
      Issue Date: September 9, 2016
      Initial Expiry Date: September 9, 2017
      Amount: $1,078,000.00
      Applicant: CFRA Holdings, LLC
      Beneficiary: IHOP Restaurants LLC

Reference is made to the Irrevocable Standby Letter of Credit in favor of Beneficiary for the account of the Applicant in the aggregate amount of $1,078,000.00.

We hereby certify that CFRA Holdings, LLC (The "Franchisee") is delinquent in the payment of those certain obligations owing to International House of Pancakes (The "Franchisor") or its affiliates and did not cure such breach within the time periods provided for under the certain Franchise Agreement or any other agreement between The Franchisee and The Franchisor or its affiliates. We therefore demand payment in the amount of $1,078,000.00 as same is due and owing.

Very truly yours,

IHOP RESTAURANTS LLC

By: _Allison Hall_ _____
Name:   Allison Hall
Title:    Vice President

CFRA Holdings, LLC – Certification for Letter of Credit No. 402012800

DINEBRANDS.COM

450 N. BRAND BLVD GLENDALE CA 91203

CFRA_00025

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**　　　　GOVERNMENT CODE § 8202

☐ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1. _____

2. _____

3. SEE ATTACHED

4. _____

5. _____

6. Allison Hall _____    _____

*Signature of Document Signer No. 1*　　　*Signature of Document Signer No. 2 (if any)*

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of California

County of  Los Angeles

Subscribed and sworn to (or affirmed) before me

on this  18  day of  April , 20 20 ,

by

(1)  Allison Hall

(and (2)  N/A ),

*Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____

*Signature of Notary Public*

KAREN DORVILUS
Notary Public – California
Los Angeles County
Commission # 2186373
My Comm. Expires Mar 12, 2021

*Seal*
*Place Notary Seal Above*

━━━━━━━━━━━━━━ *OPTIONAL* ━━━━━━━━━━━━━━

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____   Document Date: _____

Number of Pages: _____   Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5910

**EXHIBIT C**

See attached.

CFRA_00027

 



April 18, 2020

**<u>Via Hand Delivery</u>**

Valley National Bank (successor in interest to USAmeriBank)
4790 140th Avenue North
Clearwater, FL 33762
Attention: David T. Manno and Standby Letters of Credit Department

      Re:    Records of IHOP Restaurants LLC

     Attached are the records of IHOP Restaurants LLC and its affiliates showing the payments unpaid by CFRA Holdings, LLC and its affiliates as of April 17, 2020.

                     Very truly yours,

                     IHOP RESTAURANTS LLC

                     By:_____
                     Name:  Allison Hall
                     Title:   Vice President

DINEBRANDS.COM

450 N. BRAND BLVD GLENDALE CA 91203

CFRA Holdings, LLC – Records for Letter of Credit No. 402012800

CFRA_00028

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**          GOVERNMENT CODE § 8202

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1. _____

2. _____

3.            S E E   A T T A C H E D

4. _____

5. _____

6. _____

_Allison Hall_                          _____
Signature of Document Signer No. 1      Signature of Document Signer No. 2 (if any)

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of California

County of _Los Angeles_

Subscribed and sworn to (or affirmed) before me

on this __18__ day of __April__ , 20 _20_ ,
      Date     Month     Year

by

(1) _Allison Hall_____

(and (2) _N/A_____ ),
          Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____

Signature of Notary Public

KAREN DORVILUS
Notary Public – California
Los Angeles County
Commission # 2186373
My Comm. Expires Mar 12, 2021

*Seal*
*Place Notary Seal Above*

━━━━━━━━━━━━━━━━━━━ OPTIONAL ━━━━━━━━━━━━━━━━━━━

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____ Document Date: _____

Number of Pages: _____ Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5910

CFRA_00029

 



April 16, 2020

**Via Email and FedEx (email:** nick_peters@earthlink.net**)**

CFRA, LLC
CFRA Tri-Cities, LLC
288 Spottis Woode Court
Clearwater, FL 33756A
Attn: Mr. Nicholas Peters

**Re: NOTICE OF DEFAULT AND TERMINATION**

Dear Mr. Peters:

This letter shall serve as written notice of your default of the Franchise Agreements entered into between CFRA, LLC and CFRA Tri-Cities, LLC on the one hand (collectively, "CFRA"); and IHOP Restaurants LLC and IHOP Franchisor LLC on the other, relating to the 28 IHOP restaurants at the following locations (the "Restaurants"):

| | | | |
|---|---|---|---|
| 1. | 4098 Nolensville Rd. | Nashville | TN |
| 2. | 2219 Gallatin Pike | Madison | TN |
| 3. | 9940 Pineville Matthews Rd | Pineville | NC |
| 4. | 1412 Richmond Rd | Williamsburg | VA |
| 5. | 1540 General Booth Blvd 589 | Virginia Beach | VA |
| 6. | 3179 Linden Dr | Bristol | VA |
| 7. | 1740 Rio Hill Center | Charlottesville | VA |
| 8. | 700 E Dixon Rd | Shelby | NC |
| 9. | 16815 Caldwell Creek Drive | Huntersville | NC |
| 10. | 6800 Charlotte Pike | Nashville | TN |
| 11. | 336 S. Sharon Amity Rd. | Charlotte | NC |
| 12. | 476 River Highway | Mooresville | NC |
| 13. | 1203 Murfreesboro Rd IH90 | Franklin | TN |
| 14. | 16015-A Lancaster Hwy | Charlotte | NC |
| 15. | 2214 Elliston Place | Nashville | TN |
| 16. | 825 Nashville Pike Suite D | Gallatin | TN |
| 17. | 5335 Ballantyne Commons Pkwy Ste 200 | Charlotte | NC |
| 18. | 702 Blowing Rock Road | Boone | NC |

DINEBRANDS.COM

450 N. BRAND BLVD GLENDALE CA 91203

CFRA_00030

April 16, 2020
Page 2

| 19. | 3001 Hillsborough St. Suite 116 | Raleigh | NC |
|---|---|---|---|
| 20. | 5815 Highland Shoppes Dr Suite 100 | Charlotte | NC |
| 21. | 1602 Haynes Street | Clarksville | TN |
| 22. | 110 E Parris Ave | High Point | NC |
| 23. | 3191 N Main St | Anderson | SC |
| 24. | 817 First Colonial Rd | Virginia Beach | VA |
| 25. | 134 W. Woodlawn Rd | Charlotte | NC |
| 26. | 5016 Old Hickory Blvd | Hermitage | TN |
| 27. | 5420 Target Dr. | Antioch | TN |
| 28. | 8146 S. Tryon St. | Charlotte | NC |

On March 24, 2020, CFRA first notified IHOP of CFRA's intentions to permanently close the Restaurants. In response, that same day, IHOP attempted to work with CFRA and provided CFRA with approval to close on a *temporary* basis. However, since that time, CFRA has reiterated multiples times and unequivocally its intention not to reopen the Restaurants and to permanently close and abandon them.

In addition, as reflected in the attached Exhibit A, CFRA has past due financial obligations totaling $534.287.00, which includes, but is not limited to, past due royalty payments, advertising expenditures, rent, and equipment lease payments owed under the respective Franchise Agreements, Lease Agreements, and Equipment Leases for the Restaurants. IHOP previously provided CFRA with the opportunity to defer certain of these payments and enter into a Deferral Agreement, which CFRA never executed. However, based on CFRA's unauthorized permanent closure of the Restaurants, CFRA is no longer in good standing and the Deferral Agreement is now void.

Pursuant to the respective Franchise Agreements for the Restaurants (the "Agreements"), CFRA is hereby put on notice of its default of the Agreements, and of IHOP's termination of the Agreements based on CFRA's unauthorized closure and abandonment of the Restaurants. Under the relevant provisions of the Agreements, such closures constitute an incurable material breach and subjects these Agreements to immediate termination. Accordingly, the Agreements are terminated effective as of the date of this notice.

Nothing in this letter shall be construed to modify or limit any rights or remedies of IHOP. IHOP expressly reserves all of its rights with respect to any and all remedies at law or in equity, under

April 16, 2020
Page 3

the Franchise Agreements, and any other contract, or any other source of right or remedy. Neither this letter nor any action taken or not taken by IHOP, including, but not limited to, continuing to do business, accepting records, accepting money, or any other action or inaction, shall be deemed to be a waiver of IHOP's right to any remedies or a waiver of any other rights or actions IHOP may have against you. Similarly, IHOP does not waive any other default or breach of the Franchise Agreements, Guarantees, or any other contracts that are not addressed in this letter. Nothing in this letter shall be construed to modify, extend, or limit the effect of any other notice of default you may have received.

Sincerely,

Charles Scaccia
SVP, Operations

# Exhibit A

CFRA Closed Locations - Total Due Data as of 4/15/20

| # | Address | City | State | Royalty | Advertising | Rent | Percent Rent | Equipment | CAM | Other | Total |
|---|---------|------|-------|---------|-------------|------|--------------|-----------|-----|-------|-------|
| 0470-20 | 4098 Nolensville Rd | Nashville | TN | $5,965 | $3,977 | $20,280 | $0 | $0 | $0 | $0 | $30,222 |
| 0476-20 | 2219 Gallatin Pike N | Madison | TN | $4,109 | $2,740 | $20,550 | $0 | $0 | $0 | $0 | $27,399 |
| 0477-10 | 9940 Pineville Matthews Rd | Pineville | NC | $3,845 | $2,564 | $18,750 | $0 | $0 | $0 | $0 | $25,159 |
| 0530-10 | 1412 Richmond Rd | Wiliamsburg | VA | $2,351 | $1,567 | $0 | $0 | $0 | $0 | $122 | $4,040 |
| 0585-10 | 1540 General Booth Bvld | Virginia Beach | NC | $3,294 | $2,196 | $29,700 | $0 | $0 | $0 | $125 | $35,315 |
| 0589-30 | 3179 Linden Dr | Bristol | VA | $6,051 | $2,854 | $27,930 | $0 | $3,540 | $0 | $0 | $40,376 |
| 0595-10 | 1740 Rio Hill Center Rd | Charlottesville | VA | $4,836 | $3,224 | $29,400 | $0 | $0 | $0 | $0 | $37,460 |
| 3105-00 | 700 E Dixon Rd | Shelby | NC | $3,396 | $2,264 | $0 | $0 | $0 | $0 | $248 | $5,907 |
| 3139-00 | 16815 Caldwell Creek Dr | Huntersville | NC | $4,371 | $2,914 | $0 | $0 | $0 | $0 | $0 | $7,286 |
| 3326-00 | 6800 Charoltte Pike | Nashville | TN | $4,122 | $2,748 | $0 | $0 | $0 | $0 | $122 | $6,992 |
| 3327-00 | 336 S. Sharon Amity Rd | Charottle | NC | $4,755 | $3,170 | $0 | $0 | $0 | $0 | $0 | $7,924 |
| 3367-00 | 476 River highway | Moorseville | NC | $3,163 | $2,109 | $0 | $0 | $0 | $0 | $0 | $5,272 |
| 3383-00 | 1203 Mufreesboro Rd | Franklin | TN | $3,431 | $2,287 | $0 | $0 | $0 | $0 | $0 | $5,718 |
| 3423-00 | 16015-A Lancaster Hwy | Charottle | NC | $4,697 | $3,131 | $0 | $0 | $0 | $0 | $0 | $7,828 |
| 3427-00 | Elliston Pl | Nashville | TN | $3,093 | $2,062 | $0 | $0 | $0 | $0 | $122 | $5,278 |
| 3450-00 | 825 Nashville Pike | Gallatin | TN | $2,992 | $1,995 | $0 | $0 | $0 | $0 | $0 | $4,987 |
| 3453-00 | 5335 Ballantyne Rd Commons Pkwy | Charottle | NC | $3,019 | $2,012 | $0 | $0 | $0 | $0 | $0 | $5,031 |
| 3472-00 | 702  Blowing Rock RD | Boone | NC | $2,596 | $1,731 | $0 | $0 | $0 | $0 | $0 | $4,326 |
| 3487-00 | 3001 Hillsborgh St | Raleigh | NC | $2,745 | $1,830 | $0 | $0 | $0 | $0 | $122 | $4,697 |
| 3488-00 | 5815 Highland Shoppes | Charottle | NC | $3,428 | $2,286 | $0 | $0 | $0 | $0 | $0 | $5,714 |
| 3502-00 | 1602 Haynes St | Clarksville | TN | $3,720 | $2,480 | $0 | $0 | $0 | $0 | $0 | $6,200 |
| 4407-20 | 110 E Parris Ave | High Point | NC | $6,505 | $3,410 | $19,320 | $0 | $2,780 | $0 | $0 | $32,016 |
| 4416-30 | 3191 N. Main St | Andrson | SC | $4,492 | $3,494 | $21,537 | $0 | $0 | $262 | $122 | $29,907 |
| 4424-10 | 817 Frist Colonial Rd | Virginia Beach | VA | $6,329 | $3,180 | $30,510 | $0 | $3,120 | $0 | $0 | $43,139 |
| 4431-20 | 134 W Woodlawn Rd | Charottle | NC | $6,892 | $3,428 | $23,100 | $0 | $3,500 | $0 | $0 | $36,921 |
| 4442-20 | 5016 Old Hickory Bvld | Hermitage | TN | $4,947 | $2,345 | $21,150 | $0 | $2,860 | $0 | $0 | $31,302 |
| 4451-20 | 5420 Target Dr | Antioch | TN | $7,052 | $3,788 | $21,450 | $0 | $2,740 | $0 | $122 | $35,152 |
| 4506-10 | 8146 S. Tryon St | Charottle | NC | $2,985 | $3,650 | $32,515 | $0 | $3,360 | $210 | $0 | $42,720 |
| | | TOTAL | | $119,182 | $75,434 | $316,192 | $0 | $21,900 | $473 | $1,107 | $534,287 |

CFRA_00033





April 16, 2020

**Via Email and FedEx (email: nick_peters@earthlink.net)**

CFRA, LLC
CFRA Tri-Cities, LLC
288 Spottis Woode Court
Clearwater, FL 33756A
Attn: Mr. Nicholas Peters

Re: **NOTICE OF DEFAULT**

Dear Mr. Peters:

This letter shall serve as written notice of your default of the Franchise Agreements entered into between CFRA, LLC and CFRA Tri-Cities, LLC on the one hand (collectively, "CFRA"); and IHOP Restaurants LLC and IHOP Franchisor LLC on the other, relating to the 21 IHOP restaurants at the following locations (the "Restaurants"):

| | | | |
|---|---|---|---|
| 1. | 1031 Assembly St | Columbia | SC |
| 2. | 1101 Lanada Dr | Greensboro | NC |
| 3. | 9253 E Independence Blvd | Matthews | NC |
| 4. | 1661 E Broad St | Statesville | NC |
| 5. | 900 Long Pine Rd | Burlington | NC |
| 6. | 65 Peppers Ferry Road NW | Christiansburg | VA |
| 7. | 109 University Blvd | Harrisonburg | VA |
| 8. | 170 Front Royal Pike | Winchester | VA |
| 9. | 747 E Rochambeau Drive | Williamsburg | VA |
| 10. | 779 Team Blvd. | Smyrna | TN |
| 11. | 1295 Silas Creek Parkway | Winston-Salem | NC |
| 12. | 504 Cox Rd | Gastonia | NC |
| 13. | 3009 Capital Blvd | Raleigh | NC |
| 14. | 2415 US Hwy 70 SE | Hickory | NC |
| 15. | 800 Cloverleaf Parkway | Kannapolis | NC |
| 16. | 105 Faith Rd | Salisbury | NC |
| 17. | 1201 E Stone Dr | Kingsport | TN |
| 18. | 3214 Peoples St | Johnson City | TN |

DINEBRANDS.COM

450 N. BRAND BLVD GLENDALE CA 91203

April 16, 2020
Page 2

| 19. | 8135 Warren H Abernathy Hwy | Spartanburg | SC |
| 20. | 1106 E Dixie St | Asheboro | NC |
| 21. | 1821 N Pointe Dr | Durham | NC |

As reflected in the attached Exhibit A, CFRA has past due financial obligations totaling $370,410.00, which includes, but is not limited to, past due royalty payments, advertising expenditures, rent, and equipment lease payments owed under the respective Franchise Agreements, Leases/Subleases, and Equipment Leases for the Restaurants. IHOP previously provided CFRA with the opportunity to defer certain of these payments and enter into a Deferral Agreement, which CFRA never executed. However, based on CFRA's unauthorized permanent closure of 28 IHOP locations as referenced in the second Notice of Default dated today, CFRA is no longer in good standing and the Deferral Agreement is now void.

Pursuant to the respective Franchise Agreements for the Restaurants, CFRA is hereby put on notice of its default of the Franchise Agreements. CFRA's Franchise Agreements for the Restaurants will automatically terminate without any further notice if CFRA fails to fully cure by **April 24, 2020**. IHOP hereby demands that CFRA fully comply with all terms and conditions of the Franchise Agreements and pay IHOP all amounts owed by **April 24, 2020**.

Nothing in this letter shall be construed to modify or limit any rights or remedies of IHOP. IHOP expressly reserves all of its rights with respect to any and all remedies at law or in equity, under the Franchise Agreements, and any other contract, or any other source of right or remedy. Neither this letter nor any action taken or not taken by IHOP, including, but not limited to, continuing to do business, accepting records, accepting money, or any other action or inaction, shall be deemed to be a waiver of IHOP's right to any remedies or a waiver of any other rights or actions IHOP may have against you. Similarly, IHOP does not waive any other default or breach of the Franchise Agreements, Guarantees, or any other contracts that are not addressed in this letter. Nothing in this letter shall be construed to modify, extend, or limit the effect of any other notice of default you may have received.

Sincerely,

Charles Scaccia
SVP, Operations

## Exhibit A

CFRA Open Locations - Past Due Data as of 4/15/20

| # | Address | City | State | Royalty | Advertising | Rent | Percent Rent | Equipment | CAM | Other | Total |
|---|---------|------|-------|---------|-------------|------|--------------|-----------|-----|-------|-------|
| 0419-30 | 1031 Assembly St | Columbia | SC | $1,442 | $3,859 | $0 | $0 | $0 | $0 | $0 | $5,302 |
| 0491-10 | 1101 Lanada Rd. | Greenboro | NC | $979 | $761 | $12,528 | $0 | $0 | $0 | $0 | $14,268 |
| 0492-10 | 9253 E Independence Rd | Matthews | NC | $7,401 | $4,561 | $8,526 | $0 | $0 | $0 | $0 | $20,488 |
| 0494-20 | 1661 E Broad St | Statesville | NC | $703 | $1,793 | $0 | $0 | $0 | $0 | $0 | $2,496 |
| 0498-10 | 900 Long Pine RD | Burlington | NC | $1,777 | $979 | $12,406 | $130 | $0 | $0 | $0 | $15,293 |
| 0574-10 | 65 Peppers Ferry Rd NW | Christiansburg | VA | $2,571 | $2,856 | $17,660 | $0 | $1,560 | $0 | $0 | $24,647 |
| 0587-10 | 109 University Bvld | Harrisonburg | VA | $1,686 | $4,363 | $18,400 | $0 | $0 | $0 | $0 | $24,449 |
| 0597-10 | 107 Front Royal Pike | Winchester | VA | $1,162 | $2,865 | $0 | $0 | $0 | $0 | $0 | $4,026 |
| 2027-10 | 747 E Rochambau Dr | Willamsburg | VA | $681 | $1,891 | $0 | $0 | $0 | $0 | $0 | $2,571 |
| 3218-00 | 779 Team BVLD | Smyrna | TN | $1,512 | $3,617 | $0 | $0 | $0 | $0 | $0 | $5,128 |
| 4403-10 | 1295 Silas Creek Parkway | Winston- Salem | NC | $2,461 | $3,686 | $16,100 | $0 | $1,130 | $0 | $0 | $23,377 |
| 4405-10 | 504 Cox Rd | Gastonia | NC | $2,936 | $3,433 | $14,340 | $0 | $1,520 | $0 | $0 | $22,228 |
| 4408-10 | 3009 Captial Bvld | Raleigh | NC | $2,990 | $3,658 | $14,740 | $0 | $1,460 | $0 | $0 | $22,848 |
| 4414-10 | 2415 US HWY 70 SE | Hickory | NC | $3,535 | $4,344 | $16,560 | $0 | $1,590 | $0 | $0 | $26,029 |
| 4417-10 | 800 Cloverleaf Plaza | Kannapolis | NC | $3,943 | $4,175 | $15,120 | $202 | $1,580 | $0 | $0 | $25,019 |
| 4423-10 | 105 Fath Rd | Salisbury | NC | $2,998 | $3,234 | $13,940 | $0 | $1,690 | $0 | $0 | $21,862 |
| 4435-10 | 1201 East Stone Dr | Kingsport | TN | $2,006 | $2,983 | $13,900 | $0 | $876 | $0 | $0 | $19,765 |
| 4440-20 | 3214 Peoples St | Johnson City | TN | $2,851 | $3,410 | $16,020 | $0 | $1,650 | $0 | $0 | $23,931 |
| 4448-20 | 8135 Warren H. Abernathy Hwy | Spartanburg | SC | $2,858 | $3,200 | $15,800 | $0 | $1,480 | $0 | $0 | $23,338 |
| 4458-10 | 1106 East Dixie Dr | Ashboro | NC | $2,365 | $2,580 | $12,800 | $0 | $1,260 | $0 | $0 | $19,005 |
| 4505-10 | 1821 North Pointe DR | Durham | NC | $2,683 | $2,906 | $17,140 | $0 | $1,612 | $0 | $0 | $24,340 |
| | | TOTAL | | $51,538 | $65,153 | $235,979 | $332 | $17,408 | $0 | $0 | $370,410 |





DINEBRANDS.COM

450 N. BRAND BLVD GLENDALE CA 91203

April 17, 2020

**Via Email and FedEx (email: nick_peters@earthlink.net)**

CFRA, LLC
CFRA Tri-Cities, LLC
288 Spottis Woode Court
Clearwater, FL 33756A
Attn: Mr. Nicholas Peters

Re: <u>NOTICE OF DEFAULT AND TERMINATION</u>

Dear Mr. Peters:

This letter shall serve as written notice of your default and the termination of the Franchise Agreements entered into between CFRA, LLC and CFRA Tri-Cities, LLC on the one hand (collectively, "CFRA"); and IHOP Restaurants LLC and IHOP Franchisor LLC on the other, relating to the 21 IHOP restaurants at the following locations (the "Restaurants"):

| | | | |
|-----|-----------------------------|----------------|-----|
| 1.  | 1031 Assembly St            | Columbia       | SC  |
| 2.  | 1101 Lanada Dr              | Greensboro     | NC  |
| 3.  | 9253 E Independence Blvd    | Matthews       | NC  |
| 4.  | 1661 E Broad St             | Statesville    | NC  |
| 5.  | 900 Long Pine Rd            | Burlington     | NC  |
| 6.  | 65 Peppers Ferry Road NW    | Christiansburg | VA  |
| 7.  | 109 University Blvd         | Harrisonburg   | VA  |
| 8.  | 170 Front Royal Pike        | Winchester     | VA  |
| 9.  | 747 E Rochambeau Drive      | Williamsburg   | VA  |
| 10. | 779 Team Blvd.              | Smyrna         | TN  |
| 11. | 1295 Silas Creek Parkway    | Winston-Salem  | NC  |
| 12. | 504 Cox Rd                  | Gastonia       | NC  |
| 13. | 3009 Capital Blvd           | Raleigh        | NC  |
| 14. | 2415 US Hwy 70 SE           | Hickory        | NC  |
| 15. | 800 Cloverleaf Parkway      | Kannapolis     | NC  |
| 16. | 275 Bendix Dr.              | Salisbury      | NC  |
| 17. | 1201 E Stone Dr             | Kingsport      | TN  |
| 18. | 3214 Peoples St             | Johnson City   | TN  |
| 19. | 8135 Warren H Abernathy Hwy | Spartanburg    | SC  |
| 20. | 1106 E Dixie St             | Asheboro       | NC  |
| 21. | 1821 N Pointe Dr            | Durham         | NC  |

April 17, 2020
Page 2

As CFRA knows, on April 16, 2020, IHOP provided CFRA with a notice of a default concerning its past-due financial obligations under the Franchise Agreements totaling $370,410.00.  Today, IHOP learned CFRA has closed and ceased operating the Restaurants.  CFRA's closure comes after various communications from CFRA threatening to close the Restaurants and making clear that such a closure would be on a permanent basis.  With CFRA's closure of the Restaurants, it apparently has followed through on its threats, demonstrated its intention not to reopen the Restaurants, and abandoned them.

Pursuant to the respective Franchise Agreements for the Restaurants (the "Agreements"), CFRA is hereby put on notice of its default of the Agreements, and of IHOP's termination of the Agreements based on CFRA's unauthorized closure and abandonment of the Restaurants. Under the relevant provisions of the Agreements, such closures constitute an incurable material breach and subjects these Agreements to immediate termination.  Accordingly, the Agreements are terminated effective as of the date of this notice.

Nothing in this letter shall be construed to modify or limit any rights or remedies of IHOP. IHOP expressly reserves all of its rights with respect to any and all remedies at law or in equity, under the Franchise Agreements, and any other contract, or any other source of right or remedy. Neither this letter nor any action taken or not taken by IHOP, including, but not limited to, continuing to do business, accepting records, accepting money, or any other action or inaction, shall be deemed to be a waiver of IHOP's right to any remedies or a waiver of any other rights or actions IHOP may have against you. Similarly, IHOP does not waive any other default or breach of the Franchise Agreements, Guarantees, or any other contracts that are not addressed in this letter. Nothing in this letter shall be construed to modify, extend, or limit the effect of any other notice of default you may have received.

Sincerely,

Charles Scaccia
SVP, Operations

CFRA_00038

## STATEMENT OF ACCOUNT




| | |
|---|---|
| Statement Date: | 04/17/2020 |
| Account Number: | 0470-20 |

**CUSTOMER:**
NICHOLAS PETERS
IHOP-0470-NASHVILLE/NOLENSVILLE
CFRA, INC.
P.O. BOX 504
CONCORD, NC 28026-0504

**REMIT TO:**
IHOP
450 N Brand Blvd 3rd Flr
Glendale, CA 91203-4415

| Transaction Number | Date | Due Date | PO or Reference No. | Invoice Description | Trans Amount | Open Amount |
|---|---|---|---|---|---|---|
| **ACTUAL CHARGES/INVOICES** | | | | | | |
| RTN0006002 | 3/19/2020 | 3/24/2020 | RETURN | Past Due | 4,970.83 | 4,970.83 |
| RTN0006174 | 3/19/2020 | 3/24/2020 | RETURN | Past Due | 1,060.56 | 1,060.56 |
| AD20110470 | 3/15/2020 | 3/31/2020 | ADV_NAT | Past Due | 335.03 | 335.03 |
| AD20110470 | 3/15/2020 | 3/31/2020 | ADV_COOP | Past Due | 670.06 | 670.06 |
| FB20110470 | 3/15/2020 | 3/31/2020 | ROYALTY | Past Due | 1,507.62 | 1,507.62 |
| FB20110470 | 3/15/2020 | 3/31/2020 | RENT | Past Due | 3,380.00 | 3,380.00 |
| RTN0006699 | 3/26/2020 | 3/31/2020 | RETURN | Past Due | 1,069.32 | 1,069.32 |
| RTN0006965 | 3/26/2020 | 3/31/2020 | RETURN | Past Due | 4,983.97 | 4,983.97 |
| AD20120470 | 3/22/2020 | 4/7/2020 | ADV_NAT | Past Due | 271.37 | 271.37 |
| AD20120470 | 3/22/2020 | 4/7/2020 | ADV_COOP | Past Due | 542.74 | 542.74 |
| FB20120470 | 3/22/2020 | 4/7/2020 | ROYALTY | Past Due | 1,221.17 | 1,221.17 |
| FB20120470 | 3/22/2020 | 4/7/2020 | RENT | Past Due | 3,380.00 | 3,380.00 |
| AD20130470 | 3/29/2020 | 4/14/2020 | ADV_NAT | Past Due | 9.23 | 9.23 |
| AD20130470 | 3/29/2020 | 4/14/2020 | ADV_COOP | Past Due | 18.46 | 18.46 |
| FB20130470 | 3/29/2020 | 4/14/2020 | ROYALTY | Past Due | 41.52 | 41.52 |
| FB20130470 | 3/29/2020 | 4/14/2020 | RENT | Past Due | 3,380.00 | 3,380.00 |
| FB20140470 | 4/5/2020 | 4/21/2020 | RENT | ACH on Due Date | 3,380.00 | 3,380.00 |
| FR00051623 | 4/15/2020 | 4/27/2020 | EC_EG_ADT | ACH on Due Date | 125.06 | 125.06 |
| FB20150470 | 4/12/2020 | 4/28/2020 | RENT | ACH on Due Date | 3,380.00 | 3,380.00 |

| | Future | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| No. of Items | 3 | 16 | | | | 19 |
| Amount | 6,885.06 | 26,841.88 | | | | 33,726.94 USD |

For questions: alicia.beltran@dinebrands.com

CFRA_00039

# STATEMENT OF ACCOUNT





| | |
|---|---|
| **Statement Date:** | 04/17/2020 |
| **Account Number:** | 0476-20 |

**CUSTOMER:**
NICHOLAS PETERS
IHOP-0476-MADISON/GALLATIN
CFRA, INC
P.O. BOX 504
CONCORD, NC 28026-0504

**REMIT TO:**
IHOP
450 N Brand Blvd 3rd Flr
Glendale, CA 91203-4415

| Transaction Number | Date | Due Date | PO or Reference No. | Invoice Description | Trans Amount | Open Amount |
|---|---|---|---|---|---|---|
| **ACTUAL CHARGES/INVOICES** | | | | | | |
| RTN0006003 | 3/19/2020 | 3/24/2020 | RETURN | Past Due | 4,440.85 | 4,440.85 |
| RTN0006175 | 3/19/2020 | 3/24/2020 | RETURN | Past Due | 677.23 | 677.23 |
| AD20110476 | 3/15/2020 | 3/31/2020 | ADV_NAT | Past Due | 238.15 | 238.15 |
| AD20110476 | 3/15/2020 | 3/31/2020 | ADV_COOP | Past Due | 476.29 | 476.29 |
| FB20110476 | 3/15/2020 | 3/31/2020 | ROYALTY | Past Due | 1,071.66 | 1,071.66 |
| FB20110476 | 3/15/2020 | 3/31/2020 | RENT | Past Due | 3,425.00 | 3,425.00 |
| RTN0006701 | 3/26/2020 | 3/31/2020 | RETURN | Past Due | 746.59 | 746.59 |
| RTN0006967 | 3/26/2020 | 3/31/2020 | RETURN | Past Due | 4,544.89 | 4,544.89 |
| AD20120476 | 3/22/2020 | 4/7/2020 | ADV_COOP | Past Due | 387.56 | 387.56 |
| AD20120476 | 3/22/2020 | 4/7/2020 | ADV_NAT | Past Due | 193.78 | 193.78 |
| FB20120476 | 3/22/2020 | 4/7/2020 | ROYALTY | Past Due | 872.01 | 872.01 |
| FB20120476 | 3/22/2020 | 4/7/2020 | RENT | Past Due | 3,425.00 | 3,425.00 |
| AD20130476 | 3/29/2020 | 4/14/2020 | ADV_COOP | Past Due | 13.36 | 13.36 |
| AD20130476 | 3/29/2020 | 4/14/2020 | ADV_NAT | Past Due | 6.68 | 6.68 |
| FB20130476 | 3/29/2020 | 4/14/2020 | ROYALTY | Past Due | 30.05 | 30.05 |
| FB20130476 | 3/29/2020 | 4/14/2020 | RENT | Past Due | 3,425.00 | 3,425.00 |
| FB20140476 | 4/5/2020 | 4/21/2020 | RENT | ACH on Due Date | 3,425.00 | 3,425.00 |
| FB20150476 | 4/12/2020 | 4/28/2020 | RENT | ACH on Due Date | 3,425.00 | 3,425.00 |

| | Future | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| No. of Items | 2 | 16 | | | | 18 |
| Amount | 6,850.00 | 23,974.10 | | | | 30,824.10 USD |

For questions: alicia.beltran@dinebrands.com

# STATEMENT OF ACCOUNT





| | |
|---|---|
| Statement Date: | 04/17/2020 |
| Account Number: | 0477-10 |

**CUSTOMER:**
NICHOLAS PETERS
IHOP-0477-PINEVILLE/PINEVILLE
CFRA, INC.
P.O. BOX 504
CONCORD, NC 28026-0504

**REMIT TO:**
IHOP
450 N Brand Blvd 3rd Flr
Glendale, CA 91203-4415

| Transaction Number | Date | Due Date | PO or Reference No. | Invoice Description | Trans Amount | Open Amount |
|---|---|---|---|---|---|---|
| **ACTUAL CHARGES/INVOICES** | | | | | | |
| RTN0006004 | 3/19/2020 | 3/24/2020 | RETURN | Past Due | 4,142.14 | 4,142.14 |
| RTN0006176 | 3/19/2020 | 3/24/2020 | RETURN | Past Due | 678.09 | 678.09 |
| AD20110477 | 3/15/2020 | 3/31/2020 | ADV_NAT | Past Due | 222.59 | 222.59 |
| AD20110477 | 3/15/2020 | 3/31/2020 | ADV_COOP | Past Due | 445.17 | 445.17 |
| FB20110477 | 3/15/2020 | 3/31/2020 | ROYALTY | Past Due | 1,001.64 | 1,001.64 |
| FB20110477 | 3/15/2020 | 3/31/2020 | RENT | Past Due | 3,125.00 | 3,125.00 |
| RTN0006702 | 3/26/2020 | 3/31/2020 | RETURN | Past Due | 716.37 | 716.37 |
| RTN0006968 | 3/26/2020 | 3/31/2020 | RETURN | Past Due | 4,199.56 | 4,199.56 |
| AD20120477 | 3/22/2020 | 4/7/2020 | ADV_NAT | Past Due | 161.40 | 161.40 |
| AD20120477 | 3/22/2020 | 4/7/2020 | ADV_COOP | Past Due | 322.79 | 322.79 |
| FB20120477 | 3/22/2020 | 4/7/2020 | ROYALTY | Past Due | 726.28 | 726.28 |
| FB20120477 | 3/22/2020 | 4/7/2020 | RENT | Past Due | 3,125.00 | 3,125.00 |
| AD20130477 | 3/29/2020 | 4/14/2020 | ADV_NAT | Past Due | 5.75 | 5.75 |
| AD20130477 | 3/29/2020 | 4/14/2020 | ADV_COOP | Past Due | 11.50 | 11.50 |
| FB20130477 | 3/29/2020 | 4/14/2020 | ROYALTY | Past Due | 25.87 | 25.87 |
| FB20130477 | 3/29/2020 | 4/14/2020 | RENT | Past Due | 3,125.00 | 3,125.00 |
| FB20140477 | 4/5/2020 | 4/21/2020 | RENT | ACH on Due Date | 3,125.00 | 3,125.00 |
| FB20150477 | 4/12/2020 | 4/28/2020 | RENT | ACH on Due Date | 3,125.00 | 3,125.00 |

| | Future | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| No. of Items | 2 | 16 | | | | 18 |
| Amount | 6,250.00 | 22,034.15 | | | | 28,284.15 USD |

For questions: alicia.beltran@dinebrands.com

# STATEMENT OF ACCOUNT




| | |
|---|---|
| Statement Date: | 04/17/2020 |
| Account Number: | 0491-10 |

**CUSTOMER:**
NICHOLAS PETERS
IHOP-0491-GREENSBORO/LANADA
CFRA, INC
P.O. BOX 504
CONCORD, NC 28026-0504

**REMIT TO:**
IHOP
450 N Brand Blvd 3rd Flr
Glendale, CA 91203-4415

| Transaction Number | Date | Due Date | PO or Reference No. | Invoice Description | Trans Amount | Open Amount |
|---|---|---|---|---|---|---|
| **ACTUAL CHARGES/INVOICES** | | | | | | |
| RTN0006005 | 3/19/2020 | 3/24/2020 | RETURN | Past Due | 4,550.76 | 3,131.92 |
| FB20110491 | 3/15/2020 | 3/31/2020 | RENT | Past Due | 3,131.92 | 3,131.92 |
| RTN0006969 | 3/26/2020 | 3/31/2020 | RETURN | Past Due | 4,505.76 | 3,131.92 |
| AD20120491 | 3/22/2020 | 4/7/2020 | ADV_NAT | Past Due | 761.23 | 761.23 |
| FB20120491 | 3/22/2020 | 4/7/2020 | ROYALTY | Past Due | 978.72 | 978.72 |
| FB20120491 | 3/22/2020 | 4/7/2020 | RENT | Past Due | 3,131.92 | 3,131.92 |
| AD20130491 | 3/29/2020 | 4/14/2020 | ADV_NAT | Past Due | 176.89 | 176.89 |
| FB20130491 | 3/29/2020 | 4/14/2020 | RENT | Past Due | 3,131.92 | 3,131.92 |
| FB20130491 | 3/29/2020 | 4/14/2020 | ROYALTY | Past Due | 227.43 | 227.43 |
| FR00051291 | 4/8/2020 | 4/20/2020 | EC_EG_ADT | ACH on Due Date | 122.45 | 122.45 |
| AD20140491 | 4/5/2020 | 4/21/2020 | ADV_NAT | ACH on Due Date | 202.97 | 202.97 |
| FB20140491 | 4/5/2020 | 4/21/2020 | RENT | ACH on Due Date | 3,131.92 | 3,131.92 |
| FB20140491 | 4/5/2020 | 4/21/2020 | ROYALTY | ACH on Due Date | 260.96 | 260.96 |
| AD20150491 | 4/12/2020 | 4/28/2020 | ADV_NAT | ACH on Due Date | 264.17 | 264.17 |
| FB20150491 | 4/12/2020 | 4/28/2020 | RENT | ACH on Due Date | 3,131.92 | 3,131.92 |
| FB20150491 | 4/12/2020 | 4/28/2020 | ROYALTY | ACH on Due Date | 339.65 | 339.65 |

| | Future | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| No. of Items | 7 | 9 | | | | 16 |
| Amount | 7,454.04 | 17,803.87 | | | | 25,257.91 USD |

For questions: alicia.beltran@dinebrands.com

# STATEMENT OF ACCOUNT





| | |
|---|---|
| Statement Date: | 04/17/2020 |
| Account Number: | 0492-10 |

**CUSTOMER:**
NICHOLAS PETERS
IHOP-0492-MATTHEWS/E.INDEPENDENCE
CFRA, INC.
P.O. BOX 504
CONCORD, NC 28025-0504

**REMIT TO:**
IHOP
450 N Brand Blvd 3rd Flr
Glendale, CA 91203-4415

| Transaction Number | Date | Due Date | PO or Reference No. | Invoice Description | Trans Amount | Open Amount |
|---|---|---|---|---|---|---|
| **ACTUAL CHARGES/INVOICES** | | | | | | |
| RTN0006006 | 3/19/2020 | 3/24/2020 | RETURN | Past Due | 5,747.02 | 3,529.72 |
| RTN0006178 | 3/19/2020 | 3/24/2020 | RETURN | Past Due | 1,552.10 | 1,108.64 |
| AD20110492 | 3/15/2020 | 3/31/2020 | ADV_NAT | Past Due | 1,512.05 | 1,080.04 |
| FB20110492 | 3/15/2020 | 3/31/2020 | RENT | Past Due | 3,751.46 | 1,591.39 |
| FB20110492 | 3/15/2020 | 3/31/2020 | ROYALTY | Past Due | 1,944.06 | 1,944.06 |
| RTN0006704 | 3/26/2020 | 3/31/2020 | RETURN | Past Due | 1,681.96 | 1,201.40 |
| RTN0006970 | 3/26/2020 | 3/31/2020 | RETURN | Past Due | 6,006.98 | 3,604.19 |
| AD20120492 | 3/22/2020 | 4/7/2020 | ADV_NAT | Past Due | 1,171.05 | 1,171.05 |
| FB20120492 | 3/22/2020 | 4/7/2020 | RENT | Past Due | 3,751.46 | 3,751.46 |
| FB20120492 | 3/22/2020 | 4/7/2020 | ROYALTY | Past Due | 1,505.64 | 1,505.64 |
| AD20130492 | 3/29/2020 | 4/14/2020 | ADV_NAT | Past Due | 179.42 | 179.42 |
| FB20130492 | 3/29/2020 | 4/14/2020 | ROYALTY | Past Due | 230.68 | 230.68 |
| FB20130492 | 3/29/2020 | 4/14/2020 | RENT | Past Due | 3,751.46 | 3,751.46 |
| AD20140492 | 4/5/2020 | 4/21/2020 | ADV_NAT | ACH on Due Date | 260.60 | 260.60 |
| FB20140492 | 4/5/2020 | 4/21/2020 | ROYALTY | ACH on Due Date | 335.06 | 335.06 |
| FB20140492 | 4/5/2020 | 4/21/2020 | RENT | ACH on Due Date | 3,751.46 | 3,751.46 |
| AD20150492 | 4/12/2020 | 4/28/2020 | ADV_NAT | ACH on Due Date | 324.03 | 324.03 |
| FB20150492 | 4/12/2020 | 4/28/2020 | RENT | ACH on Due Date | 3,751.46 | 3,751.46 |
| FB20150492 | 4/12/2020 | 4/28/2020 | ROYALTY | ACH on Due Date | 416.60 | 416.60 |

| | Future | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| No. of Items | 6 | 13 | | | | 19 |
| Amount | 8,839.21 | 24,649.15 | | | | 33,488.36 USD |

For questions: alicia.beltran@dinebrands.com

## STATEMENT OF ACCOUNT





| | |
|---|---|
| Statement Date: | 04/17/2020 |
| Account Number: | 0494-20 |

**CUSTOMER:**
NICHOLAS PETERS
IHOP-0494-STATESVILLE/E. BROAD
CFRA, INC
P.O. BOX 504
CONCORD, NC 28026-0504

**REMIT TO:**
IHOP
450 N Brand Blvd 3rd Flr
Glendale, CA 91203-4415

| Transaction Number | Date | Due Date | PO or Reference No. | Invoice Description | Trans Amount | Open Amount |
|---|---|---|---|---|---|---|
| **ACTUAL CHARGES/INVOICES** | | | | | | |
| RTN0006179 | 3/19/2020 | 3/24/2020 | RETURN | Past Due | 639.71 | 426.48 |
| AD20110494 | 3/15/2020 | 3/31/2020 | ADV_COOP | Past Due | 436.37 | 436.37 |
| RTN0006705 | 3/26/2020 | 3/31/2020 | RETURN | Past Due | 692.30 | 461.54 |
| AD20120494 | 3/22/2020 | 4/7/2020 | ADV_NAT | Past Due | 156.19 | 156.19 |
| AD20120494 | 3/22/2020 | 4/7/2020 | ADV_COOP | Past Due | 312.38 | 312.38 |
| FB20120494 | 3/22/2020 | 4/7/2020 | ROYALTY | Past Due | 702.86 | 702.86 |
| AD20130494 | 3/29/2020 | 4/14/2020 | ADV_NAT | Past Due | 18.10 | 18.10 |
| AD20130494 | 3/29/2020 | 4/14/2020 | ADV_COOP | Past Due | 36.20 | 36.20 |
| FB20130494 | 3/29/2020 | 4/14/2020 | ROYALTY | Past Due | 81.46 | 81.46 |
| AD20140494 | 4/5/2020 | 4/21/2020 | ADV_NAT | ACH on Due Date | 19.30 | 19.30 |
| AD20140494 | 4/5/2020 | 4/21/2020 | ADV_COOP | ACH on Due Date | 38.60 | 38.60 |
| FB20140494 | 4/5/2020 | 4/21/2020 | ROYALTY | ACH on Due Date | 86.86 | 86.86 |
| FR00051355 | 4/13/2020 | 4/23/2020 | EC_EG_ADT | ACH on Due Date | 125.06 | 125.06 |
| FR00051421 | 4/13/2020 | 4/23/2020 | EC_EG_ADT | ACH on Due Date | 125.06 | 125.06 |
| AD20150494 | 4/12/2020 | 4/28/2020 | ADV_NAT | ACH on Due Date | 25.72 | 25.72 |
| AD20150494 | 4/12/2020 | 4/28/2020 | ADV_COOP | ACH on Due Date | 51.44 | 51.44 |
| FB20150494 | 4/12/2020 | 4/28/2020 | ROYALTY | ACH on Due Date | 115.74 | 115.74 |

| | Future | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| No. of Items | 8 | 9 | | | | 17 |
| Amount | 587.78 | 2,631.58 | | | | 3,219.36 USD |

For questions: alicia.beltran@dinebrands.com

# STATEMENT OF ACCOUNT





| | |
|---|---|
| Statement Date: | 04/17/2020 |
| Account Number: | 0498-10 |

**CUSTOMER:**
NICHOLAS PETERS
IHOP-0498-BURLINGTON/LONG PINE
CFRA, INC.
P.O. BOX 504
CONCORD, NC 28026-0504

**REMIT TO:**
IHOP
450 N Brand Blvd 3rd Flr
Glendale, CA 91203-4415

| Transaction Number | Date | Due Date | PO or Reference No. | Invoice Description | Trans Amount | Open Amount |
|---|---|---|---|---|---|---|
| **ACTUAL CHARGES/INVOICES** | | | | | | |
| RTN0006008 | 3/19/2020 | 3/24/2020 | RETURN | Past Due | 5,192.44 | 3,323.16 |
| FB20110498 | 3/15/2020 | 3/31/2020 | RENT | Past Due | 3,101.54 | 3,101.54 |
| FB20110498 | 3/15/2020 | 3/31/2020 | PCT_RENT | Past Due | 130.28 | 130.28 |
| RTN0006972 | 3/26/2020 | 3/31/2020 | RETURN | Past Due | 5,309.75 | 3,398.24 |
| AD20120498 | 3/22/2020 | 4/7/2020 | ADV_NAT | Past Due | 979.07 | 979.07 |
| FB20120498 | 3/22/2020 | 4/7/2020 | RENT | Past Due | 3,101.54 | 3,101.54 |
| FB20120498 | 3/22/2020 | 4/7/2020 | ROYALTY | Past Due | 1,258.80 | 1,258.80 |
| AD20130498 | 3/29/2020 | 4/14/2020 | ADV_NAT | Past Due | 123.30 | 123.30 |
| FB20130498 | 3/29/2020 | 4/14/2020 | ROYALTY | Past Due | 158.52 | 158.52 |
| FB20130498 | 3/29/2020 | 4/14/2020 | RENT | Past Due | 3,101.54 | 3,101.54 |
| AD20140498 | 4/5/2020 | 4/21/2020 | ADV_NAT | ACH on Due Date | 141.67 | 141.67 |
| FB20140498 | 4/5/2020 | 4/21/2020 | RENT | ACH on Due Date | 3,101.54 | 3,101.54 |
| FB20140498 | 4/5/2020 | 4/21/2020 | ROYALTY | ACH on Due Date | 182.15 | 182.15 |
| FR00051746 | 4/15/2020 | 4/27/2020 | EC_EG_ADT | ACH on Due Date | 125.06 | 125.06 |
| AD20150498 | 4/12/2020 | 4/28/2020 | ADV_NAT | ACH on Due Date | 161.59 | 161.59 |
| FB20150498 | 4/12/2020 | 4/28/2020 | ROYALTY | ACH on Due Date | 207.76 | 207.76 |
| FB20150498 | 4/12/2020 | 4/28/2020 | RENT | ACH on Due Date | 3,101.54 | 3,101.54 |

| | Future | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| No. of Items | 7 | 10 | | | | 17 |
| Amount | 7,021.31 | 18,675.99 | | | | 25,697.30 USD |

For questions: alicia.beltran@dinebrands.com

# STATEMENT OF ACCOUNT





| | |
|---|---|
| Statement Date: | 04/17/2020 |
| Account Number: | 0530-10 |

**CUSTOMER:**
NICHOLAS PETERS
IHOP-0530-WILLIAMSBURG/RICHMOND
CFRA INC.
P.O. BOX 504
CONCORD, NC 28026

**REMIT TO:**
IHOP
450 N Brand Blvd 3rd Flr
Glendale, CA 91203-4415

| Transaction Number | Date | Due Date | PO or Reference No. | Invoice Description | Trans Amount | Open Amount |
|---|---|---|---|---|---|---|
| **ACTUAL CHARGES/INVOICES** | | | | | | |
| RTN0006009 | 3/19/2020 | 3/24/2020 | RETURN | Past Due | 671.69 | 671.69 |
| RTN0006181 | 3/19/2020 | 3/24/2020 | RETURN | Past Due | 447.79 | 447.79 |
| AD20110530 | 3/15/2020 | 3/31/2020 | ADV_COOP | Past Due | 103.87 | 103.87 |
| AD20110530 | 3/15/2020 | 3/31/2020 | ADV_NAT | Past Due | 311.60 | 311.60 |
| FB20110530 | 3/15/2020 | 3/31/2020 | ROYALTY | Past Due | 623.20 | 623.20 |
| RTN0006708 | 3/26/2020 | 3/31/2020 | RETURN | Past Due | 437.88 | 437.88 |
| RTN0006974 | 3/26/2020 | 3/31/2020 | RETURN | Past Due | 656.82 | 656.82 |
| AD20120530 | 3/22/2020 | 4/7/2020 | ADV_COOP | Past Due | 64.45 | 64.45 |
| AD20120530 | 3/22/2020 | 4/7/2020 | ADV_NAT | Past Due | 193.34 | 193.34 |
| FB20120530 | 3/22/2020 | 4/7/2020 | ROYALTY | Past Due | 386.69 | 386.69 |
| AD20130530 | 3/29/2020 | 4/14/2020 | ADV_COOP | Past Due | 2.07 | 2.07 |
| AD20130530 | 3/29/2020 | 4/14/2020 | ADV_NAT | Past Due | 6.21 | 6.21 |
| FB20130530 | 3/29/2020 | 4/14/2020 | ROYALTY | Past Due | 12.42 | 12.42 |
| FR00051326 | 4/8/2020 | 4/20/2020 | EC_EG_ADT | ACH on Due Date | 122.45 | 122.45 |
| FR00051685 | 4/15/2020 | 4/27/2020 | EC_EG_ADT | ACH on Due Date | 125.06 | 125.06 |

| | Future | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| No. of Items | 2 | 13 | | | | 15 |
| Amount | 247.51 | 3,918.03 | | | | 4,165.54 USD |

For questions: alicia.beltran@dinebrands.com

CFRA_00046



## LAWYERS FOR FRANCHISEES

**Jeffery S. Haff**
Attorney
612-359-3514 DIRECT
jhaff@dadygardner.com

*"Putting franchisees and dealers first for over 25 years"*

5100 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
Office:  612-359-9000
Fax:  612-359-3507
www.dadygardner.com

April 20, 2020

**Via Email:**  Christine.Son@dinebrands.com
Christine Son, Associate Counsel
DineEquity, Inc.
450 North Brand Boulevard, 7th Floor
Glendale, California 91203

   **Re:  CFRA, LLC Notice of Default and Termination**

Dear Christine:

   On April 17, 2020, my clients CFRA, LLC and CFRA Tri-Cities, LLC received the attached notice of termination.  I am writing in response.

   As an initial matter, the notice refers to threats made by my clients.  There were no threats made by my clients to IHOP.  In fact, it was the preference of my clients that these restaurants remain open.  I will not belabor the remainder of the factual errors in the notice, but for now I will simply say that the grounds for your purported termination are invalid.

   Second, the closure of these stores was not voluntary.  Rather, such closures arise from the COVID-19 pandemic and related government mandates that made operating the restaurants commercially impracticable and frustrated my clients' purpose in entering into those franchise agreements.  Accordingly, closing the stores cannot, as a matter of law, serve as proper grounds for termination of the franchise agreements in question.

   Third, IHOP voluntarily deferred all payments relating to all royalty, advertising, equipment rent payments, and sublease rent payments, as applicable.  That deferral period has not expired.  As a result, your termination of the franchise agreements, if based upon the failure to pay such amounts, is also wrongful.

   Fourth, it seems extremely odd to me that my clients wanted to work to keep these units open but IHOP has now terminated these franchises.  My clients were hoping for an agreement to keep the units open.  IHOP appears to have no interest in that result.

   Finally, the purported terminations run afoul of applicable laws and regulations impacting the applicable businesses at this time.

CFRA_00059

Christine Son
April 20, 2020
Page 2

My clients reserve all rights.

Sincerely,

DADY & GARDNER, P.A.

Jeffery S. Haff

JSH/sem

Enclosure
cc:    Nick Peters
       Chris Suh
       Jon Shepard, Esq.
       Keith Sambur, Esq.
       Chuck Modell, Esq.

CFRA_00060