# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | |
| CFRA HOLDINGS, LLC, | Case No. 8:20-bk-03608-CPM |
| | *Jointly Administered with* |
| CFRA, LLC | Case No. 8:20-bk-03609-CPM |
| CFRA TRI-CITIES, LLC | Case No. 8:20-bk-03610-CPM |
| Debtors. | Chapter 11 |

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICES AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and Local Rules 2002-1 and 2090-1 of the Local Rules of the United States Bankruptcy Court for the Middle District of Florida, the law firm of Squire Patton Boggs (US) LLP ("SPB"), hereby appears as proposed counsel to the Official Committee of Unsecured Creditors (the "Committee") in these chapter 11 cases (the "Cases"). The Committee requests that all notices, pleadings, motions, orders and other documents filed and/or served in this proceeding be served upon the undersigned at the following addresses:

Mark A. Salzberg (Florida Bar No. 965741)
**SQUIRE PATTON BOGGS (US) LLP**
2550 M Street, NW
Washington, DC  20037
Telephone:  202-457-6000
Facsimile:  202-457-6315
Email:  mark.salzberg@squirepb.com

Norman N. Kinel (*pro hac* application to be filed)
**SQUIRE PATTON BOGGS (US) LLP**
1211 Avenue of the Americas, 26th Floor
New York, NY 10036
Telephone: 212-872-9800
Facsimile:   202-872-9815
Email: norman.kinel@squirepb.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronic filing, facsimile, or otherwise filed or made with regard to the referenced cases and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that request is also made that SPB counsel identified herein be added to the official service list for notice of all contested matters, adversary proceedings, and other proceedings in this case.

**PLEASE TAKE FURTHER NOTICE** that SPB, on behalf of the Committee, consents to service via electronic mail.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service* does not constitute an agreement to accept service of initial process on behalf of

Case 8:20-bk-03608-CPM    Doc 94    Filed 05/29/20    Page 3 of 5

the Committee under Rule 4 of the Federal Rules of Civil Procedure or Bankruptcy Rule 7004, nor shall it result in the undersigned counsel being deemed the agent of the Committee for such purpose.

**PLEASE TAKE FURTHER NOTICE** that filing of this *Notice of Appearance and Request for Notices* shall not be deemed or construed to constitute a waiver of any substantive or procedural right of the Committee, including, without limitation: (i) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the Middle District of Florida (the "District Court"), (ii) the right to trial by jury in any proceeding related to these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the District Court, or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved. The foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure 2002(a), (b) and (f) and 3017(a), but also includes without limitation, all orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telegraph, or otherwise that relate to the Cases.

3

010-9072-8168/3/AMERICAS

| | |
|---|---|
| Date: May 29, 2020 | **SQUIRE PATTON BOGGS (US) LLP** |
| | */s/ Mark A. Salzberg* |
| | Mark A. Salzberg, Esq. |
| | Florida Bar No. 965741 |
| | 2550 M Street, N.W. |
| | Washington, DC  20037 |
| | Telephone:  202-457-6000 |
| | Facsimile:    202-457-6315 |
| | Email:  mark.salzberg@squirepb.com |
| | |
| | Norman N. Kinel |
| | (*pro hac* application to be filed) |
| | 1211 Avenue of the Americas, 26th Floor |
| | New York, NY 10036 |
| | Telephone: 212-872-9800 |
| | Facsimile:   202-872-9815 |
| | Email: norman.kinel@squirepb.com |
| | |
| | ***Proposed Counsel for the Official Committee of Unsecured Creditors*** |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 29, 2020, a true and correct copy of the foregoing was served through the Court's Case Management/Electronic Case Filing ("CM/ECF") system, which sent automatic email notices of electronic filing to all parties indicated on the electronic filing receipt.

*/s/ Mark A. Salzberg*
Mark A. Salzberg
Florida Bar No. 965741
