

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

05/29/2020 02:30 PM

COURTROOM 8B

**HONORABLE CATHERINE MCEWEN**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:20-bk-03608-CPM** | 11 | 05/06/2020 |

**Chapter 11**

**DEBTOR:**   CFRA Holdings, LLC

**DEBTOR ATTY:**  Stephen Ravin

**TRUSTEE:**   NA

**HEARING:**

1-Continued Hearing on Emergency Motion for Approval of Post-Petition Financing and
Authorizing Debtors to Use Cash Collateral Filed by Aaron S Applebaum on behalf of Debtor CFRA Holdings, LLC (Doc #47; Obj 62; 78; 91)
Note:   To continue on June 1, 2020 at 3:45 p.m. if needed
2-Motion to Sell Property Free and Clear of Liens. Property description: Substantially All of the Debtors' Assets. Debtors' Motion for Entry of (I) an Order Approving Bidding Procedures, Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof; and (II) Order(s) (A) Approving the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Sales Free and Clear of All Encumbrances, and (C) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases. (Fee Paid.) Filed by Aaron S Applebaum on behalf of Debtor CFRA Holdings, LLC (Doc #53; Obj 79; 90)
.

**APPEARANCES:**::

 Bryan Adel; Aaron Applebaum; David Bertenthal; David Catuogno; Carmen Contreras-Martinez; Daniel Eliades; Al Gomez; Kevin Hing; Laura Jones; Norman Kinel; Jeffrey Kucera; Dennis Lewandowski; Azid Mazhir; John Morris; Jihyun Park; Tim Pruban; Craig Rasile; Stephen Ravin; Michael Reining; Mark Salzberg; Christine Son; Gregg Steinman; J. Ellsworth Summers, Jr.; Alan Weiner; Nathan Wheatley

**RULING:**

1-Continued Hearing on Emergency Motion for Approval of Post-Petition Financing and
Authorizing Debtors to Use Cash Collateral Filed by Aaron S Applebaum on behalf of Debtor CFRA Holdings, LLC   (Doc #47; Obj 62; 78; 91):     Hearing to continue to June 1 at 3:45 pm (to be heard if consent of the parties)

2-Motion to Sell Property Free and Clear of Liens. Property description: Substantially All of the Debtors' Assets. Debtors' Motion for Entry of (I) an Order Approving Bidding Procedures, Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof; and (II) Order(s) (A) Approving the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Sales Free and Clear of All Encumbrances, and (C) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases. (Fee Paid.) Filed by Aaron S Applebaum on behalf of Debtor CFRA Holdings, LLC   (Doc #53; Obj 79; 90):     Hearing to continue to June 1 at 3:45 pm

 ***NOTE:   Save for future scheduling the morning of June 4 and all day on June 5.   Scheduling to be dismissed at June 1 hearing***


.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.