**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

CFRA HOLDINGS, LLC                           Case No. 8:20-bk-03608-CPM
                                             Chapter 11

                                             *Jointly Administered with:*

CFRA, LLC
CFRA TRI-CITIES, LLC                         Case No. 8:20-bk-03609-CPM
                                             Case No. 8:20-bk-03610-CPM

                    Debtors.
_____ /

**GLOBAL NOTES REGARDING DEBTORS' SCHEDULES OF**
**ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

      The Schedules of Assets and Liabilities (the "**Schedules**") and Statement of Financial Affairs (the "**SOFA**" and, collectively with the Schedules, the "**Schedules and Statements**") filed herewith by the debtors (the "**Debtors**") in the above-captioned cases were prepared pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") by the Debtors and have not been subject to audit, review or any similar financial analysis.  While the Debtors have made every reasonable effort to ensure that the Schedules and Statements are accurate and complete based upon information that was available to them at the time of preparation, there can be no assurance as to their accuracy and completeness, and the subsequent receipt of information may result in material changes to the financial data and other information contained therein.  The Debtors' management consists solely of the Debtors' Chief Restructuring Officer, who relied entirely on the books and records of the Debtors as provided by the Debtors' prior management and/or the corporate owners of the Debtors in preparing the Schedules and Statements.  The Debtors used their best efforts to present the information set forth in the Schedules and Statements from these books and records that were, to the best of the Debtors' knowledge and understanding, maintained in the ordinary course of business.  The Debtors reserves the right to amend the Schedules and Statements from time to time as may be necessary or appropriate. These Global Notes Regarding Debtors' Schedules of Assets and Liabilities and Statement of Financial Affairs (the "**Global Notes**") are incorporated by reference in, and comprise an integral part of, the Schedules and Statements, and should be referred to and reviewed in connection with any review of the Schedules and Statements.

      1.      Description of the Cases and "as of" Information Date.  Unless otherwise indicated in the Schedules or Statements or herein, the asset and liability information provided is as of the date upon which the Debtors filed voluntary petitions under chapter 11 of the Bankruptcy Code (the "**Petition Date**") with the United States Bankruptcy Court for the Middle

District of Florida (the "**Bankruptcy Court**").

2.     <u>Basis of Presentation</u>.  Although, as noted above, the Debtors have used their best efforts to present accurate information, the amount of the Debtors' actual assets and liabilities could differ from the amounts set forth in the Schedules and Statements.  In addition, some of the Debtors' scheduled assets and liabilities are unknown and/or unliquidated at this time.  In such cases, the amounts may be listed as "unknown" or, with respect to certain assets, may be listed at net book value.  Amounts listed as "unknown" are ascribed a $0 value when calculating summaries and subtotals (i.e., lines 80 through 92 on Schedule A/B for each Debtor), which should not be taken as an indication by the Debtors' that any such assets have no value; all such summaries and subtotals are calculated automatically and are for informational purposes only.  Given the differences between the information requested in the Schedules and Statements and the presentation of the financial information under generally accepted accounting principles in the United States ("**GAAP**"), the aggregate asset values and claim amounts set forth in the Schedules and Statements do not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

3.     <u>Summary of Significant Reporting Policies</u>.  The following conventions were adopted by the Debtors in the preparation of the Schedules and Statements:

(a)     <u>Accounts Receivable</u>.  Accounts Receivable generally are presented on a gross basis.

(b)     <u>Causes of Action</u>.  The Debtors are still investigating the existence of any potential causes of action that may be listed on Questions 74 and 75 of Schedule A/B.  The Debtors reserve all rights with respect to any such claims or causes of action it may have and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

(c)     <u>Schedule D - Secured Claims</u>.  The Debtors have not included on Schedule D claims that may be secured through setoff rights, deposits posted by or on behalf of the Debtors, or inchoate statutory lien rights.  Such counterparties, if any, have been listed on Schedule F or Schedule G, as applicable.  The Debtors reserve the right to dispute or challenge the extent, validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D.  Secured claim amounts have been listed on Schedule D without regard to the value of assets securing such claims.  No attempt was made by the Debtors to estimate the fair market value as of the Petition Date of assets pledged pursuant to a secured obligation.  No claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.  The descriptions provided in Schedule D are intended only to be a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.  Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

(d)     <u>Schedule E/F – Priority and Unsecured Claims</u>.  Although the Debtors

may have scheduled claims of various creditors as priority claims, the Debtors reserve all rights to dispute or challenge the priority treatment of any such creditor's claim (or portion thereof) or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.  The claims of individual creditors for, among other things, goods, services, or taxes are listed at the amounts listed on the Debtors' books and records and may not reflect credits or allowances due from such creditor, or any additional amounts that might be owed to such creditor as a result of either unbilled or unprocessed invoices.  The dollar amounts listed may also be exclusive of contingent and unliquidated amounts.  The Debtors expressly incorporate by reference into Schedule E/F all parties to pending and potential pending litigation with the Debtors, as listed in the Debtors' Statements, as contingent, unliquidated, and disputed claims to the extent not already listed in the schedule.

(e)    Schedule G - Executory Contracts/Unexpired Leases.    While every reasonable effort has been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors or omissions may have occurred.  Without limitation of the foregoing, the contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, supplemented or terminated from time to time by various amendments, restatements, waivers, estoppel certificates, letters, and other documents, instruments, and agreements which may not be listed therein.  Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not set forth on Schedule G.  Certain of the Debtors' executory agreements may not have been memorialized in writing and could be subject to dispute.  The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease.  Similarly, the absence of a contract or agreement on Schedule G does not constitute an admission that any other contract or agreement to which a Debtor is a party is not executory.  Parties to executory contracts and unexpired leases were not listed on Schedule E/F, except where past due amounts were recorded in the Debtors' accounts payable.  The Debtors have not listed on Schedule E/F landlords and executory contract counterparties which may have claims related to contract/lease rejection or other damages.

4.    Global Notes Control.  In the event that the Schedules and Statements differ from the foregoing Global Notes, the Global Notes shall control.

**Fill in this information to identify the case:**

Debtor name  **CFRA Tri-Cities, LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known)  **8:20-bk-03610-CPM**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................... $                0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................. $          41,791.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................................. $          41,791.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $    19,545,656.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $                0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$       199,137.00

4. **Total liabilities** .................................................................................................................
    Lines 2 + 3a + 3b
    $    19,744,793.00

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **CFRA Tri-Cities, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **8:20-bk-03610-CPM**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Wells Fargo** | **Checking** | 3510 | $6,927.00 |
| 3.2. | **Wells Fargo** | **Checking** | 3536 | $458.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**                                    **$7,385.00**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Prepaid Business Licenses** | $143.00 |
| --- | --- | --- |
| 7.2. | **Prepaid MICROS Contracts** | $1,622.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **CFRA Tri-Cities, LLC** | Case number *(if known)* | **8:20-bk-03610-CPM** |
|---|---|---|---|
| | Name | | |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.                                            **$1,765.00**

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | **34,860.00** | - | **2,219.00** | = .... | **$32,641.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                    **$32,641.00**

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** | | | |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Office Equipment - fixed assets report | **$10,810.00** | **N/A** | **Unknown** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **CFRA Tri-Cities, LLC**                                Case number *(If known)*  **8:20-bk-03610-CPM**
         Name

**attached**

---

42.     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
        books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
        collections; other collections, memorabilia, or collectibles

43.     **Total of Part 7.**                                                                          | $0.00
        Add lines 39 through 42.  Copy the total to line 86.

44.     **Is a depreciation schedule available for any of the property listed in Part 7?**
        ■ No
        ☐ Yes

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 8:     Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>Restaurant Equipment - fixed assets report<br>attached | $27,571.00 | N/A | Unknown |

51.     **Total of Part 8.**                                                                          | $0.00
        Add lines 47 through 50.  Copy the total to line 87.

52.     **Is a depreciation schedule available for any of the property listed in Part 8?**
        ■ No
        ☐ Yes

53.     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 9:     Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

Debtor    **CFRA Tri-Cities, LLC**                                           Case number *(If known)*  **8:20-bk-03610-CPM**
          <sub>Name</sub>

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    **Store 589 3179 Linden Drive Bristol, VA 24202** | sublease | Unknown | N/A | Unknown |
| 55.2.    **Store 4435 1201 East Stone Drive Kingsport, TN 37660** | sublease | Unknown | N/A | Unknown |
| 55.3.    **Store 4440 3214 Peoples Street Johnson City, TN 37601** | sublease | Unknown | N/A | Unknown |

56.    **Total of Part 9.**                                                                                    | **$0.00** |
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

| Debtor | **CFRA Tri-Cities, LLC** | Case number *(If known)* | **8:20-bk-03610-CPM** |
|---|---|---|---|
| | Name | | |

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    **leasehold improvements - $135,731 net book value**                   **Unknown**

    **remodels -$330,898 net book value**                            **Unknown**

78.   **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.                        **$0.00**

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor  **CFRA Tri-Cities, LLC**
Name

Case number *(If known)*  **8:20-bk-03610-CPM**

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $7,385.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,765.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $32,641.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $41,791.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $41,791.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**CFRA Tri-Cities, LLC**
**Depreciation Expense Report**
**As of March 31, 2020**
Book = Internal
FYE Month = December

| Co Asset No | Description | Type | In Svc Date | Acquired Value | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|
| | | Type | | | | |
| Location = 0000 | | Type | | | | |
| Class = CO | | Class = CO | | | | |
| 37 | NEW SECURITY SYSTEM & INSTALL | Class = CO | 04/14/11 | 7,528.00 | 7,528.00 | d |
| 37.1 | NEW SECURITY SYSTEM & INSTALL | Class = CO | 04/14/11 | 0.00 | 0.00 | d |
| 43 | DELL COMPUTER | Class = CO | 07/01/11 | 1,458.00 | 1,458.00 | d |
| 43.1 | DELL COMPUTER | Class = CO | 07/01/11 | 0.00 | 0.00 | d |
| 82 | MICROS | Class = CO | 03/04/13 | 1,631.00 | 1,631.00 | |
| | Micros Workstation/Terminal | Class = CO | 05/23/14 | 1,159.01 | 1,159.01 | |
| | Micros Work Station | Class = CO | 08/21/14 | 1,107.45 | 1,107.45 | |
| | 2 MICROS WORK STATIONS 5 | Class = CO | 11/26/14 | 2,070.00 | 2,070.00 | |
| 115 | Micros POS Upgrade | Class = CO | 08/22/17 | 1,332.67 | 732.94 | |
| 141 | EMV Transaction Link Mini | Class = CO | 08/22/18 | 1,146.00 | 401.10 | |
| 144 | Apple Ipad 32gb | Class = CO | 11/01/18 | 409.00 | 143.15 | |
| 150 | EMV Transaction Mini Link | Class = CO | 01/01/19 | 2,242.00 | 336.30 | |
| Class = CO | | Class = CO | | 20,083.13 | 16,566.95 | |
| Less disposals and transfers | | Class = CO | | (8,986.00) | (8,986.00) | |
| | | Class = CO | | | | |
| Net Subtotal | | Class = CO | | 11,097.13 | 7,580.95 | |
| | | Class = CO | | | | |
| | | Class = CO | | | | |
| Class = FR | | Class = FR | | | | |
| 12 | FRANCHISE FEES - 589 | Class = FR | 03/01/10 | 608,056.00 | 402,047.95 | |
| 12.1 | FRANCHISE FEES - 589 | Class = FR | 03/01/10 | 0.00 | | |
| Class = FR | | Class = FR | | 608,056.00 | 402,047.95 | |
| Less disposals and transfers | | Class = FR | | 0.00 | | |
| | | Class = FR | | | | |
| Net Subtotal | | Class = FR | | 608,056.00 | 402,047.95 | |
| | | Class = FR | | | | |
| | | Class = FR | | | | |
| Class = LI | | Class = LI | | | | |
| 27 | LAVA ROCKS AND INSTALL | Class = LI | 04/01/10 | 1,672.00 | 1,672.00 | |
| 27.1 | LAVA ROCKS AND INSTALL | Class = LI | 04/01/10 | 0.00 | 0.00 | |
| 77 | DOOR (3 INVOICES) | Class = LI | 12/06/12 | 2,711.00 | 2,711.00 | |
| 77.1 | DOOR (3 INVOICES) | Class = LI | 12/06/12 | 0.00 | 0.00 | |
| 589 Replac | 589 Replace Water Line | Class = LI | 09/26/16 | 4,174.00 | 2,921.80 | |
| 102 | Trane Heat Exchangers - 2 Units | Class = LI | 03/08/16 | 9,252.00 | 2,313.00 | |
| 103 | Leasehold Improvement | Class = LI | 04/21/16 | 4,500.00 | 1,125.00 | |
| 110 | 7.5 Ton GE HVAC | Class = LI | 07/11/17 | 7,254.27 | 1,329.93 | |
| 111 | 7.5 Ton GE HVAC | Class = LI | 07/11/17 | 7,254.27 | 1,329.93 | |
| 112 | 4 Ton GE HVAC | Class = LI | 07/11/17 | 4,441.39 | 814.25 | |
| 113 | 12.5 Ton GE HVAC | Class = LI | 07/11/17 | 10,659.34 | 1,954.21 | |
| 118 | Sealcoat & Stripe Parking Lot | Class = LI | 10/09/17 | 10,800.00 | 1,980.00 | |
| Class = LI | | Class = LI | | 62,718.27 | 18,151.12 | |
| Less disposals and transfers | | Class = LI | | 0.00 | | |
| | | Class = LI | | | | |
| Net Subtotal | | Class = LI | | 62,718.27 | 18,151.12 | |
| | | Class = LI | | | | |
| | | Class = LI | | | | |
| Class = ME | | Class = ME | | | | |
| 39 | ICE MACHINE | Class = ME | 06/14/11 | 1,316.00 | 1,316.00 | |
| 39.1 | ICE MACHINE | Class = ME | 06/14/11 | 0.00 | 0.00 | |
| 48 | MIRRORS | Class = ME | 08/24/11 | 658.00 | 658.00 | |
| 48.1 | MIRRORS | Class = ME | 08/24/11 | 0.00 | 0.00 | |
| 50 | EGG RANGE | Class = ME | 09/13/11 | 1,584.00 | 1,584.00 | |
| 50.1 | EGG RANGE | Class = ME | 09/13/11 | 0.00 | 0.00 | |
| 54 | FIRE SUPPRESSION SYSTEM | Class = ME | 12/29/11 | 1,954.00 | 1,954.00 | |

**CFRA Tri-Cities, LLC**
**Depreciation Expense Report**
**As of March 31, 2020**
Book = Internal
FYE Month = December

| Co Asset No | Description | Type | In Svc Date | Acquired Value | Current Accum Depreciation | Key Code |
|---|---|---|---|---:|---:|---|
| 54.1 | FIRE SUPPRESSION SYSTEM | Class = ME | 12/29/11 | 0.00 | 0.00 | |
| 57 | CASH REGISTER | Class = ME | 01/24/12 | 1,620.00 | 1,620.00 | |
| 57.1 | CASH REGISTER | Class = ME | 01/24/12 | 0.00 | 0.00 | |
| 59 | COMPREESOR & EVAPORATOR UNIT | Class = ME | 03/21/12 | 3,686.00 | 3,686.00 | |
| 59.1 | COMPREESOR & EVAPORATOR UNIT | Class = ME | 03/21/12 | 0.00 | 0.00 | |
| 61 | FRYER | Class = ME | 04/11/12 | 1,550.00 | 1,550.00 | |
| 61.1 | FRYER | Class = ME | 04/11/12 | 0.00 | 0.00 | |
| 62 | EVAPORATOR COLI | Class = ME | 04/17/12 | 2,525.00 | 2,525.00 | |
| 62.1 | EVAPORATOR COLI | Class = ME | 04/17/12 | 0.00 | 0.00 | |
| 63 | FRYER INSTALL | Class = ME | 05/07/12 | 962.00 | 962.00 | |
| 63.1 | FRYER INSTALL | Class = ME | 05/07/12 | 0.00 | 0.00 | |
| 64 | REGISTER TOUCH PAD | Class = ME | 05/15/12 | 917.00 | 917.00 | |
| 64.1 | REGISTER TOUCH PAD | Class = ME | 05/15/12 | 0.00 | 0.00 | |
| 73 | NEW GAS VALVES | Class = ME | 09/01/12 | 1,019.00 | 1,019.00 | |
| 73.1 | NEW GAS VALVES | Class = ME | 09/01/12 | 0.00 | 0.00 | |
| 74 | NEW COMPRESSOR | Class = ME | 10/23/12 | 1,277.00 | 1,277.00 | |
| 74.1 | NEW COMPRESSOR | Class = ME | 10/23/12 | 0.00 | 0.00 | |
| 80 | BLOWER MOTOR | Class = ME | 02/01/12 | 1,127.00 | 1,127.00 | |
| 80.1 | BLOWER MOTOR | Class = ME | 02/01/12 | 0.00 | 0.00 | |
| 83 | PREP TABLE | Class = ME | 03/04/13 | 2,060.00 | 2,060.00 | |
| 85 | CONDENSING UNIT | Class = ME | 04/09/13 | 1,229.00 | 1,229.00 | |
| 89 | Cond. Unit | Class = ME | 09/10/13 | 637.00 | 637.00 | |
| 97 | Pylon Sign Lamps, Ballasts | Class = ME | 12/31/13 | 2,116.00 | 2,116.00 | |
| | Freezer Reachin w/Half Doors | Class = ME | 07/08/14 | 3,388.36 | 3,388.36 | |
| | Compressor | Class = ME | 09/15/14 | 2,183.05 | 2,183.05 | |
| | Popout Waffle Maker | Class = ME | 09/22/14 | 746.90 | 746.90 | |
| | Hot Water Heater | Class = ME | 08/29/14 | 7,958.94 | 7,958.94 | |
| | Waffe Iron/INNOVAT INV# 8235 | Class = ME | 12/10/14 | 686.13 | 686.13 | |
| | REPLACEMENT OF A BAD REACH IN COOLER(BAD CONDENSING | Class = ME | 06/01/15 | 2,765.92 | 2,673.71 | |
| | REPLACEMENT OF BAD CIRCUIT BOARD ON RIGHT SIDE TRANE | Class = ME | 06/01/15 | 1,873.29 | 1,810.85 | |
| | Heat Exchanger | Class = ME | 06/04/15 | 2,253.00 | 2,177.90 | |
| 589 M&E | Ice Machine | Class = ME | 08/17/16 | 8,900.00 | 6,378.32 | |
| 100 | Machinery & Equipment | Class = ME | 01/18/16 | 2,113.00 | 1,584.75 | |
| 145 | Hamilton Beach 3 Speed Blender | Class = ME | 11/11/18 | 662.00 | 231.70 | |
| 154 | LED Upgrade - Sign | Class = ME | 06/05/19 | 1,130.00 | 169.50 | |
| 156 | Ice Cream Dipping Cabinet | Class = ME | 01/20/20 | 2,519.00 | 62.98 | |
| Class = ME | | Class = ME | | 63,416.59 | 56,290.09 | |
| Less disposals and transfers | | Class = ME | | 0.00 | | |
| | | Class = ME | | | | |
| Net Subtotal | | Class = ME | | 63,416.59 | 56,290.09 | |
| | | Class = ME | | | | |
| | | Class = ME | | | | |
| Class = RE | | Class = RE | | | | |
| 42.1 | REMODEL | Class = RE | 07/01/11 | 0.00 | 0.00 | |
| REMODEL | REMODEL 589 | Class = RE | 09/16/15 | 42,018.68 | 37,816.81 | |
| Class = RE | | Class = RE | | 42,018.68 | 37,816.81 | |
| Less disposals and transfers | | Class = RE | | 0.00 | | |
| | | Class = RE | | | | |
| Net Subtotal | | Class = RE | | 42,018.68 | 37,816.81 | |
| | | Class = RE | | | | |
| | | Class = RE | | | | |
| Location = 0589 | | Class = RE | | 949,623.67 | 684,203.92 | |
| Less disposals and transfers | | Class = RE | | (8,986.00) | (8,986.00) | |
| | | Class = RE | | | | |
| Net Subtotal | | Class = RE | | 940,637.67 | 675,217.92 | |
| | | Class = RE | | | | |
| | | Class = RE | | | | |

**CFRA Tri-Cities, LLC**
**Depreciation Expense Report**
**As of March 31, 2020**
Book = Internal
FYE Month = December

| Co Asset No | Description | Type | In Svc Date | Acquired Value | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|
| | | Class = RE | | | | |
| Location = 4435 | | | | | | |
| Class = CO | | Class = CO | | | | |
| 40 | SECURITY SYSTEM | Class = CO | 07/20/11 | 5,711.00 | 5,711.00 | d |
| 40.1 | SECURITY SYSTEM | Class = CO | 07/20/11 | 0.00 | 0.00 | d |
| 44 | DELL COMPUTER | Class = CO | 07/01/11 | 1,458.00 | 1,458.00 | d |
| 44.1 | DELL COMPUTER | Class = CO | 07/01/11 | 0.00 | 0.00 | d |
| 46 | SECURITY SYSTEM LABOR | Class = CO | 08/01/11 | 2,569.00 | 2,569.00 | d |
| 46.1 | SECURITY SYSTEM LABOR | Class = CO | 08/01/11 | 0.00 | 0.00 | d |
| | 3 Micros WS5 Terminals | Class = CO | 12/12/14 | 2,550.00 | 2,550.00 | |
| 106 | Computer Equipment | Class = CO | 01/01/17 | 549.00 | 301.95 | |
| 116 | Micros POS Upgrade | Class = CO | 08/22/17 | 1,325.24 | 728.88 | |
| 142 | EMV Transaction Link Mini | Class = CO | 09/04/18 | 2,195.00 | 768.25 | |
| 151 | Additional EMV - Banking Server | Class = CO | 02/20/19 | 646.00 | 96.90 | |
| 155 | Circuit Upgrade | Class = CO | 08/31/19 | 2,148.00 | 322.20 | |
| Class = CO | | Class = CO | | 19,151.24 | 14,506.18 | |
| Less disposals and transfers | | Class = CO | | (9,738.00) | (9,738.00) | |
| | | Class = CO | | | | |
| Net Subtotal | | Class = CO | | 9,413.24 | 4,768.18 | |
| | | Class = CO | | | | |
| | | Class = CO | | | | |
| Class = FR | | Class = FR | | | | |
| 13 | FRANCHISE FEES - 4435 | Class = FR | 03/01/10 | 835,214.00 | 627,707.47 | |
| 13.1 | FRANCHISE FEES - 4435 | Class = FR | 03/01/10 | 0.00 | 0.00 | |
| Class = FR | | Class = FR | | 835,214.00 | 627,707.47 | |
| Less disposals and transfers | | Class = FR | | 0.00 | | |
| | | Class = FR | | | | |
| Net Subtotal | | Class = FR | | 835,214.00 | 627,707.47 | |
| | | Class = FR | | | | |
| | | Class = FR | | | | |
| | | Class = FR | | | | |
| Class = LI | | Class = LI | | | | |
| 28 | LAVA ROCKS AND INSTALL | Class = LI | 04/01/10 | 878.00 | 878.00 | |
| 28.1 | LAVA ROCKS AND INSTALL | Class = LI | 04/01/10 | 0.00 | 0.00 | |
| 51 | NEW ROOFING | Class = LI | 09/01/11 | 1,263.00 | 1,263.00 | |
| 51.1 | NEW ROOFING | Class = LI | 09/01/11 | 0.00 | 0.00 | |
| | Plumbing | Class = LI | 04/14/14 | 1,091.16 | 1,091.16 | |
| | Asphalt Patch Repair | Class = LI | 07/18/14 | 2,500.00 | 2,500.00 | |
| 114 | Concrete Dumpster Pad 600sf | Class = LI | 08/16/17 | 11,400.00 | 2,090.00 | |
| 119 | Sealcoat & Stripe Parking Lot | Class = LI | 10/09/17 | 12,300.00 | 2,255.00 | |
| 123 | 5 Ton GE HVAC | Class = LI | 11/16/17 | 4,305.00 | 789.25 | |
| 124 | 10 Ton GE HVAC | Class = LI | 11/16/17 | 8,826.00 | 1,618.08 | |
| 125 | 7.5 Ton GE HVAC | Class = LI | 11/16/17 | 8,396.08 | 1,539.29 | |
| 140 | HVAC Blower Fan Motor - HVAC Kitchen | Class = LI | 05/18/18 | 2,650.00 | 309.17 | |
| 158 | Tile Upgrade - Restroom | Class = LI | 02/12/20 | 7,025.00 | 42.58 | |
| 159 | LED Upgrade - Exterior Lighting | Class = LI | 03/12/20 | 3,042.00 | 10.14 | |
| Class = LI | | Class = LI | | 63,676.24 | 14,385.67 | |
| Less disposals and transfers | | Class = LI | | 0.00 | | |
| | | Class = LI | | | | |
| Net Subtotal | | Class = LI | | 63,676.24 | 14,385.67 | |
| | | Class = LI | | | | |
| | | Class = LI | | | | |
| Class = ME | | Class = ME | | | | |
| 16 | NEW FREEZER | Class = ME | 04/12/10 | 1,840.00 | 1,840.00 | |
| 16.1 | NEW FREEZER | Class = ME | 04/12/10 | 0.00 | 0.00 | |
| 20 | NEW THERMOSTAT | Class = ME | 06/24/10 | 763.00 | 763.00 | |
| 20.1 | NEW THERMOSTAT | Class = ME | 06/24/10 | 0.00 | 0.00 | |
| 24 | HEAT EXCHANGER & INSTALL | Class = ME | 12/01/10 | 2,907.00 | 2,907.00 | |
| 24.1 | HEAT EXCHANGER & INSTALL | Class = ME | 12/01/10 | 0.00 | 0.00 | |

**CFRA Tri-Cities, LLC**
**Depreciation Expense Report**
**As of March 31, 2020**
Book = Internal
FYE Month = December

| Co Asset No | Description | Type | In Svc Date | Acquired Value | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|
| 30 | ICE CREAM STATION | Class = ME | 01/13/11 | 2,068.00 | 2,068.00 | |
| 30.1 | ICE CREAM STATION | Class = ME | 01/13/11 | 0.00 | 0.00 | |
| 31 | FIRE SUPRESSION | Class = ME | 01/13/11 | 1,514.00 | 1,514.00 | |
| 31.1 | FIRE SUPRESSION | Class = ME | 01/13/11 | 0.00 | 0.00 | |
| 35 | NEW CIRCULATOR PUMP | Class = ME | 03/08/11 | 1,262.00 | 1,262.00 | |
| 35.1 | NEW CIRCULATOR PUMP | Class = ME | 03/08/11 | 0.00 | 0.00 | |
| 56 | HEAT EXCHANGER | Class = ME | 08/01/11 | 1,115.00 | 1,115.00 | |
| 56.1 | HEAT EXCHANGER | Class = ME | 08/01/11 | 0.00 | 0.00 | |
| 68 | EXHAUST HOOD | Class = ME | 06/04/12 | 1,025.00 | 1,025.00 | |
| 68.1 | EXHAUST HOOD | Class = ME | 06/04/12 | 0.00 | 0.00 | |
| 71 | FRYER | Class = ME | 07/10/12 | 2,430.00 | 2,430.00 | |
| 71.1 | FRYER | Class = ME | 07/10/12 | 0.00 | 0.00 | |
| 72 | FRYER | Class = ME | 08/07/12 | 1,689.00 | 1,689.00 | |
| 72.1 | FRYER | Class = ME | 08/07/12 | 0.00 | 0.00 | |
| 76 | EXHAUST FAN | Class = ME | 11/07/12 | 922.00 | 922.00 | |
| 76.1 | EXHAUST FAN | Class = ME | 11/07/12 | 0.00 | 0.00 | |
| 78 | REFRIGERATOR | Class = ME | 12/10/12 | 1,133.00 | 1,133.00 | |
| 78.1 | REFRIGERATOR | Class = ME | 12/10/12 | 0.00 | 0.00 | |
| 90 | Reach In 1 Section Refrigerator | Class = ME | 09/10/13 | 2,113.00 | 2,113.00 | |
| 91 | Recirculation Pump | Class = ME | 09/25/13 | 810.00 | 810.00 | |
| 92 | Cond. Unit | Class = ME | 10/18/13 | 681.00 | 681.00 | |
| 93 | Compressor | Class = ME | 10/18/13 | 2,576.00 | 2,576.00 | |
| 95 | Motor, Motor Pulley | Class = ME | 12/11/13 | 1,635.00 | 1,635.00 | |
| 96 | Ignition Modules | Class = ME | 12/16/13 | 1,313.00 | 1,313.00 | |
| | Equipment | Class = ME | 01/29/14 | 1,234.02 | 1,234.02 | |
| | Compressor Replacement | Class = ME | 06/30/14 | 10,640.33 | 10,640.33 | |
| | POPOUT WAFFLE MAKER | Class = ME | 09/22/14 | 775.63 | 775.63 | |
| | Waffe Iron | Class = ME | 12/10/14 | 712.38 | 712.38 | |
| | Griddle Stand | Class = ME | 02/24/15 | 3,098.05 | 3,098.05 | |
| | Replacement of Bad Compressor in Reach in Cooler | Class = ME | 06/10/15 | 1,222.51 | 1,181.76 | |
| 104 | Water Heater | Class = ME | 07/21/16 | 8,775.00 | 6,581.25 | |
| 105 | Compressor | Class = ME | 07/25/16 | 1,895.00 | 1,421.25 | |
| 107 | Ansul Hood System | Class = ME | 04/04/17 | 1,971.00 | 1,084.05 | |
| 108 | Dipperwell w/Timer | Class = ME | 05/25/17 | 1,029.34 | 566.14 | |
| 121 | Turbo Super Deluxe Cooler Prep Table | Class = ME | 11/07/17 | 2,695.14 | 1,482.33 | |
| 126 | Turbo Deluxe Prep Table Salad Cooler | Class = ME | 12/21/17 | 2,957.88 | 1,626.85 | |
| 146 | Hamilton Beach 3 Speed Blender | Class = ME | 11/11/18 | 689.00 | 241.14 | |
| Class = ME | | Class = ME | | 65,491.28 | 58,441.18 | |
| Less disposals and transfers | | Class = ME | | 0.00 | | |
| | | Class = ME | | | | |
| Net Subtotal | | Class = ME | | 65,491.28 | 58,441.18 | |
| | | Class = ME | | | | |
| | | Class = ME | | | | |
| Class = RE | | Class = RE | | | | |
| 87 | REMODEL 4435 | Class = RE | 07/05/13 | 67,639.00 | 67,639.00 | |
| 134 | 24in IHOP Sign w/Red Smile | Class = RE | 07/12/18 | 6,284.00 | 2,199.40 | |
| 135 | P100 Pylon Sign | Class = RE | 07/12/18 | 13,352.00 | 4,673.20 | |
| 136 | Booth Recover - Remodel | Class = RE | 07/12/18 | 4,695.00 | 1,643.25 | |
| 137 | Cashier/Hostess Stands - Remodel | Class = RE | 07/12/18 | 13,085.00 | 4,579.75 | |
| 138 | Table Tops - Remodel | Class = RE | 07/12/18 | 7,525.00 | 2,633.75 | |
| 139 | Remodel - 4435 | Class = RE | 07/12/18 | 113,892.00 | 13,287.40 | |
| 148 | Parking Lot Sealcoating | Class = RE | 01/01/19 | 10,236.00 | 511.80 | |
| Class = RE | | Class = RE | | 236,708.00 | 97,167.55 | |
| Less disposals and transfers | | Class = RE | | 0.00 | | |
| | | Class = RE | | | | |
| Net Subtotal | | Class = RE | | 236,708.00 | 97,167.55 | |
| | | Class = RE | | | | |

**CFRA Tri-Cities, LLC**
**Depreciation Expense Report**
**As of March 31, 2020**
Book = Internal
FYE Month = December

| Co Asset No | Description | Type | In Svc Date | Acquired Value | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|
| | | Class = RE | | | | |
| Location = 4435 | | Class = RE | | | | |
| | | Class = RE | | 1,417,919.76 | 1,009,887.05 | |
| Less disposals and transfers | | Class = RE | | (9,738.00) | (9,738.00) | |
| | | Class = RE | | | | |
| Net Subtotal | | Class = RE | | 1,408,181.76 | 1,000,149.05 | |
| | | Class = RE | | | | |
| | | Class = RE | | | | |
| Location = 4440 | | Class = RE | | | | |
| Class = CO | | Class = CO | | | | |
| 41 | SECURITY SYSTEM | Class = CO | 07/20/11 | 5,711.00 | 5,711.00 | d |
| 41.1 | SECURITY SYSTEM | Class = CO | 07/20/11 | 0.00 | 0.00 | d |
| 45 | DELL COMPUTER | Class = CO | 07/01/11 | 1,458.00 | 1,458.00 | d |
| 45.1 | DELL COMPUTER | Class = CO | 07/01/11 | 0.00 | 0.00 | d |
| 47 | SECURITY SYSTEM LABOR | Class = CO | 08/01/11 | 2,599.00 | 2,599.00 | d |
| 47.1 | SECURITY SYSTEM LABOR | Class = CO | 08/01/11 | 0.00 | 0.00 | d |
| | 3 Micros WS5 Terminals | Class = CO | 12/12/14 | 2,550.00 | 2,550.00 | |
| | 1 Micros WS5A Terminal | Class = CO | 06/08/15 | 972.52 | 940.09 | |
| 117 | Micros POS Upgrade | Class = CO | 08/22/17 | 1,503.68 | 827.04 | |
| 143 | EMV Transaction Link Mini | Class = CO | 09/17/18 | 2,140.00 | 749.00 | |
| 152 | Additional EMV - Banking Server | Class = CO | 02/20/19 | 646.00 | 96.90 | |
| Class = CO | | Class = CO | | 17,580.20 | 14,931.03 | |
| Less disposals and transfers | | Class = CO | | (9,768.00) | (9,768.00) | |
| | | Class = CO | | | | |
| Net Subtotal | | Class = CO | | 7,812.20 | 5,163.03 | |
| | | Class = CO | | | | |
| | | Class = CO | | | | |
| Class = FR | | Class = FR | | | | |
| 14 | FRANCHISE FEES - 4440 | Class = FR | 03/01/10 | 771,292.00 | 572,554.12 | |
| 14.1 | FRANCHISE FEES - 4440 | Class = FR | 03/01/10 | 0.00 | 0.00 | |
| Class = FR | | Class = FR | | 771,292.00 | 572,554.12 | |
| Less disposals and transfers | | Class = FR | | 0.00 | | |
| | | Class = FR | | | | |
| Net Subtotal | | Class = FR | | 771,292.00 | 572,554.12 | |
| | | Class = FR | | | | |
| | | Class = FR | | | | |
| Class = LI | | Class = LI | | | | |
| 22 | LEASEHOLD | Class = LI | 09/15/10 | 1,956.00 | 1,956.00 | |
| 22.1 | LEASEHOLD | Class = LI | 09/15/10 | 0.00 | 0.00 | |
| 29 | LAVA ROCKS AND INSTALL | Class = LI | 04/01/10 | 1,011.00 | 1,011.00 | |
| 29.1 | LAVA ROCKS AND INSTALL | Class = LI | 04/01/10 | 0.00 | 0.00 | |
| 58 | POLE LIGHTING | Class = LI | 01/31/12 | 1,081.00 | 1,081.00 | |
| 58.1 | POLE LIGHTING | Class = LI | 01/31/12 | 0.00 | 0.00 | |
| 86 | Roto Rooter/Waterline,cooper pipe,sloan kit in urinal & commode | Class = LI | 07/10/13 | 2,010.00 | 2,010.00 | |
| 120 | Sealcoat & Stripe Parking Lot | Class = LI | 10/09/17 | 12,000.00 | 2,200.00 | |
| 127 | 65 Gallon 160psi Water Heater | Class = LI | 12/27/17 | 15,270.58 | 2,799.61 | |
| 128 | 5 Ton GE HVAC | Class = LI | 12/29/17 | 3,599.00 | 659.81 | |
| 129 | 10 Ton GE HVAC | Class = LI | 12/29/17 | 6,149.00 | 1,127.28 | |
| 130 | 7.5 Ton GE HVAC | Class = LI | 12/29/17 | 5,248.86 | 962.28 | |
| 131 | HVAC Install 3 Units (2017) | Class = LI | 01/02/18 | 5,044.65 | 588.55 | |
| 132 | Water Heater Install (2017) | Class = LI | 03/27/18 | 3,282.37 | 382.95 | |
| Class = LI | | Class = LI | | 56,652.46 | 14,778.48 | |
| Less disposals and transfers | | Class = LI | | 0.00 | | |
| | | Class = LI | | | | |
| Net Subtotal | | Class = LI | | 56,652.46 | 14,778.48 | |
| | | Class = LI | | | | |
| | | Class = LI | | | | |
| Class = ME | | Class = ME | | | | |

**CFRA Tri-Cities, LLC**
**Depreciation Expense Report**
**As of March 31, 2020**
Book = Internal
FYE Month = December

| Co Asset No | Description | Type | In Svc Date | Acquired Value | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|
| 17 | NEW PREP TABLE | Class = ME | 05/11/10 | 4,214.00 | 4,214.00 | |
| 17.1 | NEW PREP TABLE | Class = ME | 05/11/10 | 0.00 | 0.00 | |
| 21 | NEW THERMOSTAT | Class = ME | 06/24/10 | 711.00 | 711.00 | |
| 21.1 | NEW THERMOSTAT | Class = ME | 06/24/10 | 0.00 | 0.00 | |
| 25 | FIRE SUPRESSION SYSTEM | Class = ME | 12/01/10 | 1,469.00 | 1,469.00 | |
| 25.1 | FIRE SUPRESSION SYSTEM | Class = ME | 12/01/10 | 0.00 | 0.00 | |
| 36 | ROTOXXXXXXXXXXXXXXX | Class = ME | 03/14/11 | 9,209.00 | 9,209.00 | |
| 36.1 | ROTOXXXXXXXXXXXXXXX | Class = ME | 03/14/11 | 0.00 | 0.00 | |
| 49 | NEW BALLAST | Class = ME | 08/24/11 | 1,504.00 | 1,504.00 | |
| 49.1 | NEW BALLAST | Class = ME | 08/24/11 | 0.00 | 0.00 | |
| 79 | DRAFT INDUCER | Class = ME | 12/06/12 | 598.00 | 598.00 | |
| 79.1 | DRAFT INDUCER | Class = ME | 12/06/12 | 0.00 | 0.00 | |
| 84 | HP3 MOTOR | Class = ME | 03/27/13 | 981.00 | 981.00 | |
| | Equipment | Class = ME | 01/27/14 | 4,276.35 | 4,276.35 | |
| | Equipment | Class = ME | 05/07/14 | 6,730.65 | 6,730.65 | |
| | Waffler Bakers | Class = ME | 08/19/14 | 702.31 | 702.31 | |
| | CONDENSER FAN MOTOR | Class = ME | 08/29/14 | 1,347.63 | 1,347.63 | |
| | Waffle Iron | Class = ME | 12/10/14 | 712.38 | 712.38 | |
| 101 | Machinery & Equipment | Class = ME | 02/03/16 | 2,592.00 | 1,944.00 | |
| 109 | Dipperwell w/Timer | Class = ME | 05/25/17 | 1,029.34 | 566.14 | |
| 122 | Turbo Deluxe Prep Table Salad Cooler | Class = ME | 10/25/17 | 2,957.88 | 1,626.85 | |
| 133 | Vulcan MSA48 Natural Gas Griddle | Class = ME | 05/24/18 | 5,089.71 | 1,781.40 | |
| 147 | Hamilton Beach 3 Speed Blender | Class = ME | 11/11/18 | 689.00 | 241.14 | |
| 149 | Ice Cream Dipping Cabinet | Class = ME | 02/27/19 | 2,815.00 | 422.25 | |
| 153 | LED Upgrade - Sign | Class = ME | 07/01/19 | 1,695.00 | 254.25 | |
| 157 | Turbo Super Deluxe Salad Cooler | Class = ME | 01/01/20 | 3,449.00 | 86.23 | |
| Class = ME | | Class = ME | | 52,772.25 | 39,377.58 | |
| Less disposals and transfers | | Class = ME | | 0.00 | | |
| | | Class = ME | | | | |
| Net Subtotal | | Class = ME | | 52,772.25 | 39,377.58 | |
| | | Class = ME | | | | |
| | | Class = ME | | | | |
| Class = RE | | Class = RE | | | | |
| 3.1 | BOOTH PACKAGE | Class = RE | 03/01/10 | 0.00 | 0.00 | |
| 4440 REM | 4440 REMODEL | Class = RE | 06/11/15 | 52,172.04 | 50,432.97 | |
| Class = RE | | Class = RE | | 52,172.04 | 50,432.97 | |
| Less disposals and transfers | | Class = RE | | 0.00 | | |
| | | Class = RE | | | | |
| Net Subtotal | | Class = RE | | 52,172.04 | 50,432.97 | |
| | | Class = RE | | | | |
| | | Class = RE | | | | |
| Location = 4440 | | Class = RE | | 1,147,368.95 | 888,974.18 | |
| Less disposals and transfers | | Class = RE | | (9,768.00) | (9,768.00) | |
| | | Class = RE | | | | |
| Net Subtotal | | Class = RE | | 1,137,600.95 | 879,206.18 | |
| | | Class = RE | | | | |
| Grand Total | | | | 3,634,912.38 | 2,703,065.15 | |
| Less disposals and transfers | | | | (28,492.00) | (28,492.00) | |
| | | | | | | |
| Net Grand Total | | | | 3,606,420.38 | 2,674,573.15 | |

April 21, 2020 at 9:07 AM

**Fill in this information to identify the case:**

Debtor name: **CFRA Tri-Cities, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): **8:20-bk-03610-CPM**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1  IHOP Restaurants, LLC**<br>Creditor's Name<br><br>**450 North Brand Boulevard**<br>**7th Floor**<br>**Glendale, CA 91203**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Leased Equipment - Store ## 4440 and 4435**<br><br><br>Describe the lien<br>**Equipment Lease - UCCs Filed**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| **2.2  Raymond James Bank, N.A.**<br>Creditor's Name<br><br>**710 Carillon Parkway**<br>**Saint Petersburg, FL 33716**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br>**Blanket Lien**<br><br><br>Describe the lien<br>**Security Agreement**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply | **$11,276,340.00** | **Unknown** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **CFRA Tri-Cities, LLC**                                      Case number (if know)    **8:20-bk-03610-CPM**
_____
Name

■ No
☐ Yes. Specify each creditor,          ☐ Contingent
including this creditor and its relative  ☐ Unliquidated
priority.                              ☐ Disputed

---

| 2.3 | **Valley National Bank** | Describe debtor's property that is subject to a lien | $8,269,316.00 | Unknown |

Creditor's Name                        **Blanket Lien**

**4790 140th Avenue North
Clearwater, FL 33762**

Creditor's mailing address             Describe the lien

                                       **Security Agreement**
                                       **Is the creditor an insider or related party?**
                                       ■ No
Creditor's email address, if known     ☐ Yes
                                       **Is anyone else liable on this claim?**
**Date debt was incurred**             ☐ No
                                       ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**      **As of the petition filing date, the claim is:**
**interest in the same property?**     Check all that apply
■ No                                   ☐ Contingent
☐ Yes. Specify each creditor,          ☐ Unliquidated
including this creditor and its        ☐ Disputed
priority.

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $19,545,656.00 |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

**Fill in this information to identify the case:**

Debtor name    **CFRA Tri-Cities, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **8:20-bk-03610-CPM**

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                         12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$199,137.00** |
| **see attached** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **Date(s) debt was incurred** _ | ☐ Disputed | |
| **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | Is the claim subject to offset? ☑ No  ☐ Yes | |

### Part 3:    List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies,
   assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $              0.00 |
| **5b. Total claims from Part 2** | 5b.  + | $        199,137.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $        199,137.00 |

CFRA Tri-Cities, LLC

| Company | Address | City | State | Zip | Amount | Contingent | Unliquidated | Disputed |
|---|---|---|---|---|---|---|---|---|
| CITY OF KINGSPORT | PO BOX 880 | Kingsport | TN | 37662-0880 | 866.19 | | | |
| BRIGHTRIDGE | PO BOX 2058 | Johnson City | TN | 37605-2058 | 2,594.92 | | | |
| JOHNSON CITY UTILITY SYS | PO BOX 2386 | Johnson City | TN | 37605-2386 | 1,987.76 | | | |
| Bristol Virginia Utiliti | P.O. Box 8100 | Bristol | VA | 24203-8100 | 1,844.13 | | | |
| GFL ENVIRONMENTAL | 1803 GRAYSON TURNPIKE | Wytheville | VA | 24382 | 237.22 | | | |
| BELTRAM EDGE TOOL SUPPLY | PO Box 844620 Dept #101 | Boston | MA | | 3,555.23 | | | |
| BONDED FILTER CO. | DEPT# SF 81 PO BOX 830525 | Birmingham | AL | 35283-0525 | 95.56 | | | |
| BRISTOL HEATING & AIR C | , I 1905 BROOKSIDE LANE | Kingsport | TN | 37660 | 200.00 | | | |
| BROADWAY LIGHTS, LLC | PO BOX 16253 | Greenville | SC | 29606 | 103,065.00 | | | X |
| CAPTIVEAIRE SYSTEMS | P.O. BOX 60270 | Charlotte | NC | 28260 | 992.65 | | | |
| COMMERCIAL KITCHEN SPECI | 1377 N. Brazos Street | San Antonio | TX | 78207 | 1,209.52 | | | |
| CONCORD PRINTING CO. | 420 COPPERFIELD BLVD | Concord | NC | 28025 | 83.46 | | | |
| DAN'S PROFESSIONAL PLUM | 1558 Fuller Street | Kingsport | TN | 37664 | 5,325.00 | | | |
| DATAMAX SERVICES, INC | 6251 PARK OF COMMERCE | Boca Raton | FL | 33487 | 447.50 | | | |
| DSI/DATASOURCE INC. | DEPT 730023 PO BOX 660919 | Dallas | TX | 75266-0919 | 174.88 | | | |
| DELAWARE SECRETARY OF ST | 401 Federal St., Suite 3 | Dover | DE | 19901 | 300.00 | | | |
| FISH WINDOW CLEANING | 1296 SUGAR HOLLOW | Bristol | TN | 37620 | 50.00 | | | |
| FORD & HARRISON LLP | 271 17TH ST NW, STE 1900 | Atlanta | GA | 30363 | 10,605.11 | | | |
| GREEN GALYEN PRESSURE WA | 120 BOONE AVE | Johnson City | TN | 37615 | 275.00 | | | |
| HAMCO RALEIGH | 1314 FAIRVIEW ROAD | Raleigh | NC | 27608 | 334.91 | | | |
| HPI DIRECT, INC. | PO BOX 748000 | Cincinnati | OH | 45274 | 973.27 | | | |
| INTERFACE SECURITY SYSTE | 8339 Solutions Center | Chicago | IL | 60677-8003 | 1,316.07 | | | |
| NATIONAL TAX CREDIT HOLDI | 10499 W. BRADFORD RD | Littleton | CO | 80127 | 1,762.53 | | | |
| Performance Food Group | 7420 Ranco Rd. | Richmond | VA | 23228 | 55,361.00 | | | X |
| PREMIER FIRE PROTECTION, | PO BOX 1103 | Bristol | TN | 37621 | 1,193.11 | | | |
| RETAIL TECHNOLOGY GROUP | 1663 FENTON BUSINESS | Fenton | MO | 63026 | 191.63 | | | |
| ROSNET | 2005 BACHELOR RD | Mooresboro | NC | 28114 | 1,600.00 | | | |
| RUSTIC RIDGE LANDSCAPING | PO BOX 8115 | Gray | TN | 37615 | 1,050.00 | | | |
| S&D COFFEE, INC. | P.O. BOX 1628 | Concord | NC | 28027-1628 | 686.79 | | | |
| STANLEY STEEMER OF TRI- | 1074 LYNN GARDEN DR Suite A | Kingsport | TN | 37665 | 200.00 | | | |
| WASSERSTROM COMPANY | PO BOX 182056 | Columbus | OH | 43218-2056 | 558.78 | | | |
| | | | | | | | | |
| | | | | Total | 199,137.22 | | | |

**Fill in this information to identify the case:**

Debtor name   **CFRA Tri-Cities, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **8:20-bk-03610-CPM**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest    **Franchise Agreements, Equipment Leases and Subleases** | |
| State the term remaining | |
| List the contract number of any government contract | **see attached** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor:  CFRA Tri-Cities, LLC
United States Bankruptcy Court for the: Middle District of Florida
Case Number:  8:20-bk-03610-CPM


Attachment to Schedule G:  Executory Contracts and Unexpired Leases

| Nature of Contract/Lease | Counterparty Name and Address |
|---|---|
| Franchise Agreement – Store #589<br>3179 Linden Drive<br>Bristol, Virginia | IHOP Franchise Company, LLC<br>450 North Brand Blvd., 7th Floor<br>Glendale, CA 91203 |
| Franchise Agreement – Store #4435<br>1201 East Stone Drive<br>Kingsport, Tennessee | IHOP Franchise Company, LLC<br>450 North Brand Blvd., 7th Floor<br>Glendale, CA 91203 |
| Franchise Agreement – Store #4440<br>3214 Peoples Street<br>Johnson City, Tennessee | IHOP Franchise Company, LLC<br>450 North Brand Blvd., 7th Floor<br>Glendale, CA 91203 |
| Sublease – Store #589<br>3179 Linden Drive<br>Bristol, Virginia | IHOP Properties, Inc.<br>450 North Brand Blvd., 7th Floor<br>Glendale, CA 91203 |
| Sublease – Store #4435<br>1201 East Stone Drive<br>Kingsport, Tennessee | IHOP Properties, Inc.<br>450 North Brand Blvd., 7th Floor<br>Glendale, CA 91203 |
| Sublease – Store #4440<br>3214 Peoples Street<br>Johnson City, Tennessee | IHOP Properties, Inc.<br>450 North Brand Blvd., 7th Floor<br>Glendale, CA 91203 |
| Equipment Lease – Store #589<br>3179 Linden Drive<br>Bristol, Virginia | IHOP Restaurants, Inc.<br>450 North Brand Blvd., 7th Floor<br>Glendale, CA 91203 |
| Equipment Lease – Store #4435<br>1201 East Stone Drive<br>Kingsport, Tennessee | International House of Pancakes, Inc.<br>450 North Brand Blvd., 7th Floor<br>Glendale, CA 91203 |
| Equipment Lease – Store #4440<br>3214 Peoples Street<br>Johnson City, Tennessee | IHOP Restaurants, Inc.<br>450 North Brand Blvd., 7th Floor<br>Glendale, CA 91203 |

**Fill in this information to identify the case:**

Debtor name     **CFRA Tri-Cities, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **8:20-bk-03610-CPM**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **CFRA Holdings, LLC** | **1340 Hamlet Avenue Clearwater, FL 33756** | **Valley National Bank** | ■ D    **2.3** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **CFRA Holdings, LLC** | **1340 Hamlet Avenue Clearwater, FL 33756** | **Raymond James Bank, N.A.** | ■ D    **2.2** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **CFRA, LLC** | **1340 Hamlet Avenue Clearwater, FL 33756** | **Valley National Bank** | ■ D    **2.3** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **CFRA, LLC** | **1340 Hamlet Avenue Clearwater, FL 33756** | **Raymond James Bank, N.A.** | ■ D    **2.2** <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **CFRA Tri-Cities, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **8:20-bk-03610-CPM**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June  3, 2020**        X **/s/ J. Tim Pruban**
Signature of individual signing on behalf of debtor

**J. Tim Pruban**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor