

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

06/03/2020 01:30 PM

COURTROOM   8B

HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:20-bk-03608-CPM | 11 | 05/06/2020 |

**Chapter 11**

**DEBTOR:**        CFRA Holdings, LLC

**DEBTOR ATTY:**   Carmen Contreras-Martinez

**TRUSTEE:**       NA

**HEARING:**

STATUS CONFERENCE

**APPEARANCES::**
NO AAPPEARANCES:...

**RULING:**
STATUS CONFERENCE... PARTIES AGREED TO POSTPONE THE HEARING SET FOR 6/3/20 AT 1:30 P.M. TO 6/4/20 AT 9:30 A.M.;...<b>ANNOUNCED IN OPEN COURT NO FURTHER NOTICE GIVEN</b>...
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.