

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

06/04/2020 09:30 AM

COURTROOM   8B

HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:20-bk-03608-CPM | 11 | 05/06/2020 |

Chapter 11

**DEBTOR:**   CFRA Holdings, LLC

**DEBTOR ATTY:**   Carmen Contreras-Martinez

**TRUSTEE:**   NA

**HEARING:**

STATUS CONFERENCE
.

**APPEARANCES:**:
BRYAN ADEL; AARON APPLEBAUM; DAVID BERTENTHAL; DAVID CATUOGNO; CARMEN CONTRERAS-MARTINEZ; LAURA JONES; DANIEL ELIADES; KEVIN HING; NORMAN KINEL; JEFFREY KUCERA; DENNIS LEWANDOWSKI; AZID MAZHIR; JOHN MORRIS; JIHYUN PARK; TIM PRUBAN; CRAIG RASILE; STEPHEN RAVIN; MICHAEL REINING; MARK SALZBERG; CHRISTINE SON; GREGG STEINMAN; ELLSWORTH SUMMERS; ALAN WEINER; NATHAN WHEATLEY...

**RULING:**
STATUS CONFERENCE.. CONT TO 6/5/20 AT 11:30 AM; HEARING MAY CONTINUE INTO THE AFTERNOON AFTER CONCLUSION OF THE 341 CREDITORS MEETING; ...<b>ANNOUNCED IN OPEN COURT NO FURTHER NOTICE GIVEN</b>...

.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.