ORDERED.

Dated: June 05, 2020

*Catherine M^cEwen*
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

CFRA HOLDINGS, LLC, CFRA, LLC and              Case No. 8:20-bk-03608-CPM
CFRA TRI-CITIES, LLC                            Jointly Administered with
                                                Case No. 8:30-bk-03609-CPM and
                                                Case No. 8:20-bk-03610-CPM

        Debtors.                                Chapter 11 Cases
_____/

**ORDER CONTINUING HEARING ON MOTION FOR
RELIEF FROM STAY FILED BY ELLISTON PLACE LIMITED
PARTNERSHIP AND GRANTING REQUEST FOR ADEQUATE PROTECTION**

THIS CASE came on for hearing on June 1, 2020 at 3:45 p.m. upon the Motion for Relief from Stay (the "Motion") (Doc. No. 61) filed by Elliston Place Limited Partnership ("Landlord") concerning the restaurant leased by Debtor CFRA, LLC (the "Debtor"), store #3427 located at 2214 Elliston Place, Nashville, Tennessee 37203 (the "Location"). For the reasons stated orally and recorded in open Court that shall constitute the decision of this Court, it is:

ORDERED that:

1.      The hearing on the Motion is hereby continued to June 25, 2020 at 2:00 PM.

2. As adequate protection, the Debtor has agreed to provide Landlord with the following:

   a. The Debtor shall cooperate with Landlord in providing reasonable access to the Location upon prior written notice to Debtor's counsel, with any inspection or access to the Location to occur during regular business hours.

   b. The Debtor shall provide proof of insurance to Landlord's counsel relating to the Location within ten (10) days of this Order.

   c. The Debtor agrees to keep in place and shall pay for all utilities related to the Location necessary to maintain air conditioning and security necessary to preserve the Location.

3. Debtor shall be in default under this Order if Debtor fails to timely furnish the adequate protection set forth in this Order. If Debtor is in default and fails to cure such default within seventy-two (72) hours of written notice to Debtor's counsel and counsel for the Official Committee of Unsecured Creditors (the "Committee") by electronic mail, the Court shall grant Landlord *in rem* relief from stay to exercise Landlord's rights under the lease agreement for the Location without further notice and hearing; provided however, that Landlord shall be required to submit a proposed order lifting the automatic stay and an affidavit setting forth specific facts establishing that (a) the default occurred, (b) Landlord provided the Debtor's counsel (carmen.contreras-martinez@saul.com and aaron.applebaum@saul.com), Committee's counsel (mark.salzberg@squirepb.com and norman.kinel@squirepb.com) and IHOP's counsel (ljones@pszjlaw.com and crasile@mwe.com) with seventy-two 72 hours written notice of default by electronic mail, and (c) the Debtor failed to timely cure the default.

4. The Court shall retain jurisdiction to resolve any disputes relating to this Order.

3

cc: Attorney Alberto F. Gomez, Jr., Esq. is directed to serve a copy of this order on interested parties who do not receive service via the Court's CM/ECF system and file a proof of service within three (3) days of entry of this order.

6286472_1