

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

06/05/2020 02:45 PM

COURTROOM  8B

HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:20-bk-03608-CPM** | 11 | **05/06/2020** |

**Chapter 11**

**DEBTOR:**          CFRA Holdings, LLC


**DEBTOR ATTY:**    **Carmen Contreras-Martinez**

**TRUSTEE:**          NA

**HEARING:**

STATUS CONFERENCE
  .

**APPEARANCES:**:
BRYAN ADEL; AARON APPLEBAUM; DAVID BERTENTHAL; DAVID CATUOGNO; CARMEN CONTRERAS-MARTINEZ; DANIEL ELIADES; KEVIN HING; LAURA JONES; NORMAN KINEL; JEFFREY KUCERA; DENNIS LEWANDOWSKI; AZID MAZHIR; JIHYUN PARK; TIM PRUBAN; CRAIG RASILE; MICHAEL REINING; MARK SALZBERG; CHRISTINE SON; GREGG STEINMAN; ELLSWORTH SUMMERS; ALAN WEINER; NATHAN WHEATLEY; STEPHEN RAVIN....

**RULING:**
STATUS CONFERENCE... CONT TO 6/8/20 AT 2:30 PM; ...<b>ANNOUNCED IN OPEN COURT NO FURTHER NOTICE GIVEN</b>...

.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.