UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

| | |
|---|---|
| CFRA HOLDINGS, LLC, CFRA, LLC and CFRA TRI-CITIES, LLC<br><br>Debtors.<br><br>_____ / | Case No. 8:20-bk-03608-CPM<br>Jointly Administered with<br>Case No. 8:30-bk-03609-CPM and<br>Case No. 8:20-bk-03610-CPM<br><br>Chapter 11 Cases |

**VERIFIED DECLARATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019 OF REPRESENTATION OF MULTIPLE CREDITORS**

Johnson Pope Bokor Ruppel & Burns, LLC ("Johnson Pope"), counsel for the parties listed below, hereby makes the following declaration pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

1. Johnson Pope is acting as counsel in this case for the following creditors (collectively, the "Creditors"), whose names, addresses, and claim number, nature and amount of each of their claims are as follows:

| Name | Address | Nature of Claim | Amount of Claim |
|---|---|---|---|
| Elliston Place Limited Partnership | 615 3rd Avenue South Nashville, TN 37210-2341 | Landlord for Store #3427 | $26,337.19 |
| Casual Dining Smyrna, LLC | 30 Second Street, Ste. 109 Hackensack, NJ 07601 | Landlord for Store #3218 | $72,225.00 |

2. Johnson Pope has extensive experience in representing creditors in Chapter 11 cases and is qualified to represent the Creditors. The Creditors are aware of Johnson Pope's representation of multiple parties and have no objection to such multiple representation.

3. All of the Creditors own or hold their claims, and such claims have not been sold or transferred by or to the Creditors.

4.  Johnson Pope holds no claims against or interest in the above-captioned Debtor.

Dated: June 10th, 2020.

>JOHNSON, POPE, BOKOR,
>RUPPEL & BURNS, LLP
>
>/s/ Alberto F. Gomez, Jr.
>Alberto F. Gomez, Jr. (FBN: 784486)
>401 E. Jackson Street #3100
>Tampa, FL 33602
>Telephone:    813-225-2500
>Facsimile:    813-223-7118
>Email: Al@jpfirm.com
>Attorneys for Elliston Place Limited Partnership
>Casual Dining Smyrna, LLC

## VERIFICATION

Under penalty of perjury, I Alberto F. Gomez, Jr., hereby verify that I have personal knowledge of the matters contained in the foregoing declaration, and that the facts and representations contained therein are true and correct.

Alberto F. Gomez, Jr.

STATE OF FLORIDA           )
COUNTY OF HILLSBOROUGH     )

The foregoing Verified Declaration Pursuant to Federal Rule of Bankruptcy Procedure 2019 of Representation of Multiple Creditors was acknowledged before this 10th day of June, 2020, by Alberto F. Gomez, Jr., who is personally known to me and who did take an oath.

(SEAL) 

Andrena Westcott, Notary Public
State of Florida

ANDRENA WESTCOTT
Notary Public - State of Florida
Commission # GG 282790
My Comm. Expires Mar 20, 2023
Bonded through National Notary Assn.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Verified Declaration Pursuant to Federal Rule of Bankruptcy Procedure 2019 of Representation of Multiple Creditors has been forwarded via the CM/ECF Noticing System to all registered CM/ECF recipients on June 10, 2020.

/s/ Alberto F. Gomez, Jr.
Alberto F. Gomez, Jr.