**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| CFRA HOLDINGS, LLC | Case No. 8:20-bk-03608-CPM |
| | *Jointly Administered with:* |
| CFRA, LLC | Case No. 8:20-bk-03609-CPM |
| CFRA TRI-CITIES, LLC | Case No. 8:20-bk-03610-CPM |
| Debtors. / | |

**NOTICE OF ASSUMPTION, ASSIGNMENT AND CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF THE DEBTORS**

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), are seeking to sell substantially all of their assets (the "**Assets**"). The Debtors will consider proposals to acquire some or all of the Assets through a sale under section 363 of the Bankruptcy Code. **The Debtors have reserved the right to seek Court approval, with notice and an opportunity for hearing, of one or more parties to serve as a stalking horse purchaser (each a "Stalking Horse Purchaser") to acquire some or all of the Assets pursuant to a Transaction Agreement between the applicable Debtor(s) and the Stalking Horse Purchaser.**

The Debtors have requested that the Bankruptcy Court enter an order or orders (the "**Sale Orders**"), which provide, among other things, for the sale of the Assets free and clear of all liens, claims, encumbrances and other interests, to the extent permissible by law, and the assumption by the applicable purchaser of certain liabilities. In connection with this marketing and sale process, the Debtors are seeking to assume or assume and assign certain of their executory contracts and unexpired leases related to the Assets (collectively, the "**Assumed Contracts**").

By order entered on June 10, 2020 [Docket No. 134] (the "**Bidding Procedures Order**"), the Bankruptcy Court approved certain "**Bidding Procedures**" that govern the sale of all of the Assets to the highest and best bidders. Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures Order.

**You are receiving this Notice because you may be a party to an Assumed Contract. A list of the Assumed Contracts is attached hereto as Exhibit A.** The Debtors have determined the current amounts owing (the "**Cure Amounts**") under each Assumed Contract and have listed the applicable Cure Amounts on **Exhibit A**. The Cure Amounts are the only amounts proposed to be paid upon any assumption or assumption and assignment of the Assumed Contracts, in full satisfaction of all amounts outstanding under the Assumed Contracts.

**To the extent that a non-Debtor party to an Assumed Contract objects to (i) the assumption and assignment of such party's Assumed Contract or (ii) the applicable Cure Amounts, the non-Debtor counterparty must file and serve an objection in accordance with the Bidding Procedures Order, so as to be received by the undersigned counsel for the Debtors and the other parties specified therein by <u>June 23, 2020 at 4:00 p.m. (ET)</u>.**

A virtual auction, as determined by Gordon Brothers and the Debtors, in consultation with the Consultation Parties, (the "**Auction**") for the Assets, including the Assumed Contracts, will be conducted on **<u>June 24, 2020 at 10:00 a.m. (ET)</u>**. After the Auction occurs (or after the cancellation of the Auction, if applicable), the Debtors will file and serve a notice that identifies the proposed acquirers of the Assets, and the proposed assignees of any Assumed Contracts.

The Bidding Procedures Order requires that each Qualifying Bidder provide Adequate Assurance Information along with a Bid. Any counterparty to a lease or executory contract that would like to receive such Adequate Assurance Information must submit a written request to Debtors' counsel to receive the Adequate Assurance Information by email (a) that specifically identifies the Assets for which you would like to receive Adequate Assurance Information in accordance with the terms of the Bidding Procedure Order, and (b) that you agree to be bound by the confidentiality provisions set forth in the Bidding Procedures Order. **The deadline to object to adequate assurance of future performance with respect to such proposed assignees, shall be <u>at the Sale Hearing (as defined below)</u>.**

**If no objection is timely received with respect to Cure Amounts or the assumption of an Assumed Contract, (i) a non-Debtor party to a Contract shall be forever barred from objecting to the Cure Amounts and from asserting any additional cure or other amounts with respect to such Contract, (ii) the Cure Amounts set forth on <u>Exhibit A</u> attached hereto shall be controlling, notwithstanding anything to the contrary in any Assumed Contract, or any other document, and the non-Debtor party to an Assumed Contract shall be deemed to have consented to the Cure Amounts, (iii) the non-Debtor party to a Contract shall be forever barred and estopped from asserting any other claims related to such Contract against the Debtors or the applicable transferee, or the property of any of them; and (iv) the Counterparty shall be deemed to consent to, and the Debtors shall be permitted to proceed with, the assumption and assignment of the applicable Assigned Contract.**

The Debtors will seek to assume and assign the Assumed Contracts that have been selected by a Successful Bidder or the Stalking Horse Purchaser, if applicable, at a hearing before the Honorable Catherine Peek McEwen, in the United States Bankruptcy Court for the Middle District of Florida, 801 North Florida Avenue, Courtroom 8B (8th Floor), Tampa, Florida 33602 (a "**Sale Hearing**") on **<u>June 26, 2020 at 9:30 a.m. (ET)</u>**, or such other date as determined by the Debtors in accordance with the terms of the Bidding Procedures Order. A hearing regarding the Cure Amounts, if any, may be adjourned by agreement of the Debtors and applicable objection party or by order of the Court.

-3-

| | |
|---|---|
| Dated: June 11, 2020 | **SAUL EWING ARNSTEIN & LEHR LLP**<br>*Counsel for Debtors and Debtors-in-Possession*<br>701 Brickell Avenue, 17th Floor<br>Miami, FL 33131<br>Telephone: (305) 428-4500<br>Facsimile: (305) 374-4744 |
| | *By:*  */s/ Carmen Contreras-Martinez*_____<br>Carmen Contreras-Martinez<br>Florida Bar No. 093475<br>Carmen.Contreras-Martinez@saul.com |
| | -and- |
| | Stephen B. Ravin (*pro hac vice*)<br>Florida Bar No. 293768 (*inactive status*)<br>Aaron S. Applebaum (*pro hac vice*)<br>1037 Raymond Boulevard<br>Suite 1520<br>Newark, NJ 07102<br>Telephone: (973) 286-6700<br>Facsimile:  (973) 286-6800<br>Stephen.Ravin@saul.com<br>Aaron.Applebaum@saul.com |

37065093.1 06/11/2020

**EXHIBIT A – ASSUMED CONTRACTS**

| Contract Counterparty | Contract/Lease | Debtor Party | Cure Amount |
|---|---|---|---|
| Assembly Restaurant, LLC | Lease – Store #419 | CFRA, LLC | $44,000 |
| C&J Associates | Lease – Store #494 | CFRA, LLC | $17,109 |
| Trilogy, Inc. | Lease – Store #530 | CFRA, LLC | $54,574 |
| 6851 Lennox, LLC | Lease – Store #597 | CFRA, LLC | $60,362 |
| Alcimedes, Inc. | Lease – Store #2027 | CFRA, LLC | $46,305 |
| David, Elizabeth & Robert Nakahara | Lease – Store #3105 | CFRA, LLC | $58,200 |
| NorthCross Land & Development, LLC | Lease – Store #3139 | CFRA, LLC | $35,090 |
| Casual Dining Smyrna, LLC | Lease – Store #3218 | CFRA, LLC | $72,227 |
| Nashville West Shopping Center, LLC | Lease – Store #3326 | CFRA, LLC | $43,911 |
| DDR Cotswold, LLC | Lease – Store #3327 | CFRA, LLC | $63,402 |
| Tuven D. Lecong, as Trustee under the Lecong Revocable Trust Declaration | Lease – Store #3367 | CFRA, LLC | $45,686 |
| Cooke Properties | Lease – Store #3383 | CFRA, LLC | $23,489 |
| Ballantyne Property Group, LLC | Lease – Store #3423 | CFRA, LLC | $40,315 |
| Elliston Place Partners LLC | Lease – Store #3427 | CFRA, LLC | $43,172 |
| J.D. Eatherly Vastland Companies | Lease – Store #3450 | CFRA, LLC | $27,531 |
| Promenade Shopping Center, LLC | Lease – Store #3453 | CFRA, LLC | $29,245 |
| Manheim Township Development | Lease – Store #3472 | CFRA, LLC | $62,976 |
| Stanhope 2013, LLC | Lease – Store #3487 | CFRA, LLC | $31,777 |
| Highland Creek Retail, LLC | Lease – Store #3488 | CFRA, LLC | $39,281 |
| Mitchell Montgomery I, LLC | Lease – Store #3502 | CFRA, LLC | $32,400 |
| Ecolab, Inc. | Dishwasher Lease – Store #419 | CFRA, LLC | $1,644 |
| Ecolab, Inc. | Dishwasher Lease – Store #491 | CFRA, LLC | $1,644 |
| Ecolab, Inc. | Dishwasher Lease – Store #492 | CFRA, LLC | $1,644 |
| Ecolab, Inc. | Dishwasher Lease – Store #494 | CFRA, LLC | $1,644 |

| Contract Counterparty | Contract/Lease | Debtor Party | Cure Amount |
|---|---|---|---|
| Ecolab, Inc. | Dishwasher Lease – Store #574 | CFRA, LLC | $1,644 |
| Ecolab, Inc. | Dishwasher Lease – Store #587 | CFRA, LLC | $1,644 |
| Ecolab, Inc. | Dishwasher Lease – Store #597 | CFRA, LLC | $1,644 |
| Ecolab, Inc. | Dishwasher Lease – Store #2027 | CFRA, LLC | $1,644 |
| Ecolab, Inc. | Dishwasher Lease – Store #3218 | CFRA, LLC | $1,644 |
| Ecolab, Inc. | Dishwasher Lease – Store #4405 | CFRA, LLC | $1,644 |
| Ecolab, Inc. | Dishwasher Lease – Store #4408 | CFRA, LLC | $1,644 |
| Ecolab, Inc. | Dishwasher Lease – Store #4414 | CFRA, LLC | $1,644 |
| Ecolab, Inc. | Dishwasher Lease – Store #4417 | CFRA, LLC | $1,644 |
| Ecolab, Inc. | Dishwasher Lease – Store #4423 | CFRA, LLC | $1,644 |
| Ecolab, Inc. | Dishwasher Lease – Store #4448 | CFRA, LLC | $1,644 |
| Ecolab, Inc. | Dishwasher Lease – Store #4505 | CFRA, LLC | $1,644 |
| Ecolab, Inc. | Dishwasher Lease – Store #4403 | CFRA, LLC | $1,644 |
| Arc3 Gases South | CO2 Gas & Fixtures Contract | CFRA, LLC | $9,188 |
| Aramark Uniform Services | Uniforms Contract | CFRA, LLC | $10,961 |
| Pye Barker Fire and Safety | Fire Safety Services Agreement | CFRA, LLC | $5,753 |
| ROS Technology Services Inc. | Labor Management Software | CFRA, LLC | $67,560 |
| ROS Technology Services Inc. | POS sales tracking | CFRA, LLC | $0 |
| ROS Technology Services Inc. | Website, email and technology | CFRA, LLC | $0 |
| ROS Technology Services Inc. | Software | CFRA, LLC | $0 |
| ROS Technology Services Inc. | Uniform services agreement | CFRA, LLC | $0 |
| Dr Pepper/Seven Up, Inc. | Fountain Support Agreement | CFRA, LLC | $0 |