**Fill in this information to identify the case:**

Debtor name: **CFRA Tri-Cities, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): 8:20-bk-03610-CPM

■ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     | Total claim | Priority amount |
|-----|-----|-------------|-----------------|
| 2.1 | Priority creditor's name and mailing address<br>**see attached**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $2,466.82 | $2,466.82 |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|     |     | Amount of claim |
|-----|-----|-----------------|
| 3.1 | Nonpriority creditor's name and mailing address<br>**see attached**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $199,137.00 |
| 3.2 | Nonpriority creditor's name and mailing address<br>**see attached**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Employee Claims - non priority**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $4,916.48 |

### Part 3: List Others to Be Notified About Unsecured Claims

| Debtor | **CFRA Tri-Cities, LLC** | Case number (if known) | **8:20-bk-03610-CPM** |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|   |   | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 2,466.82 |
| **5b. Total claims from Part 2** | 5b. + $ | 204,053.48 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. $ | 206,520.30 |

Case No. 8:02-bk-03610
Attachment to Schedule E
Employee Priority Claims

CFRA Tri-Cities, LLC

| Last Name | First Name | Address | Amount | Contingent | Unliquidated | Disputed |
|---|---|---|---|---|---|---|
| Armstead | Nathan | 2 Ridgewood Ter    Johnson City Tn 37601 | 7.20 | | | |
| Barquero | Stephanie | 907 Antioch Road #47    Johnson City Tn 37604 | 0.77 | | | |
| Bentley | Michael | 2119 Preston Rd    Big Sone Gap Va 24219 | 326.37 | | | |
| Blizzard | Payton | 370 Silver Lake Road    Church Hill Tn 37642 | 13.93 | | | |
| Brannon | Sandra | 102 Oakcrest Circle #3    Bristol Va 24201 | 5.25 | | | |
| Brindley | Kyle | 5620 Simerly Creek Rd    Unicoi Tn 37692 | 7.45 | | | |
| Buckner | Karley | 1811 West Lakeview Drive    Johnson City Tn 37601 | 8.92 | | | |
| Carlton | Sharon | 2804 Plymouth Rd Apt 5 Johnson City Tn 37601 | 28.43 | | | |
| Carpenter | Kayla | 103 Sequoyah Dr    Johnson City Tn 37601 | 30.31 | | | |
| Castle | Isabell | 2815 Broad St    Bristol Tn 37620 | 90.78 | | | |
| Collins | Brittany | 208 White Street    Gray Tn 37615 | 10.41 | | | |
| Cooper | Amy | 917 Bandit Drive    Bristol Va 24201 | 26.53 | | | |
| Crisp | Breanna | 601 Holston Street    Kingsport Tn 37660 | 16.92 | | | |
| Deraps | Tonya | 15091 Canary Lane    Bristol Va 24202 | 15.71 | | | |
| Gibson | Dani | 228 Rockhous Rd # 43    Johnson City Tn 37604 | 23.12 | | | |
| Hall | Cynthia | 308 Newland Ave    Kingsport Tn 37660 | 11.51 | | | |
| Harrison | Jacob | 800 Teasel Dr    Kingsport Tn 37660 | 117.85 | | | |
| Hawkins | Sharrecca | 425 Rich Dr    Kingsoport Tn 37660 | 2.93 | | | |
| Hynes | Mike | 330 Godsey Road Apt# 4    Bristol Tn 37620 | 13.60 | | | |
| Jones | Alexis | 6735 Carters Valley Road    Church Hill Tn 37642 | 172.08 | | | |
| Knight | Carolyne | 3002 S Roan St Apt 3    Johnson City Tn 37601 | 83.85 | | | |
| Lawrence | Kendra | 17070 Horton Highway    Fall Branch Tn 37656 | 78.95 | | | |
| Lopez | Paula | 2701 South Roan St 155    Johnson City Tn 37601 | 29.38 | | | |
| Massey | Taylor | 215 Stanley Valley Road    Rogersville Tn 37857 | 30.78 | | | |
| Mavros | Lillith | 207 East Chestnut St    Johnson City Tn 37601 | 117.72 | | | |
| Phipps | Ashlyn | 1110 Highway 91    Elizabethton Tn 37643 | 54.72 | | | |
| Ramirez | Luis | 100 Carter Sells Road Apt 21    Johnson City Tn 37604 | 227.14 | | | |
| Reed | Magadelene | 128 Country Garden Road    Johnson City Tn 37601 | 9.35 | | | |
| Reed | Sydney | 128 Country Garden Rd    Johnson City Tn 37601 | 19.46 | | | |
| Reedy | Samantha | 207 E Chestnut St    Johnson City Tn 37601 | 66.00 | | | |
| Richards | Emily | 302 Tennessee Ave    Bluff City Tn 37618 | 54.84 | | | |
| Rose | Katelyn | 223 Belmont Avenue Mount Carmel Tn 37645 | 36.32 | | | |
| Ryans | James | 410 East Myrtle Ave    Johnson City Tn 37601 | 70.98 | | | |
| Rynaski | Sandra | 942 Cooks Valley Rd    Kingsport Tn 37664 | 209.84 | | | |
| Samples | William | 4000 Brandon Ln Lot 106  Kingsport Tn 37660 | 89.54 | | | |
| Shahmoradi | Tara | 3179 Linden Dr  Bristol Va 24202 | 2.12 | | | |
| Shaw | Tamia | 101 Big Valley Drive    Bristol Va 37620 | 22.27 | | | |
| Simpson | Rebecca | 1422 East Center Street    Kingsport Tn 37664 | 0.00 | | | |
| Smalley | Shawna | 1916 Darnell Dr    Kingsport Tn 37665 | 13.01 | | | |
| Smith | Madison | 19062 Benhams Rd    Bristol Va 24202 | 8.89 | | | |
| Smith | Robin | 1209 Fork Ridge Road    Lebanon Va 24266 | 26.09 | | | |
| Stratton | Elijah | 1013    Johnson City Tn 37604 | 27.92 | | | |
| Taylor | Chazten | 1301 Seminole Drive 17B    Johnson City 37604 | 96.31 | | | |
| Teaster | Chelsea | 126 Stage Road Jonesborugh Tn 37659 | 26.69 | | | |
| Teaster | Janet | 126 Stage Road Jonesborough Tn 37659 | 0.08 | | | |
| Van Dyke | Jason | 404 Hammond Ave    Mount Carmel Tn 37645 | 68.27 | | | |

| Last Name | First Name | Address | Amount | Contingent | Unliquidated | Disputed |
|---|---|---|---|---|---|---|
| Walters | Alaecius | 111 Alexander Crossing Dr    Church Hill Tn 37642 | 17.19 | | | |
| Webb | Deborah | Po Box 1192           Milligan College Tn 37682 | 12.76 | | | |
| Woods | Katlin | 1345 Fairveiw Ave         Kingsport Tn 37660 | 36.28 | | | |
| | | | | | | |
| | | **Total** | **2,466.82** | | | |

CFRA Tri-Cities, LLC

| Company | Address | City | State | Zip | Amount | Contingent | Unliquidated | Disputed |
|---|---|---|---|---|---|---|---|---|
| CITY OF KINGSPORT | PO BOX 880 | Kingsport | TN | 37662-0880 | 866.19 | | | |
| BRIGHTRIDGE | PO BOX 2058 | Johnson City | TN | 37605-2058 | 2,594.92 | | | |
| JOHNSON CITY UTILITY SYS | PO BOX 2386 | Johnson City | TN | 37605-2386 | 1,987.76 | | | |
| Bristol Virginia Utiliti | P.O. Box 8100 | Bristol | VA | 24203-8100 | 1,844.13 | | | |
| GFL ENVIRONMENTAL | 1803 GRAYSON TURNPIKE | Wytheville | VA | 24382 | 237.22 | | | |
| BELTRAM EDGE TOOL SUPPLY | PO Box 844620 Dept #101 | Boston | MA | | 3,555.23 | | | |
| BONDED FILTER CO. | DEPT# SF 81 PO BOX 830525 | Birmingham | AL | 35283-0525 | 95.56 | | | |
| BRISTOL HEATING & AIR C | , I 1905 BROOKSIDE LANE | Kingsport | TN | 37660 | 200.00 | | | |
| BROADWAY LIGHTS, LLC | PO BOX 16253 | Greenville | SC | 29606 | 103,065.00 | | | X |
| CAPTIVEAIRE SYSTEMS | P.O. BOX 60270 | Charlotte | NC | 28260 | 992.65 | | | |
| COMMERCIAL KITCHEN SPECI | 1377 N. Brazos Street | San Antonio | TX | 78207 | 1,209.52 | | | |
| CONCORD PRINTING CO. | 420 COPPERFIELD BLVD | Concord | NC | 28025 | 83.46 | | | |
| DAN'S PROFESSIONAL PLUM | 1558 Fuller Street | Kingsport | TN | 37664 | 5,325.00 | | | |
| DATAMAX SERVICES, INC | 6251 PARK OF COMMERCE | Boca Raton | FL | 33487 | 447.50 | | | |
| DSI/DATASOURCE INC. | DEPT 730023 PO BOX 660919 | Dallas | TX | 75266-0919 | 174.88 | | | |
| DELAWARE SECRETARY OF ST | 401 Federal St., Suite 3 | Dover | DE | 19901 | 300.00 | | | |
| FISH WINDOW CLEANING | 1296 SUGAR HOLLOW | Bristol | TN | 37620 | 50.00 | | | |
| FORD & HARRISON LLP | 271 17TH ST NW, STE 1900 | Atlanta | GA | 30363 | 10,605.11 | | | |
| GREEN GALYEN PRESSURE WA | 120 BOONE AVE | Johnson City | TN | 37615 | 275.00 | | | |
| HAMCO RALEIGH | 1314 FAIRVIEW ROAD | Raleigh | NC | 27608 | 334.91 | | | |
| HPI DIRECT, INC. | PO BOX 748000 | Cincinnati | OH | 45274 | 973.27 | | | |
| INTERFACE SECURITY SYSTE | 8339 Solutions Center | Chicago | IL | 60677-8003 | 1,316.07 | | | |
| NATIONAL TAX CREDIT HOLDI | 10499 W. BRADFORD RD | Littleton | CO | 80127 | 1,762.53 | | | |
| Performance Food Group | 7420 Ranco Rd. | Richmond | VA | 23228 | 55,361.00 | | | X |
| PREMIER FIRE PROTECTION, | PO BOX 1103 | Bristol | TN | 37621 | 1,193.11 | | | |
| RETAIL TECHNOLOGY GROUP | 1663 FENTON BUSINESS | Fenton | MO | 63026 | 191.63 | | | |
| ROSNET | 2005 BACHELOR RD | Mooresboro | NC | 28114 | 1,600.00 | | | |
| RUSTIC RIDGE LANDSCAPING | PO BOX 8115 | Gray | TN | 37615 | 1,050.00 | | | |
| S&D COFFEE, INC. | P.O. BOX 1628 | Concord | NC | 28027-1628 | 686.79 | | | |
| STANLEY STEEMER OF TRI- | 1074 LYNN GARDEN DR Suite A | Kingsport | TN | 37665 | 200.00 | | | |
| WASSERSTROM COMPANY | PO BOX 182056 | Columbus | OH | 43218-2056 | 558.78 | | | |
| | | | | **Total** | **199,137.22** | | | |

Attachment to Schedule F
Employee Claims - non priority

CFRA Tri-Cities, LLC

| Last Name | First Name | Address | Amount | Contingent | Unliquidated | Disputed |
|---|---|---|---|---|---|---|
| Acevedo | Brett | 1050 Tip Top Ave    Kingsport Tn 37665 | 11.95 | | | |
| Andrews | Kelsie | 338 Old Gray Station Rd    Johnson City Tn 37601 | 14.45 | | | |
| Arbaugh | Dalton | 103 Angeline Dr    Gray Tn 37615 | 39.27 | | | |
| Ball | Michael | 19453 Noble Dr    Bristol Va 24202 | 54.97 | | | |
| Bassetti | Mary | 10199 Crescent Rd.    Glade Spring Va 24340 | 4.39 | | | |
| Batista | Giovanni | 423 W Chestnut St    Johnson City Tn 37604 | 10.27 | | | |
| Benedetto | Jennifer | 370 Vi Ranch Road    Bristol Tn 37620 | 75.35 | | | |
| Blizzard | Payton | 370 Silver Lake Road    Church Hill Tn 37642 | 7.02 | | | |
| Bowen | Shakeena | 13 Mcgregor Street    Johnson City 37604 | 3.61 | | | |
| Brannon | Sandra | 102 Oakcrest Circle #3    Bristol Va 24201 | 6.58 | | | |
| Brower | Tiffany | 800 Woodland Dr    Mount Carmel Tn 37645 | 25.23 | | | |
| Browers | Phillip | 113 Beechgrove St    Telford Tn 37690 | 12.00 | | | |
| Brown | Walker | 930 Sugar Hollow Road #19    Piney Flats Tn 37686 | 58.80 | | | |
| Burkhart | Beverly | 3549 Crestwood Dr    Kingsport Tn 37660 | 6.21 | | | |
| Calliham | Tiffani | 1176 Ward Place    Kingsport Tn 37660 | 16.62 | | | |
| Carlton | Sharon | 2804 Plymouth Rd Apt 5 Johnson City Tn 37601 | 3.83 | | | |
| Christian | Emily | 975 Charlie Doty Rd    Greenville Tn 37745 | 1.34 | | | |
| Cleek | Nicholas | 127 Belsay Dr    Kingsport Tn 37660 | 98.99 | | | |
| Coates | Kristina | 109 Fairfax Rd    Kingsport Tn 37660 | 0.07 | | | |
| Cole | Alissa | 502 Fall St    Johnson City Tn 37604 | 10.51 | | | |
| Connor | Shawn | 17 East Mary St    Virginia Vt 24201 | 7.85 | | | |
| Cook | Terry | 547 Burem Rd    Rogersville Tn 37857 | 39.39 | | | |
| Cooper | Joshua | 110 Sheffield Circle    Gray Tn 37615 | 30.91 | | | |
| Cox | Fianna | 1211Division Street    Johnson City Tn 37615 | 21.00 | | | |
| Curry | Nicole | 119 Woodland Drive    Jonesborough Tn 37659 | 29.50 | | | |
| Daly | Thomas | 1940 Park St    Kingsport Tn 37664 | 0.08 | | | |
| Daugherty | Janie | 19448 Yamaha Circle    Bristol Va 24202 | 18.40 | | | |
| Delancey | Benjamin | 370 Patterson Hill Rd    Blountville Tn 37617 | 37.84 | | | |
| Dukes | Keyona | 910 Dale St    Kingsport Tn 37660 | 46.17 | | | |
| Durham | Hubert | 2911 West Reynosa Lane    Big Stone Gap Va 24219 | 16.97 | | | |
| Ferrer Rivera | Omar | 1120 North Main Avenue    Erwin Tn 37604 | 16.77 | | | |
| Fleming | Jessie | 18748 Jeb Stuart Hwy    Abingdon Va 24211 | 28.79 | | | |
| Flowers | Mariah | 1018 Sparrow Road    Abingdon Va 24210 | 106.77 | | | |
| Forney | David | 02 West 9Th Avenue    Johnson City Tn 37604 | 157.92 | | | |
| Gragg | Janice | 938B Lynn Garden Drive Apt B Kingsport Tn 37665 | 18.47 | | | |
| Haynes | Nicole | 1233 Milligan Highway  Johnson City Tn 37601 | 29.54 | | | |
| Hicks | Chasity | 1236 Union Street    Kingsport Tn 37665 | 8.31 | | | |
| Hunt | Antwain | 718 Oakview Ave Apt A4    Bristol Va 24201 | 24.57 | | | |
| Hunter | Dameon | 405 Salem St    Kingsport Tn 37660 | 26.72 | | | |
| Hyatt | Rebecca | 392 Ridgecrest Road    Jonesborough Tn 37659 | 51.50 | | | |
| Jantzen | Cheyenne | 6 Jackson Ln    Bristol Va 24201 | 13.48 | | | |
| Jenkins | Della | 8 Heritage Dr Apt 11    Bristol Va 24201 | 1.39 | | | |
| Johnson | Carolyne | 1742 Highland St    Kingsport Tn 37664 | 68.23 | | | |
| Kamer | Jackie | 822 Walnut Ave Kingsport Tn 37660 | 32.90 | | | |
| Killaby | Kassidy | 112 West Cedar St    Bristol Tn 37620 | 1.84 | | | |
| Larkins | Ashley | 1457 Ridgecrest Ave Lot 4    Kingsport Tn 37660 | 16.00 | | | |
| Leedy | Ashley | 244 Shipley Rd Lot 16    Church Hill Tn 37642 | 122.19 | | | |

| Last Name | First Name | Address | Amount | Contingent | Unliquidated | Disputed |
|---|---|---|---|---|---|---|
| Leonard | Sarah | 254 Mcfarlane Ln      Rosedale Va 24280 | 3.06 | | | |
| Lingerfelt | Whitney | 205 E Fairview Ave     Johnson City Tn 37601 | 71.70 | | | |
| Lopez | Xochilt | 809 New Beason Well Rd     Kingsport Tn 37660 | 39.36 | | | |
| Manis | Sarah | 2899 Eaton Hill Rd     Hiltons Va 24258 | 33.47 | | | |
| Martin | Jarrod | 313 E Sullivan Street   Kingsport Tn 37660 | 25.39 | | | |
| Mathies | Mathies | 600 Garden Drive     Bristol Va 24202 | 21.35 | | | |
| Mckinney | Kaitlin | 07 Brian Lane     Erwin Tn 37650 | 49.99 | | | |
| Mcvey | Charles | 924 Beverly Dr.     Abingdon Va 24210 | 33.89 | | | |
| Menya | Sheldon | 1538 Waverly Gardens     Kingsport Tn 37664 | 204.01 | | | |
| Mitchell | Tiffany | 15586 Lee Hwy  Briistol Va 24201 | 0.21 | | | |
| Muncey | Kasi | 20066 Haskell Station Roa     Bristol Va 24202 | 27.55 | | | |
| Nave | Olyvia | 651 Quarry St     Bristol Va 24201 | 16.44 | | | |
| Nechtman | Alan | 6434 Hayters Gap Rd     Saltville Va 24370 | 12.19 | | | |
| Nielsen | Anna | 272 Newstock Rd     Asheville Nc 28804 | 16.94 | | | |
| Nobleton | Tamika | 305 Grande Ave Ext     Johnson City Tn 37604 | 5.93 | | | |
| Norris | Lindsey | 15589 Lee Hwy     Bristol Va 24202 | 12.85 | | | |
| Norton | Jeremiah | 4 Taylor Ridge Court     Johnson City Tn 37601 | 3.02 | | | |
| Okeefer | Gloria | 622 Milam St     Kingsport Tn 37660 | 144.50 | | | |
| Owens | Ashley | 1009 Rosetree Lane     Kingsport Tn 37660 | 16.71 | | | |
| Patton | Marcus | 3303 Lita Drive     Johnson City Tn 37604 | 1.40 | | | |
| Peters | Jamie | 303 Deck Valley Rd     Bristol Tn 37620 | 19.74 | | | |
| Pierce | Allison | 1110 Highway 91     Elizabethton Tn 37643 | 12.45 | | | |
| Pillow | Zachary | 1920 Bowater Drive     Kingsport Tn 37660 | 170.90 | | | |
| Powers | Patsy | 145 Terry Powers Road     Unicol Tn 37692 | 1,208.76 | | | |
| Price | Tiffany | 127 Arbutus Ave     Kingsport Tn 37660 | 11.43 | | | |
| Reed | Sydney | 128 Country Garden Rd     Johnson City Tn 37601 | 37.09 | | | |
| Ripley | Alaina | 546 Rich Drive     Kingsport Tn 37664 | 25.94 | | | |
| Robinette | Lexus | 21533 Sharrett Rd     Bristol Va 24202 | 3.17 | | | |
| Rock | Lindsey | 16422 Pine Hill Rd.     Bristol Va 24202 | 1.38 | | | |
| Rock | Whitney | 16665 Pine Hill Rd Apt A1     Bristol Va 24202 | 3.66 | | | |
| Rover | Aaron | 105 Sequoyah Drive     Johnson City Tn 37601 | 46.25 | | | |
| Rynaski | Sandra | 942 Cooks Valley Rd     Kingsport Tn 37664 | 154.53 | | | |
| Salinas | Maria | 2140 West G Street     Elizabethton Tn 37643 | 11.08 | | | |
| Salyer | William | 730 Little Duck Rd     Nickelsville Va 24271 | 35.68 | | | |
| Samples | William | 4000 Brandon Ln Lot 106  Kingsport Tn 37660 | 84.68 | | | |
| Schrayer | Kristina | 5 Euclid Ave Apt 78     Bristol Va 24201 | 105.29 | | | |
| Shahmoradi | Tara | 3179 Linden Dr  Bristol Va 24202 | 3.33 | | | |
| Silvers | Julie | 502 Foxgate Dr     Erwin Tn 37650 | 52.23 | | | |
| Simpson | Rebecca | 1422 East Center Street     Kingsport Tn 37664 | 72.26 | | | |
| Smalley | Johanna | 904 Tiptop Ave     Kingsport Tn 37660 | 61.07 | | | |
| Smith | Lorie | 1941 Springdale Lane     Kingsport Tn 37660 | 30.14 | | | |
| Smith | Madison | 19062 Benhams Rd     Bristol Va 24202 | 28.65 | | | |
| Smith | Robin | 1209 Fork Ridge Road     Lebanon Va 24266 | 35.57 | | | |
| Sommers | Caley | 516 West Highland Rd     Johnson City Tn 37604 | 23.04 | | | |
| Spencer | Frederick | 1451 East Sevier Avenue     Kinsport Tn 37664 | 12.85 | | | |
| Stout | Jason | 330 Godsey Rd     Bristol Tn 37620 | 52.59 | | | |
| Surgener | Ashlyn | 2017 Diana Road     Kingsport Tn 37660 | 2.94 | | | |

| Last Name | First Name | Address | Amount | Contingent | Unliquidated | Disputed |
|---|---|---|---|---|---|---|
| Tarter | Malik | 102 E Unaka Ave      Johnson City Tn 37601 | 80.75 | | | |
| Taylor | Forrest | 63 Regency Square       Johnson City, Tn 37601 | 39.01 | | | |
| Teaster | Chelsea | 126 Stage Road Jonesborugh Tn 37659 | 5.19 | | | |
| Thrift | Nena | 3783 W Market Street  , Johnson City Tn 37604 | 10.09 | | | |
| Tittle | Zachary | 02 Ashley Road #133       Johnson City Tn 37604 | 22.52 | | | |
| Voss | Brandi | 799 Ridge Road      Powell Tn 82435 | 41.49 | | | |
| Watts | Tina | 1000 Stonegate Road  Kingsport Tn 37660 | 0.08 | | | |
| Welch | Shari | 1924 Lee Hwy          Bristol Va 24201 | 5.28 | | | |
| Wexler | Cathy | 232 Fletcher St      Kingsport    Tn 34665 | 8.69 | | | |
| White | Daniel | 4513 Bluff City Highway      Bluff City Tn 37618 | 39.48 | | | |
| White | Natasha | 723 South Austin Springs Road   Johnson City Tn 37601 | 45.17 | | | |
| Williams | Heather | 157 Young Road    Johnson City Tn 37604 | 15.17 | | | |
| Williams | Tabetha | 24136 Wilson Haus Rd Apt 8   Bristol Va 24202 | 0.51 | | | |
| Winter | Mary | 05 West Watauga       Johnson City Tn 37604 | 37.02 | | | |
| Woodard | Christopher | 432 Rich Dr      Kingsport Tn 37660 | 10.89 | | | |
| Woodfin | April | 115 Ray Woodfin Lne       Joneborough Tn 37659 | 44.59 | | | |
| Worsham | Seth | 107 Keeland Drive       Johnson City Tn 37615 | 28.93 | | | |
| | | | | | | |
| | | **Total** | **4,916.48** | | | |

**Fill in this information to identify the case:**

Debtor name: **CFRA Tri-Cities, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): 8:20-bk-03610-CPM

■ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals       12/15

### Part 1:   Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................................... $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................................................ $ **41,791.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................................................. $ **41,791.00**

### Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ **19,545,656.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $ **2,466.82**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$ **204,053.48**

4. **Total liabilities** ..................................................................................................................................
   Lines 2 + 3a + 3b                                                                                                                              $ **19,752,176.30**

**Fill in this information to identify the case:**

Debtor name: **CFRA Tri-Cities, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): **8:20-bk-03610-CPM**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☒ Amended *Schedule*  **E/F**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 15, 2020**        X **/s/ J. Tim Pruban**
                                      Signature of individual signing on behalf of debtor

**J. Tim Pruban**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor