IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | |
| CFRA HOLDINGS, LLC | Case No. 8:20-bk-03608-CPM |
| | Chapter 11 |
| | |
| | *Jointly Administered with:* |
| CFRA, LLC | Case No. 8:20-bk-03609-CPM |
| CFRA TRI-CITIES, LLC | Case No. 8:20-bk-03610-CPM |
| | |
| Debtors. | |
| _____/ | |

## NOTICE OF HEARING

You are hereby notified that a hearing Re: *Assumption of Lease, Assignment and Cure Amount with Respect to Executory Contracts and Unexpired Leases of the Debtors Doc [DOC 145; OBJ 157)]* will take place on **June 26, 2020 at 9:30 a.m.** at the Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Courtroom 8B, Tampa, Florida.

Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

Telephonic Appearance Requirement: Effective March 16, 2020, and continuing until further notice, Judges in all Divisions will conduct all preliminary and non-evidentiary hearings by telephone. For Judge McEwen, parties should arrange a telephonic appearance through Court Call (866-582-6878).

## CERTIFICATE OF MAILING

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served on all counsel of record and all interested parties identified on the attached Service List on June 22,

37113659.1

2020 via transmission of Notices of Electronic Filing generated by CM/ECF and via first class U.S. mail, postage pre-paid, as indicated thereon.

Dated: June 22, 2020

        **SAUL EWING ARNSTEIN & LEHR LLP**
        *Counsel for Debtors and Debtors-in-Possession*
        701 Brickell Avenue, 17th Floor
        Miami, FL 33131
        Telephone: (305) 428-4500
        Facsimile: (305) 374-4744
        Email: Carmen.Contreras-Martinez@saul.com

By:    /s/ Carmen Contreras-Martinez
        Carmen Contreras-Martinez
        Florida Bar No. 093475

        -and-

        Stephen B. Ravin (*admitted pro hac vice*)
        Florida Bar No. 293768 (*inactive status*)
        Aaron S. Applebaum (*admitted pro hac vice*)
        1037 Raymond Boulevard
        Suite 1520
        Newark, NJ 07102
        Telephone: (973) 286-6700
        Facsimile:  (973) 286-6800
        Stephen.Ravin@saul.com
        Aaron.Applebaum@saul.com

Internal Revenue Service
1111 Constitution Avenue, NW
Washington, DC 20224


Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346


Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050


Maria Chapa Lopez
United States Attorney for
 the Middle District of Florida
400 North Tampa Street, Suite 3200
Tampa, FL 33602

Office of Attorney General
State of North Carolina
114 W. Edenton Street
Raleigh, NC 27603


Office of Attorney General
State of  South Carolina
1000 Assembly St., #501
Columbia, SC 29201


Office of Attorney General
State of Virginia
202 North 9th Street
Richmond, VA 23219