

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

06/19/2020 02:00 PM

COURTROOM   8B

HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:20-bk-03608-CPM** | 11 | 05/06/2020 |

**Chapter 11**

**DEBTOR:**   CFRA Holdings, LLC

**DEBTOR ATTY:**   Carmen Contreras-Martinez

**TRUSTEE:**   NA

**HEARING:**

FURTHER Hearing on Emergency Motion for Approval of
  Post-Petition Financing and Authorizing Debtors to Use Cash Collateral Filed by Aaron S Applebaum on behalf of Debtor CFRA Holdings, LLC (Doc #47; Obj 62; 78; 91; 120)
  .

**APPEARANCES:**:
AARON APPLEBAUM; BRYAN ADEL; ALAN WEINDER; DAVID BERTENTHAL; DAVID CATUOGNO; CARMEN CONTRERAS-MARTIN; LAURA JONES; NORMAN KINEL; JEFFREY KUCERA; DENNIS LEWANDOWSKI;JIHYUN PARK; TIM PRUBAN; CRAIG RASILE; MICHAEL REINING; MARK SALZBERG; PAUL SINGERMAN; CHRISTINE SON; GREGG STEINMAN; NATHAN WHEATLEY....

**RULING:**
FURTHER Hearing on Emergency Motion for Approval of
Post-Petition Financing and Authorizing Debtors to Use Cash Collateral Filed by Aaron S Applebaum on behalf of Debtor CFRA Holdings, LLC (Doc #47; Obj 62; 78; 91; 120).. GRANTED BY AGREEMENT...ORDER BY APPLEBAUM; 2-ORE TENUS MOTION TO SHORTEN TIME FOR NOTICING MOTION TO CONVERT THE CASE TO 14 DAYS; HEARING WILL BE 7/23/20 AT 3:00 PM...3-ORE TENUS MOTION TO SHORTEN NOTICE TO 14 DAYS ON FEE APPLICATIONS; 4-THE INITIAL STATUS CONFERENCE SCHEDULED FOR 6/25/20 AT 2:00 PM IS NO LONGER NECESSARY TO BE HELD AND THE HEARING IS CANCELED; COURTROOM DEPUTY WILL MAKE A PAPERLESS DOCKET ENTRY CANCELING THE HEARING ON THE INITIAL STATUS CONFERENCE..5-MOTION FOR RELIEF FROM STAY BY IHOP (DOC 65) CURRENTLY SCHEDULED FOR 6/25/20 AT 2:00 PM IS RESCHEDULED FOR 7/23/20 AT 3:00 PM; ...<b>ANNOUNCED IN OPEN COURT NO FURTHER NOTICE GIVEN</b>...6-MOTION FOR RELIEF FROM STAY CURRENTLY SCHEDULED FOR 6/25/20 AT 2:00 PM IS RESCHEDULED FOR 7/23/20 AT 3:00 PMM; ...<b>ANNOUNCED IN OPEN COURT NO FURTHER NOTICE GIVEN</b>...

.

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.