# EXHIBIT "C"

## Ballantyne Property Group LLC Cure Amount

| Month | Base Rent | TICAM | Water | Total |
|---|---|---|---|---|
| Apr-20 | $10,899.17 | $2,359.31 | $700.00 | $13,958.48 |
| May-20 | $10,899.17 | $2,359.31 | $700.00 | $13,958.48 |
| Jun-20 | $10,899.17 | $2,359.31 | $700.00 | $13,958.48 |
| **Totals** | **$32,697.51** | **$7,077.93** | **$2,100.00** | **$41,875.44** |

| | |
|---|---|
| Payments due under lease | $41,875.44 |
| Legal fees | $15,000.00 |
| Total cure amount | $56,875.44 |
| | |
| Credit for 2019 TICAM Refund | $   438.75 |
| Net Cure Amount | **$56,436.69** |

43691770 v1