**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:
CFRA HOLDINGS, LLC                                    Case No. 8:20-bk-03608-CPM
                                                      Chapter 11

                                                      *Jointly Administered with:*
CFRA, LLC                                             Case No. 8:20-bk-03609-CPM
CFRA TRI-CITIES, LLC                                  Case No. 8:20-bk-03610-CPM

        Debtors.
_____/

**STANDARD MONTHLY OPERATING**
**REPORT (BUSINESS) FOR DEBTOR CFRA, LLC**
**FOR THE PERIOD FROM MAY 6, 2020 TO MAY 31, 2020**

Comes now debtor CFRA, LLC and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

                                              /s/  Aaron S. Applebaum
                                              Attorney for Debtor's Signature

Debtor's Address                              Attorney's Address
and Phone Number:                             and Phone Number:
1340 Hamlet Avenue                            **SAUL EWING ARNSTEIN & LEHR LLP**
Clearwater, FL 33756                          1037 Raymond Blvd., Suite 1520
t.pruban@focusmg.com                          Newark, NJ 07102-5426
                                              Tel: 973.286.6714
                                              aaron.applebaum@saul.com

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office.  Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/r21/reg_info.htm
1)      Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)      Initial Filing Requirements
3)      Frequently Asked Questions (FAQs)http://www.usdoj.gov/ust/

37110353.2 06/19/2020

**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**
**FOR THE PERIOD BEGINNING May 6, 2020 AND ENDING  May 31, 2020**

Name of Debtor:  CFRA, LLC
Date of Petition:  May 6, 2020

Case Number 8:20-bk-03609-CPM

|  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| **1.  FUNDS AT BEGINNING OF PERIOD** | $80,616        (a) | $80,616             (b) |
| **2.  RECEIPTS:** | | |
| A. Cash Sales | $58 | $58 |
| Minus:  Cash Refunds | (-) | (-) |
| Net Cash Sales | $0 | $0 |
| B.  Accounts Receivable | $0 | $0 |
| C.  Other Receipts *(See MOR-3)* | $0 | $0 |
| (If you receive rental income, you must attach a rent roll.) | | |
| **3.  TOTAL RECEIPTS (Lines 2A+2B+2C)** | **$58** | **$58** |
| **4.  TOTAL FUNDS AVAILABLE FOR** | | |
| **OPERATIONS (Line 1 + Line 3)** | **$80,674** | **$80,674** |
| | | |
| **5.  DISBURSEMENTS** | | |
| A.  Advertising | | |
| B.  Bank Charges | $3,093 | $3,093 |
| C.  Contract Labor | | |
| D.  Fixed Asset Payments (not incl. in "N") | | |
| E.  Insurance | $31,540 | $31,540 |
| F.  Inventory Payments  *(See Attach. 2)* | | |
| G.  Leases | | |
| H.  Manufacturing Supplies | | |
| I.  Office Supplies | | |
| J.  Payroll - Net *(See Attachment 4B)* | $13,275 | $13,275 |
| K.  Professional Fees (Accounting & Legal) | | |
| L.  Rent | | |
| M.  Repairs & Maintenance | | |
| N.   Secured Creditor Payments *(See Attach. 2)* | | |
| O.  Taxes Paid - Payroll *(See Attachment 4C)* | | |
| P.  Taxes Paid - Sales & Use *(See Attachment 4C)* | | |
| Q.  Taxes Paid - Other *(See Attachment 4C)* | | |
| R.  Telephone | | |
| S.   Travel & Entertainment | | |
| Y.  U.S. Trustee Quarterly Fees | | |
| U.  Utilities | $877 | $877 |
| V.  Vehicle Expenses | | |
| W.  Other Operating Expenses *(See MOR-3)* | $1,183 | $1,183 |
| **6.  TOTAL DISBURSEMENTS (Sum of 5A thru W)** | **$49,968** | **$49,968** |
| **7.  ENDING BALANCE (Line 4 Minus Line 6)** | $30,706        (c) | $30,706             (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 22nd  day of  June     , 2020.                          /s/  J. Tim Pruban, Chief Restructuring Officer
                                                                                           (Signature)

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b) This figure will not change from month to month.  It is always the amount of funds on hand as of the date of the petition.

(c) These two amounts will always be the same if form is completed correctly.

 * - Disbursements for payroll for employee checks were made from the payroll account through transfers from the operating account in the same amount.

37110353.2 06/19/2020

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS** (cont'd)

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| None | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | 0 | |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| 90173 CHECK | $175 | |
| 89977 CHECK | $175 | |
| 90240 Joseph Floyd | $802.40 | |
| 90145 CHECK | $31.02 | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | $1,183.42 | |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

37110353.2 06/19/2020

| CFRA, LLC | |
|---|---:|
| **Balance Sheet at 5/31/2020** | |
| 10010 · WF Operating | 264 |
| 10020 · Synovus DIP Account | 30,442 |
| 11000 · Accounts Receivable | 421,069 |
| Inventory | - |
| Prepaid Expenses and Other Current Assets | 976,446 |
| Total Current Assets | 1,428,221 |
| Office Furniture | 50,143 |
| Office Fixtures | 328,226 |
| Restaurant Equipment | 839,735 |
| Leasehold improvements | 4,563,583 |
| Construction costs | 151,560 |
| Remodel | 3,377,445 |
| Construction in process | 633,207 |
| | - |
| TOTAL ASSETS (1) | 12,800,341 |
| | |
| 20000 · Accounts Payable-PrePetition | 4,638,002 |
| 20010 · Accounts Payable Post Petition | 8,792 |
| Accrued Rent - Pre-Petition | 141,395 |
| Accrued Rent - Post-Petition | 589,145 |
| Schedule E / F - Part 1 | 44,670 |
| Schedule E / F - Part 2 (Employee claims) | 19,951 |
| 20100 · Loan-DIP Lender | - |
| Valley National Bank - PrePetition | 8,269,316 |
| Raymond James Bank | 11,276,340 |
| PostPetition Income | (597,874) |
| Other Adjustments | (11,589,396) |
| TOTAL LIABILITIES & EQUITY | 12,800,341 |
| | |
| | |
| Goodwill and other intangibles have not been included in the balance sheet. | |

CFRA LLC
Income Statement
May 6 - 31, 2020

| Revenue | - |
|---|---|
| Cost of Goods Sold | - |
| Gross Margin | - |
|  |  |
| 60400-1 · Bank Service Charges-Post | 18 |
| 64700-1 · Miscellaneous Expense-Post | 3,764 |
| 64900-1 · Office Supplies - Post Petition | 797 |
| 64950-1 · Postage & Freight-Post Petition | 25 |
| 68500-1 · Uniforms - Post Petition | 1,347 |
| 68600-1 · Utilities-Post Petition | 2,778 |
| Rent Expense | 589,145 |
| Total Expense | 597,874 |
|  |  |
| Net Income | (597,874) |

**ATTACHMENT 1**

**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

Name of Debtor:  CFRA, LLC                    Case Number 8:20-bk-03609-CPM

Reporting Period beginning  May 6, 2020          Period ending  May 31, 2020

ACCOUNTS RECEIVABLE AT PETITION DATE:  $421,069

### ACCOUNTS RECEIVABLE RECONCILIATION

(Include <u>all</u> accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $421,069 | (a) |
| PLUS: Current Month New Billings | | |
| MINUS: Collection During the Month | $ | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ | * |
| End of Month Balance | $421,069 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total | |
|---|---|---|---|---|---|
| $0 | $0 | $0 | $0 | $0 | (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectability, write-off, disputed account, etc.) |
|---|---|---|
| Ecolab Rebate | 2019 | Accrued amount at date of filing |
| CSCS Coop Rebate | 2019 | Accrued amount at date of filing |
| | | |

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.
(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).
(c) These two amounts must equal.

MOR-4

**ATTACHMENT 2**
**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor:  CFRA, LLC          Case Number 8:20-bk-03609-CPM

Reporting Period beginning  May 6, 2020          Period ending  May 31, 2020

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition</u>.  <u>Do not</u> include amounts owed prior to filing the petition.  In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST-PETITION ACCOUNTS PAYABLE**

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| See attachment | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL AMOUNT _____(b)

☐  **Check here if pre-petition debts have been paid.  Attach an explanation and copies of supporting documentation.**

**ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)**

| | | |
|---|---|---|
| Opening Balance | $0 | (a) |
| PLUS: New Indebtedness Incurred This Month | $597,937 | |
| MINUS: Amount Paid on Post Petition, | | |
| Accounts Payable This Month | $0 | |
| PLUS/MINUS: Adjustments | $0 | * |
| Ending Month Balance | $597,937 | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

**SECURED PAYMENTS REPORT**

List the status of Payments to Secured Creditors and Lessors (Post Petition Only).   If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |

TOTAL _____(d)

(a)This number is carried forward from last month's report.  For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

MOR-5

CFRA LLC
AP Aging - Post Petition
May 31, 2020

| Vendor | TOTAL |
|---|---|
| AT&T | 392 |
| CDE Lightband | 3,731 |
| City of Harrisonburg Public Utilities | 109 |
| City of Virginia Beach | 814 |
| Ecolab Food Safety Specialties | 675 |
| Electric City Utilities | 281 |
| Fedex | 25 |
| Interface Security Systems LLC | 81 |
| Lowes Business Account | 155 |
| New River Light and Power | 1,347 |
| Republic Services | 120 |
| Waste Management | 1,062 |
| TOTAL | 8,792 |

**Landlords**

| | |
|---|---|
| Assembly Restaurant, LLC | 11,828 |
| C&J Associates | 4,599 |
| Trilogy, Inc. | 14,670 |
| 6851 Lennox, LLC | 16,226 |
| Alcimedes, Inc. | 12,448 |
| David, Elizabeth & Robert Nakahara | 15,645 |
| NorthCross Land & Development, LLC | 9,433 |
| Casual Dining Smyrna, LLC | 19,416 |
| Nashville West Shopping Center, LLC | 11,804 |
| DDR Cotswold, LLC | 17,044 |
| Tuven D. Lecong, as Trustee under the L | 12,281 |
| Cooke Properties | 5,853 |
| Ballantyne Property Group, LLC | 10,837 |
| Elliston Place Partners LLC | 13,120 |
| J.D. Eatherly Vastland Companies | 7,401 |
| Promenade Shopping Center, LLC | 8,220 |
| Manheim Township Development | 12,481 |
| Stannope 2013, LLC | 8,542 |
| Highland Creek Retail, LLC | 10,002 |
| Mitchell Montgomery I, LLC | 8,710 |
| | |
| | 230,560 |

**IHOP**

| | |
|---|---|
| Store #470 | 12,071 |
| Store #476 | 12,232 |
| Store #477 | 11,161 |
| Store #491 | 11,185 |
| Store #492 | 13,398 |
| Store #498 | 11,075 |
| | |
| Store #574 | 15,768 |
| Store #585 | 17,679 |
| Store #587 | 16,429 |
| Store #595 | 17,500 |
| Store #4403 | 14,375 |
| Store #4405 | 12,804 |
| Store #4407 | 11,500 |
| Store #4408 | 13,161 |
| Store #4414 | 14,786 |
| Store #4416 | 12,820 |
| Store #4417 | 13,500 |
| Store #4423 | 12,446 |
| Store #4424 | 18,161 |
| Store #4431 | 13,750 |
| Store #4442 | 12,589 |
| Store #4448 | 14,107 |
| Store #4451 | 12,768 |
| Store #4458 | 11,429 |
| Store #4505 | 15,304 |
| Store #4506 | 16,589 |
| | |
| Total IHOP | 358,585 |
| | |
| Grand Total | 597,937 |

**ATTACHMENT 3**
**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor:  CFRA, LLC                    Case Number 8:20-bk-03609-CPM

Reporting Period beginning  May 6, 2020          Period ending  May 31, 2020

**INVENTORY REPORT**

INVENTORY BALANCE AT PETITION DATE:        $0
INVENTORY RECONCILIATION:
    Inventory Balance at Beginning of Month        $0                              (a)
      PLUS: Inventory Purchased During Month      $0
      MINUS: Inventory Used or Sold              $0
      PLUS/MINUS: Adjustments or Write-downs      $0                              *
    Inventory on Hand at End of Month            $0

METHOD OF COSTING INVENTORY:  _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

---

**INVENTORY AGING**

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| _____% | _____% | _____% | _____% = | _____100%* |

* Aging Percentages must equal 100%.

☐   Check here if inventory contains perishable items.

**Description of Obsolete Inventory:**_____

**FIXED ASSET REPORT**

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE:   undetermined                    (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only):   Information taken from the Schedules filed with the SOFAS

FIXED ASSETS RECONCILIATION:
Fixed Asset Book Value at Beginning of Month        $9,943,899                    (a)(b)
    MINUS:  Depreciation Expense              $
    PLUS:  New Purchases                      $
    PLUS/MINUS: Adjustments or Write-downs      $                              *
Ending Monthly Balance                            $9,943,899

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING
PERIOD:  _____

(a)This number is carried forward from last month's report.  For the first report only, this number will be the
   balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
   Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

MOR-6

**ATTACHMENT 4A**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor: CFRA, LLC                    Case Number 8:20-bk-03609-CPM

Reporting Period beginning  May 6, 2020              Period ending  May 31, 2020

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:  Synovus Bank                    BRANCH:   n/a
                         Wells Fargo

ACCOUNT NAME: Synovus                 ACCOUNT NUMBER: *******-425-3
                         Focus Management Group USA as
                         Debtor-in-Possession for CFRA, LLC

                 Wells Fargo  CFRA, LLC                    ********-4199

PURPOSE OF ACCOUNT:          OPERATING ACCOUNT

|                                                              | Wells | Synovus    | Total      |
|--------------------------------------------------------------|-------|------------|------------|
| Ending Balance per Bank Statement                            | $264  | $61,982    | $62,246    |
| Plus Total Amount of Outstanding Deposits                    |       |            |            |
| Minus Total Amount of Outstanding Checks and other debits    |       | ($31,540)  | ($31,540)  |
| Minus Service Charges                                        |       |            |            |
| Ending Balance per Check Register                            | $264  | $30,442    | $30,706    |

**\*Debit cards are used by**      n/a

**\*\*If Closing Balance is negative, provide explanation**:

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:** ( ☐ Check here if cash disbursements were authorized by United States Trustee)

**Wells Fargo**

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
|      |        |       |         |                              |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____Transferred to Payroll Account
$_____Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
    "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

37110353.2 06/19/2020

CFRA LLC

WF Transactions 2020-04-02 to 2020-06-03

| Date | Activity | Balance | |
|---|---|---|---|
| 5/29/2020 | ($45.21) | $264.00 | ZBA FUNDING ACCOUNT TRANSFER |
| 5/29/2020 | ($876.60) | $309.21 | CITY OF KANNAPOL BD5-28-20 000000106132-01 CFRA INC 8800000360 000000106132-01 OO0000091004034249663 |
| 5/28/2020 | ($95.71) | $1,185.81 | ZBA FUNDING ACCOUNT TRANSFER |
| 5/27/2020 | ($148.85) | $1,281.52 | ZBA FUNDING ACCOUNT TRANSFER |
| 5/27/2020 | ($175.00) | $1,430.37 | CHECK |
| 5/27/2020 | ($175.00) | $1,605.37 | CHECK |
| 5/26/2020 | ($122.29) | $1,780.37 | ZBA FUNDING ACCOUNT TRANSFER |
| 5/22/2020 | ($62,000.00) | $1,902.66 | WT FED#04970 SYNOVUS BANK /FTR/BNF=CFRA LLC Debtor in Possession SRF# GW00000033497755 TRN#200522123948 RFB# 241 |
| 5/22/2020 | $1,706.91 | $63,902.66 | ONLINE TRANSFER GC TO OPERATING REF #BB086CFP7S |
| 5/21/2020 | ($21.38) | $62,195.75 | ZBA FUNDING ACCOUNT TRANSFER |
| 5/21/2020 | $66.00 | $62,217.13 | MERCHANT LINK LL HIST RTN 200521 2164387 IHOP - 3218 HSTCLRFILT 2164387 OO0000091004136788413 |
| 5/21/2020 | $66.00 | $62,151.13 | MERCHANT LINK LL HIST RTN 200521 2038384 IHOP - 419 HSTCLRFILT 2038384 OO0000091004136788412 |
| 5/21/2020 | $66.00 | $62,085.13 | MERCHANT LINK LL HIST RTN 200521 2039426 IHOP - 4423 HSTCLRFILT 2039426 OO0000091004136788411 |
| 5/21/2020 | $66.00 | $62,019.13 | MERCHANT LINK LL HIST RTN 200521 2039845 IHOP - 498 HSTCLRFILT 2039845 OO0000091004136788410 |
| 5/21/2020 | $66.00 | $61,953.13 | MERCHANT LINK LL HIST RTN 200521 2040528 IHOP - 494 HSTCLRFILT 2040528 OO0000091004136788409 |
| 5/21/2020 | $66.00 | $61,887.13 | MERCHANT LINK LL HIST RTN 200521 2035636 IHOP - 492 HSTCLRFILT 2035636 OO0000091004136788408 |
| 5/21/2020 | $66.00 | $61,821.13 | MERCHANT LINK LL HIST RTN 200521 2039427 IHOP - 491 HSTCLRFILT 2039427 OO0000091004136788407 |
| 5/21/2020 | $66.00 | $61,755.13 | MERCHANT LINK LL HIST RTN 200521 2024842 IHOP - 4417 HSTCLRFILT 2024842 OO0000091004136788406 |
| 5/21/2020 | $66.00 | $61,689.13 | MERCHANT LINK LL HIST RTN 200521 2040526 IHOP - 4414 HSTCLRFILT 2040526 OO0000091004136788405 |
| 5/21/2020 | $66.00 | $61,623.13 | MERCHANT LINK LL HIST RTN 200521 2036296 IHOP - 4408 HSTCLRFILT 2036296 OO0000091004136788404 |
| 5/21/2020 | $66.00 | $61,557.13 | MERCHANT LINK LL HIST RTN 200521 2038386 IHOP - 4405 HSTCLRFILT 2038386 OO0000091004136788403 |
| 5/21/2020 | $66.00 | $61,491.13 | MERCHANT LINK LL HIST RTN 200521 2040161 IHOP - 4403 HSTCLRFILT 2040161 OO0000091004136788402 |
| 5/21/2020 | $66.00 | $61,425.13 | MERCHANT LINK LL HIST RTN 200521 2147048 IHOP - 574 HSTCLRFILT 2147048 OO0000091004136788401 |
| 5/21/2020 | $66.00 | $61,359.13 | MERCHANT LINK LL HIST RTN 200521 2026210 IHOP - 4505 HSTCLRFILT 2026210 OO0000091004136788400 |
| 5/21/2020 | $66.00 | $61,293.13 | MERCHANT LINK LL HIST RTN 200521 2147043 IHOP - 597 HSTCLRFILT 2147043 OO0000091004136788399 |
| 5/21/2020 | $66.00 | $61,227.13 | MERCHANT LINK LL HIST RTN 200521 2147046 IHOP - 587 HSTCLRFILT 2147046 OO0000091004136788398 |
| 5/21/2020 | $66.00 | $61,161.13 | MERCHANT LINK LL HIST RTN 200521 2039731 IHOP - 4458 HSTCLRFILT 2039731 OO0000091004136788397 |
| 5/21/2020 | $66.00 | $61,095.13 | MERCHANT LINK LL HIST RTN 200521 2024922 IHOP - 4448 HSTCLRFILT 2024922 OO0000091004136788396 |
| 5/21/2020 | $66.00 | $61,029.13 | MERCHANT LINK LL HIST RTN 200521 2145131 IHOP - 2027 HSTCLRFILT 2145131 OO0000091004136788395 |
| 5/20/2020 | ($66.00) | $60,963.13 | MERCHANT LINK LL CORP COLL 200520 2164387 APR2020 MONTHLY FEE 9222828004 2164387 0R00000091003630055431 |
| 5/20/2020 | ($66.00) | $61,029.13 | MERCHANT LINK LL CORP COLL 200520 2038384 APR2020 MONTHLY FEE 9222828004 2038384 0R00000091003630055430 |
| 5/20/2020 | ($66.00) | $61,095.13 | MERCHANT LINK LL CORP COLL 200520 2039426 APR2020 MONTHLY FEE 9222828004 2039426 0R00000091003630055429 |
| 5/20/2020 | ($66.00) | $61,161.13 | MERCHANT LINK LL CORP COLL 200520 2039845 APR2020 MONTHLY FEE 9222828004 2039845 0R00000091003630055428 |
| 5/20/2020 | ($66.00) | $61,227.13 | MERCHANT LINK LL CORP COLL 200520 2040528 APR2020 MONTHLY FEE 9222828004 2040528 0R00000091003630055427 |
| 5/20/2020 | ($66.00) | $61,293.13 | MERCHANT LINK LL CORP COLL 200520 2035636 APR2020 MONTHLY FEE 9222828004 2035636 0R00000091003630055426 |
| 5/20/2020 | ($66.00) | $61,359.13 | MERCHANT LINK LL CORP COLL 200520 2039427 APR2020 MONTHLY FEE 9222828004 2039427 0R00000091003630055425 |
| 5/20/2020 | ($66.00) | $61,425.13 | MERCHANT LINK LL CORP COLL 200520 2024842 APR2020 MONTHLY FEE 9222828004 2024842 0R00000091003630055424 |
| 5/20/2020 | ($66.00) | $61,491.13 | MERCHANT LINK LL CORP COLL 200520 2040526 APR2020 MONTHLY FEE 9222828004 2040526 0R00000091003630055423 |

| | | |
|---|---|---|
| 5/20/2020 | ($66.00) | $61,557.13 | MERCHANT LINK LL CORP COLL 200520 2036296 APR2020 MONTHLY FEE 9222828004 2036296 0R00000091003630055422 |
| 5/20/2020 | ($66.00) | $61,623.13 | MERCHANT LINK LL CORP COLL 200520 2038386 APR2020 MONTHLY FEE 9222828004 2038386 0R00000091003630055421 |
| 5/20/2020 | ($66.00) | $61,689.13 | MERCHANT LINK LL CORP COLL 200520 2040161 APR2020 MONTHLY FEE 9222828004 2040161 0R00000091003630055420 |
| 5/20/2020 | ($66.00) | $61,755.13 | MERCHANT LINK LL CORP COLL 200520 2147048 APR2020 MONTHLY FEE 9222828004 2147048 0R00000091003630055419 |
| 5/20/2020 | ($66.00) | $61,821.13 | MERCHANT LINK LL CORP COLL 200520 2026210 APR2020 MONTHLY FEE 9222828004 2026210 0R00000091003630055418 |
| 5/20/2020 | ($66.00) | $61,887.13 | MERCHANT LINK LL CORP COLL 200520 2147043 APR2020 MONTHLY FEE 9222828004 2147043 0R00000091003630055417 |
| 5/20/2020 | ($66.00) | $61,953.13 | MERCHANT LINK LL CORP COLL 200520 2147046 APR2020 MONTHLY FEE 9222828004 2147046 0R00000091003630055416 |
| 5/20/2020 | ($66.00) | $62,019.13 | MERCHANT LINK LL CORP COLL 200520 2039731 APR2020 MONTHLY FEE 9222828004 2039731 0R00000091003630055415 |
| 5/20/2020 | ($66.00) | $62,085.13 | MERCHANT LINK LL CORP COLL 200520 2024922 APR2020 MONTHLY FEE 9222828004 2024922 0R00000091003630055414 |
| 5/20/2020 | ($66.00) | $62,151.13 | MERCHANT LINK LL CORP COLL 200520 2145131 APR2020 MONTHLY FEE 9222828004 2145131 0R00000091003630055413 |
| 5/19/2020 | ($1,982.89) | $62,217.13 | ZBA FUNDING ACCOUNT TRANSFER |
| 5/18/2020 | ($527.34) | $64,200.02 | ZBA FUNDING ACCOUNT TRANSFER |
| 5/18/2020 | $1,325.09 | $64,727.36 | COF WATER HIST RTN 200518 00355102003 IHOP 3383 HSTCLRFILT 00355102003 O00000091004157338404 |
| 5/15/2020 | ($395.95) | $63,402.27 | ZBA FUNDING ACCOUNT TRANSFER |
| 5/15/2020 | ($1,325.09) | $63,798.22 | COF WATER BANK DRAFT 200515 00355102003 IHOP 3383 3626000290 00355102003 0R00000091004335555953 |
| 5/14/2020 | ($380.51) | $65,123.31 | ZBA FUNDING ACCOUNT TRANSFER |
| 5/14/2020 | $53.47 | $65,503.82 | MERCHANT BNKCD HIST RTN 200514 335026700880 IHOP #4408 HSTCLRFILT 335026700880 O00000091004231204532 |
| 5/13/2020 | ($1,637.65) | $65,450.35 | ZBA FUNDING ACCOUNT TRANSFER |
| 5/13/2020 | ($53.47) | $67,088.00 | MERCHANT BNKCD CHARGEBACK 200512 335026700880 IHOP #4408 9393921520 335026700880 0R00000091003632543181 |
| 5/13/2020 | $1,262.77 | $67,141.47 | CITYGRN UTILITY HIST RTN 200513 4100264301 INTERNATIONAL HOUSE OF HSTCLRFILT 4100264301 O00000091003930638796 |
| 5/12/2020 | ($3,184.22) | $65,878.70 | ZBA FUNDING ACCOUNT TRANSFER |
| 5/12/2020 | ($1,262.77) | $69,062.92 | CITYGRN UTILITY UTILITIES 4100264301 INTERNATIONAL HOUSE OF 3566000230 4100264301 0O00000091004351080063 |
| 5/12/2020 | $106.25 | $70,325.69 | AMERICAN EXPRESS HIST RTN 200512 CFRA 4320699861 HSTCLRFILT CFRA O00000091004553458481 |
| 5/11/2020 | ($2,836.13) | $70,219.44 | ZBA FUNDING ACCOUNT TRANSFER |
| 5/11/2020 | ($106.25) | $73,055.57 | AMERICAN EXPRESS CHGBCK/ADJ 200509 CFRA 4320699861 1134992250 CFRA 0O00000091003750188668 |
| 5/11/2020 | ($802.40) | $73,161.82 | CHECK |
| 5/11/2020 | ($3,075.20) | $73,964.22 | CLIENT ANALYSIS SRVC CHRG 200508 SVC CHGE 0420 000004121644199 DP10700543 SVC CHGE 0420 1O00000091004054642988 |
| 5/11/2020 | $21.63 | $77,039.42 | MERCHANT BNKCD CHGBK REV 200508 335026700880 IHOP #4408 9393921520 335026700880 R00000091003958914611 |
| 5/11/2020 | $5.60 | $77,017.79 | OLO - HELP@OLO.C HIST RTN 200511 JOY KNIGHT JOY KNIGHT HSTCLRFILT JOY KNIGHT O00000091004251149446 |
| 5/11/2020 | $5.60 | $77,012.19 | OLO - HELP@OLO.C HIST RTN 200511 JOY KNIGHT JOY KNIGHT HSTCLRFILT JOY KNIGHT O00000091004251149445 |
| 5/11/2020 | $7.96 | $77,006.59 | OLO - HELP@OLO.C HIST RTN 200511 JOY KNIGHT JOY KNIGHT HSTCLRFILT JOY KNIGHT O00000091004251149444 |
| 5/11/2020 | $12.60 | $76,998.63 | OLO - HELP@OLO.C HIST RTN 200511 JOY KNIGHT JOY KNIGHT HSTCLRFILT JOY KNIGHT O00000091004251149443 |
| 5/11/2020 | $12.60 | $76,986.03 | OLO - HELP@OLO.C HIST RTN 200511 JOY KNIGHT JOY KNIGHT HSTCLRFILT JOY KNIGHT O00000091004251149442 |
| 5/11/2020 | $12.60 | $76,973.43 | OLO - HELP@OLO.C HIST RTN 200511 JOY KNIGHT JOY KNIGHT HSTCLRFILT JOY KNIGHT O00000091004251149441 |
| 5/11/2020 | $16.10 | $76,960.83 | OLO - HELP@OLO.C HIST RTN 200511 JOY KNIGHT JOY KNIGHT HSTCLRFILT JOY KNIGHT O00000091004251149440 |
| 5/11/2020 | $19.60 | $76,944.73 | OLO - HELP@OLO.C HIST RTN 200511 JOY KNIGHT JOY KNIGHT HSTCLRFILT JOY KNIGHT O00000091004251149439 |
| 5/11/2020 | $33.60 | $76,925.13 | OLO - HELP@OLO.C HIST RTN 200511 JOY KNIGHT JOY KNIGHT HSTCLRFILT JOY KNIGHT O00000091004251149438 |
| 5/11/2020 | $55.32 | $76,891.53 | MERCHANT BNKCD HIST RTN 200511 335026700880 IHOP #4408 HSTCLRFILT 335026700880 O00000091004251149418 |
| 5/11/2020 | $74.32 | $76,836.21 | OLO - HELP@OLO.C HIST RTN 200511 JOY KNIGHT JOY KNIGHT HSTCLRFILT JOY KNIGHT O00000091004251149437 |
| 5/11/2020 | $79.65 | $76,761.89 | OLO - HELP@OLO.C HIST RTN 200511 JOY KNIGHT JOY KNIGHT HSTCLRFILT JOY KNIGHT O00000091004251149436 |
| 5/11/2020 | $80.31 | $76,682.24 | OLO - HELP@OLO.C HIST RTN 200511 JOY KNIGHT JOY KNIGHT HSTCLRFILT JOY KNIGHT O00000091004251149435 |
| 5/11/2020 | $82.96 | $76,601.93 | OLO - HELP@OLO.C HIST RTN 200511 JOY KNIGHT JOY KNIGHT HSTCLRFILT JOY KNIGHT O00000091004251149434 |

| 5/11/2020 | $89.57 | $76,518.97 | OLO - HELP@OLO.C HIST RTN 200511 JOY KNIGHT JOY KNIGHT HSTCLRFILT JOY KNIGHT O00000091004251149433 |
|---|---|---|---|
| 5/11/2020 | $104.99 | $76,429.40 | OLO - HELP@OLO.C HIST RTN 200511 JOY KNIGHT JOY KNIGHT HSTCLRFILT JOY KNIGHT O00000091004251149432 |
| 5/11/2020 | $113.74 | $76,324.41 | OLO - HELP@OLO.C HIST RTN 200511 JOY KNIGHT JOY KNIGHT HSTCLRFILT JOY KNIGHT O00000091004251149431 |
| 5/11/2020 | $123.62 | $76,210.67 | OLO - HELP@OLO.C HIST RTN 200511 JOY KNIGHT JOY KNIGHT HSTCLRFILT JOY KNIGHT O00000091004251149430 |
| 5/11/2020 | $172.45 | $76,087.05 | OLO - HELP@OLO.C HIST RTN 200511 JOY KNIGHT JOY KNIGHT HSTCLRFILT JOY KNIGHT O00000091004251149429 |
| 5/11/2020 | $181.62 | $75,914.60 | OLO - HELP@OLO.C HIST RTN 200511 JOY KNIGHT JOY KNIGHT HSTCLRFILT JOY KNIGHT O00000091004251149428 |
| 5/11/2020 | $183.23 | $75,732.98 | OLO - HELP@OLO.C HIST RTN 200511 JOY KNIGHT JOY KNIGHT HSTCLRFILT JOY KNIGHT O00000091004251149427 |
| 5/11/2020 | $197.40 | $75,549.75 | OLO - HELP@OLO.C HIST RTN 200511 JOY KNIGHT JOY KNIGHT HSTCLRFILT JOY KNIGHT O00000091004251149426 |
| 5/11/2020 | $203.51 | $75,352.35 | OLO - HELP@OLO.C HIST RTN 200511 JOY KNIGHT JOY KNIGHT HSTCLRFILT JOY KNIGHT O00000091004251149425 |
| 5/11/2020 | $244.13 | $75,148.84 | OLO - HELP@OLO.C HIST RTN 200511 JOY KNIGHT JOY KNIGHT HSTCLRFILT JOY KNIGHT O00000091004251149424 |
| 5/11/2020 | $259.08 | $74,904.71 | OLO - HELP@OLO.C HIST RTN 200511 JOY KNIGHT JOY KNIGHT HSTCLRFILT JOY KNIGHT O00000091004251149423 |
| 5/11/2020 | $271.45 | $74,645.63 | OLO - HELP@OLO.C HIST RTN 200511 JOY KNIGHT JOY KNIGHT HSTCLRFILT JOY KNIGHT O00000091004251149422 |
| 5/11/2020 | $278.75 | $74,374.18 | OLO - HELP@OLO.C HIST RTN 200511 JOY KNIGHT JOY KNIGHT HSTCLRFILT JOY KNIGHT O00000091004251149421 |
| 5/11/2020 | $350.17 | $74,095.43 | OLO - HELP@OLO.C HIST RTN 200511 JOY KNIGHT JOY KNIGHT HSTCLRFILT JOY KNIGHT O00000091004251149420 |
| 5/11/2020 | $376.20 | $73,745.26 | OLO - HELP@OLO.C HIST RTN 200511 JOY KNIGHT JOY KNIGHT HSTCLRFILT JOY KNIGHT O00000091004251149419 |
| 5/8/2020 | ($492.39) | $73,369.06 | ZBA FUNDING ACCOUNT TRANSFER |
| 5/8/2020 | ($5.60) | $73,861.45 | OLO - HELP@OLO.C PURCHASE 200507 JOY KNIGHT JOY KNIGHT 3383693141 JOY KNIGHT 0O00000091004436166422 |
| 5/8/2020 | ($5.60) | $73,867.05 | OLO - HELP@OLO.C PURCHASE 200507 JOY KNIGHT JOY KNIGHT 3383693141 JOY KNIGHT 0O00000091004436166421 |
| 5/8/2020 | ($7.96) | $73,872.65 | OLO - HELP@OLO.C PURCHASE 200507 JOY KNIGHT JOY KNIGHT 3383693141 JOY KNIGHT 0O00000091004436166420 |
| 5/8/2020 | ($12.60) | $73,880.61 | OLO - HELP@OLO.C PURCHASE 200507 JOY KNIGHT JOY KNIGHT 3383693141 JOY KNIGHT 0O00000091004436166419 |
| 5/8/2020 | ($12.60) | $73,893.21 | OLO - HELP@OLO.C PURCHASE 200507 JOY KNIGHT JOY KNIGHT 3383693141 JOY KNIGHT 0O00000091004436166418 |
| 5/8/2020 | ($12.60) | $73,905.81 | OLO - HELP@OLO.C PURCHASE 200507 JOY KNIGHT JOY KNIGHT 3383693141 JOY KNIGHT 0O00000091004436166417 |
| 5/8/2020 | ($16.10) | $73,918.41 | OLO - HELP@OLO.C PURCHASE 200507 JOY KNIGHT JOY KNIGHT 3383693141 JOY KNIGHT 0O00000091004436166416 |
| 5/8/2020 | ($19.60) | $73,934.51 | OLO - HELP@OLO.C PURCHASE 200507 JOY KNIGHT JOY KNIGHT 3383693141 JOY KNIGHT 0O00000091004436166415 |
| 5/8/2020 | ($33.60) | $73,954.11 | OLO - HELP@OLO.C PURCHASE 200507 JOY KNIGHT JOY KNIGHT 3383693141 JOY KNIGHT 0O00000091004436166414 |
| 5/8/2020 | ($55.32) | $73,987.71 | MERCHANT BNKCD CHARGEBACK 200507 335026700880 IHOP #4408 9393921520 335026700880 0R00000091004436166423 |
| 5/8/2020 | ($74.32) | $74,043.03 | OLO - HELP@OLO.C PURCHASE 200507 JOY KNIGHT JOY KNIGHT 3383693141 JOY KNIGHT 0O00000091004436166413 |
| 5/8/2020 | ($79.65) | $74,117.35 | OLO - HELP@OLO.C PURCHASE 200507 JOY KNIGHT JOY KNIGHT 3383693141 JOY KNIGHT 0O00000091004436166412 |
| 5/8/2020 | ($80.31) | $74,197.00 | OLO - HELP@OLO.C PURCHASE 200507 JOY KNIGHT JOY KNIGHT 3383693141 JOY KNIGHT 0O00000091004436166411 |
| 5/8/2020 | ($82.96) | $74,277.31 | OLO - HELP@OLO.C PURCHASE 200507 JOY KNIGHT JOY KNIGHT 3383693141 JOY KNIGHT 0O00000091004436166410 |
| 5/8/2020 | ($89.57) | $74,360.27 | OLO - HELP@OLO.C PURCHASE 200507 JOY KNIGHT JOY KNIGHT 3383693141 JOY KNIGHT 0O00000091004436166409 |
| 5/8/2020 | ($104.99) | $74,449.84 | OLO - HELP@OLO.C PURCHASE 200507 JOY KNIGHT JOY KNIGHT 3383693141 JOY KNIGHT 0O00000091004436166408 |
| 5/8/2020 | ($113.74) | $74,554.83 | OLO - HELP@OLO.C PURCHASE 200507 JOY KNIGHT JOY KNIGHT 3383693141 JOY KNIGHT 0O00000091004436166407 |
| 5/8/2020 | ($123.62) | $74,668.57 | OLO - HELP@OLO.C PURCHASE 200507 JOY KNIGHT JOY KNIGHT 3383693141 JOY KNIGHT 0O00000091004436166406 |
| 5/8/2020 | ($172.45) | $74,792.19 | OLO - HELP@OLO.C PURCHASE 200507 JOY KNIGHT JOY KNIGHT 3383693141 JOY KNIGHT 0O00000091004436166405 |
| 5/8/2020 | ($181.62) | $74,964.64 | OLO - HELP@OLO.C PURCHASE 200507 JOY KNIGHT JOY KNIGHT 3383693141 JOY KNIGHT 0O00000091004436166404 |
| 5/8/2020 | ($183.23) | $75,146.26 | OLO - HELP@OLO.C PURCHASE 200507 JOY KNIGHT JOY KNIGHT 3383693141 JOY KNIGHT 0O00000091004436166403 |
| 5/8/2020 | ($197.40) | $75,329.49 | OLO - HELP@OLO.C PURCHASE 200507 JOY KNIGHT JOY KNIGHT 3383693141 JOY KNIGHT 0O00000091004436166402 |
| 5/8/2020 | ($203.51) | $75,526.89 | OLO - HELP@OLO.C PURCHASE 200507 JOY KNIGHT JOY KNIGHT 3383693141 JOY KNIGHT 0O00000091004436166401 |
| 5/8/2020 | ($244.13) | $75,730.40 | OLO - HELP@OLO.C PURCHASE 200507 JOY KNIGHT JOY KNIGHT 3383693141 JOY KNIGHT 0O00000091004436166400 |
| 5/8/2020 | ($259.08) | $75,974.53 | OLO - HELP@OLO.C PURCHASE 200507 JOY KNIGHT JOY KNIGHT 3383693141 JOY KNIGHT 0O00000091004436166399 |
| 5/8/2020 | ($271.45) | $76,233.61 | OLO - HELP@OLO.C PURCHASE 200507 JOY KNIGHT JOY KNIGHT 3383693141 JOY KNIGHT 0O00000091004436166398 |

| 5/8/2020 | ($278.75) | $76,505.06 | OLO - HELP@OLO.C PURCHASE 200507 JOY KNIGHT JOY KNIGHT 3383693141 JOY KNIGHT 0O00000091004436166397 |
| 5/8/2020 | ($350.17) | $76,783.81 | OLO - HELP@OLO.C PURCHASE 200507 JOY KNIGHT JOY KNIGHT 3383693141 JOY KNIGHT 0O00000091004436166396 |
| 5/8/2020 | ($376.20) | $77,133.98 | OLO - HELP@OLO.C PURCHASE 200507 JOY KNIGHT JOY KNIGHT 3383693141 JOY KNIGHT 0O00000091004436166395 |
| 5/8/2020 | ($31.02) | $77,510.18 | CHECK |
| 5/8/2020 | $1,729.72 | $77,541.20 | CITY OF HIGH 01 HIST RTN 200508 UM89374 IHOP HSTCLRFILT UM89374 O00000091003656504634 |
| 5/7/2020 | ($1,404.39) | $75,811.48 | ZBA FUNDING ACCOUNT TRANSFER |
| 5/7/2020 | ($1,729.72) | $77,215.87 | CITY OF HIGH 01 DRAFTS UM89374 IHOP 2566000231 UM89374 0R00000091004134440851 |
| 5/7/2020 | $36.00 | $78,945.59 | MERCHANT BNKCD HIST RTN 200507 335026700880 IHOP #4408 HSTCLRFILT 335026700880 O00000091004334969480 |

**CFRA LLC**
**Synovus DIP Account**
**All Transactions**

| | Type | Date | Num | Source Name | Memo | Debit | Credit | Balance |
|---|------|------|-----|-------------|------|-------|--------|---------|
| **1000 · Checking** | | | | | | | | |
| **10020 · Synovus DIP Account** | | | | | | | | |
| | Deposit | 05/22/2020 | | CFRA WF Operating Account | Deposit transfer from WF Account | 62,000.00 | | 62,000.00 |
| | Check | 05/22/2020 | | Synovus | Wire fee | | 18.00 | 61,982.00 |
| | Bill Pmt -Check | 05/26/2020 | 10001 | Nationwide | Insurance | | 18,779.15 | 43,202.85 |
| | Bill Pmt -Check | 05/27/2020 | 10002 | IPFS Corporation | Insurance | | 12,761.00 | 30,441.85 |

P.O. Box 2646-R, Columbus, GA 31902

# SYNOVUS®

**Statement of Account**

| | |
|---|---|
| **Last statement:** | **May 22, 2020** |
| **This statement:** | **May 31, 2020** |

**Total days in statement period: 10**

████-425-3        031        165

**Page 1 of 1**

FOCUS MANAGEMENT GROUP USA INC
AS DEBTOR-IN-POSSESSION FOR
CFRA LLC
5001 W LEMON ST
TAMPA FL 33609-0000

Direct inquiries to:                    0
800-334-9007

## Summary of Account Balance

| Account | Number | Ending Balance |
|---|---|---|
| Commercial Checking | ████-425-3 | $61,982.00 |

## Commercial Checking                 Account Number ████-425-3

| | | | |
|---|---|---|---|
| Beginning balance | 0.00 | | |
| Deposits/Credits | 62,000.00 | Low balance | 61,982.00 |
| Withdrawals/Debits | 18.00 | Average balance | 61,982.00 |
| Ending balance | 61,982.00 | Average collected balance | 61,982.00 |

### Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 05-22 | Service Charge | Domestic Wire IN | 18.00 |

### Deposits/Other Credits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 05-22 | Domestic Wire IN | Cfra INC241<br>CFRA INC | 62,000.00 |

### Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05-22 | 61,982.00 | | | | |

## ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor: CFRA, LLC                    Case Number 8:20-bk-03609-CPM

Reporting Period beginning  May 6, 2020          Period ending  May 31, 2020

NAME OF BANK:  Synovus Bank            BRANCH:       n/a
                        Wells Fargo

ACCOUNT NAME:  Synovus              ACCOUNT NUMBER:  *********-425-3
                        Focus Management Group USA as
                        Debtor-in-Possession for CFRA, LLC

                Wells Fargo  CRFA, LLC                **********-4199

PURPOSE OF ACCOUNT:          OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

**Wells Fargo**

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| 5/27/2020 | $175 | Detail Not Available | | Reference #89977 |
| 5/8/2020 | $31 | Detail Not Available | | Reference #90145 |
| 5/27/2020 | $175 | Detail Not Available | | Reference #90173 |
| 5/11/2020 | $802 | Floyd | | Reference #90240 |
| 5/29/2020 | $877 | City of Kannapolis | Utility | Debit |
| 5/11/2020 | $3,075 | Service Charge | Bank Service Charge | Bank Service Charge |
| 5/7/2020 | $1,404 | | Payroll | ZBA - Payroll |
| 5/8/2020 | $492 | | Payroll | ZBA - Payroll |
| 5/11/2020 | $2,836 | | Payroll | ZBA - Payroll |
| 5/12/2020 | $3,184 | | Payroll | ZBA - Payroll |
| 5/13/2020 | $1,638 | | Payroll | ZBA - Payroll |
| 5/14/2020 | $381 | | Payroll | ZBA - Payroll |
| 5/15/2020 | $396 | | Payroll | ZBA - Payroll |
| 5/18/2020 | $527 | | Payroll | ZBA - Payroll |
| 5/19/2020 | $1,983 | | Payroll | ZBA - Payroll |
| 5/21/2020 | $21 | | Payroll | ZBA - Payroll |
| 5/26/2020 | $122 | | Payroll | ZBA - Payroll |
| 5/27/2020 | $149 | | Payroll | ZBA - Payroll |
| 5/28/2020 | $96 | | Payroll | ZBA - Payroll |
| 5/29/2020 | $45 | | Payroll | ZBA - Payroll |

**Synovus**

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| 5/26/20201 | $18,779 | Nationwide | Insurance | Reference #10001 |
| 5/27/2020 | $12,761 | IPFS Corporation | Insurance | Reference #10002 |
| | $31,540 | | | |

\* - Disbursements for payroll for employee checks were made from the payroll account through transfers from the operating account in the same amount.

MOR-8

## ATTACHMENT 4B

## MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

Name of Debtor:  CFRA, LLC                           Case Number 8:20-bk-03609-CPM

Reporting Period beginning  May 6, 2020              Period ending  May 31, 2020

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.
A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.
http://www.usdoj.gov/ust/

NAME OF BANK:   Wells Fargo                  BRANCH: _____

ACCOUNT NAME:  CFRA, LLC                   ACCOUNT NUMBER:   *******-4215
PURPOSE OF ACCOUNT:          PAYROLL

| | |
|---|---|
| Ending Balance per Bank Statement | $ 0 |
| Plus Total Amount of Outstanding Deposits | $ |
| Minus Total Amount of Outstanding Checks and other debits | $ * |
| Minus Service Charges | $ |
| Ending Balance per Check Register | $ 0 **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____

The following disbursements were paid by Cash:  ( ☐ Check here if cash disbursements were authorized
by  United States Trustee)

Date       Amount        Payee           Purpose       Reason for Cash Disbursement
Not applicable

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
   "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

\* - Disbursements for payroll for employee checks were made from the payroll accounts through transfers from the
operating account in the same amount.

## ATTACHMENT 5B

37110353.2 06/19/2020

# WellsOne® Account

Account number: ████ 4215 ■ April 30, 2020 - May 27, 2020 ■ Page 1 of 3


WELLS FARGO

CFRA, LLC
PAYROLL ACCOUNT
1340 HAMLET AVE
CLEARWATER FL 33756-3332

W0

**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS** (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (182)
PO Box 63020
San Francisco, CA 94163

## Account summary

### WellsOne® Account

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ████4215 | $0.00 | $25,613.92 | -$25,613.92 | $0.00 |

## Credits

**Electronic deposits/bank credits**

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 04/30 | 3,440.07 | ZBA Balance Account Transfer From 4121644199 |
| | 05/01 | 133.90 | Check on 03/26/20 Item Posted Twice - Ref #A-0040709717MN |
| | 05/01 | 1,062.75 | ZBA Balance Account Transfer From 4121644199 |
| | 05/04 | 6,011.31 | ZBA Balance Account Transfer From 4121644199 |
| | 05/05 | 1,636.94 | ZBA Balance Account Transfer From 4121644199 |
| | 05/06 | 194.96 | ZBA Balance Account Transfer From 4121644199 |
| | 05/07 | 1,404.39 | ZBA Balance Account Transfer From 4121644199 |
| | 05/08 | 492.39 | ZBA Balance Account Transfer From 4121644199 |
| | 05/11 | 2,836.13 | ZBA Balance Account Transfer From 4121644199 |
| | 05/12 | 3,184.22 | ZBA Balance Account Transfer From 4121644199 |
| | 05/13 | 1,637.65 | ZBA Balance Account Transfer From 4121644199 |
| | 05/14 | 380.51 | ZBA Balance Account Transfer From 4121644199 |
| | 05/15 | 395.95 | ZBA Balance Account Transfer From 4121644199 |
| | 05/18 | 527.34 | ZBA Balance Account Transfer From 4121644199 |
| | 05/19 | 1,982.89 | ZBA Balance Account Transfer From 4121644199 |
| | 05/21 | 21.38 | ZBA Balance Account Transfer From 4121644199 |
| | 05/26 | 122.29 | ZBA Balance Account Transfer From 4121644199 |
| | 05/27 | 148.85 | ZBA Balance Account Transfer From 4121644199 |
| | | **$25,613.92** | **Total electronic deposits/bank credits** |
| | | **$25,613.92** | **Total credits** |

Account number: ███4215 ■ April 30, 2020 - May 27, 2020 ■ Page 2 of 3



## Debits
### Checks paid

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 585120 | 23.25 | 05/19 | 593062 * | 15.19 | 05/01 | 594483 * | 21.38 | 05/21 |
| 585899 * | 19.60 | 05/13 | 593150 * | 257.61 | 05/12 | 594529 * | 5.61 | 05/05 |
| 586737 * | 39.33 | 05/01 | 593238 * | 18.34 | 05/15 | 594556 * | 12.54 | 05/01 |
| 586767 * | 565.63 | 05/13 | 593263 * | 35.39 | 05/04 | 594588 * | 4.15 | 05/06 |
| 586801 * | 13.30 | 05/19 | 593293 * | 55.69 | 05/05 | 594597 * | 74.48 | 05/07 |
| 587700 * | 12.41 | 05/06 | 593307 * | 127.87 | 05/19 | 594639 * | 122.05 | 05/19 |
| 588360 * | 24.08 | 05/01 | 593308 | 65.19 | 05/26 | 594734 * | 896.76 | 05/04 |
| 588389 * | 72.58 | 05/13 | 593313 * | 5.77 | 05/13 | 594753 * | 961.83 | 05/12 |
| 589659 * | 6.09 | 05/26 | 593332 * | 9.18 | 04/30 | 594785 * | 215.20 | 05/11 |
| 589764 * | 17.39 | 05/04 | 593341 * | 46.55 | 05/27 | 594837 * | 495.57 | 05/19 |
| 589809 * | 65.61 | 05/18 | 593372 * | 159.66 | 05/04 | 594847 * | 533.81 | 05/04 |
| 590012 * | 36.75 | 05/05 | 593385 * | 34.70 | 05/05 | 594859 * | 16.82 | 05/11 |
| 590146 * | 55.72 | 05/06 | 593401 * | 132.23 | 05/04 | 594875 * | 264.74 | 05/07 |
| 590151 * | 40.26 | 05/05 | 593417 * | 32.42 | 05/01 | 594886 * | 45.06 | 04/30 |
| 590202 * | 34.66 | 05/04 | 593427 * | 32.92 | 05/06 | 594888 * | 30.88 | 05/27 |
| 590269 * | 837.77 | 04/30 | 593431 * | 15.94 | 05/05 | 594908 * | 32.13 | 05/01 |
| 591022 * | 22.23 | 05/11 | 593545 * | 316.84 | 05/12 | 594928 * | 191.26 | 05/12 |
| 591080 * | 458.60 | 05/04 | 593619 * | 316.61 | 04/30 | 594929 | 118.91 | 05/14 |
| 591148 * | 16.45 | 05/26 | 593707 * | 3.62 | 04/30 | 594930 | 68.66 | 05/08 |
| 591302 * | 13.98 | 05/26 | 593712 * | 59.12 | 05/18 | 594938 * | 1,006.31 | 05/07 |
| 591350 * | 4.43 | 05/05 | 593718 * | 126.75 | 05/18 | 594946 * | 520.04 | 05/12 |
| 591444 * | 15.18 | 05/18 | 593738 * | 30.78 | 05/27 | 594952 * | 870.21 | 05/11 |
| 591669 * | 47.63 | 05/05 | 593744 * | 47.86 | 05/15 | 594958 * | 236.93 | 05/01 |
| 591687 * | 200.55 | 05/19 | 593788 * | 310.91 | 05/19 | 594966 * | 1,088.85 | 04/30 |
| 591692 * | 36.76 | 05/13 | 593880 * | 24.19 | 05/19 | 594973 * | 103.98 | 04/30 |
| 591723 * | 28.64 | 05/11 | 593886 * | 31.80 | 05/07 | 594979 * | 925.68 | 05/13 |
| 591766 * | 23.55 | 05/07 | 593888 * | 81.48 | 05/04 | 594995 * | 523.75 | 05/11 |
| 591810 * | 28.67 | 05/06 | 593895 * | 78.00 | 04/30 | 594997 * | 329.75 | 05/15 |
| 591814 * | 26.28 | 05/05 | 594039 * | 143.95 | 05/18 | 595004 * | 231.13 | 05/01 |
| 591936 * | 853.38 | 04/30 | 594041 * | 25.17 | 05/05 | 595006 * | 298.01 | 05/04 |
| 591972 * | 55.10 | 05/11 | 594137 * | 20.58 | 05/26 | 595013 * | 1,081.61 | 05/05 |
| 592006 * | 116.73 | 05/18 | 594146 * | 151.82 | 05/05 | 595015 * | 279.27 | 05/04 |
| 592206 * | 40.64 | 05/27 | 594158 * | 4.98 | 05/11 | 595021 * | 936.64 | 05/12 |
| 592343 * | 11.63 | 05/13 | 594199 * | 81.65 | 05/05 | 595022 | 238.23 | 05/04 |
| 592501 * | 25.60 | 05/08 | 594226 * | 29.12 | 05/11 | 595025 * | 88.46 | 05/11 |
| 592530 * | 108.65 | 05/01 | 594235 * | 237.38 | 05/14 | 595027 * | 545.99 | 05/19 |
| 592660 * | 24.22 | 05/14 | 594254 * | 19.17 | 05/05 | 595029 * | 774.62 | 05/04 |
| 592665 * | 119.21 | 05/19 | 594283 * | 150.21 | 05/04 | 595031 * | 272.45 | 05/01 |
| 592694 * | 13.19 | 05/11 | 594290 * | 10.44 | 05/11 | 595032 | 323.48 | 05/04 |
| 592748 * | 34.49 | 05/11 | 594297 * | 110.67 | 05/06 | 595044 * | 1,099.14 | 05/04 |
| 592755 * | 387.70 | 05/04 | 594373 * | 103.62 | 04/30 | 595055 * | 45.25 | 05/06 |
| 592848 * | 3.51 | 05/07 | 594439 * | 15.84 | 05/06 | 595057 * | 191.80 | 05/01 |
| 593032 * | 10.23 | 05/05 | 594480 * | 398.13 | 05/08 | 595061 * | 923.50 | 05/11 |

|  | **$25,613.92** | **Total checks paid** |
|---|---|---|

*  *Gap in check sequence.*

|  | **$25,613.92** | **Total debits** |
|---|---|---|

Account number:  ▇▇▇4215   ■   April 30, 2020 - May 27, 2020   ■   Page 3 of 3



## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 04/29 | 0.00 | 05/07 | 0.00 | 05/15 | 0.00 |
| 04/30 | 0.00 | 05/08 | 0.00 | 05/18 | 0.00 |
| 05/01 | 0.00 | 05/11 | 0.00 | 05/19 | 0.00 |
| 05/04 | 0.00 | 05/12 | 0.00 | 05/21 | 0.00 |
| 05/05 | 0.00 | 05/13 | 0.00 | 05/26 | 0.00 |
| 05/06 | 0.00 | 05/14 | 0.00 | 05/27 | 0.00 |

**Average daily ledger balance**    **$0.00**



# IMPORTANT ACCOUNT INFORMATION

Effective April 1, 2020, we modified our commercial account agreement to reserve the right to assess a monthly deposit balance fee on the average positive collected balance in your commercial checking account(s) with us. When and if we assess the deposit balance fee, the amount of the fee will appear on the periodic statement or client analysis statement for your account. The deposit balance fee is subject to change by us at any time without notice. For questions about the modification, you may contact your relationship manager.

Effective June 20, 2020, we are updating the Funds Availability Policy in our Commercial Account Agreement as follows:

In the "Longer delays may apply" section, when a longer delay applies, we are making the following changes:
- The amount of your deposit that may be available on the first business day after the day of your deposit is increasing from $200 to $225.
- We are changing the check deposit amount exception that may lead to a delay of generally no more than seven business days from "You deposit checks totaling more than $5,000 on any one day" to "You deposit checks totaling more than $5,525 on any one day."

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

## CHECK REGISTER - PAYROLL ACCOUNT

Name of Debtor:  CFRA, LLC                    Case Number 8:20-bk-03609-CPM

Reporting Period beginning  May 6, 2020        Period ending  May 31, 2020

NAME OF BANK:  Wells Fargo                     BRANCH:     n/a

ACCOUNT NAME:  CFRA, LLC

ACCOUNT NUMBER:    *******-44215

PURPOSE OF ACCOUNT:        PAYROLL

Account for all disbursements, including voids, lost payments, stop payment, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

TOTAL                                                          $

\* - Disbursements for payroll for employee checks were made from the payroll account through transfers from the operating account in the same amount.

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

Name of Debtor:  CFRA, LLC                    Case Number 8:20-bk-03609-CPM

Reporting Period beginning  May 6, 2020          Period ending  May 31, 2020

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.   A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK:  n/a                         BRANCH:    n/a

ACCOUNT NAME:                             ACCOUNT NUMBER:

PURPOSE OF ACCOUNT:        TAX

|  | |
|---|---|
| Ending Balance per Bank Statement | $ |
| Plus Total Amount of Outstanding Deposits | $ |
| Minus Total Amount of Outstanding Checks and other debits | $                    * |
| Minus Service Charges | $ |
| Ending Balance per Check Register | $               **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**

The following disbursements were paid by Cash:  ( ☐   Check here if cash disbursements were authorized by
United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
|      |        |       |         |                              |
|      |        |       |         |                              |
|      |        |       |         |                              |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|------|--------|-------|---------|-------------------------------------------|
|      |        |       |         |                                           |
|      |        |       |         |                                           |
|      |        |       |         |                                           |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
   "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

37110353.2 06/19/2020

## ATTACHMENT 5C

## CHECK REGISTER - TAX ACCOUNT

Name of Debtor:  CFRA, LLC                    Case Number 8:20-bk-03609-CPM

Reporting Period beginning  May 6, 2020        Period ending  May 31, 2020

NAME OF BANK:   n/a _____        BRANCH: _____

ACCOUNT NAME: _____        ACCOUNT # _____

PURPOSE OF ACCOUNT: _____ TAX _____

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust/

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

TOTAL                                                    _____(d)

### SUMMARY OF TAXES PAID

Payroll Taxes Paid                                       _____(a)
Sales & Use Taxes Paid                                   _____(b)
Other Taxes Paid                                         _____(c)
TOTAL                                                    _____ (d)

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O)
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

37110353.2 06/19/2020

## <u>ATTACHMENT 4D</u>

## <u>INVESTMENT ACCOUNTS AND PETTY CASH REPORT</u>

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

| Type of Negotiable Instrument | Current Face Value | Purchase Price | Date of Purchase | Market Value |
|---|---|---|---|---|
| n/a | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                          _____(a)

### <u>PETTY CASH REPORT</u>

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**TOTAL**                    **$**_____(b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation_____ n/a _____**

_____
_____
_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)  $ n/a _____**
**(c)**

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## <u>ATTACHMENT 6</u>

## MONTHLY TAX REPORT

Name of Debtor:  CFRA, LLC                           Case Number 8:20-bk-03609-CPM

Reporting Period beginning  May 6, 2020          Period ending  May 31, 2020

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| n/a | | | | | |

TOTAL                                             $   n/a

37110353.2 06/19/2020

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

Name of Debtor:  CFRA, LLC                Case Number 8:20-bk-03609-CPM

Reporting Period beginning  May 6, 2020          Period ending  May 31, 2020

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month.  Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc.  Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| Not applicable | | | |

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | Not applicable | |
| Number hired during the period | Not applicable | |
| Number terminated or resigned during period | Not applicable | |
| Number of employees on payroll at end of period | Not applicable | |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.  For the first report, attach a copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Date Expiration Date | Premium Due |
|---|---|---|---|---|---|
| Nationwide Insurance Company | (770) 512-5034 | ACP GLDO 3038080638 | Commercial General Liability | 1/8/2021 | |
| AMCO Insurance Company | (770) 512-5034 | ACP CAA 3038080638 | Umbrella Liability | 1/8/2021 | |
| Certain Underwriters at Lloyds | (770) 512-5034 | AMR-65418-01 | Property | 1/8/2021 | |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

37110353.2 06/19/2020

**ATTACHMENT 8**

**SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD**

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc.   Attach any relevant documents.

n/a

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before    n/a                                 .

37110353.2 06/19/2020