**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

CFRA HOLDINGS, LLC                                Case No. 8:20-bk-03608-CPM
                                                  Chapter 11

                                                  *Jointly Administered with:*
CFRA, LLC                                         Case No. 8:20-bk-03609-CPM
CFRA TRI-CITIES, LLC                              Case No. 8:20-bk-03610-CPM

        Debtors.
_____/

**STANDARD MONTHLY OPERATING REPORT
(BUSINESS) FOR DEBTOR CFRA TRI-CITIES, LLC
FOR THE PERIOD FROM MAY 6, 2020 TO MAY 31, 2020**

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

                                        /s/  Aaron S. Applebaum
                                        Attorney for Debtor's Signature

Debtor's Address                        Attorney's Address
and Phone Number:                       and Phone Number:
1340 Hamlet Avenue                      SAUL EWING ARNSTEIN & LEHR LLP
Clearwater, FL 33756                    1037 Raymond Blvd., Suite 1520
t.pruban@focusmg.com                    Newark, NJ 07102-5426
                                        Tel: 973.286.6714
                                        aaron.applebaum@saul.com

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office.  Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/r21/req_info.htm
1)      Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)      Initial Filing Requirements
3)      Frequently Asked Questions (FAQs)http://www.usdoj.gov/ust/

**SCHEDULE OF RECEIPTS AND DISBURSEMENTS
FOR THE PERIOD BEGINNING MAY 6, 2020 AND ENDING MAY 31, 2020**

MOR-1

Name of Debtor: CFRA TRI-CITIES, LLC          Case Number Case No. 8:20-bk-03610-CPM
Date of Petition: May 6, 2020

|  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | $7,137 (a) | $7,137 (b) |
| **2. RECEIPTS:** | | |
| A. Cash Sales | $0 | $0 |
| Minus: Cash Refunds | (-) | $0 |
| Net Cash Sales | $0 | $0 |
| B. Accounts Receivable | $0 | $0 |
| C. Other Receipts *(See MOR-3)* | $0 | $0 |
| **3. TOTAL RECEIPTS *(Lines 2A+2B+2C)*** | $0 | $ 0 |
| **4. TOTAL FUNDS AVAILABLE FOR OPERATIONS *(Line 1 + Line 3)*** | $7,137 | $7,137 |
| **5. DISBURSEMENTS** | | |
| A. Advertising | | |
| B. Bank Charges | $210 | $210 |
| C. Contract Labor | | |
| D. Fixed Asset Payments (not incl. in "N") | | |
| E. Insurance | | |
| F. Inventory Payments *(See Attach. 2)* | | |
| G. Leases | | |
| H. Manufacturing Supplies | | |
| I. Office Supplies | | |
| J. Payroll - Net *(See Attachment 4B)* | | |
| K. Professional Fees (Accounting & Legal) | | |
| L. Rent | | |
| M. Repairs & Maintenance | | |
| N. Secured Creditor Payments *(See Attach. 2)* | | |
| O. Taxes Paid - Payroll *(See Attachment 4C)* | | |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* | | |
| Q. Taxes Paid - Other *(See Attachment 4C)* | | |
| R. Telephone | | |
| S. Travel & Entertainment | | |
| Y. U.S. Trustee Quarterly Fees | | |
| U. Utilities | | |
| V. Vehicle Expenses | | |
| W. Other Operating Expenses *(See MOR-3)* | | |
| **6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)*** | $210 | $210 |
| **7. ENDING BALANCE *(Line 4 Minus Line 6)*** | $6,927 (c) | $6,927 (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 22nd day of June, 2020.          /s/ J. Tim Pruban, Chief Restructuring Officer
                                                         (Signature)

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b)This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c)These two amounts will always be the same if form is completed correctly.

37111359.1 06/19/2020

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS** (cont'd)

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**
Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| None | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | | |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| None | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | | |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

37111359.1 06/19/2020

**CFRA Tri-Cities, LLC**
**Balance Sheet at 5/31/2020**

**ASSETS**

| | | |
|---|---|---:|
| 10010 · WF Operating | $ | 6,927 |
| 11000 · Accounts Receivable | | 34,860 |
| Inventory | | - |
| Prepaid Expenses and Other Current Assets | | 1,765 |
| Total Current Assets | | 43,552 |
| | | |
| Office Furniture | $ | 10,810 |
| Office Fixtures | | - |
| Restaurant Equipment | | 27,571 |
| Leasehold improvements | | 135,731 |
| Construction costs | | - |
| Remodel | | 330,898 |
| Construction in process | | - |
| | | |
| **TOTAL ASSETS** | $ | 592,114 |

**LIABILITIES and STOCKHOLDERS EQUITY**

| | | |
|---|---|---:|
| Accounts Payable | $ | 93,995 |
| 20010 · Accounts Payable Post Petition | | 905 |
| Accrued Rent - Pre-Petition | | 10,401 |
| Accrued Rent - Post-Petition | | 43,339 |
| Schedule E / F - Part 1 | | 2,467 |
| Schedule E / F - Part 2 (Employee claims) | | 4,916 |
| 20100 · Loan-DIP Lender | | - |
| Valley National Bank - PrePetition | | 8,269,316 |
| Raymond James Bank | | $11,276,340 |
| | | |
| | | |
| Net Income | $ | (44,245) |
| Other Adjustments | | (19,065,322) |
| | | |
| **TOTAL LIABILITIES & EQUITY** | $ | 592,114 |

Goodwill and other intangibles have not been included in the balance sheet.

### CFRA TriCities
### Income Summary
### May 6 - 31, 2020

| | | |
|---|---|---|
| Revenue | $ | - |
| Total COGS | | |
| Gross Profit | $ | - |
| | | |
| Expense | | |
| 68600-1 · Utilities - Post Petition | $ | 905 |
| 68600 · Utilities - Pre Petition | | - |
| Rent Expense | | 43,339 |
| Total Expense | $ | 44,245 |
| | | |
| Net Income | $ | (44,245) |

## ATTACHMENT 1

## MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

Name of Debtor:  CFRA TRI-CITIES, LLC          Case Number:  8:20-bk-03610-CPM

Reporting Period beginning  May 6, 2020          Period ending  May 31, 2020

ACCOUNTS RECEIVABLE AT PETITION DATE:  _____May 6, 2020_____

### ACCOUNTS RECEIVABLE RECONCILIATION

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $34,840 | (a) |
| PLUS: Current Month New Billings | | |
| MINUS: Collection During the Month | $0 | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $0 | * |
| End of Month Balance | $34,840 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total | |
|---|---|---|---|---|---|
| $0 | $0 | $0 | $0 | $0 | (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectability, write-off, disputed account, etc.) |
|---|---|---|
| Ecolab | 2019 | Accrued amount at date of filing |
| CSCS | 2019 | Accrued amount at date of filing |

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.
(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).
(c) These two amounts must equal.

MOR-4

**ATTACHMENT 2**
**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor:  CFRA TRI-CITIES, LLC          Case Number:  8:20-bk-03610-CPM

Reporting Period beginning  May 6, 2020          Period ending  May 31, 2020

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition</u>.  <u>Do not</u> include amounts owed prior to filing the petition.  In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST-PETITION ACCOUNTS PAYABLE**

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| See attachment | | | | |

TOTAL AMOUNT _____(b)

☐  **Check here if pre-petition debts have been paid.  Attach an explanation and copies of supporting documentation.**

---

**ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)**

| | | |
|---|---|---|
| Opening Balance | $  n/a | (a) |
| PLUS: New Indebtedness Incurred This Month | $44,245 | |
| MINUS: Amount Paid on Post Petition, | | |
| Accounts Payable This Month | $ | |
| PLUS/MINUS: Adjustments | $ | * |
| Ending Month Balance | $44,245 | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

---

**SECURED PAYMENTS REPORT**

List the status of Payments to Secured Creditors and Lessors (Post Petition Only).   If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL _____(d)

(a)This number is carried forward from last month's report.  For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

MOR-5

37111359.1 06/19/2020

CFRA TriCities
Post Petition
May 31 ,2020

| Vendor | TOTAL |
|---|---|
| BrightRidge | 871 |
| Johnson City Utility System | 34 |
| TOTAL | 905 |

IHOP Rent Payable

| STORE | Amount |
|---|---|
| Store #589 | 16,625 |
| Store #4435 | 12,411 |
| Store #4440 | 14,304 |
| IHOP Payable | 43,339 |
| Total Payable | 44,245 |

**ATTACHMENT 3**
**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor:  CFRA TRI-CITIES, LLC          Case Number:  8:20-bk-03610-CPM

Reporting Period beginning  May 6, 2020          Period ending  May 31, 2020

**INVENTORY REPORT**

INVENTORY BALANCE AT PETITION DATE:          $ n/a
INVENTORY RECONCILIATION:
    Inventory Balance at Beginning of Month          $ n/a _____(a)
     PLUS: Inventory Purchased During Month          $ n/a
     MINUS: Inventory Used or Sold          $ n/a
     PLUS/MINUS: Adjustments or Write-downs          $ n/a          *
    Inventory on Hand at End of Month          $ n/a

METHOD OF COSTING INVENTORY:  _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

---

**INVENTORY AGING**

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| _____% | _____% | _____% | _____% | = _____100%* |

\* Aging Percentages must equal 100%.

☐   Check here if inventory contains perishable items.

**Description of Obsolete Inventory:**_____

---

**FIXED ASSET REPORT**

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE:  n/a _____(b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only):   Information taken from the Schedules filed with the SOFAS

FIXED ASSETS RECONCILIATION:
Fixed Asset Book Value at Beginning of Month          $505,010 _____(a)(b)
    MINUS:  Depreciation Expense          $
    PLUS:  New Purchases          $
    PLUS/MINUS: Adjustments or Write-downs          $          *
Ending Monthly Balance          $505,010

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD:  _____
(a)This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.  Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

37111359.1 06/19/2020

**ATTACHMENT 4A**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor:  CFRA TRI-CITIES, LLC          Case Number:  8:20-bk-03610-CPM

Reporting Period beginning  May 6, 2020          Period ending  May 31, 2020

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: Synovus                    BRANCH:  ___n/a_____
           Wells Fargo

ACCOUNT NAME:  Synovus                    ACCOUNT NUMBER:  *******-426-1___
                Focus Management Group USA as
                Debtor-in-Possession for CFRA, LLC____

        Wells Fargo  CRFA Tri-Cities, LLC          *******-3510

PURPOSE OF ACCOUNT:  _____OPERATING ACCOUNT_____

| | Wells | Synovus |
|---|---|---|
| Ending Balance per Bank Statement | $6,927 | |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Outstanding Checks and other debits | $ | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $6,927 | **(a) |

**\*Debit cards are used by**  Not applicable

**\*\*If Closing Balance is negative, provide explanation**: Not applicable

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:**  ( ☐  Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

      $_____Transferred to Payroll Account
      $_____Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

CFRA Tri-Cities LLC
Wells Fargo Bank Transactions
Operating
Account # ████████3510

| Date | Debit | Credits | Amount | Check Number | Description |
|------|-------|---------|--------|--------------|-------------|
| 5/6/2020 | | | $ 7,137.18 | | Opening Bank Balance |
| 5/11/2020 | ($209.94) | | $ 6,927.24 | | CLIENT ANALYSIS SRVC CHRG 200508 |

## Statement of Account

P.O. Box 2646-R, Columbus, GA 31902

# SYNOVUS®

| | |
|---|---|
| **Last statement:** | **May 22, 2020** |
| **This statement:** | **May 31, 2020** |
| **Total days in statement period: 10** | |
| ████-426-1      031      165 | |
| **Page 1 of 1** | |

FOCUS MANAGEMENT GROUP USA INC
AS DEBTOR-IN-POSSESSION FOR
CFRA TRI-CITIES LLC
5001 W LEMON ST
TAMPA FL 33609-0000

Direct inquiries to:                         0
800-334-9007

## Summary of Account Balance

| Account | Number | Ending Balance |
|---|---|---|
| Commercial Checking | ████-426-1 | $0.00 |

## Commercial Checking          Account Number ████-426-1

| | | | |
|---|---|---|---|
| Beginning balance | 0.00 | | |
| Deposits/Credits | 0.00 | Low balance | 0.00 |
| Withdrawals/Debits | 0.00 | Average balance | 0.00 |
| Ending balance | 0.00 | Average collected balance | 0.00 |

## ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor:  CFRA TRI-CITIES, LLC      Case Number:  8:20-bk-03610-CPM

Reporting Period beginning  May 6, 2020      Period ending  May 31, 2020

NAME OF BANK:  Synovus      BRANCH:   n/a
                 Wells Fargo

ACCOUNT NAME:  Synovus     Focus Management Group USA, Inc., as Debtor-in-
                            Possession for CFRA, LLC
           Wells Fargo    CFRA Tri-Cities, LLC

ACCOUNT NUMBER:  Synovus    *******-426-1
                 Wells Fargo *******-3510

PURPOSE OF ACCOUNT:         OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

TOTAL                                                  $

37111359.1 06/19/2020

**ATTACHMENT 4B**

**MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT**

Name of Debtor: CFRA TRI-CITIES, LLC          Case Number: 8:20-bk-03610-CPM

Reporting Period beginning  May 6, 2020          Period ending  May 31, 2020

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm. http://www.usdoj.gov/ust/

NAME OF BANK:  Wells Fargo                    BRANCH: _____

ACCOUNT NAME:  CFRA Tri-Cities, LLC          ACCOUNT NUMBER:  ******-3523

PURPOSE OF ACCOUNT:          PAYROLL

| | |
|---|---|
| Ending Balance per Bank Statement | $  0 |
| Plus Total Amount of Outstanding Deposits | $ |
| Minus Total Amount of Outstanding Checks and other debits | $                    * |
| Minus Service Charges | $ |
| Ending Balance per Check Register | $  0              **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____

The following disbursements were paid by Cash:  ( ☐ Check here if cash disbursements were authorized by  United States Trustee)

Date        Amount          Payee              Purpose          Reason for Cash Disbursement
  Not applicable

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

# WellsOne® Account

Account number: ■■■■■ 3523  ■  April 30, 2020 - May 27, 2020  ■  Page 1 of 2



CFRA TRI-CITIES LLC
PAYROLL
1340 HAMLET AVE
CLEARWATER FL 33756-3332

**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS**  (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:*  wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (182)
PO Box 63020
San Francisco, CA  94163

## Account summary

### *WellsOne® Account*

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ■■■■3523 | $0.00 | $49.75 | -$49.75 | $0.00 |

## Credits

**Electronic deposits/bank credits**

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 04/30 | 49.75 | ZBA Balance Account Transfer From 2■■■■510 |
| | | $49.75 | **Total electronic deposits/bank credits** |
| | | $49.75 | **Total credits** |

## Debits

**Checks paid**

| Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|
| 44331 | 38.24 | 04/30 | 44555 * | 11.51 | 04/30 |
| | $49.75 | | **Total checks paid** | | |

*  *Gap in check sequence.*

| | $49.75 | **Total debits** |
|---|---|---|

## Daily ledger balance summary

| Date | Balance | Date | Balance |
|---|---|---|---|
| 04/29 | 0.00 | 04/30 | 0.00 |
| | **Average daily ledger balance** | **$0.00** | |

Account number: ███████3523  ■  April 30, 2020 - May 27, 2020  ■  Page 2 of 2





Effective April 1, 2020, we modified our commercial account agreement to reserve the right to assess a monthly deposit balance fee on the average positive collected balance in your commercial checking account(s) with us. When and if we assess the deposit balance fee, the amount of the fee will appear on the periodic statement or client analysis statement for your account. The deposit balance fee is subject to change by us at any time without notice. For questions about the modification, you may contact your relationship manager.

Effective June 20, 2020, we are updating the Funds Availability Policy in our Commercial Account Agreement as follows:

In the "Longer delays may apply" section, when a longer delay applies, we are making the following changes:
- The amount of your deposit that may be available on the first business day after the day of your deposit is increasing from $200 to $225.
- We are changing the check deposit amount exception that may lead to a delay of generally no more than seven business days from "You deposit checks totaling more than $5,000 on any one day" to "You deposit checks totaling more than $5,525 on any one day."

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

**ATTACHMENT 5B**
**CHECK REGISTER - PAYROLL ACCOUNT**

Name of Debtor:  CFRA TRI-CITIES, LLC          Case Number:  8:20-bk-03610-CPM

Reporting Period beginning  May 6, 2020          Period ending  May 31, 2020

NAME OF BANK:  Wells Fargo          BRANCH: _____

ACCOUNT NAME:  CFRA Tri-Cities, LLC

ACCOUNT NUMBER:  *******-3523

PURPOSE OF ACCOUNT:          PAYROLL

Account for all disbursements, including voids, lost payments, stop payment, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

TOTAL                                                    $_____

37111359.1 06/19/2020

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

Name of Debtor:  CFRA TRI-CITIES, LLC          Case Number:  8:20-bk-03610-CPM

Reporting Period beginning  May 6, 2020          Period ending  May 31, 2020

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.   A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK:  ____n/a_____          BRANCH: _____

ACCOUNT NAME: _____          ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT:  ____TAX_____

Ending Balance per Bank Statement                $_____
Plus Total Amount of Outstanding Deposits        $_____
Minus Total Amount of Outstanding Checks and other debits     $_____*
Minus Service Charges                            $_____
Ending Balance per Check Register                $_____**(a)

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____

_____

The following disbursements were paid by Cash:  ( ☐  Check here if cash disbursements were authorized by
United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|------|--------|-------|---------|-------------------------------------------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
"Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

37111359.1 06/19/2020

## ATTACHMENT 5C

## CHECK REGISTER - TAX ACCOUNT

Name of Debtor:  CFRA TRI-CITIES, LLC          Case Number:  8:20-bk-03610-CPM

Reporting Period beginning  May 6, 2020          Period ending  May 31, 2020

NAME OF BANK:  ___n/a_____          BRANCH: _____

ACCOUNT NAME: _____          ACCOUNT # _____

PURPOSE OF ACCOUNT: _____TAX_____

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust/

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

TOTAL                                                                 _____(d)

### SUMMARY OF TAXES PAID

Payroll Taxes Paid                                             _____(a)
Sales & Use Taxes Paid                                      _____(b)
Other Taxes Paid                                              _____(c)
TOTAL                                                            _____ (d)

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

37111359.1 06/19/2020

## ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

## INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

| Type of Negotiable Instrument | Current Face Value | Purchase Price | Date of Purchase | Market Value |
|---|---|---|---|---|
| n/a | | | | |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL                                                                              n/a        (a)

## PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | **(Column 2)** Maximum Amount of Cash in Drawer/Acct. | **(Column 3)** Amount of Petty Cash On Hand At End of Month | **(Column 4)** Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**TOTAL**                                **$    n/a        ** (b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation_____**

_____

_____

_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)    $    n/a        ** (c)


(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

<u>**ATTACHMENT 6**</u>

<u>**MONTHLY TAX REPORT**</u>

Name of Debtor:  CFRA TRI-CITIES, LLC          Case Number:  8:20-bk-03610-CPM

Reporting Period beginning  May 6, 2020          Period ending  May 31, 2020

**TAXES OWED AND DUE**

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| n/a | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

TOTAL                                            $_____

37111359.1 06/19/2020

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

Name of Debtor:  CFRA TRI-CITIES, LLC          Case Number:  8:20-bk-03610-CPM

Reporting Period beginning  May 6, 2020          Period ending  May 31, 2020

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month.  Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc.  Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| Not applicable | | | |

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | Not applicable | |
| Number hired during the period | Not applicable | |
| Number terminated or resigned during period | Not applicable | |
| Number of employees on payroll at end of period | Not applicable | |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.  For the first report, attach a copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| Nationwide Insurance Company | (770) 512-5034 | ACP GLDO 3038080638 | Commercial General Liability | 1/8/2021 | |
| AMCO Insurance Company | (770) 512-5034 | ACP CAA 3038080638 | Umbrella Liability | 1/8/2021 | |
| Certain Underwriters at Lloyds | (770) 512-5034 | AMR-65418-01 | Property | 1/8/2021 | |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

  **Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

37111359.1 06/19/2020

**ATTACHMENT 8**

**SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD**

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc.   Attach any relevant documents.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____.

37111359.1 06/19/2020