UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

CFRA HOLDINGS, LLC, CFRA, LLC and  
CFRA TRI-CITIES, LLC

Case No. 8:20-bk-03608-CPM  
Jointly Administered with  
Case No. 8:20-bk-03609-CPM and  
Case No. 8:20-bk-03610-CPM

Debtors.
_____/

Chapter 11 Cases

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN THAT

1. A preliminary hearing in this case will be held before the Honorable Catherine Peek McEwen, on **July 23, 2020 at 3:00 P.M**. on the following matter:

   **Elliston Place Limited Partnership's Application for Payment of Administrative Rent [Doc. No. 198]**

2. The Court may continue this matter upon announcement made in open court without further notice.

3. Any party opposing the relief sought in this hearing must appear at the hearing or any objections or defenses may be deemed waived.

4. <u>Telephonic Appearance Requirement</u>. Effective March 16, 2020, and continuing until further notice, Judges in all Divisions will conduct all hearings by telephone.

   For Judge McEwen, parties should arrange a telephonic appearance through Court Call (866-582-6878).

Dated: July 17, 2020.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing **Notice of Hearing** has been furnished electronically by the Court's CM/ECF system to all parties who receive electronic notices via CM/ECF in this case and via U.S. Mail to Debtor, **CFRA, LLC,** 900 Branchview Drive, Suite 215, Concord, NC  28025 on this 17th day of July, 2020.

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP

/s/ Alberto F. Gomez, Jr.
Alberto F. Gomez, Jr. (FBN:  784486)
401 E. Jackson Street, Suite 3100
Tampa, FL  33602
Telephone:    813-225-2500
Facsimile:    813-223-7118
Email: Al@jpfirm.com
Attorney for Elliston Place Limited Partnership

6388345_1