**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

www.flmb.uscourts.gov

| | |
|---|---|
| In re: | |
| CFRA HOLDINGS, LLC | Case No. 8:20-bk-03608-CPM |
| | Chapter 11 |
| | |
| | *Jointly Administered with:* |
| CFRA, LLC | Case No. 8:20-bk-03609-CPM |
| CFRA TRI-CITIES, LLC | Case No. 8:20-bk-03610-CPM |
| | |
| Debtors. | |
| _____/ | |

**REPORT OF SALE**

The debtors and debtors-in-possession in the above-captioned cases (the "**Debtors**"), by and through their undersigned counsel, hereby provide the following report pursuant to Federal Rule of Bankruptcy Procedure 6004(f)(1):

1. On July 10, 2020, the Court entered an *Order (A) Approving the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Sale Free and Clear of all Encumbrances, and (C) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases* [Dkt. No. 197] (the "**Sale Order**").[1] As set forth in the Sale Order, the Court authorized the Debtors to sell substantially all of their assets (the "**Sale**") to Suncakes, LLC for $4,050,000.

2. Closing on the Sale occurred on July 14, 2020.

3. Pursuant to the Sale Order, the Debtors disbursed the sale proceeds as follows:

   a. $202,500 to Gordon Brothers for its commission (held in escrow pending approval of Gordon Brothers' fee application);

   b. $1,394,000 to IHOP for cure payments;

---

[1] Capitalized terms not otherwise defined herein have the meanings set forth in the Sale Order.

c. $810,403.31 to the Lenders for repayment of the Debtors' post-petition financing;

d. $22,500 to Etheridge Roofing for release of mechanic's lien on Store No. 585);

e. $21,000 to Etheridge Roofing for release of mechanic's lien on Store No. 2027 (held in escrow pending designation of lease by Purchaser);

f. $40,475 to Smartvision for release of mechanic's lien on Store No. 585;

g. $36,012.50 to Smartvision for release of mechanic's lien on Store No. 2027 (held in escrow pending designation of lease by Purchaser);

h. $92,350 to Smartvision for release of mechanic's lien on Store No. 4440;

i. $756,000 to IHOP per paragraph 4(e) of Addendum A to the Bidding Procedures Order;

j. $125,000 to the Debtors' estates for the GUC Carve-Out; and

k. $549,759.19 to the Lenders for partial repayment of the Debtors' prepetition secured financing.

Dated: July 20, 2020

**SAUL EWING ARNSTEIN & LEHR LLP**
*Counsel for Debtors and Debtors-in-Possession*
701 Brickell Avenue, 17th Floor
Miami, FL 33131
Telephone: (305) 428-4500
Facsimile: (305) 374-4744

By:    */s/ Aaron S. Applebaum*_____
Carmen Contreras-Martinez
Florida Bar No. 093475
Carmen.Contreras-Martinez@saul.com

-and-

Stephen B. Ravin (*pro hac vice*)
Florida Bar No. 293768 (*inactive status*)
Aaron S. Applebaum (*pro hac vice*)
1037 Raymond Boulevard
Suite 1520
Newark, NJ 07102
Telephone: (973) 286-6700
Facsimile:  (973) 286-6800
Stephen.Ravin@saul.com
Aaron.Applebaum@saul.com