8

# **EXHIBIT A**

# **(Proposed Order)**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | |
| CFRA HOLDINGS, LLC | Case No. 8:20-bk-03608-CPM |
| | Chapter 11 |
| | |
| | *Jointly Administered with:* |
| CFRA, LLC | Case No. 8:20-bk-03609-CPM |
| CFRA TRI-CITIES, LLC | Case No. 8:20-bk-03610-CPM |
| | |
| Debtors. | |
| _____/ | |

## ORDER AUTHORIZING REJECTION OF CERTAIN UNEXPIRED LEASES

**THIS MATTER** came on for hearing on _____, 2020 upon the Motion (the "**Motion**") [Docket No. \_\_] of the above-captioned debtors and debtors-in-possession the ("**Debtors**") for entry of an order rejecting certain unexpired leases listed on **Exhibit 1** attached hereto (the "**Leases**"); and the Court having considered all the pleadings submitted and the arguments of counsel in support of the Motion; and for good cause shown:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2

2. The Leases set forth on **Exhibit 1** attached hereto are hereby rejected, effective as of July 28, 2020, to the extent such Leases are unexpired leases.

3. This Order shall not be deemed to be a determination of whether any of the Leases are unexpired leases.

4. The Debtors' estates' rights with respect to any existing defaults of the counterparties to the Leases, and all defenses and counterclaims to any rejection damages claims, are hereby preserved.

5. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

# # #

(*Carmen Contreras-Martinez, Esq. is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and to file a proof of service within three days of entry of this Order.*)

## **EXHIBIT 1**
### Rejected Leases

| Landlord | Location | Debtor Party |
|---|---|---|
| David, Elizabeth & Robert Nakahara | 700 E. Dixon Blvd., Shelby, NC 28152 | CFRA, LLC |
| Elliston Place Partners LLC | 2214 Elliston Place, Nashville, TN 37203 | CFRA,LLC |
| Highland Creek Retail, LLC | 5815 Highland Shoppes Dr., Charlotte, NC 28269 | CFRA, LLC |
| J.D. Eatherly Vastland Companies | 825 Nashville Highway, Suite D, Gallatin, TN 37060 | CFRA, LLC |
| Manheim Township Development | 702 Blowing Rock Road, Boone, NC 28607 | CFRA, LLC |
| Stanhope 2013, LLC | 3001 Hillsborough Street, Raleigh, NC 27607 | CFRA, LLC |
| Trilogy, Inc. | 1412 Richmond Road, Williamsburg, VA 23185 | CFRA, LLC |
| Tuyen D. Lucong, as Trustee | 478 River Highway, Mooresville, NC 28117 | CFRA, LLC |