IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  
CFRA HOLDINGS, LLC

Chapter 11  
Case No. 8:20-bk-03608-CPM

*Jointly Administered with:*

CFRA, LLC  
CFRA TRI-CITIES, LLC

Case No. 8:20-bk-03609-CPM  
Case No. 8:20-bk-03610-CPM

Debtors.
_____ /

## SUNCAKES, LLC NOTICE OF DESIGNATION OF ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES

COMES NOW SunCakes, LLC, pursuant to that certain Order (A) Approving the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Sale Free and Clear of All Encumbrances, and (C) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases (the "Sale Order") [Docket No. 197] and designates the following contracts to be assumed by the Debtors and assigned to SunCakes, LLC.

| Contract Counterparty | Contract/Lease | Debtor Party |
|---|---|---|
| Assembly Restaurant, LLC | Lease – Store #419 | CFRA, LLC |
| C&J Associates | Lease – Store #494 | CFRA, LLC |
| Alcimedes, Inc. | Lease – Store #2027 | CFRA, LLC |
| 6851 Lennox, LLC | Lease – Store #597 | CFRA, LLC |
| Casual Dining Smyrna, LLC | Lease – Store #3218 | CFRA, LLC |
| Nashville West Shopping Center, LLC | Lease – Store #3326 | CFRA, LLC |
| Cooke Properties | Lease – Store #3383 | CFRA, LLC |
| Ballantyne Property Group, LLC | Lease –Store #3423 | CFRA, LLC |
| Promenade Shopping Center, LLC | Lease – Store #3453 | CFRA, LLC |

With the exception of the landlord for Nashville West Shopping Center, LLC (Store #3326), SunCakes, LLC and each of the landlords listed above have reached agreement as to the terms of assumption and assignment of each of the foregoing leases, as such, the agreed upon cure amounts are not listed. Inasmuch as Nashville West Shopping Center, LLC has been unresponsive to SunCakes, LLC's overtures, SunCakes, LLC does not know the amount Nashville West Shopping Center, LLC claims for cure rent.

Pursuant to paragraph 6 of the Sale Order, any counterparty listed above that objects to the proposed assumption and assignment to SunCakes, LLC must file an objection within three business days of the filing of this notice.

Dated: July 24, 2020

Respectfully Submitted

SunCakes, LLC

By: _____
Timothy S. Conder
Its Chief Legal Officer