# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re:<br>CFRA HOLDINGS, LLC | Chapter 11<br>Case No. 8:20-bk-03608-CPM |
| | *Jointly Administered with:* |
| CFRA, LLC<br>CFRA TRI-CITIES, LLC | Case No. 8:20-bk-03609-CPM<br>Case No. 8:20-bk-03610-CPM |
| Debtors._____/ | |

## FIRST AMENDED NOTICE OF SUNCAKES, LLC
## NOTICE OF DESIGNATION OF ASSUMPTION
## AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES

COMES NOW SunCakes, LLC, pursuant to that certain Order (A) Approving the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Sale Free and Clear of All Encumbrances, and (C) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases (the "Sale Order") [Docket No. 197] and designates the following contracts to be assumed by the Debtors and assigned to SunCakes, LLC.

| Contract Counterparty | Contract/Lease | Debtor Party |
|---|---|---|
| Assembly Restaurant, LLC | Lease – Store #419 | CFRA, LLC |
| C&J Associates | Lease – Store #494 | CFRA, LLC |
| Alcimedes, Inc. | Lease – Store #2027 | CFRA, LLC |
| 6851 Lennox, LLC | Lease – Store #597 | CFRA, LLC |
| Casual Dining Smyrna, LLC | Lease – Store #3218 | CFRA, LLC |
| Nashville West Shopping Center, LLC | Lease – Store #3326 | CFRA, LLC |
| Cooke Properties | Lease – Store #3383 | CFRA, LLC |
| Ballantyne Property Group, LLC | Lease –Store #3423 | CFRA, LLC |
| Promenade Shopping Center, LLC | Lease – Store #3453 | CFRA, LLC |

With the exception of the landlord for Nashville West Shopping Center, LLC (Store #3326), SunCakes, LLC and each of the landlords listed above have reached agreement as to the terms of assumption and assignment of each of the foregoing leases, as such, the agreed upon cure amounts are not listed.  Inasmuch as Nashville West Shopping Center, LLC has been unresponsive to SunCakes, LLC's overtures, SunCakes, LLC agrees to the assumption and assignment of the lease for Nashville West Shopping Center, LLC in which the cure amount is $0.

Pursuant to paragraph 6 of the Sale Order, any counterparty listed above that objects to the proposed assumption and assignment to SunCakes, LLC must file an objection within three business days of the filing of this notice.

Dated:  July 27, 2020                                      Respectfully Submitted

                                                           SunCakes, LLC
                                                           By: _____
                                                           Timothy S. Comer
                                                           Its Chief Legal Officer