ORDERED.

Dated: August 04, 2020

*Catherine M. Ewen*
Catherine Peek McEwen
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | |
| CFRA HOLDINGS, LLC | Case No. 8:20-bk-03608-CPM |
| | Chapter 11 |
| | |
| | *Jointly Administered with:* |
| CFRA, LLC | Case No. 8:20-bk-03609-CPM |
| CFRA TRI-CITIES, LLC | Case No. 8:20-bk-03610-CPM |
| | |
| Debtors. | |
| _____/ | |

## ORDER AUTHORIZING REJECTION OF CERTAIN UNEXPIRED LEASES

**THIS MATTER** came on for hearing on July 30, 2020 upon the Motion (the "**Motion**") [Docket No. 227] of the above-captioned debtors and debtors-in-possession the ("**Debtors**") for entry of an order rejecting the certain unexpired lease listed on **Exhibit 1** attached hereto (the "**Lease**"). The Court has considered all the pleadings submitted and the arguments of counsel in support of the Motion. Accordingly, it is

    **ORDERED:**

    1.    The Motion is GRANTED as set forth herein.

2. The Lease set forth on **Exhibit 1** attached hereto is hereby rejected, effective as of July 30, 2020, to the extent such Lease is an unexpired lease. The Debtors unequivocally surrender possession of the applicable leased premises upon the effective date of rejection of the Lease.

3. This Order shall not be deemed to be a determination of whether the Lease is an unexpired lease.

4. To the extent the counterparty to the Lease chooses to file a proof of claim relating to rejection damages, such proof of claim must be filed with the Court on or before any general deadline to file claims set after conversion of the Debtors' cases to chapter 7.

5. The Debtors' estates' rights with respect to any existing defaults of the counterparty to the Lease, and all defenses and counterclaims to any rejection damages claims, are hereby preserved.

6. The balance of the request for relief in the Motion as to other leases will be set for hearing in due course after conversion of the Debtors' cases to chapter 7.

7. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

# # #

*(Carmen Contreras-Martinez, Esq. is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and to file a proof of service within three days of entry of this Order.)*

**EXHIBIT 1**
Rejected Lease

| Landlord | Location | Debtor Party |
|---|---|---|
| DDR Cotswold, LLC | 336 S. Sharon Amity Road, Charlotte, NC 28211 | CFRA, LLC |