ORDERED.

Dated:  August 04, 2020

*Catherine M. Ewen*
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

| | |
|---|---|
| CFRA HOLDINGS, LLC, CFRA, LLC and CFRA TRI-CITIES, LLC | Case No. 8:20-bk-03608-CPM Jointly Administered with Case No. 8:20-bk-03609-CPM and |
| Debtors. | Case No. 8:20-bk-03610-CPM |
| _____/ | Chapter 11 Cases |

**ORDER GRANTING MOTION FOR RELIEF FROM
STAY FILED BY CASUAL DINING SMYRNA, LLC**

THIS CASE came on for hearing on July 30, 2020 upon the Motion for Relief from Stay or in the Alternative Request for Adequate Protection filed by Casual Dining Smyrna, LLC ("Motion for Stay Relief") (Doc. No. 138). For the reasons stated orally and recorded in open Court that shall constitute the decision of this Court, accordingly it is:

ORDERED that:

1. The Motion for Stay Relief is hereby granted.

2. The automatic stay imposed by 11 U.S.C. Section 362 is hereby terminated to permit Casual Dining Smyrna, LLC ("Casual Dining") to exercise its contractual and state law

remedies as to the leased premises described as: 779 Team Boulevard, La Vergne, Tennessee 37167.

    3.    The Court hopes and expects the parties to finalize their agreement and have the fully executed addendum to the lease executed and delivered promptly.

cc:  Attorney Alberto F. Gomez, Jr., Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three (3) days of entry of this order.