ORDERED.

Dated: August 04, 2020

*Catherine M. Ewen*
Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
*Tampa Division*
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 |
| CFRA HOLDINGS, LLC, | Case No.: 8:20-bk-03608-CPM |
| | *Jointly Administered with:* |
| CFRA, LLC | Case No.: 8:20-bk-03609-CPM |
| CFRA TRI-CITIES, LLC | Case No.: 8:20-bk-03610-CPM |
|     Debtor.    / | |

**AGREED ORDER GRANTING EMERGENCY**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY[1]**

    **THIS CASE** came on for hearing on July 23, 2020, upon the *Emergency Motion for Relief from the Automatic Stay* [**Docket #189**] (the "Motion") filed by the Tuyen D. Lecong Trust (The "Trust"). The Court having reviewed the Motion, considered the record, and being further advised that the parties are in agreement finds it appropriate to Grant the Motion. Accordingly, it is

    **ORDERED**:

1. The Motion is Granted.

2. The automatic stay provided under 11 U.S.C. § 362 shall be lifted to allow the Trust to pursue its *in rem* remedies to recover possession of the real property located at 478 River Highway, Mooresville, North Carolina (the "Premises).

3. The Lease Agreement dated April 15, 2011 between CFRA, LLC and the Trust is hereby rejected pursuant to 11 U.S.C. § 365, effective as of July 14, 2020. Pursuant to paragraph 18 of the Order (A) Approving the Sale of Substantially all of the Debtors' Assets, (B) Authorizing the Sale Free and Clear of All Encumbrances, and (C) Authorizing Assumption and Assignment of Executory Contracts and Unexpired

---

[1] By submitting the instant order, the submitting proffers that the parties are in agreement with the terms set forth herein.

    Leases ("Sale Order") (Doc. No. 197), Suncakes, LLC, the purchaser of the Debtors' assets (the "Purchaser") shall have through July 28, 2029 to remove personal property located at the Premises and sold by the Debtors to Purchaser.

4.  Purchaser shall mail all keys to the Premises to the Trust and provide the Trust with any access codes necessary to access the Premises promptly after removal of all purchased property from the Premises.

5.  The Trust shall not proceed against the Debtor *in personam* absent further order of the Court.

---

Attorney for the Tuyen D. Lecong Trust, Jonathan A. Semach, Esquire, is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a Proof of service within three (3) days of entry of the order.