**[Dodefmao]** [District Order Deficient Motion, Application or Objection]

ORDERED.

**Dated: August 6, 2020**

*Catherine McEwen*
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

CFRA Holdings, LLC
fka CFRA Restaurant Holdings, Inc.

CFRA, LLC

_____Debtor*_____/

Case No.
8:20–bk–03608–CPM
Chapter 11

### ORDER ABATING APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSES

THIS CASE came on for consideration, without hearing, of the Application for Payment of Administrative Expenses by Mitchell Montgomery I, LLC , Doc. # 236 . After review, the Court determines that the application , is deficient as follows:

> Service upon the Parties in Interest List, defined by Local Rule 1007–2 a current mailing matrix obtained from the Clerk of Court is not indicated. Local Rule 9013–3(e).

Accordingly it is

***ORDERED:***

Consideration of the application is abated until the deficiency is corrected.

The Clerk's Office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.