ORDERED.

Dated:  August 05, 2020

*Catherine M. Ewen*
Catherine Peek McEwen
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re:<br>CFRA HOLDINGS, LLC | Case No. 8:20-bk-03608-CPM<br>Chapter 11 |
| | *Jointly Administered with:* |
| CFRA, LLC<br>CFRA TRI-CITIES, LLC | Case No. 8:20-bk-03609-CPM<br>Case No. 8:20-bk-03610-CPM |
| Debtors.<br>_____/ | |

## ORDER CONVERTING CASES FROM
## CHAPTER 11 TO CHAPTER 7 OF THE BANKRUPTCY CODE

**THIS MATTER** came on for hearing on July 30, 2020 upon the Motion (the "**Conversion Motion**")[1] [Docket No. 193] of the above-captioned debtors and debtors-in-possession the ("**Debtors**") for entry of an order converting the Debtors' cases to cases under chapter 7 of the Bankruptcy Code; and the Court having considered all the pleadings submitted and the arguments of counsel in support of the Conversion Motion; and for good cause shown:

**IT IS HEREBY ORDERED THAT:**

    1.    The Motion is GRANTED as set forth herein.

---

[1] Capitalized terms not otherwise defined herein have the meanings set forth in the Conversion Motion.

2.  The Debtors' Chapter 11 Cases are hereby converted to cases under Chapter 7 of the Bankruptcy Code, effective as of the date of entry of this Order.

3.  The U.S. Trustee is directed to appoint a Chapter 7 trustee following entry of this Order.

4.  Upon request of the chapter 7 trustee, the Debtors shall turn over to the chapter 7 trustee all records and property of the estates under their custody and control, including without limitation the $25,000 chapter 7 administration carve-out and the $125,000 carve-out for general unsecured creditors, as required by Fed. R. Bankr. P. 1019(4).

5.  Within fourteen (14) days of entry of this Order, the Debtors shall file a schedule of unpaid debts, if any, incurred after the commencement of the Chapter 11 Cases, including the name and address of each creditor, as required by Fed. R. Bankr. P. 1019(5)(A)(i).

6.  Within thirty (30) days of entry of this Order, the Debtors shall file and transmit a final report and account as required by Fed. R. Bankr. P. 1019(5)(A)(ii) to the United States Trustee.

7.  Saul Ewing shall continue to maintain the Professional Fee Carve-Out Reserve Account for distributions to retained professionals in accordance with the Final Financing Orders, and any orders granting interim or final fee applications in these cases, outside of the Debtors' chapter 7 proceedings

8.  Notwithstanding anything to the contrary herein, nothing in this Order or the conversion of the Debtors' chapter 11 bankruptcy cases to cases under chapter 7 of the Bankruptcy Code shall affect or modify the terms of the Final Financing Orders or the Sale Order, or any and all related documents, or the rights and remedies of the parties thereto, which rights and remedies shall be preserved in their entirety.

9. The Debtors shall cause notice of this Order to be served on: (i) the United States Trustee, (ii) counsel to the Debtors' pre- and post-petition secured lenders; (iii) counsel for IHOP; (iv) counsel for the Committee; (v) counsel for Suncakes, LLC; and (vi) all parties requesting notices in these cases that do not receive electronic notices through the Court's CM/ECF system.

10. The Court shall retain jurisdiction over disputes pertaining to this Order.

# # #

(*Carmen Contreras-Martinez, Esq. is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and to file a proof of service within three days of entry of this Order.*)