UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                    Chapter 7  (Jointly Administered)

CFRA HOLDINGS, LLC                                        Case No.: 8:20-bk-03608-CPM

CFRA, LLC                                                 Case No.: 8:20-bk-03609-CPM

      and

CFRA TRI-CITIES, LLC                                      Case No.: 8:20-bk-03610-CPM
_____/

## MOTION TO ESTABLISH DEADLINE
## TO FILE CHAPTER 11 ADMINISTRATIVE CLAIMS

Dawn Carapella, as the Chapter 7 Trustee files this Motion to Establish Deadline to File Chapter 11 Administrative Claims (the "**Motion**").  The Trustee requests the Court set October 19, 2020 as the Administrative Claims Bar Date for filing Chapter 11 Administrative Claims which is the same date as the deadline for filing general proof of claims.  In support of the Motion, the Trustee states as follows:

1. On May 6, 2020 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code, commencing the above-captioned jointly administered chapter 11 cases (the "**Chapter 11 Cases**").

2. Pursuant to sections 1107 and 1108 of the Bankruptcy Code, the Debtors continued to manage their affairs as debtors-in-possession.

3. The Debtors were franchisees of IHOP restaurants, and, prior to the Petition Date, operated forty-nine (49) IHOP restaurants in South Carolina, North Carolina, Tennessee and Virginia.

4. On July 10, 2020, the Court entered an order (Doc. No. 197) (the "**Sale Order**") approving the Debtors' sale of substantially all of their assets to Suncakes, LLC (the "**Purchaser**")

and to assume and assign certain contracts and leases to the Purchaser. Pursuant to the Order certain contracts and leases were assumed and assigned to the Purchaser at the closing of the sale, and certain contracts and leases were assumed and assigned upon completion of a designation process, and others were rejected.

5.      On August 10, 2020, the Court entered an order converting the cases to a case under Chapter 7 (Doc. No. 256) (the "**Conversion Order**") and appointed Ms. Carapella as the Chapter 7 Trustee.

6.      In the Conversion Order, the Court also established October 19, 2020 as the last day to file proof of claims and required the Debtor to file a schedule of debts incurred after the commencement of the case and before the entry of the Conversion Order.  The Debtor has filed the schedule of debts as directed by the Conversion Order (see Doc. No. 264).

7.      The Trustee requests the Court establish October 19, 2020 as the last day to file an application for allowance of Chapter 11 Expenses and provide that failure to time file any application for any claim that accrued or was incurred post-petition shall be deemed denied and disallowed.  The Trustee requires that a bar date be established in order to efficiently administer the Estates.

WHEREFORE, the Trustee requests the Court grant the Motion, establish October 19, 2020 as the last day to file an application for Chapter 11 Expenses and provide that any application for any claim that accrued or was incurred post-petition shall be deemed denied and disallowed and for such other relief as the Court deems proper.

Respectfully submitted,

*/s/ Robert J. Wahl*
Robert J. Wahl, Esquire
Florida Bar Number: 0379050
rwahl@mcintyrefirm.com
McIntyre Thanasides Bringgold

Elliott Grimaldi Guito & Matthews, P.A.
500 E. Kennedy Blvd., Ste. 200
Tampa, FL 33602
Telephone: (813) 223-0000
Facsimile: (813) 225-1221
*Attorneys for Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Motion to Establish Deadline to File Chapter 11 Administrative Claims* were served on August 28, 2020, upon the registered users of the Courts CM/ECF system and/or via U.S. Mail to: **Office of the United States Trustee,** Timberlake Annex, 501 East Polk Street, Suite 1200, Tampa, FL 33602; **Debtor(s)**: CFRA Holdings and LLC CFRA, CFRA LLC 8:20-Bk-03609-CPM, CFRA TRI-CIT, (Jointly Administered), 1340 Hamlet Aven, Clearwater, FL 33756; Carmen D. Contreras-Martinez, Esquire, Attorney for Debtors, 701 Brickel Ave., Suite 1700, Miami, FL 33131; **Trustee,** Dawn A. Carapella, P.O. Box 67, Valrico, FL 33595-0067;  and, to **the parties on the attached list**.

.

*/s/ Robert J. Wahl*
Attorney
Florida Bar Number: 0379050