ORDERED.

Dated: September 03, 2020

_____
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: | Chapter 7  (Jointly Administered) |
| CFRA HOLDINGS, LLC | Case No.: 8:20-bk-03608-CPM |
| CFRA, LLC | Case No.: 8:20-bk-03609-CPM |
| and | |
| CFRA TRI-CITIES, LLC<br>_____/ | Case No.: 8:20-bk-03610-CPM |

**ORDER GRANTING
MOTION TO ESTABLISH DEADLINE
TO FILE CHAPTER 11 ADMINISTRATIVE CLAIMS
AND ESTABLISHING ADMINISTRATIVE CLAIM FILING
<u>DEADLINE OF OCTOBER 19, 2020</u>**
(Doc. No. 268)

THIS CAUSE came on for consideration upon a Motion to Establish a Deadline to File

Chapter 11 Administrative Claims filed by Dawn Carapella, as the Chapter 7 Trustee in the

above-styled converted Case.  The Trustee requests the Court establish October 19, 2020 as

the last day to file Applications for Chapter 11 Administrative Claims. This date is also the deadline for proof of claims in the Case.

The Court considered the record and finds that it is well taken and that it is appropriate to establish a deadline for filing Applications for Chapter 11 Administrative Claims. The Motion shall be granted, and October 19, 2020 shall be the last day to file Applications for Chapter 11 Administrative Claims. Accordingly, it is

ORDERED and ADJUDGED that:

1. The Motion (Doc. No. 268) is granted.

2. The last day to file an Application for a Chapter 11 Administrative Claim is October 19, 2020.

3. Any Application for a Chapter 11 Administrative Claim filed after October 19, 2020 shall be deemed untimely and disallowed without further order of the Court.

Robert Wahl, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three (3) days of entry of this order.