# EXHIBIT "A"

## ALPHABETICAL LIST OF CLAIMS FILED AGAINST CFRA HOLDINGS, LLC'S ESTATE TO BE ALLOWED IN CFRA, LLC OR CFRA TRI-CITIES, LLC ESTATES

| CLAIMANT'S NAME | CFRA HOLDINGS, LLC CLAIM NO. | CLAIM AMOUNT | BASIS FOR DISALLOWANCE AGAINST ESTATE OF CFRA HOLDINGS, LLC | CORRECT ESTATE |
|---|---|---|---|---|
| A.O. Smith Water Heaters | 53 | $13,512.99 | Listed only in CFRA, LLC's Schedules (Doc. No. 108) <br><br> Invoices for Store Nos. 3383, 4416, 4403 and 4451 operated by CFRA, LLC <br><br> Claimant did not file a proof of claim against the estate of CFRA, LLC | CFRA, LLC |
| Bell Electric | 11 | $305.92 | Listed only in CFRA, LLC's Schedules (Doc. No. 108) <br><br> Invoice attached for IHOP Store No. 574; Pepper's Ferry Rd., Christiansburg, VA 24073 operated by CFRA, LLC <br><br> Claimant did not file a proof of claim against the estate of CFRA, LLC | CFRA, LLC |
| Broadway Lights, LLC <br><br> (claims register erroneously states claimant as CFRA Holdings, LLC c/o Herbert Donica) | 41 | $80,326.59 | Listed only in CFRA, LLC's Schedules (Doc. No. 108) <br><br> Attachments refer to various stores operated by CFRA, LLC <br><br> Claimant did not file a proof of claim against the estate of CFRA, LLC | CFRA, LLC |
| Capital Special Police, Inc. | 12 | $20,118.75 | Listed only in CFRA, LLC's Schedules (Doc. No. 108) <br><br> Invoices are for various store locations operated by CFRA, LLC | CFRA, LLC |

| | | | | |
|---|---|---|---|---|
| Carole Nemeth | 59 | $350,000.00 (unliquidated) | Personal injury claim; states injured in Antioch, TN; Store No. 4451 operated by CFRA, LLC<br><br>10/8/2020 Order granting Motion for Stay Relief (Doc. No. 287)<br><br>Claimant did not file a proof of claim against the estate of CFRA, LLC | CFRA, LLC |
| City of Asheboro | 27 | $511.76 | Listed only in CFRA, LLC's Schedules (Doc. No. 108)<br><br>Invoice states CFRA, Inc.; Store No. 4458; 1106 East Dixie Dr., Asheboro, NC 27203; operated by CFRA, LLC<br><br>Claimant did not file a proof of claim against the estate of CFRA, LLC | CFRA, LLC |
| City of Greensboro, NC | 52 | $2,644.10 | Listed only in CFRA, LLC's Schedules (Doc. No. 108)<br><br>Code violation for Store No. 491; 1101 Lanada Rd., Greensboro, NC 27407 operated by CFRA, LLC<br><br>Claimant did not file a proof of claim against the estate of CFRA, LLC | CFRA, LLC |
| City of Shelby | 14 | $4,243.92 | Listed only in CFRA, LLC's Schedules (Doc. No. 108)<br><br>Invoice attached refers to IHOP Store #3105; 700 E. Dixon Blvd., Shelby, NC operated by CFRA, LLC<br><br>Claimant did not file a proof of claim against the estate of CFRA, LLC | CFRA, LLC |

| City of Williamsburg, Dept. of Finance | 13 | $4,388.84 ($4,138.89 priority) | Listed only in CFRA, LLC's Schedules (Doc. No. 108)<br><br>Documentation attached refers to CFRA, Inc.; attachment refers to meals tax, tangible property tax and utility bills (includes penalty)<br><br>Claimant did not file a proof of claim against the estate of CFRA, LLC | CFRA, LLC |
|---|---|---|---|---|
| County of Albemarle | 15 | $472.92 | Listed only in CFRA, LLC's Schedules (Doc. No. 108)<br><br>Documentation attached refers to IHOP Store No. 595; 1740 Rio Hill Center, Charlottesville, VA 22901 operated by CFRA, LLC; priority property taxes due 6/30/2020<br><br>Claimant did not file a proof of claim against the estate of CFRA, LLC | CFRA, LLC |
| County of York Treasurer | 28 | $4,148.46 | Listed only in CFRA, LLC's Schedules (Doc. No. 108)<br><br>2020 Meals Tax; stores located in York County were operated by CFRA, LLC<br><br>Claimant did not file a proof of claim against the estate of CFRA, LLC | CFRA, LLC |
| Dominion Energy South Carolina, Inc. | 44 | $6,307.49 | Listed only in CFRA, LLC's Schedules (Doc. No. 108)<br><br>Invoices refer to CFRA, LLC<br><br>Claimant did not file a proof of claim against the estate of CFRA, LLC | CFRA, LLC |

| | | | | |
|---|---|---|---|---|
| Duke Energy Carolinas | 31 | $30,008.79 | Listed only in CFRA, LLC's Schedules (Doc. No. 108)<br><br>Invoices for Store Nos. 4416, 491 and 3327 operated by CFRA, LLC<br><br>11/13/2020 Ch. 11 Admin Claim in the amount of $6,030.82 allowed in CFRA, LLC (Doc. No. 328) | CFRA, LLC |
| Eastway Lock & Key, Inc. | 65 | $1,490.74 | Listed only in CFRA, LLC's Schedules (Doc. No. 108)<br><br>Invoices for Store Nos. 3327, 4506 and 3139 operated by CFRA, LLC<br><br>Claimant did not file a proof of claim against the estate of CFRA, LLC | CFRA, LLC |
| Euler Hermes NA Agent for Diversified Food Service | 55 | $2,992.88 | Invoices state All Points Foodservice Parts & Supplies issued to CFRA, LLC<br><br>Claimant did not file a proof of claim against the estate of CFRA, LLC | CFRA, LLC |
| Facilities Plus, Inc. | 1 | $9,791.49 | Listed only in CFRA, LLC's Schedules (Doc. No. 108) | CFRA, LLC |
| Fisher-Hughes, Janet Forward Marketing Insights | 48 | $5,700.00 | Listed only in CFRA, LLC's Schedules (Doc. No. 108)<br><br>Invoice issued to CFRA, LLC<br><br>Claimant did not file a proof of claim against the estate of CFRA, LLC | CFRA, LLC |

| | | | | |
|---|---|---|---|---|
| Four Seasons Lawn Care aka Rakestraw Management, LLC | 46 | $721.44 | Listed only in CFRA, LLC's Schedules (Doc. No. 108)<br><br>Store No. 574; 65 Peppers Ferry Rd., Christiansburg, VA operated by CFRA, LLC<br><br>Claimant did not file a proof of claim against the estate of CFRA, LLC | CFRA, LLC |
| Goodwin Recruiting | 20 | $5,160.00 | Listed only in CFRA, LLC's Schedules (Doc. No. 108)<br><br>Invoice attached issued to CFRA, Inc. for placement services at IHOP Store in Williamsburg, VA | CFRA, LLC |
| Hydes Lawncare | 6 | $1,873.30 | Listed only in CFRA, LLC's Schedules (Doc. No. 108)<br><br>Invoices attached are for store numbers operated by CFRA, LLC<br><br>Claimant did not file a proof of claim against the estate of CFRA, LLC | CFRA, LLC |
| Iheatmedia-Nashville Market | 49 | $16,813.81 | Listed only in CFRA, LLC's Schedules (Doc. No. 108)<br><br>Radio advertising for Nashville store operated by CFRA, LLC<br><br>Claimant did not file a proof of claim against the estate of CFRA, LLC | CFRA, LLC |

| | | | | |
|---|---|---|---|---|
| Lee Bray dba Prestige Mehanical & Refrigeration | 21 | $1,185.00 | Listed only in CFRA, LLC's Schedules (Doc. No. 108)<br><br>Invoice attached refers to IHOP Store No. 574; 65 Peppers Ferry Rd., Christiansburg, VA  24073 operated by CFRA, LLC<br><br>Claimant did not file a proof of claim against the estate of CFRA, LLC | CFRA, LLC |
| Light Bulb Depot 7, LLC | 22 | $844.79 | Listed only in CFRA, LLC's Schedules (Doc. No. 108)<br><br>Attached invoices are issued to CFRA, LLC<br><br>Claimant did not file a proof of claim against the estate of CFRA, LLC | CFRA, LLC |
| LionHeart Maketing, LLC dba CR Global, LLC | 24 | $4,327.85 | Listed only in CFRA, LLC's Schedules under CR Global (Doc. No. 108)<br><br>Invoices attached are issued to CFRA, LLC<br><br>Claimant did not file a proof of claim against the estate of CFRA, LLC | CFRA, LLC |
| MSPark (Mailsouth, Inc.) | 57 | $18,457.98 | Listed only in CFRA, LLC's Schedules (Doc. No. 108)<br><br>2/17/22- spoke with Ronald Sereeka for store nos/ addresses; (205)621-6803 | CFRA, LLC |
| Public Service Company of North Carolina | 45 | $5,408.13 | Listed only in CFRA, LLC's Schedules (Doc. No. 108)<br><br>Invoices refer to CFRA, LLC<br><br>Claimant did not file a proof of claim against the estate of CFRA, LLC | CFRA, LLC |

| | | | | |
|---|---|---|---|---|
| Randolph Electric Mem. Corp | 7 | $3,526.37 | Listed only in CFRA, LLC's Schedules (Doc. No. 108)<br><br>Invoice issued to CFRA, Inc.<br><br>Claimant did not file a proof of claim against the estate of CFRA, LLC | CFRA, LLC |
| Rapid-Rooter, Inc. | 30 | $2,972.51 | Listed only in CFRA, LLC's Schedules (Doc. No. 108)<br><br>Invoices for Store Nos. 477, 3327, 492, operated by CFRA, LLC<br><br>Claimant did not file a proof of claim against the estate of CFRA, LLC | CFRA, LLC |
| Seating Consultant, Inc. | 4 | $1,737.42 | Listed only in CFRA, LLC's Schedules (Doc. No. 108) | CFRA, LLC |
| Stanhope 2013, LLC | 32 | $12,598.36 | Store No. 3487; 3001 Hillsborough St., Raleigh, NC  27607; Lease rejected Dkt. 252)<br><br>11/13/2020 –Ch. 11 administrative claim for $28,803.49 allowed against CFRA, LLC (Doc. No. 326) | CFRA, LLC |
| Total Business Solutions, Inc. aka R&M Supply Company<br><br>(claims register erroneously states claimant as CFRA Holdings, LLC c/o Herbert Donica) | 43 | $1,496.79 | Listed only in CFRA, LLC's Schedules (Doc. No. 108)<br><br>Store Nos. 4424, 2027, 585 operated by CFRA, LLC<br><br>Claimant did not file a proof of claim against the estate of CFRA, LLC | CFRA, LLC |

| | | | | |
|---|---|---|---|---|
| Triton III, Inc. ("Trilogy") | 60 | $344,149.98 | Store No. 530; 1412 Richmond Rd., Williamsburg, VA operated by CFRA, LLC; lease rejected (Doc. No. 252)<br><br>11/13/2020 – Ch. 11 administrative claim in the amount of $54,310.29 allowed against CFRA, LLC (Doc. No. 325) | CFRA, LLC |
| Union Power Cooperative | 26 | $3,302.98 | Listed only in CFRA, LLC's Schedules (Doc. No. 108)<br><br>Electric utility bill for Store No. 492; 9253 Independence Blvd., Mecklenburg County, NC<br><br>Claimant did not file a proof of claim against the estate of CFRA, LLC | CFRA, LLC |
| United Refrigeration | 5 | $3,413.53 | Listed only in CFRA, LLC's Schedules (Doc. No. 108)<br><br>Invoice is issued to CFRA, Inc.<br><br>Claimant did not file a proof of claim against the estate of CFRA, LLC | CFRA, LLC |
| Valley Proteins | 63 | $11,054.08 | Listed only in CFRA, LLC's Schedules (Doc. No. 108)<br><br>Claimant did not file a proof of claim against the estate of CFRA, LLC | CFRA, LLC |
| BrightRidge aka Johnson City Power Board | 25 | $5,068.27 | Invoices for electric utility attached were issued to CFRA Tri-Cities, LLC<br><br>Claimant did not file a proof of claim against the estate of CFRA Tri-Cities, LLC | CFRA TRI-CITIES, LLC |

| | | | | |
|---|---|---|---|---|
| Fish Window Cleaning | 2 | $50.00 | Listed only in CFRA Tri-Cities, LLC's Schedules (Doc. No. 112)<br><br>Invoice attached for IHOP Store No. 197; 3179 Linden Dr., Bristol, VA  24202<br><br>Claimant did not file a proof of claim against the estate of CFRA Tri-Cities, LLC | CFRA Tri-Cities, LLC |
| Rustic Ridge Landscaping | 9 | $3,650.00 | Invoice is issued to CFRA Tri-Cities, LLC for Store #589; 3179 Linden Dr., Bristol, VA  24202<br><br>Claimant did not file a proof of claim against CFRA Tri-Cities, LLC | CFRA TRI-CITIES, LLC |