# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 7 |
| CFRA HOLDINGS, LLC, | Case No. 8:20-bk-03608-CPM |
| | *Jointly Administered with:* |
| CFRA, LLC, | Case No. 8:20-bk-03609-CPM |
| CFRA TRI-CITIES, LLC, | Case No. 8:20-bk-03610-CPM |
| Debtors. | |
| _____/ | |

### CHAPTER 7 TRUSTEE'S OMNIBUS OBJECTION TO SMARTVISION CONSTRUCTION, LLC CLAIM NOS. 34, 35 AND 47 FILED AGAINST THE ESTATE OF CFRA HOLDINGS, LLC AND CLAIM NOS. 7, 8 AND 9 FILED AGAINST THE ESTATE OF CFRA TRI-CITIES, LLC

Dawn Carapella, as Chapter 7 Trustee ("Trustee") for the jointly administered bankruptcy estate of CFRA Holdings, LLC, CFRA, LLC, and CFRA Tri-Cities, LLC (collectively, the "Debtors"), files her Omnibus Objection to Smartvision Construction, LLC's ("Claimant") Claim Nos. 34, 35 and 47 filed against the estate of CFRA Holdings, LLC and Claim Nos. 7, 8 and 9 filed against the estate of CFRA Tri-Cities, LLC, and states:

1. On May 6, 2020, the Debtors filed voluntary Petitions for relief under Chapter 11 of the Bankruptcy Code. (Doc. No. 1).

2. A motion to administratively consolidate the cases was filed on May 6, 2020 (Doc. 2) and an order granting the motion to consolidate was entered on May 12, 2020 (Doc. 27). The Order directs the Clerk of Court to maintain separate claims registers for each of the bankruptcy cases.

3. The Debtors filed a motion to convert the cases to Chapter 7 (Doc. 193), which was granted on August 7, 2020 (Doc. 249). Thereafter, the Trustee was appointed (Doc. 253).

### Claims Against CFRA Holdings, LLC

5. Claimant filed claims against the estate of CFRA Holdings, LLC, asserting mechanics liens and contingent, unliquidated unsecured claims in the amounts set forth below.

 a. Claim No. 34 in the amount of $92,350.00;
 b. Claim No. 35 in the amount of $80,950.00; and
 c. Claim No. 47 in the amount of $72,025.00.

### Claims Against CFRA Tri-Cities, LLC

6. Claimant filed claims against the estate of CFRA Tri-Cities, LLC, asserting mechanics liens and contingent, unliquidated unsecured claims in the amounts set forth below.

 a. Claim No. 7 in the amount of $92,350.00;
 b. Claim No. 8 in the amount of $80,950.00; and
 c. Claim No. 9 in the amount of $72,025.00.

### Objection

7. Claimant is not a scheduled creditor of either CFRA Holdings, LLC or CFRA Tri-Cities, LLC (Doc. Nos. 108, 112). Claimant is listed as a creditor only in the Schedules of CFRA, LLC (Doc. No. 110).

8. The documentation attached in support of the claims listed above reflects that the basis for the claims are breach of construction contracts between Claimant and CFRA, LLC related to Store Nos. 4440, 585 and 2207, stores that were operated by CFRA, LLC. CFRA Holdings, LLC and CFRA Tri-Cities, LLC were not parties to these construction contracts.

9. Claimant also filed Claim Nos. 13, 15 and 19 against the estate of CFRA, LLC, asserting claims in the same respective amounts listed above. On August 7, 2020, Claimant filed a Notice of Compliance with Order Approving Sale (Doc. No. 25), stating that Claimant had been paid a portion of its claims and that the remaining balances are to be general unsecured claims.

Claim Nos. 13, 15 and 19 against the estate of CFRA, LLC are allowed general unsecured claims in reduced amounts.

WHEREFORE, the Trustee respectfully requests that the Court enter an Order (a) sustaining the Objection; (b) disallowing Claim Nos.34, 35 and 47 against the estate of CFRA Holdings, LLC; (c) disallowing Claim Nos. 7, 8 and 9 against the estate of CFRA Tri-Cities, LLC; and (d) granting such other and further relief as the Court deems appropriate.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 1, 2022 a true and correct copy of the foregoing was served electronically by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case and/or via First Class U.S. Mail, postage prepaid to **Debtors**: CFRA Holdings, LLC, CFRA, LLC and CFRA Tri-Cities, LLC, 1340 Hamlet Ave, Clearwater, FL  33756; **Debtor's Attorney**: Carmen D. Contreras-Martinez, Esquire, 701 Brickel Ave., Suite 1700 , Miami, FL 33131; **Office of the U.S. Trustee**, Timberlake Annex, Suite 1200, 501 E. Polk Street, Tampa, FL 33602, and **Claimant:**. Smartvision Construction, LLC, c/o Kevin L. Hing, Esq., 5628 Central Avenue, St. Petersburg, FL  33707; Smartvision, LLC, c/o Camille Iurillo, Esq., 5628 Central Avenue, St. Petersburg, FL  33707, Smartvision Construction, LLC, Mohamed Ali, Registered Agent, 945 Marshfield Circle, Unit 206, Myrtle Beach, SC  29579 and Smartvision Construction, LLC, Mohamed Ali, 1155 E. Isle of Palms Ave., Myrtle Beach, SC  29579.

/s/ Dawn A. Carapella_____
Dawn A. Carapella
Chapter 7 Trustee
P.O. Box 67
Valrico, FL  33595-0067
Tel:  813-685-8694
dcarapellatrustee@gmail.com