# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 8:20-BK-03608 CPM
**Case Name:** CFRA HOLDINGS, LLC
CFRA, LLC
**Period Ending:** 03/31/22

**Trustee:** (290520)    DAWN A. CARAPELLA
**Filed (f) or Converted (c):** 08/07/20 (c)
**§341(a) Meeting Date:** 09/10/20
**Claims Bar Date:** 07/15/20

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 100% ownership int. in CFRA, LLC | Unknown | 0.00 | | 0.00 | FA |
| 2 | 100% ownership int. in CFRA Tri-Cities, LLC | Unknown | 0.00 | | 0.00 | FA |
| 3 | VOID - Asset of CFRA, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 4 | VOID - Asset of CFRA, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 5 | VOID - Asset of CFRA, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 6 | VOID - Asset of CFRA, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 7 | VOID - Asset of CFRA, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 8 | VOID - Asset of CFRA, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 9 | VOID - Asset of CFRA, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 10 | VOID - Asset of CFRA, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 11 | VOID - Asset of CFRA, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 12 | VOID - Asset of CFRA, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 13 | VOID - Asset of CFRA, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 14 | VOID - Asset of CFRA, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 15 | VOID - Asset of CFRA, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 16 | VOID - Asset of CFRA, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 17 | VOID - Asset of CFRA, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 18 | VOID - Asset of CFRA, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 19 | VOID -Asset of CFRA, LLC | 0.00 | 0.00 | | 0.00 | FA |

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8:20-BK-03608 CPM  
**Case Name:** CFRA HOLDINGS, LLC  
CFRA, LLC  
**Period Ending:** 03/31/22

**Trustee:** (290520)    DAWN A. CARAPELLA  
**Filed (f) or Converted (c):** 08/07/20 (c)  
**§341(a) Meeting Date:** 09/10/20  
**Claims Bar Date:** 07/15/20

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 20 | VOID - Asset of CFRA, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 21 | VOID - Asset of CFRA, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 22 | VOID - Asset of CFRA, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 23 | VOID - Assets of CFRA, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 24 | VOID - Asset of CFRA, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 25 | VOID - Asset of CFRA, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 26 | VOID - Asset of CFRA, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 27 | Lenders Carve-Out for Unsecured Creditors | 0.00 | 125,000.00 | | 0.00 | FA |
| 28 | IPFS Corp. credit balance for Acct FLP-33114  (u) | Unknown | 996.75 | | 996.75 | FA |
| 28 | **Assets**   Totals  (Excluding unknown values) | **$0.00** | **$125,996.75** | | **$996.75** | **$0.00** |

**Major Activities Affecting Case Closing:**

plan termination  
entry of orders on objections to claims  
estate tax returns  
TFR

8/7/2020 - Order converting Chapter 11 Case to Chapter 7 (Dkt. 249);  
8/10/2020 - Order and Notice Converting Case to Chapter 7 (nunc pro tunc to August 7, 2020); scheduling 341 mtg. for 9/10/2020 @ 1:00 p.m.; schedules proof of claim deadline of 10/19/2020 (Dkt. 256);  
8/10/2020 - Email from Blake Roth, counsel for Mitchell Montgomery I, LLC re: lease (lease listed in motion to reject but left out of rejection order);  
8/12/2020 - Tele. conf. with Jeb Jeutter, counsel for lessor with rejected lease (Hillsborough Street, Raleigh, NC);  
8/12/2020 - Tele. conf. with Rbt. Wahl and Debtor's counsel re: case;

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| **Case Number:** | 8:20-BK-03608 CPM | **Trustee:** (290520) | DAWN A. CARAPELLA |
|---|---|---|---|
| **Case Name:** | CFRA HOLDINGS, LLC | **Filed (f) or Converted (c):** | 08/07/20 (c) |
| | CFRA, LLC | **§341(a) Meeting Date:** | 09/10/20 |
| **Period Ending:** | 03/31/22 | **Claims Bar Date:** | 07/15/20 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

8/13/2020 - Various tele. conf. with Rbt. Wahl re: rejected and assumed leases;

8/20/2020 - Application to Employ Rbt. Wahl as Counsel (Dkt. 262);

8/24/2020 - Order approving Application to Employ Counsel (Dkt. 263); Cert. of Serv. (Dkt. 265);

8/26/2020 - Order authorizing Rejection of Leases with Mitchell Mongomery I, LLC and Northcross Land & Development, LLC re: Doc. No. 227 (Dkt. 266);

8/31/2020 - Email and tele. conf. with counsel for Duke Energy regarding open utility account due to inability to get to meter; Email to Stanhope's counsel re: same;

8/31/2020 - Tele. conf. with customer service at Piedmont Natural Gas re: remaining utility accounts that have not been closed; Email to Duke Energy re: same and request for turnover of refunds;

8/28/2020 - Motion to Establish Deadline to File Ch. 11 Administrative Claims (Dkt. 268);

9/13/2020 - 341 mtg. held and continued to 9/24/2020 @ 3:15 p.m.;

9/17/2020 - 47 letters sent out to utility companies for return of deposits;

9/17/2020 - Notice of Preliminary Hrg. on Motion for Reconsideration of Order approving Elliston Place Ltd. Partnership's Application for Administrative Rent - Hearing scheduled for 10/26/2020 @ 3:00 p.m.;

9/18/2020 - 18 letters sent to utility companies for return of deposits;

9/20/2020 - 18 letters to vendors sending invoice statements - providing order of conversion and notice of proof of claim deadline;

9/24/2020 - 341 meeting held and concluded;

9/30/2020 - T's Motion for Reconsideration of Order Approving Tuyen D. Lecong Trusts' Application for Payment of Administrative Rent (Dkt. 281);

10/8/2020 - Agreed Order granting Movant, Carole Nemeth's Motion to Lift Automatic Stay to the Extent of Personal Liability Limits (Dkt. 287);

10/8/2020 - Notice of Preliminary Hrg. on Motion for Reconsideration of Order approving Tuyen D. Lecong Trusts Application for Payment of Administrative Rent (Dkt. Nos. 281, 285) - hearing scheduled for 10/26/2020 at 3:00 p.m. (Dkt. 288);

10/12/2020 - T/C with account manager at Brown and Brown Insurance - confirmed all policies terminated as of 4/27/2020; no pre-paid premiums to be refunded as Ds paid in monthly installments;

10/22/2020 - Trustee's Motion to Approve Settlement Agreement with Kevin McFalling (resolves claims of McFalling against CFRA, LLC re: personal injury claim and lawsuit (Dkt. 306)

10/23/2020 - Email t o Aatrix re: hiring Aatrix to prepare W-2's;

10/26/2020 - Hrg held on Motions for Reconsideration of Applications for Payment of Administrative Rent;

10/30/2020 - Meeting with counsel and Jon Shepherd re: preference analysis;

10/30/2020 - Order Denying Motion for Reconsideration of Order approving Tuyen D. Lecong Trust's Application for Payment of Administrative Rent (Dkt. 314);

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8:20-BK-03608 CPM  
**Case Name:** CFRA HOLDINGS, LLC  
CFRA, LLC  
**Period Ending:** 03/31/22  

**Trustee:** (290520) DAWN A. CARAPELLA  
**Filed (f) or Converted (c):** 08/07/20 (c)  
**§341(a) Meeting Date:** 09/10/20  
**Claims Bar Date:** 07/15/20  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

10/30/2020 - Order Denying Motion for Reconsideration of Order approving Elliston Place Ltd. Partnership's Application for Payment of Administrative Rent (Dkt. 313);

11/2/2020 - Email to prospective accountant

11/2/2020 - Motion to Incur Expenses to Prepare W-2 Forms for Former Employees (Dkt. 315);

11/2/2020 - Suggestion of Bankruptcy mailed to clerk of court re: lawsuit filed by Hilton Displays;

11/3/2020 - Notice of Prelim. Hrg. on Motion to Incur Expenses (Dkt. 316);

11/10/2020 - Email from Chambers to submit order on Motion to Incur Expenses;

11/13/2020 - Order granting Motion to Incur Expenses to Prepare W-2 Forms for Former Employees (Dkt. 324); Cert. of Service (Dkt. 330)

11/13/2020 - Agreed Order approving Triton III, Inc. Application for Payment of Administrative Rent in estate of CFRA, LLC (Dkt. 325); Cert. of Service (Dkt. 331);

11/13/2020 - Agreed Order approving Stanhope 2013, LLC's Application for Administrative Rent in estate of CFRA, LLC (Dkt. 326); Cert. of Service (Dkt. 332);

11/13/2020 - Agreed Order approving, in part, Piedmont Natural gas' Application allowing Administrative Expense Claims in estate of CFRA, LLC (Dkt. 327); Cert. of Service (Dkt. 333);

11/13/2020 - Agreed Order approving Duke Energy's Application for Administrative Expense Claim in estate of CFRA, LLC (Dkt. 328); Cert. of Service (Dkt. 334);

11/13/2020 - Agreed Order approving, in part, Ecolab, Inc.'s Application for Administrative Expense Claim in estate of CFRA, LLC (Dkt. 329); Cert. of Service (Dkt. 335);

11/13/2020 - Hearing on applications for administrative expense claims scheduled for 11/16/2020 @ 11:00 a.m. canceled (all resolved);\

11/13/2020  - Cert. of Serv. on Order to Incure Expenses (Dkt. 330);

11/19/2020 - Order granting Motion to Compromise with Kevin McFaling (Dkt. 338);

12/29/2020 - Order granting Motion for Relief from Automatic Stay (authorizing Holland & Knight to exercise a setoff of $18,515.80 against its $25,000 retainer and tender the remaining balance of $6,484.20 to the Trustee (Dkt. 347);

1/5/2021 - Email from Jon Sheperd - W-2's for employees prepared and mailed.

2/3/2021 - Tele. conf. w/ counsel re: potential preferences;

Adv. Pro. 21-145 - Notice of Pre-Trial Conf set for 10/25/21 @ 10:00 a.m. (Adv. Dkt. 6);

9/10/2021 - Mail forwarding reinstated;

10/25/2021 - Adv. Pro. 21-145- P/T continued to 11/15/2021 @ 9:30 a.m. (Adv. Dkt. 10)

10/25/2021 - Motion to Compromise Adv. 21-145 with Performance Food Group, Inc. (Dkt. 354);

12/2/2021 - Order granting Motion to Compromise Adv. 21-145 (Dkt. 357);

2/7/2022 - Application to Employ Trenam Kemker as Special Counsel to terminate plans (Dkt. 359);

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 5

| Case Number: | 8:20-BK-03608 CPM | Trustee: | (290520) DAWN A. CARAPELLA |
|---|---|---|---|
| Case Name: | CFRA HOLDINGS, LLC<br>CFRA, LLC | Filed (f) or Converted (c): | 08/07/20 (c) |
| | | §341(a) Meeting Date: | 09/10/20 |
| Period Ending: | 03/31/22 | Claims Bar Date: | 07/15/20 |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

2/9/2022 - Order approving Application to Employ Trenam Kemker as Special Counsel to terminate plans (Dkt. 360);

2/7/2022 - CLAIMS REVIEWED for CFRA Tri-Cities - T objecting to Claim Nos. 7,8 and 9 of Smartvision and Claim No. 11 of priority wage claimant;

2/9/2022 - Email to Al Gomez re: Claim 29 of Casual Dining - Claim should be withdrawn because CFRA Holdings, LLC is not a party to the lease;

2/10/2022 - Email to Counsel for Claim 39 of Hilton Displays- Claim should be withdrawn because CFRA Holdings, LLC is not liable;

2/13/2022 - Email to Counsel for Claim Nos. 42 and 60 of Triton III ("Trilogy") - Clam No. 42 should be withdrawn;

2/13/2022 - CLAIMS REVIEWED - various objections to be filed;

2/22/2022 - Objection to Claim No. 10 of Beltram Edge Tool Supply, Inc. against estate of CFRA Holdings, LLC (Dkt. 365);

2/22/2022 - Objection to Claim No. 33 of HPI Div. of Superior Grouup of Companies against estate of CFRA Holdings, LLC (Dkt. 366);

2/22/2022 - Objection to Claim No. 36 of Mitchell Montgomery I, LLC against estate of CFRA Holdings, LLC (Dkt. 367); 3/14/2022 - Supplemental Cert. of Service due to returned mail (Dkt. 382);

2/22/2022 - Objection to Hilton Displays's Claim No. 39 against estate of CFRA Holdings, LLC and Claim No. 10 against CFRA Tri-Cities, LLC (Dkt. 368);

2/22/2022 - Objection to Claim No. 40-2 of DDR Cotswold aka SITE Centers Corp. agaisnt estate of CFRA Holdings, LLC (Dkt. 369);

2/22/2022 - Objection to Claim No. 50 of City of Gallatin, TN (Dkt. 370);

2/22/2022 - Objection to Claim No. 62 of Hobart Service (Dkt. 371);

2/22/2022 - Objection to Claim No. 54 of Waste Industries (Dkt. 372);

2/22/2022 - Objection to Claim No. 58 of Bonded Filter Co. (Dkt. 373); 2/24/2022 - Supplemental Cert. of Service (Dkt. 377);

2/23/2022 - Omnibus Objection to Certain Claims filed Against Estate of CFRA Holdings, LLC; and (B) Motion to Allow Claims Against Estates of CFRA, LLC or CFRA Tri-Cities, LLC (Dkt. 374);

2/23/2022 - Notice of Preliminary Hearing on Omnibus Objection (Dkt. 375); 3/2/2022 - Supplemental Cert. of Service of Notice and Omnibus Objection on Claimant 11 against estate of CFRA Tri-Cities, LLC, Latavia Conway);

2/23/2022 - Email to Lynn Sherman re: Erisa plans;

3/1/2022 - Omnibus Objection to Smartvision claims filed against the estates of CFRA Holdings, LLC and CFRA Tri-Cities, LLC (Dkt. 378);

3/1/2022 - Notice of Preliminary Hearing on Omnibus Objection to Smartvision claims (Dkt. 379);

3/3/2022 - Smartvision Construction, LLC's Notice of Withdrawal of Proofs of Claim filed in the Estate's of CFRA Holdings, LLC and CFRA Tri-Cities, LLC (Dkt. 381);

3/10/2022 - Follow up email to Lynn Sherman re: Erisa plans;

3/15/2022 - Notice of Withdrawal of Trustee's Omnibus Objection to Smartvision Construction, LLC's Claim Nos. 34, 35 and 47 filed against estate of CFRA Holdings, LLC and Claim Nos. 7, 8 and 9 filed against Estate of CFRa Tri-Cities, LLC (Dkt. 383);

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 6

**Case Number:** 8:20-BK-03608 CPM  
**Case Name:** CFRA HOLDINGS, LLC  
CFRA, LLC  
**Period Ending:** 03/31/22

**Trustee:** (290520)   DAWN A. CARAPELLA  
**Filed (f) or Converted (c):** 08/07/20 (c)  
**§341(a) Meeting Date:** 09/10/20  
**Claims Bar Date:** 07/15/20

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

3/21/2022 - Email to Attorney Dan Rock re: unliquidated claim of Carole Nemeth, Claim No. 59;

3/21/2022 - Hearing held on Omnibus Objection (Dkt. 374): ruling: granted;

3/23/2022 - Order sustaining Omnibus Objection to Certain Claims Filed against estate of CFRA Holdings, LLC and Motion to Allow Claims Against the Estates of CFRA, LLC or CFRA Tri-Cities, LLC (Dkt. 388); 3/27/2022 - Cert. of Service (Dkt. 389);

4/1/2022 - Order sustaining Objection and disallowing Claim No. 10 of Beltram Edge Tool Supply against estate of CFRA Holdings, LLC (Dkt. 390) - 30 days to file spearate claims against estates of CFRA, LLC and CFRA Tri-Cities, LLS; 4/3/2022 - Cert. of Service (Dkt. 407);

4/1/2022 - Order sustaining Objection to Claim No. 33 of HPI against estate of CFRA Holdings, LLC (Dkt. 391); 4/3/2022 - Cert. of Service (Dkt. 408);

4/1/2022 - Order sustaining Objection to Claim No. 36 of Mitchell Montgomer I, LLC (Dkt. 392); Cert of Service (Dkt. 398);

4/1/2022 - Order sustaining Objection and disallowing Hilton Displays, LLC's Claim No. 39 against estate of CFRA Holdings, LLC and disallowing Claim No. 10 against estate of CFRA Tri-Cities, LLC (Dkt. 393); Cert. of Service (Dkt. 401);

4/1/2022 - Order sustaining Objection to Claim No. 40-2 of DDR Cotswold, LP (Dkt. 394); Cert. of Service (Dkt. 402);

4/1/2022 - Order sustaining Objection and disallowing Claim No. 50 of City of Gallatin against estate of CFRA Holdings, LLC; allowing Claim No. 51 of City of Gallatin as a timely filed claim estate of CFRA, LLC (Dkt. 395); Cert. of Service (Dkt. 403);

4/1/2022 - Order sustaining Objection and Disallowing Claim No. 62 of Hobart against estate of CFRA Holdings, LLC and allowing as general unsecured claim in reduced amount of $522.30 against estate of CFRA, LLC (Dkt. 396); Cert. of Service (Dkt. 406);

4/1/2022 - Order sustaining Objection to Claim No. 62 of Hobart Service (disallows claim against CFRA Holdings, LLC; allows claim as a general unsecured claim in the reduced amount of $522.30 (Dkt. 396); 4/2/2022 - Cert. of Service (Dkt. 406);

4/1/2022 - Order sustaining Objection to Claim No. 54 of Wast Industries against estate of CFRA Holdings, LLC (Dkt. 397); 4/2/2022 - Cert. of Service (Dkt. 405);

4/1/2022 - Order sustaining Objection to ClaimNo. 58 filed by Bonded Filter Co. against estate of CFRA Holdings, LLC (Dkt. 399); 4/2/2022 - Cert. of Service (Dkt. 404);

4/5/2022 - Objection to Claim No. 22 of Promenade Shopping Center against the Estate of CFRA, LLC (Dkt. 409);

4/5/2022 - Objection to Claim No. 59 of Carole Nemeth that is Disallowed Against Estate of CFRA Holdings, LLC and allowed as Claim Against Estate of CFRA, LLC (Dkt. 410);

4/5/2022 - Follow up email to special counsel, Lynn Sherman re: plan termination issues;

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8:20-BK-03608 CPM  
**Case Name:** CFRA HOLDINGS, LLC  
CFRA, LLC  
**Period Ending:** 03/31/22

**Trustee:** (290520)    DAWN A. CARAPELLA  
**Filed (f) or Converted (c):** 08/07/20 (c)  
**§341(a) Meeting Date:** 09/10/20  
**Claims Bar Date:** 07/15/20

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** February 28, 2021    **Current Projected Date Of Final Report (TFR):** June 30, 2022

## Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 8:20-BK-03608 CPM | | **Trustee:** | DAWN A. CARAPELLA (290520) |
|---|---|---|---|---|
| **Case Name:** | CFRA HOLDINGS, LLC | | **Bank Name:** | Metropolitan Commercial Bank |
| | CFRA, LLC | | **Account:** | ******8647 - Checking Account |
| **Taxpayer ID #:** | **-***3305 | | **Blanket Bond:** | $35,756,000.00   (per case limit) |
| **Period Ending:** | 03/31/22 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **{Ref #} / Check #** | **Paid To / Received From** | **Description of Transaction** | **T-Code** | **Receipts $** | **Disbursements $** | **Checking Account Balance** |
| 10/23/21 | {28} | IPFA Corporation | credit balance for IPFS Acct. #FLP-33114 | 1290-000 | 996.75 | | 996.75 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 991.75 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 986.75 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 981.75 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 976.75 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 971.75 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 966.75 |
| | | | **ACCOUNT TOTALS** | | 996.75 | 30.00 | $966.75 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 996.75 | 30.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$996.75** | **$30.00** | |

{} Asset reference(s)

Case 8:20-bk-03608-CPM    Doc 411    Filed 04/22/22    Page 9 of 9

## Form 2
## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| **Case Number:** | 8:20-BK-03608 CPM |
| **Case Name:** | CFRA HOLDINGS, LLC |
| | CFRA, LLC |
| **Taxpayer ID #:** | **-***3305 |
| **Period Ending:** | 03/31/22 |

| | |
|---|---|
| **Trustee:** | DAWN A. CARAPELLA (290520) |
| **Bank Name:** | Mechanics Bank |
| **Account:** | ******5466 - Checking Account |
| **Blanket Bond:** | $35,756,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/21/20 | {27} | CFRA, LLC | Lenders' carve-out for unsecured creditors (6/22/2020 Order Dkt. 163) | 1129-000 | 125,000.00 | | 125,000.00 |
| 09/21/20 | {27} | CFRA, LLC | Reversed Deposit 100001 1 Lenders' carve-out for unsecured creditors (6/22/2020 Order Dkt. 163) | 1129-000 | -125,000.00 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| Net Receipts : | 996.75 |
|---|---|
| Net Estate : | $996.75 |

| **TOTAL - ALL ACCOUNTS** | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******8647** | **996.75** | **30.00** | **966.75** |
| **Checking # ******5466** | **0.00** | **0.00** | **0.00** |
| | **$996.75** | **$30.00** | **$966.75** |

{} Asset reference(s)

Printed: 04/22/2022 03:33 PM    V.20.40